**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VENTURE GLOBAL, INC., MICHAEL SABEL, JONATHAN THAYER, ROBERT PENDER, SARAH BLAKE, SARI GRANAT, ANDREW OREKAR, THOMAS J. REID, JIMMY STATON, RODERICK CHRISTIE, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, AND BofA SECURITIES, INC.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00633-CMH-LRV |

**DEFENDANTS' MOTION TO TRANSFER VENUE**
**PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants Venture Global, Inc., Michael Sabel, Jonathan Thayer, Robert Pender, Sarah Blake, Sari Granat, Andrew Orekar, Thomas J. Reid, Jimmy Staton, Roderick Christie, Goldman Sachs & Co. LLP, J.P. Morgan Securities LLC, and BofA Securities, Inc., respectfully submit this Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and, for the reasons set forth in the accompanying Memorandum of Law and Declaration of Stephen P. Barry, hereby move this Court to transfer this case to the United States District Court for the Southern District of New York.

Date: May 5, 2025

Respectfully submitted,

/s/ Stephen P. Barry
Stephen P. Barry (VA 81839)
Katherine A. Sawyer (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
stephen.barry@lw.com
katherine.sawyer@lw.com

Jeff G. Hammel (*pro hac vice forthcoming*)
Jason C. Hegt (*pro hac vice forthcoming*)
Corey Calabrese (*pro hac vice forthcoming*)
Melange T. Gavin (*pro hac vice forthcoming*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
jeff.hammel@lw.com
jason.hegt@lw.com
corey.calabrese@lw.com
melange.gavin@lw.com

*Attorneys for Defendants Venture Global, Inc., Michael Sabel, Jonathan Thayer, Robert Pender, Sarah Blake, Sari Granat, Andrew Orekar, Thomas J. Reid, Jimmy Staton, and Roderick Christie*

/s/ Patrick F. Stokes
Patrick F. Stokes
Lissa M. Percopo (*pro hac vice* forthcoming)
Michael R. Dziuban (VA 89136)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
pstokes@gibsondunn.com
lpercopo@gibsondunn.com
mdziuban@gibsondunn.com

2

Robert F. Serio (*pro hac vice* forthcoming)
Mary Beth Maloney (*pro hac vice* forthcoming)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
rserio@gibsondunn.com
mmaloney@gibsondunn.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, and BofA Securities, Inc.*

3