**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC, Individually and on Behalf of All Others Similarly Situated, <br><br>       Plaintiff, <br><br>   v. <br><br> VENTURE GLOBAL, INC., MICHAEL SABEL, JONATHAN THAYER, ROBERT PENDER, SARAH BLAKE, SARI GRANAT, ANDREW OREKAR, THOMAS J. REID, JIMMY STATON, RODERICK CHRISTIE, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, AND BofA SECURITIES, INC., <br><br>       Defendants. | Case No. 1:25-cv-00633-CMH-LRV |

**[PROPOSED] ORDER**

Before this Court is Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) requesting that this Court transfer the above-captioned action to the United States District Court for the Southern District of New York.

For the reasons stated in Defendants' accompanying Memorandum of Law and Declaration of Stephen P. Barry, the aforementioned Motion to Transfer Venue is **GRANTED.**

IT IS SO ORDERED.

Entered this __ day of _____, 2025.
Alexandria, Virginia

_____
Claude M. Hilton
United States District Judge