**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>VENTURE GLOBAL, INC., MICHAEL SABEL, JONATHAN THAYER, ROBERT PENDER, SARAH BLAKE, SARI GRANAT, ANDREW OREKAR, THOMAS J. REID, JIMMY STATON, RODERICK CHRISTIE, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, AND BofA SECURITIES, INC.,<br><br>        Defendants. | Case No. 1:25-cv-00633-CMH-LRV |

**DECLARATION OF STEPHEN P. BARRY IN SUPPORT OF DEFENDANTS'**
**MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I, Stephen P. Barry, hereby declare pursuant to 28 U.S.C. § 1746 that:

1.      I am a partner of the law firm of Latham & Watkins LLP, counsel for Defendants Venture Global, Inc. ("Venture Global"), Michael Sabel, Jonathan Thayer, Robert Pender, Sarah Blake, Sari Granat, Andrew Orekar, Thomas J. Reid, Jimmy Staton, and Roderick Christie (together, the "VG Defendants") in the above-captioned matter. I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia.

2.     I submit this Declaration in support of Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a).  I am familiar with all of the facts and circumstances set forth herein.

3.     In connection with our firm's representation of the VG Defendants, I have learned that (i) Thomas Reid and Sari Granat reside in New York, New York, (ii) Sarah Blake, Robert Pender and Jonathan Thayer reside in Northern Virginia, (iii) Andrew Orekar resides in Connecticut, (iv) Michael Sabel resides in the District of Columbia, (v) Jimmy Staton resides in South Carolina, and (vii) Roderick Christie does not reside in the United States.

4.     I reviewed a "Working Group List" that included the names, job titles or functions, and contact information for the individuals at Venture Global, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, and BofA Securities, Inc. (with the final three referred to collectively as the "Underwriter Defendants") who worked on Venture Global's initial public offering ("IPO"). Each of the Underwriter Defendants had more than a dozen employees listed in the Working Group List, covering a range of banking and capital markets functions.  Other than two Houston, Texas-based participants who worked at J.P. Morgan Securities LLC, all of the personnel listed from the Underwriter Defendants were based in the respective New York, New York offices of the Underwriter Defendants.

5.     Attached as **Exhibit 1** is a true and correct copy of the press release issued on February 17, 2025 by the law firm Levi & Korsinsky LLP, counsel for plaintiff Gerald Bowes in *Bowes v. Venture Global, Inc., et al.*, No. 1:25-cv-01364 (S.D.N.Y) (ECF No. 1) (the "SDNY Action"), providing notice and instructions to potential class members regarding how to apply to serve as a lead plaintiff in the SDNY Action.

6.      Attached as **Exhibit 2** are true and correct copies of the press releases issued on March 6, 16, 20 & 25, 2025 and April 2 & 8, 2025 by the law firm Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Pompano Beach Police and Firefighters Retirement System, providing notice and instructions to potential class members regarding how to apply to serve as a lead plaintiff in the SDNY Action.

7.      Attached as **Exhibit 3** are true and correct copies of press releases issued between February 17, 2025 and April 18, 2025, providing notice and instructions to potential class members regarding how to apply to serve as a lead plaintiff in the SDNY Action, by the following law firms: Bernstein Liebhard LLP, Bragar Eagel & Squire, Bronstein, Gewirtz & Grossman, LLC, DJS Law Group, Faruqi & Faruqi, LLP, Glancy Prongay & Murray LLP, Kessler Topaz Meltzer & Check, LLP, Kirby McInerney LLP, Lowey Dannenberg, P.C., Pomerantz LLP, Portnoy Law Firm, The Law Office of Frank R. Cruz, The Gross Law Firm, The Law Offices of Howard G. Smith, The Rosen Law Firm, and The Schall Law Firm.  For ease of presentation, commercial advertising unrelated to Venture Global has been removed from the press releases.

8.      Attached as **Exhibit 4** is a true and correct copy of an April 24, 2025 email between counsel for Venture Global and counsel for all parties who have appeared in the above-captioned action, providing notice of Defendants' anticipated Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), and Illinois Municipal Retirement Fund's and Pompano Beach Police & Firefighters' Retirement System's opposition thereto.

9.      Attached as **Exhibit 5** are true and correct excerpts of the Financial Industry Regulatory Authority's "BrokerCheck" summaries for the following Defendants and non-parties who served as underwriters for Venture Global's initial public offering, indicating, among other relevant information, their main office locations (also available online at

https://brokercheck.finra.org): Goldman Sachs & Co. LLP; J.P. Morgan Securities LLC; BofA Securities, Inc.; ING Financial Markets, LLC; RBC Capital Markets, LLC; Scotia Capital (USA) Inc.; Mizuho Securities USA LLC; Santander US Capital Markets LLC, SMBC Nikko Securities America, Inc.; MUFG Securities Americas Inc.; BBVA Securities Inc.; Loop Capital Markets LLC; Natixis Securities Americas LLC; Deutsche Bank Securities Inc.; Wells Fargo Securities, LLC; Truist Securities, Inc.; National Bank of Canada Financial Inc.; Raymond James & Associates, Inc.; Regions Securities LLC; Guggenheim Securities, LLC; and Tuohy Brothers Investment Research Inc.

10.     Attached as **Exhibit 6** is a true and correct copy of excerpts from Venture Global's Form S-1 Registration Statement, which was publicly filed with the United States Securities and Exchange Commission (the "SEC") on January 22, 2025 in connection with Venture Global's IPO.

11.     Attached as **Exhibit 7** is a true and correct copy of the Underwriting Agreement for Venture Global's IPO, which was publicly filed with the SEC on January 22, 2025, as an exhibit to Venture Global's Form S-1 Registration Statement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and abilities.

Executed on the 5th day of May 2025 in Washington, D.C.

/s/ *Stephen P. Barry*
Stephen P. Barry

4