EXHIBIT 1



**Source:** *Levi & Korsinsky, LLP*

*February 17, 2025 13:29 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Venture Global, Inc. Stock and Sets a Lead Plaintiff Deadline of April 18, 2025

NEW YORK, Feb. 17, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired stock of Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) <u>pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025. You are hereby notified</u>** that the class action lawsuit *Gerald Bowes v. Venture Global, Inc., et al.* (Case No. 1:25-cv-01364) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

[https://zlk.com/pslra-1/venture-global-inc-lawsuit-submission-form](https://zlk.com/pslra-1/venture-global-inc-lawsuit-submission-form)

Case 1:25-cv-04642-JSR    Document 26-2    Filed 05/05/25    Page 3 of 3

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing."

Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**If you suffered a loss in VG stock, you have until April 18, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
[jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Fax: (212) 363-7171
[www.zlk.com](http://www.zlk.com)