EXHIBIT 3
(PART 1)

 

GlobeNewswire by notified     Newsroom     Services     Contact Us     English ⌄     Sign In     Register     🔍



# VENTURE GLOBAL, INC. (NYSE: VG) DEADLINE ALERT: Bernstein Liebhard LLP Reminds Venture Global, Inc. Investors of Upcoming Deadline

March 03, 2025 06:45 ET     | Source: Bernstein Liebhard LLP     Follow

---

**Share**





✉
—
⊞

NEW YORK, March 03, 2025 (GLOBE NEWSWIRE) -- Bernstein Liebhard LLP:

- Do you, or did you, own shares of Venture Global, Inc. (NYSE: VG)?

- Did you purchase your shares in connection with the Company's January 24, 2025 IPO?

- Did you lose money in your investment in Venture Global, Inc.?

- Do you want to discuss your rights?

Bernstein Liebhard LLP, a nationally acclaimed investor rights law firm, reminds Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) investors of an upcoming deadline involving a securities fraud class action lawsuit commenced against the Company.

If you **purchased or acquired Venture stock, and/or would like to discuss your legal rights and options** please visit Venture Global, Inc. Shareholder Class Action Lawsuit or contact Investor Relations Manager **Peter Allocco** at (212) 951-2030 or pallocco@bernlieb.com.

## Release Summary

VENTURE GLOBAL, INC. (NYSE: VG) DEADLINE ALERT: Bernstein Liebhard LLP Reminds Venture Global, Inc. Investors of Upcoming Deadline

## Company Profile

**Bernstein Liebhard LLP**

**Industry:** Support Services

**Website:** https://www.bernlieb.com

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

 GlobeNewswire by notified     Newsroom    Services    Contact Us     Sign In    Register

pursuant or traceable to the registration statement for the Company's initial public offering held on or about January 24, 2025, alleging violations of the Securities Act of 1933 against the Company and certain of its senior officers.

According to the lawsuit, Defendants made misrepresentations concerning Venture's ability to utilize its approach to deliver liquefied natural gas.

If you wish to serve as lead plaintiff for the Class, you must file papers by <u>April 18, 2025</u>. A lead plaintiff is a representative party acting on other class members' behalf in directing the litigation. Your ability to share in any recovery doesn't require that you serve as lead plaintiff. If you choose to take no action, you may remain an absent class member.

All representation is on a contingency fee basis. Shareholders pay no fees or expenses.

Since 1993, <u>Bernstein Liebhard LLP</u> has recovered over $3.5 billion for its clients. In addition to representing individual investors, the Firm has been retained by some of the largest public and private pension funds in the country to monitor their assets and pursue litigation on their behalf. As a result of its success litigating hundreds of class actions, the Firm has been named to The National Law Journal's "Plaintiffs' Hot List" thirteen times and listed in The Legal 500 for sixteen consecutive years.

ATTORNEY ADVERTISING. © 2025 Bernstein Liebhard LLP. The law firm responsible for this advertisement is Bernstein Liebhard LLP, 10 East 40th Street, New York, New York 10016, (212) 779-1414. Prior results do not guarantee or predict a similar outcome with respect to any future matter.

Contact Information:

**Peter Allocco**

Investor Relations Manager

Bernstein Liebhard LLP

<u>https://www.bernlieb.com</u>

(212) 951-2030

<u>pallocco@bernlieb.com</u>

**Tags**

<u>venture global</u>    <u>vg</u>    <u>bernstein liebhard</u>    <u>securities fraud</u>

 

GlobeNewswire by notified    Newsroom    Services    Contact Us    English ∨    Sign In    Register    🔍



# VENTURE GLOBAL, INC. (NYSE: VG) DEADLINE ALERT: Bernstein Liebhard LLP Reminds Venture Global, Inc. Investors of Upcoming Deadline

April 01, 2025 07:15 ET    | Source: Bernstein Liebhard LLP    Follow

---

**Share**





✉
⊞

NEW YORK, April 01, 2025 (GLOBE NEWSWIRE) -- Bernstein Liebhard LLP:

- Do you, or did you, own shares of Venture Global, Inc. (NYSE: VG)?

- Did you purchase your shares in connection with the Company's January 24, 2025 IPO?

- Did you lose money in your investment in Venture Global, Inc.?

- Do you want to discuss your rights?

Bernstein Liebhard LLP, a nationally acclaimed investor rights law firm, reminds Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) investors of an upcoming deadline involving a securities fraud class action lawsuit commenced against the Company.

If you **purchased or acquired Venture stock, and/or would like to discuss your legal rights and options** please visit Venture Global, Inc. Shareholder Class Action Lawsuit or contact Investor Relations Manager **Peter Allocco** at (212) 951-2030 or pallocco@bernlieb.com.

## Release Summary

VENTURE GLOBAL, INC. (NYSE: VG) DEADLINE ALERT: Bernstein Liebhard LLP Reminds Venture Global, Inc. Investors of Upcoming Deadline

## Company Profile

**Bernstein Liebhard LLP**

**Industry:** Support Services

**Website:** https://www.bernlieb .com

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript



Newsroom        Services        Contact Us                Sign In        Register

pursuant or traceable to the registration statement for the Company's initial public offering held on or about January 24, 2025, alleging violations of the Securities Act of 1933 against the Company and certain of its senior officers.

According to the lawsuit, Defendants made misrepresentations concerning Venture's ability to utilize its approach to deliver liquefied natural gas.

If you wish to serve as lead plaintiff for the Class, you must file papers by April 18, 2025. A lead plaintiff is a representative party acting on other class members' behalf in directing the litigation. Your ability to share in any recovery doesn't require that you serve as lead plaintiff. If you choose to take no action, you may remain an absent class member.

All representation is on a contingency fee basis. Shareholders pay no fees or expenses.

Since 1993, Bernstein Liebhard LLP has recovered over $3.5 billion for its clients. In addition to representing individual investors, the Firm has been retained by some of the largest public and private pension funds in the country to monitor their assets and pursue litigation on their behalf. As a result of its success litigating hundreds of class actions, the Firm has been named to The National Law Journal's "Plaintiffs' Hot List" thirteen times and listed in The Legal 500 for sixteen consecutive years.

ATTORNEY ADVERTISING. © 2025 Bernstein Liebhard LLP. The law firm responsible for this advertisement is Bernstein Liebhard LLP, 10 East 40th Street, New York, New York 10016, (212) 779-1414. Prior results do not guarantee or predict a similar outcome with respect to any future matter.

Contact Information:

Peter Allocco

Investor Relations Manager

Bernstein Liebhard LLP

https://www.bernlieb.com

(212) 951-2030

pallocco@bernlieb.com

**Tags**

venture global        vg        bernstein liebhard        securities fraud

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 6 of 152

☀ 90°   Concho Valley homepage.com   ✉ **SIGN UP**   ≡

 **ACCESS Newswire**

# VENTURE GLOBAL, INC. (NYSE: VG) DEADLINE ALERT: Bernstein Liebhard LLP Reminds Venture Global, Inc. Investors of Upcoming Deadline

NEWS PROVIDED BY
ACCESS Newswire
Apr 07, 2025, 6:45 AM ET

- **Do you, or did you, own shares of Venture Global, Inc. (NYSE: VG)?**

- **Did you purchase your shares in connection with the Company's January 24, 2025 IPO?**

- **Did you lose money in your investment in Venture Global, Inc.?**

- **Do you want to discuss your rights?**

Case 1:25-cv-04642-JSR   Document 26-4   Filed 05/05/25   Page 7 of 152

**NEW YORK, NY / ACCESS Newswire / April 7, 2025 /** Bernstein Liebhard LLP, a nationally acclaimed investor rights law firm, reminds Venture Global, Inc. ("Venture" or the "Company") (NYSE:VG) investors of an upcoming deadline involving a securities fraud class action lawsuit commenced against the Company.

If you **purchased or acquired Venture stock, and/or would like to discuss your legal rights and options** please visit Venture Global, Inc. Shareholder Class Action Lawsuit or contact Investor Relations Manager **Peter Allocco** at (212) 951-2030 or pallocco@bernlieb.com.

A lawsuit was filed in the United States District Court for the Southern District of New York who purchased or acquired the stock of Venture pursuant or traceable to the registration statement for the Company's initial public offering held on or about January 24, 2025, alleging violations of the Securities Act of 1933 against the Company and certain of its senior officers.

According to the lawsuit, Defendants made misrepresentations concerning Venture's ability to utilize its approach to deliver liquefied natural gas.

If you wish to serve as lead plaintiff for the Class, you must file papers by **April 18, 2025**. A lead plaintiff is a representative party acting on other class members' behalf in directing the litigation. Your ability to share in any recovery doesn't require that you serve as lead plaintiff. If you choose to take no action, you may remain an absent class member.

All representation is on a contingency fee basis. Shareholders pay no fees or expenses.

Since 1993, Bernstein Liebhard LLP has recovered over $3.5 billion for its clients. In addition to representing individual investors, the Firm has been retained by some of

4/28/25, 3:50 PM VENTURE GLOBAL, INC. (NYSE: VG) DEADLINE ALERT: Bernstein Liebhard LLP Reminds Venture Global, Inc. Investors of Upc…

Case 1:25-cv-04642-JSR Document 26-4 Filed 05/05/25 Page 8 of 152

the largest public and private pension funds in the country to monitor their assets and pursue litigation on their behalf. As a result of its success litigating hundreds of class actions, the Firm has been named to The National Law Journal's "Plaintiffs' Hot List" thirteen times and listed in The Legal 500 for sixteen consecutive years.

ATTORNEY ADVERTISING. © 2025 Bernstein Liebhard LLP. The law firm responsible for this advertisement is Bernstein Liebhard LLP, 10 East 40th Street, New York, New York 10016, (212) 779-1414. Prior results do not guarantee or predict a similar outcome with respect to any future matter.

Contact Information:

**Peter Allocco**

Investor Relations Manager

Bernstein Liebhard LLP

https://www.bernlieb.com

(212) 951-2030

pallocco@bernlieb.com

**SOURCE:** Bernstein Liebhard LLP




☀ 81°  SIGN UP



VENTURE GLOBAL, INC. (NYSE: VG) DEADLINE ALERT: Bernstein Liebhard LLP Reminds Venture Global, Inc. Investors of Upcoming Deadline



Apr 14, 2025, 7:00 AM ET

NEW YORK, April 14, 2025 (GLOBE NEWSWIRE) -- Bernstein Liebhard LLP:

- **Do you, or did you, own shares of Venture Global, Inc. (NYSE: VG)?**

- **Did you purchase your shares in connection with the Company's January 24, 2025 IPO?**

4/28/25, 3:43 PM VENTURE GLOBAL, INC. (NYSE: VG) DEADLINE ALERT: Bernstein Liebhard LLP Reminds Venture Global, Inc. Investors of Upc…

Case 1:25-cv-04642-JSR Document 26-4 Filed 05/05/25 Page 10 of 152

- **Did you lose money in your investment in Venture Global, Inc.?**

- **Do you want to discuss your rights?**

Bernstein Liebhard LLP, a nationally acclaimed investor rights law firm, reminds Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) investors of an upcoming deadline involving a securities fraud class action lawsuit commenced against the Company.

If you **purchased or acquired Venture stock, and/or would like to discuss your legal rights and options** please visit Venture Global, Inc. Shareholder Class Action Lawsuit or contact Investor Relations Manager **Peter Allocco** at (212) 951-2030 or pallocco@bernlieb.com.

A lawsuit was filed in the United States District Court for the Southern District of New York who purchased or acquired the stock of Venture pursuant or traceable to the registration statement for the Company's initial public offering held on or about January 24, 2025, alleging violations of the Securities Act of 1933 against the Company and certain of its senior officers.

According to the lawsuit, Defendants made misrepresentations concerning Venture's ability to utilize its approach to deliver liquefied natural gas.

If you wish to serve as lead plaintiff for the Class, you must file papers by **April 18, 2025**. A lead plaintiff is a representative party acting on other class members' behalf in directing the litigation. Your ability to share in any recovery doesn't require that you serve as lead plaintiff. If you choose to take no action, you may remain an absent class member.

All representation is on a contingency fee basis. Shareholders pay no fees or expenses.

Since 1993, Bernstein Liebhard LLP has recovered over $3.5 billion for its clients. In addition to representing individual investors, the Firm has been retained by some of the largest public and private pension funds in the country to monitor their assets and pursue litigation on their behalf. As a result of its success litigating hundreds of class actions, the Firm has been named to The National Law Journal's "Plaintiffs' Hot List" thirteen times and listed in The Legal 500 for sixteen consecutive years.

ATTORNEY ADVERTISING. © 2025 Bernstein Liebhard LLP. The law firm responsible for this advertisement is Bernstein Liebhard LLP, 10 East 40th Street, New York, New York 10016, (212) 779-1414. Prior results do not guarantee or predict a similar outcome with respect to any future matter.

Contact Information:

**Peter Allocco**

Investor Relations Manager

Bernstein Liebhard LLP

https://www.bernlieb.com

(212) 951-2030

pallocco@bernlieb.com





# Bragar Eagel & Squire, P.C. Reminds Investors That Class Action Lawsuits Have Been Filed Against Trade Desk, Semtech, Venture Global, and Constellation and Encourages Investors to Contact the Firm

March 25, 2025
21:00 ET

| Source: Bragar Eagel & Squire

Follow

**Company Profile**

Bragar Eagel & Squire

**Industry:**
Specialized Consumer Services

**Website:**
https://bespc.com

**Press Release Actions**

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**Share**









NEW YORK, March 25, 2025 (GLOBE NEWSWIRE) -- Bragar Eagel & Squire, P.C., a nationally recognized shareholder rights law firm, reminds investors that class actions have been commenced on behalf of stockholders of The Trade Desk, Inc. (NASDAQ:TTD), Semtech Corporation (NASDAQ:SMTC), Venture Global, Inc. (NYSE:VG), and Constellation Brands, Inc. (NYSE:STZ). Stockholders have until the deadlines below to petition the court to serve as lead plaintiff. Additional information about each case can be found at the link provided.

**The Trade Desk, Inc. (NASDAQ:TTD)**

Class Period: May 9, 2024 - February 12, 2025

Lead Plaintiff Deadline: April 21, 2025

The Class Action alleges that, during the Class Period, the Defendants made materially false and misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects, including that: (1) Trade Desk was experiencing significant, ongoing, self-inflicted execution challenges rolling out Kokai, including transitioning clients to Kokai from the Company's older platform Solimar; (2) such execution challenges meaningfully delayed the Kokai Rollout; (3)



Newsroom        Services        Contact Us                    Sign In        Register

growth; and (4) as a result of the above, Defendants' positive statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

For more information on the Trade Desk class action go to: https://bespc.com/cases/TTD

Semtech Corporation (NASDAQ:SMTC)

Class Period: August 27, 2024 - February 7, 2025

Lead Plaintiff Deadline: April 22, 2025

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants allegedly failed to disclose to investors: (1) that its CopperEdge products did not meet the needs of its server rack customer or end users; (2) that, as a result, the CopperEdge products required certain rack architecture changes; (3) that, as a result of the foregoing, the Company's sales of CopperEdge products would not ramp-up during fiscal 2026; (4) that, as a result, sales of CopperEdge products would be lower-than-expected; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

For more information on the Semtech class action go to: https://bespc.com/cases/SMTC

Venture Global, Inc. (NYSE:VG)

Class Period: Pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025

Lead Plaintiff Deadline: April 18, 2025

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefaction and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

Constellation Brands, Inc. (NYSE:STZ)

Class Period: April 11, 2024 - January 8, 2025

Lead Plaintiff Deadline: April 21, 2025

According to the complaint, defendants provided investors with material information concerning Constellation's full year 2024 fiscal results and financial outlook for 2025 which was based in material part on defendants enhanced focus on improving mix, inventory and sales execution in its Wine and Spirits business, specifically focusing efforts within its premium and above brands to drive more consistent growth. Additionally, defendants made investments in media spend and price promotions as well as adjustments in sales capabilities to support distributor partners.

On January 8, 2025 defendants issued a press release announcing the Company's third quarter fiscal year 2025 results. In pertinent part, defendants presented a significant miss on sales performance in the Beer segment and an even steeper miss for the Wine & Spirits.

Following this news, the price of Constellation's common stock declined dramatically. From a closing market price of $219.28 per share on January 8, 2025 to $181.81 per share on January 10, 2025.

For more information on the Constellation class action go to: https://bespc.com/cases/STZ

About Bragar Eagel & Squire, P.C.:

Bragar Eagel & Squire, P.C. is a nationally recognized law firm with offices in New York, California, and South Carolina. The firm represents individual and institutional investors in commercial, securities, derivative, and other complex litigation in state and federal courts across the country. For more information about the firm, please visit www.bespc.com. Attorney advertising. Prior results do not guarantee similar outcomes.

Contact Information:

Bragar Eagel & Squire, P.C.

Brandon Walker, Esq.

Marion Passmore, Esq.

(212) 355-4648

investigations@bespc.com

www.bespc.com



GlobeNewswire
by notified

Newsroom　　Services　　Contact Us　　English ⌄　　Sign In　　Register　🔍



# Bragar Eagel & Squire, P.C. Reminds Investors That Class Action Lawsuits Have Been Filed Against Trade Desk, Alarum, Venture Global, and Constellation and Encourages Investors to Contact the Firm

April 01, 2025
21:00 ET

| Source: Bragar Eagel & Squire

Follow

### Company Profile

Bragar Eagel & Squire

**Industry:**
Specialized Consumer Services

**Website:**
https://bespc.com

### Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

Share









NEW YORK, April 01, 2025 (GLOBE NEWSWIRE) -- Bragar Eagel & Squire, P.C., a nationally recognized shareholder rights law firm, reminds investors that class actions have been commenced on behalf of stockholders of The Trade Desk, Inc. (NASDAQ: TTD), Alarum Technologies Ltd. (NASDAQ: ALAR), Venture Global, Inc. (NYSE: VG), and Constellation Brands, Inc. (NYSE: STZ). Stockholders have until the deadlines below to petition the court to serve as lead plaintiff. Additional information about each case can be found at the link provided.

### The Trade Desk, Inc. (NASDAQ: TTD)

Class Period: May 9, 2024 – February 12, 2025

Lead Plaintiff Deadline: April 21, 2025

The Class Action alleges that, during the Class Period, the Defendants made materially false and misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects, including that: (1) Trade Desk was experiencing significant, ongoing, self-inflicted execution challenges rolling out Kokai, including transitioning clients to Kokai from the Company's older platform Solimar; (2) such execution challenges meaningfully delayed the Kokai Rollout; (3)



Newsroom     Services     Contact Us              Sign In      Register

growth; and (4) as a result of the above, Defendants' positive statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

For more information on the Trade Desk class action go to: https://bespc.com/cases/TTD

**Alarum Technologies Ltd. (NASDAQ: ALAR)**

Class Period: March 14, 2024 – August 26, 2024

Lead Plaintiff Deadline: April 15, 2025

According to the lawsuit, throughout the Class Period, defendants made false and misleading statements and/or failed to disclose that: (1) Alarum was less effective in retaining and/or expanding customer engagements than it had represented to investors; (2) the foregoing would impair Alarum's ability to generate consistent revenue growth; (3) accordingly, Alarum's business and/or financial prospects were overstated; and (4) as a result, Alarum's public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

For more information on the Alarum class action go to: https://bespc.com/cases/ALAR

**Venture Global, Inc. (NYSE: VG)**

Class Period: Pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025

Lead Plaintiff Deadline: April 18, 2025

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

For more information on the Venture Global class action go to: https://bespc.com/cases/VG

**Constellation Brands, Inc. (NYSE: STZ)**



GlobeNewswire
by notified

Newsroom          Services          Contact Us                    Sign In          Register

According to the complaint, defendants provided investors with material information concerning Constellation's full year 2024 fiscal results and financial outlook for 2025 which was based in material part on defendants enhanced focus on improving mix, inventory and sales execution in its Wine and Spirits business, specifically focusing efforts within its premium and above brands to drive more consistent growth. Additionally, defendants made investments in media spend and price promotions as well as adjustments in sales capabilities to support distributor partners.

On January 8, 2025 defendants issued a press release announcing the Company's third quarter fiscal year 2025 results. In pertinent part, defendants presented a significant miss on sales performance in the Beer segment and an even steeper miss for the Wine & Spirits.

Following this news, the price of Constellation's common stock declined dramatically. From a closing market price of $219.28 per share on January 8, 2025 to $181.81 per share on January 10, 2025.

For more information on the Constellation class action go to: https://bespc.com/cases/STZ

**About Bragar Eagel & Squire, P.C.:**

Bragar Eagel & Squire, P.C. is a nationally recognized law firm with offices in New York, California, and South Carolina. The firm represents individual and institutional investors in commercial, securities, derivative, and other complex litigation in state and federal courts across the country. For more information about the firm, please visit www.bespc.com. Attorney advertising. Prior results do not guarantee similar outcomes.

**Contact Information:**

Bragar Eagel & Squire, P.C.

Brandon Walker, Esq.

Marion Passmore, Esq.

(212) 355-4648

investigations@bespc.com

www.bespc.com



GlobeNewswire by notified    Newsroom    Services    Contact Us    English ⌄    Sign In    **Register**    🔍

**B|E|S**

# Bragar Eagel & Squire, P.C. Reminds Investors That Class Action Lawsuits Have Been Filed Against Trade Desk, Semtech, Venture Global, and Constellation and Encourages Investors to Contact the Firm

April 15, 2025
21:00 ET

| Source: [Bragar Eagel & Squire](#)

**Follow**

### Company Profile

Bragar Eagel & Squire

**Industry:**
Specialized Consumer Services

**Website:**
[https://bespc.com](https://bespc.com)

### Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**Share**







⊞

NEW YORK, April 15, 2025 (GLOBE NEWSWIRE) -- Bragar Eagel & Squire, P.C., a nationally recognized shareholder rights law firm, reminds investors that class actions have been commenced on behalf of stockholders of The Trade Desk, Inc. (NASDAQ:TTD), Semtech Corporation (NASDAQ:SMTC), Venture Global, Inc. (NYSE:VG), and Constellation Brands, Inc. (NYSE:STZ). Stockholders have until the deadlines below to petition the court to serve as lead plaintiff. Additional information about each case can be found at the link provided.

**The Trade Desk, Inc. (NASDAQ:TTD)**

Class Period: May 9, 2024 - February 12, 2025

Lead Plaintiff Deadline: April 21, 2025

The Class Action alleges that, during the Class Period, the Defendants made materially false and misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects, including that: (1) Trade Desk was experiencing significant, ongoing, self-inflicted execution challenges rolling out Kokai, including transitioning clients to Kokai from the Company's older platform Solimar; (2) such execution challenges meaningfully delayed the Kokai Rollout; (3)





growth; and (4) as a result of the above, Defendants' positive statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

For more information on the Trade Desk class action go to: https://bespc.com/cases/TTD

### Semtech Corporation (NASDAQ:SMTC)

Class Period: August 27, 2024 - February 7, 2025

Lead Plaintiff Deadline: April 22, 2025

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants allegedly failed to disclose to investors: (1) that its CopperEdge products did not meet the needs of its server rack customer or end users; (2) that, as a result, the CopperEdge products required certain rack architecture changes; (3) that, as a result of the foregoing, the Company's sales of CopperEdge products would not ramp-up during fiscal 2026; (4) that, as a result, sales of CopperEdge products would be lower-than-expected; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

For more information on the Semtech class action go to: https://bespc.com/cases/SMTC

### Venture Global, Inc. (NYSE:VG)

Class Period: Pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025

Lead Plaintiff Deadline: April 18, 2025

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

**Constellation Brands, Inc. (NYSE:STZ)**

Class Period: April 11, 2024 - January 8, 2025

Lead Plaintiff Deadline: April 21, 2025

According to the complaint, defendants provided investors with material information concerning Constellation's full year 2024 fiscal results and financial outlook for 2025 which was based in material part on defendants enhanced focus on improving mix, inventory and sales execution in its Wine and Spirits business, specifically focusing efforts within its premium and above brands to drive more consistent growth. Additionally, defendants made investments in media spend and price promotions as well as adjustments in sales capabilities to support distributor partners.

On January 8, 2025 defendants issued a press release announcing the Company's third quarter fiscal year 2025 results. In pertinent part, defendants presented a significant miss on sales performance in the Beer segment and an even steeper miss for the Wine & Spirits.

Following this news, the price of Constellation's common stock declined dramatically. From a closing market price of $219.28 per share on January 8, 2025 to $181.81 per share on January 10, 2025.

For more information on the Constellation class action go to: https://bespc.com/cases/STZ

**About Bragar Eagel & Squire, P.C.:**

Bragar Eagel & Squire, P.C. is a nationally recognized law firm with offices in New York, California, and South Carolina. The firm represents individual and institutional investors in commercial, securities, derivative, and other complex litigation in state and federal courts across the country. For more information about the firm, please visit www.bespc.com. Attorney advertising. Prior results do not guarantee similar outcomes.

**Contact Information:**

Bragar Eagel & Squire, P.C.

Brandon Walker, Esq.

Marion Passmore, Esq.

(212) 355-4648

investigations@bespc.com

www.bespc.com

Case 1:25-cv-04642-JSR   Document 26-4   Filed 05/05/25   Page 21 of 152



 My Watchlist

HOME (/) › › S… › VENTURE GLOBAL, INC. (VG) INVESTIGATION: BRONSTEIN, GEWIRTZ & GROSSM…

# Venture Global, Inc. (VG) Investigation: Bronstein, Gewirtz & Grossman, LLC Encourages Shareholders to Contact the Firm to Learn More About the Investigation

PRESS RELEASE ACCESS Newswire (/author/access-newswire)

Feb. 17, 2025, 10:00 AM

Bronstein, Gewirtz & Grossman, LLC is investigating potential claims on behalf of purchasers of Venture Global, Inc. ("Venture Global" or "the Company") (NYSE:VG). Investors who purchased Venture Global securities are encouraged to obtain additional information and assist the investigation by visiting the firm's site: **bgandg.com/VG (https://pr.report/6yoc)**.

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 22 of 152



## Investigation Details

On or around January 24, 2025, Venture Global conducted its initial public offering of 70 million shares priced at $25.00 per share. Then, on February 5, 2025, Reuters published an article entitled "Total CEO says company rejected Venture Global as LNG supplier over lack of trust". The Reuters article reported, in relevant part, that TotalEnergies SE had "rebuffed" overtures from Venture Global in connection with various contracts, citing "a lack of trust." The Reuters article noted that Venture Global "has been roiled by legal challenges from huge clients like BP and Shell for taking years to honor supply contracts as it commissions its projects." Following publication of the article, Venture Global's stock price fell $2.20 per share, or 11.18%, to close at $17.48 per share on February 6, 2025.

## What's Next?

If you are aware of any facts relating to this investigation or purchased Venture Global securities, you can assist this investigation by visiting the firm's site: **bgandg.com/VG**

Case 1:25-cv-04642-JSR   Document 26-4   Filed 05/05/25   Page 23 of 152

**(https://pr.report/6yod)**. You can also contact Peretz Bronstein or his client relations manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC: 332-239-2660

### There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

### Why Bronstein, Gewirtz & Grossman

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on **LinkedIn (https://pr.report/6yoe)**, **X (https://pr.report/6yof)**, **Facebook (https://pr.report/6yog)**, or **Instagram (https://pr.report/6yoh)**.

Attorney advertising. Prior results do not guarantee similar outcomes.

### Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com

**SOURCE:** Bronstein, Gewirtz & Grossman, LLC

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 24 of 152



  My Watchlist

HOME (/)  >  I  >  ST…  >  BRONSTEIN, GEWIRTZ & GROSSMAN, LLC ENCOURAGES VENTURE GLOBAL, I…

# Bronstein, Gewirtz & Grossman, LLC Encourages Venture Global, Inc. (VG) Shareholders to Inquire about Securities Investigation

PRESS RELEASE ACCESS Newswire (/author/access-newswire)

Feb. 18, 2025, 10:00 AM

**NEW YORK, NY / ACCESS Newswire (https://www.accessnewswire.com/) / February 18, 2025 /** Bronstein, Gewirtz & Grossman, LLC is investigating potential claims on behalf of purchasers of Venture Global, Inc. ("Venture Global" or "the Company") (NYSE:VG). Investors who purchased Venture Global securities are encouraged to obtain additional information and assist the investigation by visiting the firm's site: **bgandg.com/VG (https://pr.report/6yoi)**.

Case 1:25-cv-04642-JSR     Document 26-4     Filed 05/05/25     Page 25 of 152



## Investigation Details

On or around January 24, 2025, Venture Global conducted its initial public offering of 70 million shares priced at $25.00 per share. Then, on February 5, 2025, Reuters published an article entitled "Total CEO says company rejected Venture Global as LNG supplier over lack of trust". The Reuters article reported, in relevant part, that TotalEnergies SE had "rebuffed" overtures from Venture Global in connection with various contracts, citing "a lack of trust." The Reuters article noted that Venture Global "has been roiled by legal challenges from huge clients like BP and Shell for taking years to honor supply contracts as it commissions its

projects." Following publication of the article, Venture Global's stock price fell $2.20 per share, or 11.18%, to close at $17.48 per share on February 6, 2025.

## What's Next?

If you are aware of any facts relating to this investigation or purchased Venture Global securities, you can assist this investigation by visiting the firm's site: **bgandg.com/VG (https://pr.report/6yoj)**. You can also contact Peretz Bronstein or his client relations manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC: 332-239-2660

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on **LinkedIn (https://pr.report/6yok)**, **X (https://pr.report/6yol)**, **Facebook (https://pr.report/6yom)**, or **Instagram (https://pr.report/6yon)**.

Attorney advertising. Prior results do not guarantee similar outcomes.

Case 1:25-cv-04642-JSR Document 26-4 Filed 05/05/25 Page 27 of 152

## Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com

**SOURCE:** Bronstein, Gewirtz & Grossman, LLC

View the original press release
(https://www.accessnewswire.com/newsroom/en/business-
and-professional-services/bronstein-gewirtz-and-grossman-



**Mar 2, 2025 4:00 PM Eastern Standard Time**

# VG INVESTOR ALERT: Bronstein, Gewirtz & Grossman LLC Announces that Venture Global, Inc. Investors with Substantial Losses Have Opportunity to Lead Class Action Lawsuit

Share

NEW YORK--(BUSINESS WIRE)--Attorney Advertising--Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) and certain of its officers.

**Class Definition**

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

**Case Details**

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP

Case 1:25-cv-04642-JSR   Document 26-4   Filed 05/05/25   Page 29 of 152

and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

### What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

### There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

### Why Bronstein, Gewirtz & Grossman

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on LinkedIn, X, Facebook, or Instagram.

Attorney advertising. Prior results do not guarantee similar outcomes.

## Contacts

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com

---

**Industry:**       Class Action Lawsuit    Professional Services    Legal

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 30 of 152



## Bronstein, Gewirtz & Grossman, LLC

~ NYSE:VG

---

### RELEASE VERSIONS

**English**

### $CASHTAGS
$VG

### HASHTAGS
#ClassAction

#VG

#VentureGlobal

#VentureGlobalInc

#securities

---

### CONTACTS

Bronstein, Gewirtz & Grossman, LLC
Peretz Bronstein or Nathan Miller
332-239-2660 | info@bgandg.com

### SOCIAL MEDIA PROFILES

 Facebook

LinkedIn

 54°



 **SIGN UP**



 | **ACCESS Newswire**

## VG SHAREHOLDER ALERT: Bronstein, Gewirtz and Grossman, LLC Announces that Venture Global, Inc. Shareholders with Substantial Losses Have Opportunity to Lead Class Action Lawsuit!

NEWS PROVIDED BY
ACCESS Newswire
Mar 24, 2025, 7:00 AM ET

**NEW YORK CITY, NY /** ACCESS Newswire **/ March 24, 2025 /** Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE:VG) and certain of its officers.



## Class Definition

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial

public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

## Case Details

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

## What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG. or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on LinkedIn, X, Facebook, or Instagram.

Attorney advertising. Prior results do not guarantee similar outcomes.

**Contact**

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com

**SOURCE:** Bronstein, Gewirtz & Grossman, LLC

 **76°**



 

✉ **SIGN UP**

 | # ACCESS Newswire

## VG SHAREHOLDER ALERT: Bronstein, Gewirtz and Grossman, LLC Announces that Venture Global, Inc. Stockholders with Substantial Losses Have Opportunity to Lead Class Action Lawsuit!

NEWS PROVIDED BY
ACCESS Newswire
Mar 25, 2025, 7:00 AM ET

**NEW YORK CITY, NY /** ACCESS Newswire **/ March 25, 2025 /** Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE:VG) and certain of its officers.



## Class Definition

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial

public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

## Case Details

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

## What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG. or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

Case 1:25-cv-04642-JSR Document 26-4 Filed 05/05/25 Page 38 of 152

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on [LinkedIn](), [X](), [Facebook](), or [Instagram]().

Attorney advertising. Prior results do not guarantee similar outcomes.

## Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com

**SOURCE:** Bronstein, Gewirtz & Grossman, LLC



BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC

# VG INVESTOR ALERT: Bronstein, Gewirtz & Grossman LLC Announces that Venture Global, Inc. Investors with Substantial Losses Have Opportunity to Lead Class Action Lawsuit

March 31, 2025 | Source: [Bronstein, Gewirtz & Grossman, LLC](#)
16:00 ET

**Follow**

## Company Profile

Bronstein, Gewirtz & Grossman, LLC

**Industry:** Consumer Services

**Website:** [http://www.bgandg.com/](http://www.bgandg.com/)

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

Share









NEW YORK, March 31, 2025 (GLOBE NEWSWIRE) -- Attorney Advertising-- Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) and certain of its officers.

### Class Definition

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

### Case Details



Newsroom    Services    Contact Us    Sign In    Register

deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefaction and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

## What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG. or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on LinkedIn, X, Facebook, or Instagram.

Attorney advertising. Prior results do not guarantee similar outcomes.

## Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com

4/28/25, 2:27 PM
VG INVESTOR ALERT: Bronstein, Gewirtz and Grossman, LLC Announces that Venture Global, Inc. Investors Have Opportunity to ...

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 41 of 152

 
 | ## ACCESS Newswire

---

## VG INVESTOR ALERT: Bronstein, Gewirtz and Grossman, LLC Announces that Venture Global, Inc. Investors Have Opportunity to Lead Class Action Lawsuit!

---

NEWS PROVIDED BY
ACCESS Newswire
Apr 03, 2025, 7:00 AM ET

---

**NEW YORK CITY, NY** / **ACCESS Newswire** / **April 3, 2025** / Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE:VG) and certain of its officers.

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 42 of 152



## Class Definition

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial

public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

## Case Details

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

## What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG. or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

Case 1:25-cv-04642-JSR     Document 26-4     Filed 05/05/25     Page 44 of 152

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on [LinkedIn](#), [X](#), [Facebook](#), or [Instagram](#).

Attorney advertising. Prior results do not guarantee similar outcomes.

## Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com

**SOURCE:** Bronstein, Gewirtz & Grossman, LLC

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 45 of 152

   

☀ 75°

**✉ SIGN UP**

☰

 | **ACCESS Newswire**

## VG INVESTOR ALERT: Bronstein, Gewirtz and Grossman, LLC Announces that Venture Global, Inc. Shareholders Have Opportunity to Lead Class Action Lawsuit!

NEWS PROVIDED BY
ACCESS Newswire
Apr 06, 2025, 7:00 AM ET

**NEW YORK CITY, NY /** ACCESS Newswire **/ April 6, 2025 /** Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE:VG) and certain of its officers.



## Class Definition

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial

public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

## Case Details

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

## What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG. or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on [LinkedIn](), [X](), [Facebook](), or [Instagram]().

Attorney advertising. Prior results do not guarantee similar outcomes.

## Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com

**SOURCE:** Bronstein, Gewirtz & Grossman, LLC

 **62°**  ✉ **SIGN UP** • **LIVE** ☰



# VG INVESTOR ALERT: Bronstein, Gewirtz & Grossman LLC Announces that Venture Global, Inc. Investors with Substantial Losses Have Opportunity to Lead Class Action Lawsuit



Apr 07, 2025, 4:00 PM ET

NEW YORK, April 07, 2025 (GLOBE NEWSWIRE) -- Attorney Advertising-- Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) and certain of its officers.

## Class Definition

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

## Case Details

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

## What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG. or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees,

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 51 of 152

usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on LinkedIn, X, Facebook, or Instagram.

Attorney advertising. Prior results do not guarantee similar outcomes.

## Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com



NOTE: This content is not written by or endorsed by "KRON", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to GlobeNewswire.*

| Search by keyword | SEARCH |
|---|---|

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 52 of 152

 ☀ **77°**



✉ **SIGN UP**

☰

 | **ACCESS Newswire**

## VG Stockholders Have Opportunity to Lead Venture Global, Inc. Class Action Lawsuit – Contact Bronstein, Gewirtz and Grossman, LLC Today!

NEWS PROVIDED BY
ACCESS Newswire
Apr 11, 2025, 7:00 AM ET

**NEW YORK CITY, NY /** ACCESS Newswire **/ April 11, 2025 /** Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE:VG) and certain of its officers.

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 53 of 152



## Class Definition

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 54 of 152

public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

## Case Details

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

## What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG. or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

4/28/25, 1:21 PM VG Stockholders Have Opportunity to Lead Venture Global, Inc. Class Action Lawsuit – Contact Bronstein, Gewirtz and Grossman, …

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 55 of 152

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on LinkedIn, X, Facebook, or Instagram.

Attorney advertising. Prior results do not guarantee similar outcomes.

## Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com

**SOURCE:** Bronstein, Gewirtz & Grossman, LLC

 

GlobeNewswire    Newsroom    Services    Contact Us    English ⌄    Sign In    Register    🔍
by notified



BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC

# VG INVESTOR ALERT: Bronstein, Gewirtz & Grossman LLC Announces that Venture Global, Inc. Investors with Substantial Losses Have Opportunity to Lead Class Action Lawsuit

April 13, 2025    │ Source: Bronstein, Gewirtz &
16:00 ET                Grossman, LLC

**Follow**

## Company Profile

**Bronstein, Gewirtz & Grossman, LLC**

**Industry:** Consumer Services

**Website:** http://www.bgandg.com/

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

Share

       

NEW YORK, April 13, 2025 (GLOBE NEWSWIRE) -- Attorney Advertising-- Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) and certain of its officers.

### Class Definition

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

### Case Details



Newsroom    Services    Contact Us    Sign In    Register

deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

## What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG. or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on LinkedIn, X, Facebook, or Instagram.

Attorney advertising. Prior results do not guarantee similar outcomes.

## Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com

 78°



 ✉ **SIGN UP** ☰

 | **ACCESS Newswire**

# VG STOCKHOLDER ALERT: Bronstein, Gewirtz and Grossman, LLC Announces that Venture Global, Inc. Investors with Losses Have Opportunity to Lead Class Action Lawsuit!

NEWS PROVIDED BY
ACCESS Newswire
Apr 16, 2025, 7:00 AM ET

**NEW YORK CITY, NY /** ACCESS Newswire **/ April 16, 2025 /** Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE:VG) and certain of its officers.

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 59 of 152



## Class Definition

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial

public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

## Case Details

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

## What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG. or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees, usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on [LinkedIn](), [X](), [Facebook](), or [Instagram]().

Attorney advertising. Prior results do not guarantee similar outcomes.

## Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

[332-239-2660]() | [info@bgandg.com]()

**SOURCE:** Bronstein, Gewirtz & Grossman, LLC

 75°



 ✉ **SIGN UP**





## VG INVESTOR ALERT: Bronstein, Gewirtz & Grossman LLC Announces that Venture Global, Inc. Investors with Substantial Losses Have Opportunity to Lead Class Action Lawsuit



Apr 18, 2025, 4:00 PM ET

NEW YORK, April 18, 2025 (GLOBE NEWSWIRE) -- Attorney Advertising-- Bronstein, Gewirtz & Grossman, LLC, a nationally recognized law firm, notifies investors that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) and certain of its officers.

## Class Definition

This lawsuit seeks to recover damages against Defendants for alleged violations of the federal securities laws on behalf of all persons and entities that purchased or otherwise acquired Venture Global securities pursuant to the registration statement and prospectus issued in connection with the Company's January 24, 2025 initial public offering ("IPO"). Such investors are encouraged to join this case by visiting the firm's site: bgandg.com/VG.

## Case Details

The Complaint alleges that Venture Global made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.

## What's Next?

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint, you can visit the firm's site: bgandg.com/VG. or you may contact Peretz Bronstein, Esq. or his Client Relations Manager, Nathan Miller, of Bronstein, Gewirtz & Grossman, LLC at 332-239-2660. If you suffered a loss in Venture Global you have until April 18, 2025, to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as lead plaintiff.

## There is No Cost to You

We represent investors in class actions on a contingency fee basis. That means we will ask the court to reimburse us for out-of-pocket expenses and attorneys' fees,

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 64 of 152

usually a percentage of the total recovery, only if we are successful.

## Why Bronstein, Gewirtz & Grossman

Bronstein, Gewirtz & Grossman, LLC is a nationally recognized firm that represents investors in securities fraud class actions and shareholder derivative suits. Our firm has recovered hundreds of millions of dollars for investors nationwide.

Follow us for updates on [LinkedIn](#), [X](#), [Facebook](#), or [Instagram](#).

Attorney advertising. Prior results do not guarantee similar outcomes.

## Contact

Bronstein, Gewirtz & Grossman, LLC

Peretz Bronstein or Nathan Miller

332-239-2660 | info@bgandg.com



NOTE: This content is not written by or endorsed by "8News", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to GlobeNewswire.*

| Search by keyword | SEARCH |
| --- | --- |

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 65 of 152

 **80°**



✉ **SIGN UP**    ☰



---

# VG Shareholders Have the Right to Lead the Venture Global, Inc. Securities Lawsuit - Contact the DJS Law Group to Discuss Your Rights - VG



---

Apr 04, 2025, 4:16 AM ET

---

LOS ANGELES, April 4, 2025 /PRNewswire/ -- The DJS Law Group reminds investors of a class action lawsuit against Venture Global, Inc. ("Venture" or "the Company") (NYSE: VG) for violations of the federal securities laws.



Shareholders who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

**CASE DETAILS:**  The complaint alleges that the Company made false and misleading statements to the market concerning whether Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts.

If you are a shareholder who suffered a loss, contact us to participate.

**WHY DJS LAW GROUP?** DJS Law Group's primary focus is to enhance investor return through balanced counseling and aggressive advocacy. We specialize in securities class actions, corporate governance litigation, and domestic/international M&A appraisals. Our clients are some of the largest and most sophisticated hedge funds and alternative asset managers in the world. The litigation claims of our clients are extraordinarily valuable assets that demand respect, focus, and results.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**

David J. Schwartz

DJS Law Group

274 White Plains Road, Suite 1

 Eastchester, NY 10709

Phone: 914-206-9742

Email: David@djslawllp.com

℃ View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-shareholders-have-the-right-to-lead-the-venture-global-inc-securities-lawsuit---contact-the-djs-law-group-to-discuss-your-rights---vg-302420605.html

SOURCE DJS Law Group LLP

NOTE: This content is not written by or endorsed by "WDHN", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

| Search by keyword | SEARCH |
|---|---|

 82°    ✉ SIGN UP ☰



# VG Shareholders Have the Right to Lead the Venture Global, Inc. Securities Lawsuit - Contact the DJS Law Group to Discuss Your Rights - VG



Apr 15, 2025, 5:16 AM ET

LOS ANGELES, April 15, 2025 /PRNewswire/ -- The DJS Law Group reminds investors of a class action lawsuit against Venture Global, Inc. ("Venture" or "the Company") (NYSE: VG) for violations of the federal securities laws.



Shareholders who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

**CASE DETAILS:** The complaint alleges that the Company made false and misleading statements to the market concerning whether Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts.

If you are a shareholder who suffered a loss, contact us to participate.

**WHY DJS LAW GROUP?** DJS Law Group's primary focus is to enhance investor return through balanced counseling and aggressive advocacy. We specialize in securities class actions, corporate governance litigation, and domestic/international M&A appraisals. Our clients are some of the largest and most sophisticated hedge funds and alternative asset managers in the world. The litigation claims of our clients are extraordinarily valuable assets that demand respect, focus, and results.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**

David J. Schwartz

DJS Law Group

274 White Plains Road, Suite 1

Eastchester, NY 10709

Phone: 914-206-9742

Email: David@djslawllp.com

ⅽ View original content to download
multimedia:https://www.prnewswire.com/news-releases/vg-shareholders-have-
the-right-to-lead-the-venture-global-inc-securities-lawsuit---contact-the-djs-law-
group-to-discuss-your-rights---vg-302428408.html

SOURCE DJS Law Group LLP

NOTE: This content is not written by or endorsed by "WDHN", its advertisers, or Nexstar Media Inc.

 62°

✉ **SIGN UP**

☰



## VG Shareholders Have the Right to Lead the Venture Global, Inc. Securities Lawsuit - Contact the DJS Law Group to Discuss Your Rights - VG



Apr 15, 2025, 5:16 AM ET

LOS ANGELES, April 15, 2025 /PRNewswire/ -- The DJS Law Group reminds investors of a class action lawsuit against Venture Global, Inc. ("Venture" or "the Company") (NYSE: VG) for violations of the federal securities laws.



Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 72 of 152

Shareholders who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

**CASE DETAILS:** The complaint alleges that the Company made false and misleading statements to the market concerning whether Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts.

If you are a shareholder who suffered a loss, contact us to participate.

**WHY DJS LAW GROUP?** DJS Law Group's primary focus is to enhance investor return through balanced counseling and aggressive advocacy. We specialize in securities class actions, corporate governance litigation, and domestic/international M&A appraisals. Our clients are some of the largest and most sophisticated hedge funds and alternative asset managers in the world. The litigation claims of our clients are extraordinarily valuable assets that demand respect, focus, and results.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**

David J. Schwartz

DJS Law Group

274 White Plains Road, Suite 1

Eastchester, NY 10709

Phone: 914-206-9742

Email: David@djslawllp.com

Case 1:25-cv-04642-JSR Document 26-4 Filed 05/05/25 Page 73 of 152

View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-shareholders-have-the-right-to-lead-the-venture-global-inc-securities-lawsuit---contact-the-djs-law-group-to-discuss-your-rights---vg-302428408.html

SOURCE DJS Law Group LLP

NOTE: This content is not written by or endorsed by "KDVR", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

| Search by keyword | SEARCH |
|---|---|

Case 1:25-cv-04642-JSR   Document 26-4   Filed 05/05/25   Page 74 of 152



# Finansavisen

Logg inn   Kjøp

Siste   Børs   Aksjer   Bjellesauer   Watchlist

**Faruqi & Faruqi, LLP Securities Litigation Partner James (Josh) Wilson Encourages Investors Who Suffered Losses Exceeding $75,000 In Venture To Contact Him Directly To Discuss Their Options**

**If you purchased or otherwise acquired stock of Venture pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025 and would like to discuss your legal rights, call Faruqi & Faruqi partner Josh Wilson directly at 877-247-4292 or 212-983-9330 (Ext. 1310).**

**[You may also click here for additional information]**

NEW YORK, March 21, 2025/PRNewswire/ -- Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential claims against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) and reminds investors of the **April 18, 2025 deadline** to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.



Faruqi & Faruqi is a leading national securities law firm with offices in New York, Pennsylvania, California and Georgia. The firm has recovered hundreds of millions of dollars for investors since its founding in 1995. See www.faruqilaw.com.

Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue



Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, Patrick Pouyanné, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer because of what they are doing.

In response to the news, Venture's stock price declined from $19.68 per share on February 5, 2025 to $17.48 per share on February 6, 2025.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Venture's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

To learn more about the **Venture Global, Inc.** class action, go to [www.faruqilaw.com/VG](http://www.faruqilaw.com/VG) or **call** Faruqi & Faruqi partner **Josh Wilson directly** at **877-247-4292** or **212-983-9330 (Ext. 1310)**.

Follow us for updates on [LinkedIn](#), on [X](#), or on [Facebook](#).

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP ([www.faruqilaw.com](http://www.faruqilaw.com)). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.



 **ACCESS Newswire**

# VG Investors Have Opportunity to Lead the Venture Global Securities Fraud Lawsuit with Faruqi & Faruqi, LLP

NEWS PROVIDED BY
ACCESS Newswire
Mar 29, 2025, 9:17 AM ET

*Faruqi & Faruqi, LLP Securities Litigation Partner James (Josh) Wilson Encourages Investors Who Suffered Losses Exceeding $75,000 In Venture To Contact Him Directly To Discuss Their Options*

**NEW YORK CITY, NY / ACCESS Newswire / March 29, 2025 / If you purchased or otherwise acquired stock of Venture pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025** and would like to discuss your legal rights, call Faruqi & Faruqi partner **Josh Wilson directly** at **877-247-4292** or **212-983-9330 (Ext. 1310)**.

**[You may also click here for additional information]**



  

Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential claims against Venture Global, Inc. ("Venture" or the "Company") (NYSE:VG) and reminds investors of the **April 18, 2025 deadline** to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Faruqi & Faruqi is a leading national securities law firm with offices in New York, Pennsylvania, California and Georgia. The firm has recovered hundreds of millions of dollars for investors since its founding in 1995. See www.faruqilaw.com.

Case 1:25-cv-04642-JSR Document 26-4 Filed 05/05/25 Page 78 of 152

Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, Patrick Pouyanné, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer because of what they are doing.

In response to the news, Venture's stock price declined from $19.68 per share on February 5, 2025 to $17.48 per share on February 6, 2025.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 79 of 152

Faruqi & Faruqi, LLP also encourages anyone with information regarding Venture's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

To learn more about the **Venture Global, Inc.** class action, go to www.faruqilaw.com/VG or **call** Faruqi & Faruqi partner **Josh Wilson directly** at **877-247-4292** or **212-983-9330 (Ext. 1310)**.

Follow us for updates on LinkedIn, on X, or on Facebook.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

**SOURCE:** Faruqi & Faruqi, LLP

# VG Investors Have Opportunity to Lead Venture Global Securities Fraud Lawsuit with Faruqi & Faruqi, LLP



NEWS PROVIDED BY
**Faruqi & Faruqi, LLP** →
Apr 03, 2025, 19:40 ET

**Faruqi & Faruqi, LLP Securities Litigation Partner <u>James (Josh) Wilson</u> Encourages Investors Who Suffered Losses Exceeding $75,000 In Venture To Contact Him Directly To Discuss Their Options**

**If you purchased or otherwise acquired stock of <u>Venture</u> pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025** and would like to discuss your legal rights, call Faruqi & Faruqi partner **Josh Wilson directly** at **877-247-4292** or **212-983-9330 (Ext. 1310)**.

[**<u>You may also click here for additional information</u>**]

NEW YORK, April 3, 2025 /PRNewswire/ -- **<u>Faruqi & Faruqi, LLP</u>**, a leading national securities law firm, is investigating potential claims against Venture Global, Inc. ("Venture" or the "Company") (NYSE: **<u>VG</u>**) and reminds investors of the **April 18, 2025 deadline** to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.



Faruqi & Faruqi Logo (PRNewsfoto/Faruqi & Faruqi, LLP)

Faruqi & Faruqi is a leading national securities law firm with offices in New York, Pennsylvania, California and Georgia. The firm has recovered hundreds of millions of dollars for investors since its founding in 1995. See **www.faruqilaw.com**.

Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, Patrick

Pouyanné, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer because of what they are doing.

In response to the news, Venture's stock price declined from $19.68 per share on February 5, 2025 to $17.48 per share on February 6, 2025.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Venture's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

To learn more about the **Venture Global, Inc.** class action, go **to www.faruqilaw.com/VG** or **call** Faruqi & Faruqi partner **Josh Wilson directly** at **877-247-4292** or **212-983-9330 (Ext. 1310)**.

Follow us for updates on **LinkedIn**, on **X**, or on **Facebook**.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (**www.faruqilaw.com**). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

SOURCE Faruqi & Faruqi, LLP

## WANT YOUR COMPANY'S NEWS

  GlobeNewswire by notified

Newsroom    Services    Contact Us    English ⌄    Sign In    Register    🔍



# VG Investors Have the Opportunity to Lead the Venture Global Securities Fraud Lawsuit with Faruqi & Faruqi, LLP

April 13, 2025
08:23 ET

| Source: Faruqi & Faruqi LLP

Follow

## Company Profile

**Faruqi & Faruqi LLP**

**Industry:** Specialized Consumer Services

**Website:**
https://www.faruqilaw.com/

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

Share





✉
➕

Faruqi & Faruqi, LLP Securities Litigation Partner James (Josh) Wilson Encourages Investors Who Suffered Losses Exceeding $75,000 In Venture To Contact Him Directly To Discuss Their Options

If you purchased or otherwise acquired stock of Venture pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025 and would like to discuss your legal rights, call Faruqi & Faruqi partner **Josh Wilson directly** at **877-247-4292** or **212-983-9330 (Ext. 1310)**

[You may also click here for additional information]



  

⛶

 GlobeNewswire by notified

Newsroom          Services          Contact Us                    Sign In          Register

against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG), and reminds investors of the **April 18, 2025 deadline** to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Faruqi & Faruqi is a leading national securities law firm with offices in New York, Pennsylvania, California and Georgia. The firm has recovered hundreds of millions of dollars for investors since its founding in 1995. See www.faruqilaw.com.

Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, Patrick Pouyanné, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer because of what they are doing.

In response to the news, Venture's stock price declined from $19.68 per share on February 5, 2025 to $17.48 per share on February 6, 2025.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Venture's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

4/28/25, 1:28 PM                    VG Investors Have the Opportunity to Lead the Venture...

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 85 of 152

 GlobeNewswire
by notified

Newsroom      Services      Contact Us              Sign In    Register

already at ... (Ext. 1310)

Follow us for updates on LinkedIn, on X, or on Facebook.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

A photo accompanying this announcement is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/c47d3945-81b3-40c2-9696-b30c6d4f0f1d

### Tags

Faruqi & Faruqi    Faruqi Law    Class Action Lawsuit    Class Action

NYSE    VG    Venture Global Inc

# Recommended Reading

April 26, 2025 13:03 ET | Source: Faruqi & Faruqi LLP

## INVESTOR ALERT: Faruqi & Faruqi, LLP Investigates Claims on Behalf of Investors of The Bancorp

Faruqi & Faruqi, LLP Securities Litigation Partner James (Josh) Wilson Encourages Investors Who Suffered Losses In The Bancorp To Contact Him Directly To Discuss Their Options If you purchased or...

 Read More

April 26, 2025 12:20 ET | Source: Faruqi & Faruqi LLP

## INVESTOR ALERT: Faruqi & Faruqi, LLP Investigates Claims on Behalf of Investors of TFI International

Faruqi & Faruqi, LLP Securities Litigation Partner James (Josh) Wilson Encourages Investors Who Suffered Losses In TFI To Contact Him Directly To Discuss Their Options If you purchased or...

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 86 of 152


  

✉️ **SIGN UP**

≡



## VG Investors Have the Opportunity to Lead the Venture Global Securities Fraud Lawsuit with Faruqi & Faruqi, LLP



Apr 16, 2025, 10:52 AM ET

**Faruqi & Faruqi, LLP Securities Litigation Partner James (Josh) Wilson Encourages Investors Who Suffered Losses In Venture To Contact Him Directly To Discuss Their Options**

**If you purchased or otherwise acquired stock of Venture pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025** and would like to discuss your legal rights, call Faruqi & Faruqi partner **Josh Wilson directly** at **877-247-4292** or **212-983-9330 (Ext. 1310)**.

**[You may also click here for additional information]**



NEW YORK, April 16, 2025 (GLOBE NEWSWIRE) -- Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential claims against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) and reminds investors of the **April 18, 2025 deadline** to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Faruqi & Faruqi is a leading national securities law firm with offices in New York, Pennsylvania, California and Georgia. The firm has recovered hundreds of millions of dollars for investors since its founding in 1995. See www.faruqilaw.com.

Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 88 of 152

export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, Patrick Pouyanné, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer because of what they are doing.

In response to the news, Venture's stock price declined from $19.68 per share on February 5, 2025 to $17.48 per share on February 6, 2025.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Venture's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

To learn more about the **Venture Global, Inc.** class action, go to www.faruqilaw.com/VG or **call** Faruqi & Faruqi partner **Josh Wilson directly** at **877-**

**247-4292** or **212-983-9330 (Ext. 1310)**.

Follow us for updates on LinkedIn, on X, or on Facebook.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

A photo accompanying this announcement is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/6b00ceb6-af61-48aa-9e35-79aaef8cfa67



NOTE: This content is not written by or endorsed by "KSNW", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to GlobeNewswire.*

| Search by keyword | SEARCH |
|---|---|



GlobeNewswire
by notified

Newsroom    Services    Contact Us    English ⌄    Sign In    Register    🔍

## Deadline Alert: Venture Global, Inc. (VG) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

March 27, 2025  |  Source: Glancy Prongay &
12:00 ET         Murray LLP

Follow

### Company Profile

Glancy Prongay & Murray LLP

**Industry:** Consumer Services

**Website:**
https://glancylaw.com

### Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

Share













LOS ANGELES, March 27, 2025 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP reminds investors of the upcoming April 18, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) securities pursuant and/or traceable to the Company's January 2025 initial public offering ("IPO").

    IF YOU SUFFERED A LOSS ON YOUR VENTURE INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.

### What Happened?

On January 27, 2025, Venture conducted its IPO, selling 70 million shares at $24.00 per share.

On February 5, 2025, one of Venture's target customers, TotalEnergies, revealed that it had rejected a long-term supply contract for liquefied natural gas ("LNG") from Venture, citing lack of trust.

On this news, Venture's stock price fell $2.20, or 11.2%, to close at $17.48 per share on February 6, 2025, thereby injuring investors.

 **GlobeNewswire** by notified

Newsroom    Services    Contact Us    Sign In    Register

materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

If you purchased or otherwise acquired Venture securities pursuant and/or traceable to the IPO, you may move the Court no later than **April 18, 2025** to request appointment as lead plaintiff in this putative class action lawsuit.

### Contact Us To Participate or Learn More:

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100,

Los Angeles California 90067

Email: shareholders@glancylaw.com

Telephone: 310-201-9150,

Toll-Free: 888-773-9224

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

### Contact Us:

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

Case 1:25-cv-04642-JSR   Document 26-4   Filed 05/05/25   Page 92 of 152

 70°        ✉ **SIGN UP**    ☰



# Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit

Apr 01, 2025, 1:20 PM ET

LOS ANGELES, April 1, 2025 /PRNewswire/ -- Glancy Prongay & Murray LLP announces that investors with losses have opportunity to lead the securities fraud class action lawsuit against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG).



**IF YOU SUFFERED A LOSS ON YOUR VENTURE INVESTMENTS, CLICK HERE BEFORE APRIL 18, 2025 (LEAD PLAINTIFF DEADLINE) TO PARTICIPATE IN THE SECURITIES FRAUD LAWSUIT**

## What Is The Lawsuit About?

The complaint filed alleges that, between pursuant and/or traceable to the Company's January 2025 initial public offering, Defendants failed to disclose to

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 93 of 152

investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us.

Charles Linehan, Esq.,

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100,

Los Angeles California 90067

Email: shareholders@glancylaw.com

Telephone: 310-201-9150 (Toll-Free: 888-773-9224)

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 94 of 152

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100,

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

C View original content to download multimedia:https://www.prnewswire.com/news-releases/venture-global-inc-vg-investors-who-lost-money-have-opportunity-to-lead-securities-fraud-lawsuit-302417328.html

SOURCE Glancy Prongay & Murray LLP

NOTE: This content is not written by or endorsed by "KTSM", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

| Search by keyword | SEARCH |
| --- | --- |



Local El Paso News, Weather and Sports.



GlobeNewswire
by notified

Newsroom     Services     Contact Us     English ⌄     Sign In     Register     🔍

# Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit

April 04, 2025     | Source: **Glancy Prongay & Murray LLP**          Follow
12:00 ET

## Company Profile

**Glancy Prongay & Murray LLP**

**Industry:** Consumer Services

**Website:**
https://glancylaw.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**

f

𝕏

in



✉

⊞

LOS ANGELES, April 04, 2025 (GLOBE NEWSWIRE) -- **Glancy Prongay & Murray LLP** announces that investors with losses have opportunity to lead the securities fraud class action lawsuit against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG).

IF YOU SUFFERED A LOSS ON YOUR VENTURE INVESTMENTS, CLICK HERE BEFORE APRIL 18, 2025 (LEAD PLAINTIFF DEADLINE) TO PARTICIPATE IN THE SECURITIES FRAUD LAWSUIT

### What Is The Lawsuit About?

The complaint filed alleges that, between pursuant and/or traceable to the Company's January 2025 initial public offering, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

### Contact Us To Participate or Learn More:

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us.

Charles Linehan, Esq.,

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100,

Los Angeles California 90067



Newsroom   Services   Contact Us          Sign In   Register

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100,

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Tags**

Class Action

# Recommended Reading

April 24, 2025 12:00 ET │ Source: Glancy Prongay & Murray LLP

## Deadline Alert: Ultra Clean Holdings, Inc. (UCTT) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES, April 24, 2025 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP reminds investors of the upcoming May 23, 2025 deadline to file a lead plaintiff motion in the class action filed on...

Read More



GlobeNewswire
by notified

Newsroom    Services    Contact Us    English ∨    Sign In    Register    🔍

## Deadline Alert: Venture Global, Inc. (VG) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

April 14, 2025 | Source: [Glancy Prongay & Murray LLP](#)
12:00 ET

**Follow**

### Company Profile

**Glancy Prongay & Murray LLP**

**Industry:** Consumer Services

**Website:**
[https://glancylaw.com](https://glancylaw.com)

### Press Release Actions

[Print](#)

[Download PDF](#)

[Subscribe via RSS](#)

[Subscribe via ATOM](#)

[Javascript](#)

Share

 f

 𝕏

in

 reddit

 ✉

 ⊞

LOS ANGELES, April 14, 2025 (GLOBE NEWSWIRE) -- [Glancy Prongay & Murray LLP](#) reminds investors of the upcoming **April 18, 2025** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Venture Global, Inc. ("Venture" or the "Company") (NYSE: [VG](#)) securities pursuant and/or traceable to the Company's January 2025 initial public offering ("IPO").

IF YOU SUFFERED A LOSS ON YOUR VENTURE INVESTMENTS, CLICK [HERE](#) TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.

### What Happened?

On January 27, 2025, Venture conducted its IPO, selling 70 million shares at $24.00 per share.

On February 5, 2025, one of Venture's target customers, TotalEnergies, revealed that it had rejected a long-term supply contract for liquefied natural gas ("LNG") from Venture, citing lack of trust.

On this news, Venture's stock price fell $2.20, or 11.2%, to close at $17.48 per share on February 6, 2025, thereby injuring investors.



Newsroom          Services          Contact Us                    Sign In          Register

materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

If you purchased or otherwise acquired Venture securities pursuant and/or traceable to the IPO, you may move the Court no later than **April 18, 2025** to request appointment as lead plaintiff in this putative class action lawsuit.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100,

Los Angeles California 90067

Email:  shareholders@glancylaw.com

Telephone: 310-201-9150,

Toll-Free: 888-773-9224

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email:  shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

Case 1:25-cv-04642-JSR   Document 26-4   Filed 05/05/25   Page 99 of 152

  

☀ 83°    ✉ **SIGN UP**   ☰



# Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit

Apr 16, 2025, 12:00 PM ET

LOS ANGELES, April 16, 2025 /PRNewswire/ -- Glancy Prongay & Murray LLP announces that investors with losses have opportunity to lead the securities fraud class action lawsuit against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG).



Case 1:25-cv-04642-JSR   Document 26-4   Filed 05/05/25   Page 100 of 152

# IF YOU SUFFERED A LOSS ON YOUR VENTURE INVESTMENTS, CLICK HERE BEFORE APRIL 18, 2025 (LEAD PLAINTIFF DEADLINE) TO PARTICIPATE IN THE SECURITIES FRAUD LAWSUIT

## What Is The Lawsuit About?

The complaint filed alleges that, between pursuant and/or traceable to the Company's January 2025 initial public offering, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

## Contact Us To Participate or Learn More:

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us.

Charles Linehan, Esq.,

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100,

Los Angeles California 90067

Email: shareholders@glancylaw.com

Telephone: 310-201-9150 (Toll-Free: 888-773-9224)

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100,

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

ℂ View original content to download multimedia:https://www.prnewswire.com/news-releases/venture-global-inc-vg-investors-who-lost-money-have-opportunity-to-lead-securities-fraud-lawsuit-302429841.html

SOURCE Glancy Prongay & Murray LLP

NOTE: This content is not written by or endorsed by "KTVI", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

| Search by keyword | SEARCH |
| --- | --- |






☀ 58°

✉ SIGN UP

● LIVE ≡



# VG Investor Alert: A Securities Fraud Class Action Lawsuit Has Been Filed Against Venture Global, Inc. (VG)



Mar 24, 2025, 10:27 AM ET

RADNOR, Pa., March 24, 2025 /PRNewswire/ -- The law firm of Kessler Topaz Meltzer & Check, LLP (www.ktmc.com)  informs investors that a securities class action lawsuit has been filed against Venture Global, Inc. ("Venture") (NYSE: VG) on behalf of those who purchased Venture common stock pursuant and/or traceable to Venture's registration statement and prospectus (collectively, the "IPO Documents") for its initial public offering held on or about January 24, 2025. **The lead plaintiff deadline is April 18, 2025.**

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 103 of 152



**CONTACT KESSLER TOPAZ MELTZER & CHECK, LLP:**

**If you suffered Venture losses, you may CLICK HERE or copy and paste the following link into your browser:** https://www.ktmc.com/new-cases/venture-global-inc?utm_source=PR&utm_medium=link&utm_campaign=vg&mktm=r

**You can also contact attorney Jonathan Naji, Esq. by calling (484) 270-1453 or by email at info@ktmc.com.**

**DEFENDANTS' ALLEGED MISCONDUCT:**

The complaint alleges that, in the IPO Documents, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Venture's ability to deliver liquefied natural gas to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture's business and/or financial prospects were overstated.

**THE LEAD PLAINTIFF PROCESS:**

Venture investors may, **_no later than April 18, 2025,_** seek to be appointed as a lead plaintiff representative of the class through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member. A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation.  The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and

4/29/25, 11:36 AM · VG Investor Alert: A Securities Fraud Class Action Lawsuit Has Been Filed Against Venture Global, Inc. (VG)

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 104 of 152

typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

Kessler Topaz Meltzer & Check, LLP encourages Venture investors who have suffered significant losses to contact the firm directly to acquire more information.

**CLICK HERE TO SIGN UP FOR THE CASE OR GO TO:** https://www.ktmc.com/new-cases/venture-global-inc?utm_source=PR&utm_medium=link&utm_campaign=vg&mktm=r

**ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP:**

Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world.  The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries. The complaint in this action was not filed by Kessler Topaz Meltzer & Check, LLP. For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com.

**CONTACT:**

Kessler Topaz Meltzer & Check, LLP

Jonathan Naji, Esq.

(484) 270-1453

280 King of Prussia Road

Radnor, PA 19087

info@ktmc.com

May be considered attorney advertising in certain jurisdictions.  Past results do not guarantee future outcomes.

c View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investor-alert-a-securities-fraud-class-action-lawsuit-has-been-filed-against-venture-global-inc-vg-302408803.html

SOURCE Kessler Topaz Meltzer & Check, LLP

NOTE: This content is not written by or endorsed by "KTLA", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

# Venture Global, Inc. Deadline Approaching: Kessler Topaz Meltzer & Check, LLP Reminds Venture Global, Inc. Investors of Deadline in Securities Fraud Class Action Lawsuit



NEWS PROVIDED BY
**Kessler Topaz Meltzer & Check, LLP** ➔
Mar 29, 2025, 17:39 ET

RADNOR, Pa., March 29, 2025 /PRNewswire/ -- The law firm of **Kessler Topaz Meltzer & Check, LLP** (**www.ktmc.com**) informs investors that a securities class action lawsuit has been filed against Venture Global, Inc. ("Venture") (**NYSE: VG**) on behalf of those who purchased Venture common stock pursuant and/or traceable to Venture's registration statement and prospectus (collectively, the "IPO Documents") for its initial public offering held on or about January 24, 2025. **The lead plaintiff deadline is April 18, 2025.**

**CONTACT KESSLER TOPAZ MELTZER & CHECK, LLP:**
**If you suffered Venture losses, you may CLICK HERE or copy and paste the following link into your browser: https://www.ktmc.com/new-cases/venture-global-inc? utm_source=PR&utm_medium=link&utm_campaign=vg&mktm=r**

You can also contact attorney <u>Jonathan Naji, Esq.</u> by calling (484) 270-1453 or by email at <u>info@ktmc.com</u>.

## DEFENDANTS' ALLEGED MISCONDUCT:

The complaint alleges that, in the IPO Documents, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Venture's ability to deliver liquefied natural gas to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture's business and/or financial prospects were overstated.

## THE LEAD PLAINTIFF PROCESS:

Venture investors may, ***no later than April 18, 2025,*** seek to be appointed as a lead plaintiff representative of the class through **Kessler Topaz Meltzer & Check, LLP** or other counsel, or may choose to do nothing and remain an absent class member. A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation. The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

**Kessler Topaz Meltzer & Check, LLP** encourages Venture investors who have suffered significant losses to contact the firm directly to acquire more information.

**CLICK HERE** TO SIGN UP FOR THE CASE OR GO TO: **https://www.ktmc.com/new-cases/venture-global-inc?utm_source=PR&utm_medium=link&utm_campaign=vg&mktm=r**

## ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP:

**Kessler Topaz Meltzer & Check, LLP** prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and

negligence by businesses and fiduciaries. The complaint in this action was not filed by Kessler Topaz Meltzer & Check, LLP. For more information about **Kessler Topaz Meltzer & Check, LLP** please visit **www.ktmc.com**.

**CONTACT:**

Kessler Topaz Meltzer & Check, LLP

Jonathan Naji, Esq.

(484) 270-1453

280 King of Prussia Road

Radnor, PA 19087

**info@ktmc.com**

May be considered attorney advertising in certain jurisdictions. Past results do not guarantee future outcomes.

SOURCE Kessler Topaz Meltzer & Check, LLP

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

| **440k+** | **9k+** | **270k+** |
|---|---|---|
| **Newsrooms & Influencers** | **Digital Media Outlets** | **Journalists Opted In** |

 GlobeNewswire by notified

Newsroom     Services     Contact Us     English ⌄     Sign In     Register     🔍



# Venture Global, Inc. (VG) Shareholder Reminder: Kessler Topaz Meltzer & Check, LLP Reminds VG Investors of Securities Fraud Class Action Lawsuit

April 05, 2025    │ Source: [Kessler Topaz Meltzer & Check LLP](#)
15:14 ET

[Follow]

## Company Profile

**Kessler Topaz Meltzer & Check LLP**

**Industry:** Consumer Services

**Website:**
[https://www.ktmc.com](https://www.ktmc.com)

## Press Release Actions

[Print](#)
[Download PDF](#)
[Subscribe via RSS](#)
[Subscribe via ATOM](#)
[Javascript](#)

**Share**









RADNOR, Pa., April 05, 2025 (GLOBE NEWSWIRE) -- The law firm of [Kessler Topaz Meltzer & Check, LLP](#) ([www.ktmc.com](#)) informs investors that a securities class action lawsuit has been filed in the United States District Court for the Southern District of New York against Venture Global, Inc. ("Venture") ([NYSE: VG](#)) on behalf of those who purchased Venture common stock pursuant and/or traceable to Venture's registration statement and prospectus (collectively, the "IPO Documents") for its initial public offering held on or about January 24, 2025. **The lead plaintiff deadline is April 18, 2025.**

CONTACT KESSLER TOPAZ MELTZER & CHECK, LLP:
If you suffered Venture losses, you may [CLICK HERE](#) or copy and paste the following link into your browser: [https://www.ktmc.com/new-cases/venture-global-inc?utm_source=PR&utm_medium=link&utm_campaign=vg&mktm=r](#)

You can also contact attorney [Jonathan Naji, Esq.](#) by calling (484) 270-1453 or by email at [info@ktmc.com.](#)

DEFENDANTS' ALLEGED MISCONDUCT:
The complaint alleges that, in the IPO Documents, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Venture's ability to deliver liquefied natural gas to the world and to continue development of its five natural gas liquefaction and export projects

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 110 of 152



Newsroom    Services    Contact Us          Sign In    Register

contracts as it commissioned its projects, and (3) accordingly, Venture's business and/or financial prospects were overstated.

THE LEAD PLAINTIFF PROCESS:

Venture investors may, _no later than April 18, 2025,_ seek to be appointed as a lead plaintiff representative of the class through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member. A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation.  The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

Kessler Topaz Meltzer & Check, LLP encourages Venture investors who have suffered significant losses to contact the firm directly to acquire more information.

CLICK HERE TO SIGN UP FOR THE CASE OR GO TO: https://www.ktmc.com/new-cases/venture-global-inc?utm_source=PR&utm_medium=link&utm_campaign=vg&mktm=r

ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP:

Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries. The complaint in this action was not filed by Kessler Topaz Meltzer & Check, LLP. For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com.

CONTACT:

Kessler Topaz Meltzer & Check, LLP

Jonathan Naji, Esq.

(484) 270-1453

280 King of Prussia Road

Radnor, PA 19087

info@ktmc.com

 


# Venture Global, Inc. Deadline Reminder: Kessler Topaz Meltzer & Check, LLP Reminds VG Investors of Important Lead Plaintiff Deadline on April 18, 2025

April 09, 2025 20:37 ET   | Source: [Kessler Topaz Meltzer & Check LLP](#)     Follow

Share

 f

 X

 in

 reddit

 ✉

 ⊞

RADNOR, Pa., April 09, 2025 (GLOBE NEWSWIRE) -- The law firm of Kessler Topaz Meltzer & Check, LLP (www.ktmc.com) informs investors that a securities class action lawsuit has been filed in the United States District Court for the Southern District of New York against Venture Global, Inc. ("Venture") (NYSE: VG) on behalf of those who purchased Venture common stock pursuant and/or traceable to Venture's registration statement and prospectus (collectively, the "IPO Documents") for its initial public offering held on or about January 24, 2025. **The lead plaintiff deadline is April 18, 2025.**

CONTACT KESSLER TOPAZ MELTZER & CHECK, LLP:
If you suffered Venture losses, you may CLICK HERE or copy and paste the following link into your browser: https://www.ktmc.com/new-cases/venture-global-inc?utm_source=PR&utm_medium=link&utm_campaign=vg&mktm=r

You can also contact attorney Jonathan Naji, Esq. by calling (484) 270-1453 or by email at info@ktmc.com.

DEFENDANTS' ALLEGED MISCONDUCT:
The complaint alleges that, in the IPO Documents, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Venture's ability to deliver liquefied natural gas to the world and to continue development of its five natural gas liquefaction and export projects



Newsroom    Services    Contact Us        Sign In    Register

contracts as it commissioned its projects, and (c) accordingly, Venture's business and/or financial prospects were overstated.

THE LEAD PLAINTIFF PROCESS:

Venture investors may, *no later than April 18, 2025,* seek to be appointed as a lead plaintiff representative of the class through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member. A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation.  The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

Kessler Topaz Meltzer & Check, LLP encourages Venture investors who have suffered significant losses to contact the firm directly to acquire more information.

CLICK HERE TO SIGN UP FOR THE CASEOR GO TO: https://www.ktmc.com/new-cases/venture-global-inc?utm_source=PR&utm_medium=link&utm_campaign=vg&mktm=r

ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP:

Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries. The complaint in this action was not filed by Kessler Topaz Meltzer & Check, LLP. For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com.

CONTACT:

Kessler Topaz Meltzer & Check, LLP

Jonathan Naji, Esq.

(484) 270-1453

280 King of Prussia Road

Radnor, PA 19087

info@ktmc.com

☁ 74°          ⦿CBS4          ✉ **SIGN UP**     .  | WATCH NOW |  ≡

  **ACCESS Newswire**

---

# Venture Global, Inc. (VG) Investors: April 18, 2025 Filing Deadline in Securities Class Action - Contact Kessler Topaz Meltzer & Check, LLP

---

NEWS PROVIDED BY
ACCESS Newswire
Apr 10, 2025, 3:30 PM ET

---

**RADNOR, PA** / **ACCESS Newswire** / **April 10, 2025** / The law firm of Kessler Topaz Meltzer & Check, LLP (www.ktmc.com) informs investors that a securities class action lawsuit has been filed against Venture Global, Inc. ("Venture") (NYSE:VG) on behalf of those who purchased Venture common stock pursuant and/or traceable to Venture's registration statement and prospectus (collectively, the "IPO Documents") for its initial public offering held on or about January 24, 2025. **The lead plaintiff deadline is April 18, 2025.**

Case 1:25-cv-04642-JSR Document 26-4 Filed 05/05/25 Page 114 of 152

## CONTACT KESSLER TOPAZ MELTZER & CHECK, LLP:

**If you suffered Venture losses, you may CLICK HERE or copy and paste the following link into your browser:** https://www.ktmc.com/new-cases/venture-global-inc?utm_source=PR&utm_medium=link&utm_campaign=vg&mktm=r

**You can also contact attorney Jonathan Naji, Esq. by calling (484) 270-1453 or by email at info@ktmc.com.**

## DEFENDANTS' ALLEGED MISCONDUCT:

The complaint alleges that, in the IPO Documents, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Venture's ability to deliver liquefied natural gas to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture's business and/or financial prospects were overstated.

## THE LEAD PLAINTIFF PROCESS:

Venture investors may, **_no later than April 18, 2025,_** seek to be appointed as a lead plaintiff representative of the class through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member. A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation. The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the

court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

Kessler Topaz Meltzer & Check, LLP encourages Venture investors who have suffered significant losses to contact the firm directly to acquire more information.

**CLICK HERE TO SIGN UP FOR THE CASE OR GO TO:** https://www.ktmc.com/new-cases/venture-global-inc?utm_source=PR&utm_medium=link&utm_campaign=vg&mktm=r

## ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP:

Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries. The complaint in this action was not filed by Kessler Topaz Meltzer & Check, LLP. For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com.

**CONTACT:**

Kessler Topaz Meltzer & Check, LLP

Jonathan Naji, Esq.

(484) 270-1453

280 King of Prussia Road

Radnor, PA 19087

info@ktmc.com





Feb 18, 2025 6:00 PM Eastern Standard Time

# VG ALERT: Kirby McInerney LLP Announces the Filing of a Securities Class Action on Behalf of Venture Global, Inc. Investors

Share

NEW YORK--(BUSINESS WIRE)--The law firm of Kirby McInerney LLP announces that a class action lawsuit has been filed in the U.S. District Court for the Southern District of New York on behalf of those who acquired Venture Global, Inc. ("Venture" or the "Company") (NYSE:VG): common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with the Company's January 2025 initial public offering ("IPO"). Investors have until April 18, 2025, to apply to the Court to be appointed as lead plaintiff in the lawsuit.

[LEARN MORE ABOUT THE CLASS ACTION]

On January 27, 2025, Venture completed the Company's IPO, selling 70 million shares at $24.00 per share.

On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, Patrick Pouyanne, stated that he was approached by Venture to see if TotalEnergies would be interested in a long-term supply contract for liquefied natural gas, but he rejected the offer "because of what they are doing." Currently, Venture faces legal challenges from existing large clients, such as BP and Shell, due to delays in honoring supply contracts as Venture commissions its projects. On this news, the price of Venture shares declined by $2.20 per share, from $19.68 per share on February 5, 2025, to close at $17.48 on February 6, 2025.

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 117 of 152

The complaint alleges that defendants, throughout the Class Period, failed to account for and address these issues which caused statements in Venture's registration statements to be false and/or materially misleading at the time of the IPO.

If you purchased or otherwise acquired Venture securities, have information, or would like to learn more about this investigation, please contact Thomas W. Elrod of Kirby McInerney LLP by email at investigations@kmllp.com, or fill out the contact form below, to discuss your rights or interests with respect to these matters without any cost to you.

[CONTACT FORM]

Kirby McInerney LLP is a New York-based plaintiffs' law firm concentrating in securities, antitrust, whistleblower, and consumer litigation. The firm's efforts on behalf of shareholders in securities litigation have resulted in recoveries totaling billions of dollars. Additional information about the firm can be found at Kirby McInerney LLP's website.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Kirby McInerney LLP
Thomas W. Elrod, Esq.
212-699-1180
https://www.kmllp.com
investigations@kmllp.com

---

**Industry:**        Class Action Lawsuit    Professional Services    Legal



Case 1:25-cv-04642-JSR Document 26-4 Filed 05/05/25 Page 118 of 152

 75°   ✉ **SIGN UP** ☰



# Kirby McInerney LLP Reminds Venture Global, Inc. Investors of Class Action Filing and Encourages Investors to Contact the Firm



Feb 21, 2025, 8:00 PM ET

NEW YORK, Feb. 21, 2025 (GLOBE NEWSWIRE) -- The law firm of Kirby McInerney LLP reminds investors who purchased Venture Global Inc. ("Venture" or the "Company") (NYSE:VG) securities to contact Thomas W. Elrod of Kirby McInerney LLP by email at investigations@kmllp.com, or fill out the contact form below, to discuss your rights or interests with respect to the securities fraud class action lawsuit against the Company.

[CONTACT FORM]

The lawsuit was filed on behalf of investors who acquired Venture common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with the Company's January

2025 initial public offering ("IPO"). Investors have until April 18, 2025, to apply to the Court to be appointed as lead plaintiff in the lawsuit.

On January 27, 2025, Venture completed the Company's IPO, selling 70 million shares at $24.00 per share.

On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, Patrick Pouyanne, stated that he was approached by Venture to see if TotalEnergies would be interested in a long-term supply contract for liquefied natural gas, but he rejected the offer "because of what they are doing." Currently, Venture faces legal challenges from existing large clients, such as BP and Shell, due to delays in honoring supply contracts as Venture commissions its projects. On this news, the price of Venture shares declined by $2.20 per share, from $19.68 per share on February 5, 2025, to close at $17.48 on February 6, 2025.

The complaint alleges that defendants, throughout the Class Period, failed to account for and address these issues which caused statements in Venture's registration statements to be false and/or materially misleading at the time of the IPO.

[LEARN MORE ABOUT THE CLASS ACTION]

Kirby McInerney LLP is a New York-based plaintiffs' law firm concentrating in securities, antitrust, whistleblower, and consumer litigation. The firm's efforts on behalf of shareholders in securities litigation have resulted in recoveries totaling billions of dollars. Additional information about the firm can be found at Kirby McInerney LLP's website.

Case 1:25-cv-04642-JSR     Document 26-4     Filed 05/05/25     Page 120 of 152

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Kirby McInerney LLP

Thomas W. Elrod, Esq.

212-699-1180

https://www.kmllp.com

investigations@kmllp.com



NOTE: This content is not written by or endorsed by "KXAN", its advertisers, or Nexstar Media Inc.

*For inquiries or corrections to Press Releases, please reach out to GlobeNewswire.*

Case 1:25-cv-04642-JSR   Document 26-4   Filed 05/05/25   Page 121 of 152

 75°           **SIGN UP**  



---

# VG ALERT: Kirby McInerney LLP Reminds Venture Global, Inc. Investors of Securities Class Action Lawsuit



---

Mar 20, 2025, 10:23 AM ET

---

NEW YORK, March 20, 2025 (GLOBE NEWSWIRE) -- The law firm of Kirby McInerney LLP reminds investors that a class action lawsuit has been filed in the U.S. District Court for the Southern District of New York on behalf of those who acquired Venture Global, Inc. ("Venture" or the "Company") (NYSE:VG): common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with the Company's January 2025

initial public offering ("IPO"). Investors have until April 18, 2025, to apply to the Court to be appointed as lead plaintiff in the lawsuit.

[LEARN MORE ABOUT THE CLASS ACTION]

On January 27, 2025, Venture completed the Company's IPO, selling 70 million shares at $24.00 per share.

On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO Patrick Pouyanne, stated that he was approached by Venture to see if TotalEnergies would be interested in a long-term supply contract for liquefied natural gas, but he rejected the offer "because of what they are doing." Currently, Venture faces legal challenges from existing large clients, such as BP and Shell, due to delays in honoring supply contracts as Venture commissions its projects. On this news, the price of Venture shares declined by $2.20 per share, from $19.68 per share on February 5, 2025, to close at $17.48 on February 6, 2025.

The complaint alleges that defendants, throughout the Class Period, failed to account for and address these issues which caused statements in Venture's registration statements to be false and/or materially misleading at the time of the IPO.

If you purchased or otherwise acquired Venture securities, have information, or would like to learn more about this investigation, please contact Thomas W. Elrod of Kirby McInerney LLP by email at investigations@kmllp.com, or fill out the contact form below, to discuss your rights or interests with respect to these matters without any cost to you.

[CONTACT FORM]

Kirby McInerney LLP is a New York-based plaintiffs' law firm concentrating in securities, antitrust, whistleblower, and consumer litigation. The firm's efforts on behalf of shareholders in securities litigation have resulted in recoveries totaling billions of dollars. Additional information about the firm can be found at Kirby McInerney LLP's website.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Kirby McInerney LLP

Thomas W. Elrod, Esq.

212-699-1180

https://www.kmllp.com

investigations@kmllp.com



NOTE: This content is not written by or endorsed by "KXAN", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to GlobeNewswire.*





Mar 25, 2025 8:00 PM Eastern Daylight Time

# Kirby McInerney LLP Urges Investors in Venture Global, Inc. (VG) to Inquire About Their Rights in Class Action Lawsuit

Share

NEW YORK--(BUSINESS WIRE)--The law firm of Kirby McInerney LLP reminds investors that a class action lawsuit has been filed in the U.S. District Court for the Southern District of New York on behalf of those who acquired Venture Global, Inc. ("Venture" or the "Company") (NYSE:VG): common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with the Company's January 2025 initial public offering ("IPO"). Investors have until April 18, 2025, to apply to the Court to be appointed as lead plaintiff in the lawsuit.

[LEARN MORE ABOUT THE CLASS ACTION]

On January 27, 2025, Venture completed the Company's IPO, selling 70 million shares at $24.00 per share.

On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, Patrick Pouyanne, stated that he was approached by Venture to see if TotalEnergies would be interested in a long-term supply contract for liquefied natural gas, but he rejected the offer "because of what they are doing." Currently, Venture faces legal challenges from existing large clients, such as BP and Shell, due to delays in honoring supply contracts as Venture commissions its projects. On this news, the price of Venture shares declined by $2.20 per share, from $19.68 per share on February 5, 2025, to close at $17.48 on February 6, 2025.

4/28/25, 1:20 PM    Kirby McInerney LLP Urges Investors in Venture Global, Inc. (VG) to Inquire About Their Rights in Class Action Lawsuit

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 125 of 152

The complaint alleges that defendants, throughout the Class Period, failed to account for and address these issues which caused statements in Venture's registration statements to be false and/or materially misleading at the time of the IPO.

If you purchased or otherwise acquired Venture securities, have information, or would like to learn more about this investigation, please contact Thomas W. Elrod of Kirby McInerney LLP by email at investigations@kmllp.com, or fill out the form below, to discuss your rights or interests with respect to these matters without any cost to you.

[CONTACT FORM]

Kirby McInerney LLP is a New York-based plaintiffs' law firm concentrating in securities, antitrust, whistleblower, and consumer litigation. The firm's efforts on behalf of shareholders in securities litigation have resulted in recoveries totaling billions of dollars. Additional information about the firm can be found at Kirby McInerney LLP's website.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Kirby McInerney LLP
Thomas W. Elrod, Esq.
212-699-1180
https://www.kmllp.com
investigations@kmllp.com

---

**Industry:**    Class Action Lawsuit    Professional Services    Legal



 GlobeNewswire by notified

Newsroom    Services    Contact Us    English ⌄    Sign In    Register    🔍

 LOWEY DANNENBERG

## Company Profile

**Lowey Dannenberg, P.C.**

**Industry:** Financial Administration

**Website:** https://www.lowey.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

# Lowey Dannenberg Notifies Venture Global, Inc. ("Venture Global" or the "Company") (NYSE: VG) Investors of Securities Class Action Lawsuit and Encourages Investors with more than $50,000 in Losses to Contact the Firm

February 28, 2025 10:17 ET │ Source: Lowey Dannenberg, P.C.

Follow

**Share**









NEW YORK, Feb. 28, 2025 (GLOBE NEWSWIRE) -- Lowey Dannenberg P.C., a preeminent law firm in obtaining redress for consumers and investors, announces the filing of a class action lawsuit against Venture Global, Inc. ("Venture Global" or the "Company") (NYSE: VG) for violations of the federal securities laws on behalf of investors who purchased or acquired Venture Global common stock at the time of the Company's Initial Public Offering ("IPO") on January 24, 2025.

On February 17, 2025, a complaint was filed against the Company, certain of its current officers and directors, alleging that in connection with its IPO, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2) Venture Global was facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as it commissioned its projects; and (3) accordingly, Venture Global's business and/or financial prospects were overstated.



GlobeNewswire
by notified

Newsroom    Services    Contact Us        Sign In    Register

If you suffered a loss of more than $50,000 in Venture Global's securities, and wish to participate, or learn more, please contact our attorneys at (914) 733-7256 or via email to Andrea Farah (afarah@lowey.com) or Vincent R. Cappucci Jr. (vcappucci@lowey.com).

Any investor who wishes to serve as Lead Plaintiff must act before **April 18, 2025**.

**About Lowey Dannenberg**

Lowey Dannenberg is a national firm representing institutional and individual investors, who suffered financial losses resulting from corporate fraud and malfeasance in violation of federal securities and antitrust laws. The firm has significant experience in prosecuting multi-million-dollar lawsuits and has recovered billions of dollars on behalf of its clients.

**Contact:**

Lowey Dannenberg P.C.

44 South Broadway, Suite 1100

White Plains, NY 10601

Tel: (914) 733-7234

Email: afarah@lowey.com

**SOURCE:** Lowey Dannenberg P.C.

---

**Tags**

| venture | | venture global | | class action | | securities | | investor alert |

| securities alert | | Class Action |

# Recommended Reading



GlobeNewswire
by notified

Newsroom    Services    Contact Us    English ⌄    Sign In    Register    🔍


LOWEY DANNENBERG

# Lowey Dannenberg Notifies Venture Global, Inc. ("Venture Global" or the "Company") (NYSE: VG) Investors of Securities Class Action Lawsuit and Encourages Investors with more than $50,000 in Losses to Contact the Firm

April 14, 2025    | Source: Lowey Dannenberg,    Follow
13:04 ET                 P.C.

## Company Profile

**Lowey Dannenberg, P.C.**

**Industry:** Financial Administration

**Website:**

https://www.lowey.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

Share











➕

NEW YORK, April 14, 2025 (GLOBE NEWSWIRE) -- Lowey Dannenberg P.C., a preeminent law firm in obtaining redress for consumers and investors, announces the filing of a class action lawsuit against Venture Global, Inc. ("Venture Global" or the "Company") (NYSE: VG) for violations of the federal securities laws on behalf of investors who purchased or acquired Venture Global common stock at the time of the Company's Initial Public Offering ("IPO") on January 24, 2025.

On February 17, 2025, a complaint was filed against the Company, certain of its current officers and directors, alleging that in connection with its IPO, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Venture Global's ability to deliver liquefied natural gas (LNG) to the world and to continue development of its five natural gas liquefication and export projects depended on customer contracts; (2)

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our Privacy Policy

Cookies Settings

Reject All

Accept All

✕

4/28/25, 1:25 PM
Lowey Dannenberg Notifies Venture Global, Inc. ("Venture...

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 129 of 152



Newsroom     Services     Contact Us          Sign In      Register

If you suffered a loss of more than $50,000 in Venture Global's securities, and wish to participate, or learn more, please contact our attorneys at (914) 733-7256 or via email to Andrea Farah (afarah@lowey.com) or Vincent R. Cappucci Jr. (vcappucci@lowey.com).

Any investor who wishes to serve as Lead Plaintiff must act before **April 18, 2025**.

**About Lowey Dannenberg**

Lowey Dannenberg is a national firm representing institutional and individual investors, who suffered financial losses resulting from corporate fraud and malfeasance in violation of federal securities and antitrust laws. The firm has significant experience in prosecuting multi-million-dollar lawsuits and has recovered billions of dollars on behalf of its clients.

**Contact:**

Lowey Dannenberg P.C.

44 South Broadway, Suite 1100

White Plains, NY 10601

Tel: (914) 733-7234

Email: afarah@lowey.com

**SOURCE:** Lowey Dannenberg P.C.

---

**Tags**

venture    venture global    class action    securities    investor alert

securities alert    Class Action

# Recommended Reading

 55°       **SIGN UP**



# INVESTOR ALERT: Pomerantz Law Firm Reminds Investors with Losses on their Investment in Venture Global, Inc. of Class Action Lawsuit and Upcoming Deadlines - VG

Apr 07, 2025, 8:00 AM ET

NEW YORK, April 07, 2025 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or the "Company") (NYSE: VG).   Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Venture Global and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

Case 1:35-cv-04642-JSR Document 26-4 Filed 05/05/25 Page 131 of 152

**You have until April 18, 2025 to ask the Court to appoint you as Lead Plaintiff for the class if you purchased or otherwise acquired Venture Global securities during the Class Period. A copy of the Complaint can be obtained at [www.pomerantzlaw.com](http://www.pomerantzlaw.com).**

### [Click here for information about joining the class action]

On or around January 24, 2025, Venture Global conducted its initial public offering ("IPO") of 70 million shares priced at $25.00 per share.

Then, on February 5, 2025, *Reuters* published an article entitled "Total CEO says company rejected Venture Global as LNG supplier over lack of trust". The Reuters article reported, in relevant part, that TotalEnergies SE had "rebuffed" overtures from Venture Global in connection with various contracts, citing "a lack of trust." The Reuters article noted that Venture Global "has been roiled by legal challenges from huge clients like BP and Shell for taking years to honor supply contracts as it commissions its projects."

Following publication of the article, Venture Global's stock price fell $2.20 per share, or 11.18%, to close at $17.48 per share on February 6, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See [www.pomlaw.com](http://www.pomlaw.com).

Case 1:35-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 132 of 152

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

NOTE: This content is not written by or endorsed by "KTVX", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to GlobeNewswire.*

# INVESTOR ALERT: Pomerantz Law Firm Reminds Investors with Losses on their Investment in Venture Global, Inc. of Class Action Lawsuit and Upcoming Deadlines - VG



NEWS PROVIDED BY
**Pomerantz LLP** ➔
Apr 08, 2025, 10:00 ET

NEW YORK, April 8, 2025 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or the "Company") (NYSE: **VG**). Such investors are advised to contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Venture Global and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until April 18, 2025 to ask the Court to appoint you as Lead Plaintiff for the class if you purchased or otherwise acquired Venture Global securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On or around January 24, 2025, Venture Global conducted its initial public offering ("IPO") of 70 million shares priced at $25.00 per share.

Then, on February 5, 2025, *Reuters* published an article entitled "Total CEO says company rejected Venture Global as LNG supplier over lack of trust". The Reuters article reported, in relevant part, that TotalEnergies SE had "rebuffed" overtures from Venture Global in connection with various contracts, citing "a lack of trust." The Reuters article noted that Venture Global "has been roiled by legal challenges from huge clients like BP and Shell for taking years to honor supply contracts as it commissions its projects."

Following publication of the article, Venture Global's stock price fell $2.20 per share, or 11.18%, to close at $17.48 per share on February 6, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

**dpeyton@pomlaw.com**

646-581-9980 ext. 7980

SOURCE Pomerantz LLP

WANT YOUR COMPANY'S NEWS





## INVESTOR ALERT: Pomerantz Law Firm Reminds Investors with Losses on their Investment in Venture Global, Inc. of Class Action Lawsuit and Upcoming Deadlines - VG

Apr 12, 2025, 9:30 AM ET

NEW YORK, April 12, 2025 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or the "Company") (NYSE: VG).   Such investors are advised to contact Danielle Peyton at  newaction@pomlaw.com  or  646-581-9980,  (or  888.4-POMLAW),  toll-free,  Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 136 of 152

The class action concerns whether Venture Global and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until April 18, 2025 to ask the Court to appoint you as Lead Plaintiff for the class if you purchased or otherwise acquired Venture Global securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

### [Click here for information about joining the class action]

On or around January 24, 2025, Venture Global conducted its initial public offering ("IPO") of 70 million shares priced at $25.00 per share.

Then, on February 5, 2025, *Reuters* published an article entitled "Total CEO says company rejected Venture Global as LNG supplier over lack of trust". The Reuters article reported, in relevant part, that TotalEnergies SE had "rebuffed" overtures from Venture Global in connection with various contracts, citing "a lack of trust." The Reuters article noted that Venture Global "has been roiled by legal challenges from huge clients like BP and Shell for taking years to honor supply contracts as it commissions its projects."

Following publication of the article, Venture Global's stock price fell $2.20 per share, or 11.18%, to close at $17.48 per share on February 6, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud,

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 137 of 152

breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

NOTE: This content is not written by or endorsed by "WTTV", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to GlobeNewswire.*

 ☀ 73°                     **8NEWSNOW.com**         ✉ **SIGN UP**    ☰
                                          Live. Local. Now.



---

## INVESTOR ALERT: Pomerantz Law Firm Reminds Investors with Losses on their Investment in Venture Global, Inc. of Class Action Lawsuit and Upcoming Deadlines - VG

Apr 17, 2025, 10:12 AM ET

NEW YORK, April 17, 2025 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or the "Company") (NYSE: VG). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Venture Global and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

Case 1:25-cv-04642-JSR Document 26-4 Filed 05/05/25 Page 139 of 152

**You have until April 18, 2025 to ask the Court to appoint you as Lead Plaintiff for the class if you purchased or otherwise acquired Venture Global securities during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On or around January 24, 2025, Venture Global conducted its initial public offering ("IPO") of 70 million shares priced at $25.00 per share.

Then, on February 5, 2025, *Reuters* published an article entitled "Total CEO says company rejected Venture Global as LNG supplier over lack of trust." The Reuters article reported, in relevant part, that TotalEnergies SE had "rebuffed" overtures from Venture Global in connection with various contracts, citing "a lack of trust." The Reuters article noted that Venture Global "has been roiled by legal challenges from huge clients like BP and Shell for taking years to honor supply contracts as it commissions its projects."

Following publication of the article, Venture Global's stock price fell $2.20 per share, or 11.18%, to close at $17.48 per share on February 6, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com.

4/28/25, 3:51 PM
INVESTOR ALERT: Pomerantz Law Firm Reminds Investors with Losses on their Investment in Venture Global, Inc. of Class Action…

Case 1:35-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 140 of 152

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

dpeyton@pomlaw.com

646-581-9980 ext. 7980

NOTE: This content is not written by or endorsed by "KLAS", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to GlobeNewswire.*

  **SIGN UP**

☀ 81°

 | ## ACCESS Newswire

---

## INVESTOR ALERT: Pomerantz Law Firm Reminds Investors with Losses on their Investment in Venture Global, Inc. of Class Action Lawsuit and Upcoming Deadlines - VG

---

NEWS PROVIDED BY
ACCESS Newswire
Apr 18, 2025, 8:00 AM ET

---

**NEW YORK CITY, NY / ACCESS Newswire / April 18, 2025 /** Pomerantz LLP announces that a class action lawsuit has been filed against Venture Global, Inc. ("Venture Global" or the "Company") (NYSE:VG). Such investors are advised to contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980, (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

The class action concerns whether Venture Global and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**You have until April 18, 2025 to ask the Court to appoint you as Lead Plaintiff for the class if you purchased or otherwise acquired Venture Global securities**

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 142 of 152

**during the Class Period. A copy of the Complaint can be obtained at www.pomerantzlaw.com.**

**[Click here for information about joining the class action]**

On or around January 24, 2025, Venture Global conducted its initial public offering ("IPO") of 70 million shares priced at $25.00 per share.

Then, on February 5, 2025, *Reuters* published an article entitled "Total CEO says company rejected Venture Global as LNG supplier over lack of trust". The Reuters article reported, in relevant part, that TotalEnergies SE had "rebuffed" overtures from Venture Global in connection with various contracts, citing "a lack of trust." The Reuters article noted that Venture Global "has been roiled by legal challenges from huge clients like BP and Shell for taking years to honor supply contracts as it commissions its projects."

Following publication of the article, Venture Global's stock price fell $2.20 per share, or 11.18%, to close at $17.48 per share on February 6, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 143 of 152

 



---

# Venture Global, Inc. Investors: Please contact the Portnoy Law Firm to recover your losses; April 18, 2025 Deadline to file Lead Plaintiff Motion



---

Feb 18, 2025, 4:59 PM ET

---

*Investors can* contact *the law firm at no cost to learn more about recovering their losses*

LOS ANGELES, Feb. 18, 2025 (GLOBE NEWSWIRE) -- The Portnoy Law Firm advises **Venture Global, Inc.** ("Venture Global" or the "Company") (NYSE: VU) investors of a class action representing investors that bought securities between registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), inclusive (the "Class Period"). Venture Global investors have until **April 18, 2025 to file a lead plaintiff motion.**

Investors are encouraged to contact attorney Lesley F. Portnoy, by phone 310-692-8883 or email: lesley@portnoylaw.com, to discuss their legal rights, or click here to

4/29/25, 12:06 PM

Venture Global, Inc. Investors: Please Contact the Portnoy Law Firm to Recover Your Losses, April 13, 2025 Deadline to file Lead Pl…

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 144 of 152

join the case. The Portnoy Law Firm can provide a complimentary case evaluation and discuss investors' options for pursuing claims to recover their losses.

According to the lawsuit, defendants promoted Venture Global's innovative and disruptive approach, claiming it was both scalable and repeatable, enabling the company to bring LNG to the global market faster and at a lower cost. They also highlighted the development of five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, emphasizing their unique "design one, build many" strategy. The IPO was presented to the public as evidence that Venture Global had the necessary customer backing to successfully implement its projects and deliver LNG worldwide. The lawsuit alleges that when the true details emerged, investors suffered financial losses.

Please visit our website to review more information and submit your transaction information.

The Portnoy Law Firm represents investors in pursuing claims against caused by corporate wrongdoing. The Firm's founding partner has recovered over $5.5 billion for aggrieved investors. Attorney advertising. Prior results do not guarantee similar outcomes.

Lesley F. Portnoy, Esq.

Admitted CA and NY Bar

lesley@portnoylaw.com

310-692-8883

www.portnoylaw.com

Attorney Advertising

 79°


**WDHN** abc
FOR THE WIREGRASS

 SIGN UP




GlobeNewswire
by notified

# Venture Global, Inc. Investors: Company Investigated by the Portnoy Law Firm



Feb 19, 2025, 4:15 PM ET

*Investors can contact the law firm at no cost to learn more about recovering their losses*

LOS ANGELES, Feb. 19, 2025 (GLOBE NEWSWIRE) -- The Portnoy Law Firm advises Venture Global, Inc. ("Venture" or "the Company") (NYSE: VG) investors that the firm has initiated an investigation into possible securities fraud and may file a class action on behalf of investors. Venture investors that lost money on their investment are encouraged to contact Lesley Portnoy, Esq.

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 146 of 152

Investors are encouraged to contact attorney Lesley F. Portnoy, by phone 310-692-8883 or email: info@portnoylaw.com, to discuss their legal rights, or click here to join the case. The Portnoy Law Firm can provide a complimentary case evaluation and discuss investors' options for pursuing claims to recover their losses.

On January 27, 2025, Venture held its initial public offering ("IPO"), selling 70 million shares at $24.00 per share.

On February 5, 2025, one of Venture's target customers, TotalEnergies, announced that it had rejected a long-term liquefied natural gas supply contract with the company, citing a lack of trust.

Following this news, Venture's stock price dropped $2.20, or 11.2%, closing at $17.48 per share on February 6, 2025, causing losses for investors.

Please visit our website to review more information and submit your transaction information.

The Portnoy Law Firm represents investors in pursuing claims against caused by corporate wrongdoing. The Firm's founding partner has recovered over $5.5 billion for aggrieved investors. Attorney advertising. Prior results do not guarantee similar outcomes.

Lesley F. Portnoy, Esq.

Admitted CA, NY and TX Bars

lesley@portnoylaw.com

310-692-8883

www.portnoylaw.com

Attorney Advertising



---

# Venture Global, Inc. Investors: Please contact the Portnoy Law Firm to recover your losses; April 18, 2025 Deadline to file Lead Plaintiff Motion



---

Apr 03, 2025, 4:27 PM ET

---

*Investors can* contact *the law firm at no cost to learn more about recovering their losses*

LOS ANGELES, April 03, 2025 (GLOBE NEWSWIRE) -- The Portnoy Law Firm advises **Venture Global, Inc.** ("Venture Global" or the "Company") (NYSE: VU) investors of a class action representing investors that bought securities between registration

statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), inclusive (the "Class Period"). Venture Global investors have until **April 18, 2025 to file a lead plaintiff motion.**

Investors are encouraged to contact attorney Lesley F. Portnoy, by phone 310-692-8883 or email: lesley@portnoylaw.com, to discuss their legal rights, or click here to join the case. The Portnoy Law Firm can provide a complimentary case evaluation and discuss investors' options for pursuing claims to recover their losses.

According to the lawsuit, defendants promoted Venture Global's innovative and disruptive approach, claiming it was both scalable and repeatable, enabling the company to bring LNG to the global market faster and at a lower cost. They also highlighted the development of five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, emphasizing their unique "design one, build many" strategy. The IPO was presented to the public as evidence that Venture Global had the necessary customer backing to successfully implement its projects and deliver LNG worldwide. The lawsuit alleges that when the true details emerged, investors suffered financial losses.

Please visit our website to review more information and submit your transaction information.

The Portnoy Law Firm represents investors in pursuing claims against caused by corporate wrongdoing. The Firm's founding partner has recovered over $5.5 billion for aggrieved investors. Attorney advertising. Prior results do not guarantee similar outcomes.

Lesley F. Portnoy, Esq.

Admitted CA and NY Bar

lesley@portnoylaw.com

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 149 of 152



Apr 07, 2025, 4:51 PM ET

*Investors can* contact *the law firm at no cost to learn more about recovering their losses*

LOS ANGELES, April 07, 2025 (GLOBE NEWSWIRE) -- The Portnoy Law Firm advises **Venture Global, Inc.** ("Venture Global" or the "Company") (NYSE: VG) investors of a class action representing investors that bought securities between registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), inclusive (the "Class Period"). Venture Global investors have until **April 18, 2025 to file a lead plaintiff motion.**

Investors are encouraged to contact attorney Lesley F. Portnoy, by phone 310-692-8883 or email: lesley@portnoylaw.com, to discuss their legal rights, or click here to

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 150 of 152

join the case. The Portnoy Law Firm can provide a complimentary case evaluation and discuss investors' options for pursuing claims to recover their losses.

According to the lawsuit, defendants promoted Venture Global's innovative and disruptive approach, claiming it was both scalable and repeatable, enabling the company to bring LNG to the global market faster and at a lower cost. They also highlighted the development of five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, emphasizing their unique "design one, build many" strategy. The IPO was presented to the public as evidence that Venture Global had the necessary customer backing to successfully implement its projects and deliver LNG worldwide. The lawsuit alleges that when the true details emerged, investors suffered financial losses.

Please visit our website to review more information and submit your transaction information.

The Portnoy Law Firm represents investors in pursuing claims against caused by corporate wrongdoing. The Firm's founding partner has recovered over $5.5 billion for aggrieved investors. Attorney advertising. Prior results do not guarantee similar outcomes.

Lesley F. Portnoy, Esq.

Admitted CA and NY Bar

lesley@portnoylaw.com

310-692-8883

www.portnoylaw.com

Attorney Advertising

 GlobeNewswire by notified

Newsroom    Services    Contact Us    English ⌄    Sign In    Register    🔍



# Venture Global, Inc. Investors: Please contact the Portnoy Law Firm to recover your losses; April 18, 2025 Deadline to file Lead Plaintiff Motion

April 10, 2025 18:48 ET    | Source: Portnoy Law

Follow

## Company Profile

**Portnoy Law**

**Industry:** Specialized Consumer Services

**Website:**
https://portnoylaw.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**






———


*Investors can contact the law firm at no cost to learn more about recovering their losses*

LOS ANGELES, April 10, 2025 (GLOBE NEWSWIRE) -- The Portnoy Law Firm advises **Venture Global, Inc.** ("Venture Global" or the "Company") (NYSE: VG) investors of a class action representing investors that bought securities between registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), inclusive (the "Class Period"). Venture Global investors have until **April 18, 2025 to file a lead plaintiff motion.**

Investors are encouraged to contact attorney Lesley F. Portnoy, by phone 310-692-8883 or email: lesley@portnoylaw.com, to discuss their legal rights, or click here to join the case. The Portnoy Law Firm can provide a complimentary case evaluation and discuss investors' options for pursuing claims to recover their losses.

According to the lawsuit, defendants promoted Venture Global's innovative and disruptive approach, claiming it was both scalable and repeatable, enabling the company to bring LNG to the global market faster and at a lower cost. They also highlighted the development of five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, emphasizing their unique "design one, build many" strategy. The IPO was presented to the public as evidence that Venture Global had

Case 1:25-cv-04642-JSR    Document 26-4    Filed 05/05/25    Page 152 of 152



Newsroom    Services    Contact Us              Sign In    Register

emerged, investors suffered financial losses.

Please visit our **website** to review more information and submit your transaction information.

The Portnoy Law Firm represents investors in pursuing claims against caused by corporate wrongdoing. The Firm's founding partner has recovered over $5.5 billion for aggrieved investors. Attorney advertising. Prior results do not guarantee similar outcomes.

Lesley F. Portnoy, Esq.

Admitted CA and NY Bar

lesley@portnoylaw.com

310-692-8883

www.portnoylaw.com

Attorney Advertising

**Tags**

Class Action    $VG

**Related Links**

- VG

# Recommended Reading

April 24, 2025 20:04 ET | Source: **Portnoy Law**

## Rocket Lab USA, Inc. Investors: Please contact the Portnoy Law Firm to recover your losses. April 28, 2025 Deadline to file Lead Plaintiff Motion

Investors can contact the law firm at no cost to learn more about recovering their losses LOS ANGELES, April 24, 2025 (GLOBE NEWSWIRE) -- The Portnoy Law Firm advises Rocket Lab USA, Inc. ("Rocket...

**Read More**

April 24, 2025 19:57 ET | Source: **Portnoy Law**