EXHIBIT 3
(PART 2)



Feb 18, 2025 5:21 PM Eastern Standard Time

# Securities Fraud Investigation Into Venture Global, Inc. (VG) Announced – Investors Who Lost Money Urged To Contact The Law Offices of Frank R. Cruz

Share

LOS ANGELES--(BUSINESS WIRE)--The Law Offices of Frank R. Cruz announces an investigation of Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) on behalf of investors concerning the Company's possible violations of federal securities laws.

**IF YOU ARE AN INVESTOR WHO LOST MONEY ON VENTURE GLOBAL, INC. (VG), CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING A CLAIM TO RECOVER YOUR LOSS.**

**What Is The Investigation About?**

On January 27, 2025, Venture conducted its initial public offering ("IPO"), selling 70 million shares at $24.00 per share.

On February 5, 2025, one of Venture's target customers, TotalEnergies, revealed that it had rejected a long-term supply contract for liquefied natural gas from Venture, citing lack of trust.

On this news, Venture's stock price fell $2.20, or 11.2%, to close at $17.48 per share on February 6, 2025, thereby injuring investors.

**Contact Us To Participate or Learn More:**

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 3 of 149

If you purchased Venture securities, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

The Law Offices of Frank R. Cruz,
2121 Avenue of the Stars, Suite 800,
Century City, California 90067
Call us at: 310-914-5007
Email us at: info@frankcruzlaw.com
Visit our website at: www.frankcruzlaw.com.
Follow us for updates on Twitter at twitter.com/FRC_LAW.

If you inquire by email, please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

The Law Offices of Frank R. Cruz, Los Angeles
Frank R. Cruz
310-914-5007
fcruz@frankcruzlaw.com
www.frankcruzlaw.com

---

**Industry:**      Class Action Lawsuit      Professional Services      Legal



**The Law Offices of Frank R. Cruz**

⌁ NYSE:VG

4/29/25, 10:14 AM    Law Offices of Frank R. Cruz Encourages Venture Global, Inc. (VG) Investors To Inquire About Securities Fraud Class Action

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 4 of 149

    

Feb 20, 2025 12:07 PM Eastern Standard Time

# Law Offices of Frank R. Cruz Encourages Venture Global, Inc. (VG) Investors To Inquire About Securities Fraud Class Action

Share

LOS ANGELES--(BUSINESS WIRE)--The Law Offices of Frank R. Cruz announces that a class action lawsuit has been filed on behalf of investors who purchased Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) securities pursuant and/or traceable to the Company's January 2025 initial public offering ("IPO"). Venture investors have until **April 18, 2025** to file a lead plaintiff motion.

> *Law Offices of Frank R. Cruz Encourages Venture Global, Inc. (VG) Investors To Inquire About Securities Fraud Class Action*
>
>  **Share**

**IF YOU SUFFERED A LOSS ON YOUR VENTURE GLOBAL INVESTMENTS, CLICK HERE TO SUBMIT A CLAIM TO POTENTIALLY RECOVER YOUR LOSSES IN THE ONGOING SECURITIES FRAUD LAWSUIT.**

You can also contact the Law Offices of Frank R. Cruz to discuss your legal rights by email at info@frankcruzlaw.com, by telephone at (310) 914-5007, or visit our website at www.frankcruzlaw.com.

**What Happened?**

On January 27, 2025, Venture conducted its IPO, selling 70 million shares at $24.00 per share.

On February 5, 2025, one of Venture's target customers, TotalEnergies, revealed that it had rejected a long-term supply contract for liquefied natural gas ("LNG") from Venture, citing lack of trust.

On this news, Venture's stock price fell $2.20, or 11.2%, to close at $17.48 per share on February 6, 2025, thereby injuring investors.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

**If you purchased or otherwise acquired Venture securities during the Class Period, you may move the Court no later than April 18, 2025 to request appointment as lead plaintiff in this putative class action lawsuit.**

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us at:

Law Offices of Frank R. Cruz
2121 Avenue of the Stars, Suite 800
Telephone: 310-914-5007
Email: info@frankcruzlaw.com
Visit our website at: www.frankcruzlaw.com

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Law Offices of Frank R. Cruz
2121 Avenue of the Stars, Suite 800

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 6 of 149

Telephone: 310-914-5007

Email: info@frankcruzlaw.com

Visit our website at: www.frankcruzlaw.com

---

**Industry:**     Class Action Lawsuit     Professional Services     Legal



**The Law Offices of Frank R. Cruz**

⤤ NYSE:VG

---

**RELEASE SUMMARY**

Law Offices of Frank R. Cruz Encourages Venture Global, Inc. (VG) Investors To Inquire About Securities Fraud Class Action

**RELEASE VERSIONS**

English

---

**CONTACTS**

Law Offices of Frank R. Cruz

2121 Avenue of the Stars, Suite 800

Telephone: 310-914-5007

Email: info@frankcruzlaw.com

Visit our website at: www.frankcruzlaw.com

Case 1:25-cv-04642-JSR　　Document 26-5　　Filed 05/05/25　　Page 7 of 149

  

**72°**

✉ **SIGN UP**



# Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit



Mar 14, 2025, 3:51 PM ET

LOS ANGELES, March 14, 2025 /PRNewswire/ -- The Law Offices of Frank R. Cruz announces that investors with losses related to Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) have opportunity to lead the securities fraud class action lawsuit.



Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit

# IF YOU ARE AN INVESTOR WHO SUFFERED A LOSS IN VENTURE GLOBAL, INC. (VG), CLICK HERE BEFORE APRIL 18, 2025 (THE LEAD PLAINTIFF DEADLINE) TO PARTICIPATE IN THE ONGOING SECURITIES FRAUD LAWSUIT.

## What Is The Lawsuit About?

The complaint filed alleges that, between pursuant and/or traceable to the Company's January 2025 initial public offering, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

## Contact Us To Participate or Learn More:

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us.

The Law Offices of Frank R. Cruz,

Email us at: info@frankcruzlaw.com

Call us at: 310-914-5007

Visit our website at: www.frankcruzlaw.com

Follow us for updates on Twitter: twitter.com/FRC_LAW.

If you inquire by email, please include your mailing address, telephone number, and number of shares purchased.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member

Case 1:25-cv-04642-JSR   Document 26-5   Filed 05/05/25   Page 9 of 149

of the class action.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contact Us:**

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz,

Telephone: 310-914-5007

Email: fcruz@frankcruzlaw.com

Visit our website at: www.frankcruzlaw.com

C View original content to download multimedia:https://www.prnewswire.com/news-releases/venture-global-inc-vg-investors-who-lost-money-have-opportunity-to-lead-securities-fraud-lawsuit-302402072.html

SOURCE The Law Offices of Frank R. Cruz, Los Angeles

NOTE: This content is not written by or endorsed by "WIAT", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

| Search by keyword | SEARCH |
|---|---|



Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 10 of 149

 72°   SIGN UP



## Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit



Apr 11, 2025, 12:00 PM ET

LOS ANGELES, April 11, 2025 /PRNewswire/ -- The Law Offices of Frank R. Cruz announces that investors with losses related to Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG) have opportunity to lead the securities fraud class action lawsuit.

Case 1:25-cv-04642-JSR   Document 26-5   Filed 05/05/25   Page 11 of 149



**IF YOU ARE AN INVESTOR WHO SUFFERED A LOSS IN VENTURE GLOBAL, INC. (VG), CLICK HERE BEFORE APRIL 18, 2025 (THE LEAD PLAINTIFF DEADLINE) TO PARTICIPATE IN THE ONGOING SECURITIES FRAUD LAWSUIT.**

## What Is The Lawsuit About?

The complaint filed alleges that, between pursuant and/or traceable to the Company's January 2025 initial public offering, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

## Contact Us To Participate or Learn More:

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us.

The Law Offices of Frank R. Cruz,

Email us at: info@frankcruzlaw.com

Call us at: 310-914-5007

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 12 of 149

Visit our website at: www.frankcruzlaw.com

Follow us for updates on Twitter: twitter.com/FRC_LAW.

If you inquire by email, please include your mailing address, telephone number, and number of shares purchased.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contact Us:**

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz,

Telephone: 310-914-5007

Email: fcruz@frankcruzlaw.com


Visit our website at: www.frankcruzlaw.com

𝖼 View original content to download multimedia:https://www.prnewswire.com/news-releases/venture-global-inc-vg-investors-who-lost-money-have-opportunity-to-lead-securities-fraud-lawsuit-302426246.html

SOURCE The Law Offices of Frank R. Cruz, Los Angeles


NOTE: This content is not written by or endorsed by "WTNH", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

Case 1:25-cv-04642-JSR Document 26-5 Filed 05/05/25 Page 13 of 149



# Finansavisen

Logg inn    Kjøp

Siste    Børs    Aksjer    Bjellesauer    Watchlist

NEW YORK, March 20, 2025 /PRNewswire/ -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**



Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=137082&from=4

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular,

# Finansavisen

Logg inn    Kjøp

Siste    Børs    Aksjer    Bjellesauer    Watchlist

Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here: https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=137082&from=4

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

4/28/25, 3:59 PM    Venture Global, Inc. Class Action: The Gross Law Firm Reminds Venture Investors of the Pending Class Action Lawsuit with a Lead…



# Finansavisen

Logg inn    Kjøp

Siste    Børs    Aksjer    Bjellesauer    Watchlist

NEW YORK, March 24, 2025

NEW YORK, March 24, 2025 /PRNewswire/ -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**



Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=137696&from=4

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

Case 1:25-cv-04642-JSR   Document 26-5   Filed 05/05/25   Page 16 of 149

# Finansavisen

Logg inn     Kjøp

Siste     Børs     Aksjer     Bjellesauer     Watchlist

opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing." Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here: https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=137696&from=4

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 17 of 149



Phone: (646) 453-8903

Ⓒ View original content to download multimedia:https://www.prnewswire.com/news-releases/venture-global-inc-class-action-the-gross-law-firm-reminds-venture-investors-of-the-pending-class-action-lawsuit-with-a-lead-plaintiff-deadline-of-april-18-2025--vg-302408427.html

SOURCE Gross Law Firm

| litigation | moic:EN | moic:EN20 | moic:EN2020 |


☀ 60°



✉ SIGN UP   • LIVE ≡





# Venture Global, Inc. Securities Fraud Class Action Lawsuit Pending: Contact The Gross Law Firm Before April 18, 2025 to Discuss Your Rights - VG



Mar 27, 2025, 5:45 AM ET

NEW YORK, March 27, 2025 /PRNewswire/ -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**



Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=138823&from=4

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by

Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing."   Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=138823&from=4

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of

Case 1:25-cv-04642-JSR     Document 26-5     Filed 05/05/25     Page 21 of 149

material information by a company lead to artificial inflation of the company's stock.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903

C View original content to download
multimedia:https://www.prnewswire.com/news-releases/venture-global-inc-securities-fraud-class-action-lawsuit-pending-contact-the-gross-law-firm-before-april-18-2025-to-discuss-your-rights--vg-302412569.html

SOURCE The Gross Law Firm

NOTE: This content is not written by or endorsed by "KTLA", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

| Search by keyword | SEARCH |
|---|---|

 72°





 SIGN UP    •  WATCH NOW ☰



---

# The Gross Law Firm Reminds Venture Global, Inc. Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of April 18, 2025 - VG



---

Mar 31, 2025, 5:45 AM ET

---

NEW YORK, March 31, 2025 /PRNewswire/ -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**



Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=139406&from=4

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by

Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing."   Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=139406&from=4

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of

4/28/25, 1:50 PM
The Gross Law Firm Reminds Venture Global, Inc. Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of A…

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 25 of 149

material information by a company lead to artificial inflation of the company's stock.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903

Cision View original content to download multimedia:https://www.prnewswire.com/news-releases/the-gross-law-firm-reminds-venture-global-inc-investors-of-the-pending-class-action-lawsuit-with-a-lead-plaintiff-deadline-of-april-18-2025--vg-302414770.html

SOURCE The Gross Law Firm

NOTE: This content is not written by or endorsed by "WHTM", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

Case 1:25-cv-04642-JSR	Document 26-5	Filed 05/05/25	Page 26 of 149

 	



---

# The Gross Law Firm Reminds Venture Global, Inc. Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of April 18, 2025 - VG



---

Mar 31, 2025, 5:45 AM ET

---

NEW YORK, March 31, 2025 /PRNewswire/ -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 27 of 149



Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=139406&from=4

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by

4/28/25, 1:42 PM    The Gross Law Firm Reminds Venture Global, Inc. Investors of the Pending Class Action Lawsuit with Lead Plaintiff Deadline of A…

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 28 of 149

Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing."   Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=139406&from=4

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of

material information by a company lead to artificial inflation of the company's stock.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903

Cision View original content to download

multimedia:https://www.prnewswire.com/news-releases/the-gross-law-firm-reminds-venture-global-inc-investors-of-the-pending-class-action-lawsuit-with-a-lead-plaintiff-deadline-of-april-18-2025--vg-302414770.html

SOURCE The Gross Law Firm

NOTE: This content is not written by or endorsed by "WHTM", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

 84°

 WKRN.COM

 ✉ SIGN UP



 GlobeNewswire by notified

# Venture Global, Inc. Securities Fraud Class Action Lawsuit Pending: Contact The Gross Law Firm Before April 18, 2025 to Discuss Your Rights – VG



Apr 03, 2025, 1:06 PM ET

NEW YORK, April 03, 2025 (GLOBE NEWSWIRE) -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**

Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=140426&from=3

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public

offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing." Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefaction and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=140426&from=3

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

4/28/25, 1:45 PM    Venture Global, Inc. Securities Fraud Class Action Lawsuit Pending; Contact the Gross Law Firm Before April 15, 2025 to Discuss …

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 32 of 149

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903



NOTE: This content is not written by or endorsed by "WKRN", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to GlobeNewswire.*

| Search by keyword | SEARCH |
|---|---|

Case 1:25-cv-04642-JSR Document 26-5 Filed 05/05/25 Page 33 of 149

 



# Contact The Gross Law Firm by April 18, 2025 Deadline to Join Class Action Against Venture Global, Inc.(VG)



Apr 03, 2025, 5:45 AM ET

NEW YORK, April 3, 2025 /PRNewswire/ -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**

Case 1:25-cv-04642-JSR   Document 26-5   Filed 05/05/25   Page 34 of 149



Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=140392&from=4

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by

Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing."   Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=140392&from=4

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of

Contact The Gross Law Firm by April 18, 2025 Deadline to Join Class Action Against Venture Global, Inc.(VG)

material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903

ℭ View original content to download multimedia:https://www.prnewswire.com/news-releases/contact-the-gross-law-firm-by-april-18-2025-deadline-to-join-class-action-against-venture-global-incvg-302418946.html

SOURCE The Gross Law Firm

NOTE: This content is not written by or endorsed by "WPRI", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

# The Gross Law Firm Notifies Shareholders of Venture Global, Inc. (VG) of a Class Action Lawsuit and an Upcoming Deadline



NEWS PROVIDED BY
**The Gross Law Firm** ➡
Apr 07, 2025, 05:45 ET

NEW YORK, April 7, 2025 /PRNewswire/ -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**

Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

**https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=140975&from=4**

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing."   Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here: **https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=140975&from=4**

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: **dg@securitiesclasslaw.com**

Phone: (646) 453-8903


SOURCE The Gross Law Firm

 **81°**



 ✉ **SIGN UP**





# The Gross Law Firm Notifies Shareholders of Venture Global, Inc. (VG) of a Class Action Lawsuit and an Upcoming Deadline



Apr 09, 2025, 12:36 PM ET

NEW YORK, April 09, 2025 (GLOBE NEWSWIRE) -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**

Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

## CONTACT US HERE:

4/28/25, 3:39 PM

The Gross Law Firm Notifies Shareholders of Venture Global, Inc. (VG) of a Class Action Lawsuit and an Upcoming Deadline

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 41 of 149

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=141708&from=3

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing." Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=141708&from=3

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903



Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 43 of 149





## The Gross Law Firm Announces the Filing of a Securities Class Action on Behalf of Venture Global, Inc.(VG) Shareholders



Apr 10, 2025, 5:45 AM ET

NEW YORK, April 10, 2025 /PRNewswire/ -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**



Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=141932&from=4

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by

Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing."   Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=141932&from=4

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of

material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903

C View original content to download multimedia:https://www.prnewswire.com/news-releases/the-gross-law-firm-announces-the-filing-of-a-securities-class-action-on-behalf-of-venture-global-incvg-shareholders-302425091.html

SOURCE The Gross Law Firm

NOTE: This content is not written by or endorsed by "WSAV", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 47 of 149



☀ **79°**



---

# Venture Global, Inc. Sued for Securities Law Violations – Investors Should Contact The Gross Law Firm for More Information – VG



---

Apr 15, 2025, 1:09 PM ET

---

NEW YORK, April 15, 2025 (GLOBE NEWSWIRE) -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**

Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=142492&from=3

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing." Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=142492&from=3

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 49 of 149

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903



Case 1:25-cv-04642-JSR          Document 26-5          Filed 05/05/25          Page 50 of 149

  **SIGN UP**

66°



# Venture Global, Inc. Sued for Securities Law Violations – Investors Should Contact The Gross Law Firm for More Information – VG



---

Apr 15, 2025, 1:09 PM ET

---

NEW YORK, April 15, 2025 (GLOBE NEWSWIRE) -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**

Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=142492&from=3

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 51 of 149

offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing." Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefaction and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=142492&from=3

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903



NOTE: This content is not written by or endorsed by "KSEE/KGPE", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to GlobeNewswire.*

4/28/25, 3:46 PM The Gross Law Firm Reminds Venture Global, Inc. Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of A…

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 53 of 149

 78°

 SIGN UP
WATCH NOW



---

# The Gross Law Firm Reminds Venture Global, Inc. Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of April 18, 2025 - VG



---

Apr 17, 2025, 5:45 AM ET

---

NEW YORK, April 17, 2025 /PRNewswire/ -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**

4/28/25, 3:46 PM          The Gross Law Firm Reminds Venture Global, Inc. Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of A…

Case 1:25-cv-04642-JSR          Document 26-5          Filed 05/05/25          Page 54 of 149



Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=143327&from=4

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by

4/28/25, 3:46 PM                    The Gross Law Firm Reminds Venture Global, Inc. Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of A…

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 55 of 149

Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing." Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=143327&from=4

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of

4/28/25, 3:46 PM
The Gross Law Firm Reminds Venture Global, Inc. Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of A…

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 56 of 149

material information by a company lead to artificial inflation of the company's stock.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903

c View original content to download multimedia:https://www.prnewswire.com/news-releases/the-gross-law-firm-reminds-venture-global-inc-investors-of-the-pending-class-action-lawsuit-with-a-lead-plaintiff-deadline-of-april-18-2025--vg-302430918.html

SOURCE The Gross Law Firm

NOTE: This content is not written by or endorsed by "KHON", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

 74°

 YOUR LOCAL NEWS LEADER

 SIGN UP



# Shareholders that lost money on Venture Global, Inc.(VG) should contact The Gross Law Firm about pending Class Action - VG



Apr 17, 2025, 12:58 PM ET

NEW YORK, April 17, 2025 (GLOBE NEWSWIRE) -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**

Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

4/28/25, 3:55 PM    Shareholders that lost money on Venture Global, Inc. (VG) should contact The Gross Law Firm about pending Class Action - VG

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 58 of 149

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=143361&from=3

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing." Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=143361&from=3

Shareholders that lost money on Venture Global, Inc. (VG) should contact the Gross Law Firm about pending Class Action - VG

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903



  77°         ✉ **SIGN UP**



---

# Shareholders that lost money on Venture Global, Inc.(VG) should contact The Gross Law Firm about pending Class Action - VG



---

Apr 17, 2025, 12:58 PM ET

---

NEW YORK, April 17, 2025 (GLOBE NEWSWIRE) -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**

Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

4/28/25, 3:38 PM    Shareholders that lost money on Venture Global, Inc (VG) should contact the Gross Law Firm about pending Class Action - VG

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 61 of 149

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=143361&from=3

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular, TotalEnergies CEO, stated that he was approached by Venture to see if the company would be interested in a long-term supply contract for liquefied natural gas from the Calcasieu Pass terminal in Louisiana, but he rejected the offer "because of what they are doing." Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=143361&from=3

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

Phone: (646) 453-8903



Case 1:25-cv-04642-JSR   Document 26-5   Filed 05/05/25   Page 63 of 149



NEW YORK, April 17, 2025 /PRNewswire/ -- The Gross Law Firm issues the following notice to shareholders of **Venture Global, Inc. (NYSE: VG).**



Shareholders who purchased shares of VG during the class period listed are encouraged to contact the firm regarding possible lead plaintiff appointment. Appointment as lead plaintiff is not required to partake in any recovery.

CONTACT US HERE:

https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=143327&from=4

**CLASS PERIOD:** This lawsuit is on behalf of all shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025.

**ALLEGATIONS:** According to the complaint, Venture completed its initial public offering on January 27, 2025, selling 70 million shares at $24.00 per share. On February 5, 2025, TotalEnergies, an energy company that was a target customer of Venture, rejected opportunities to become a long-term customer of Venture, citing lack of trust. In particular,

# Finansavisen

Logg inn    Kjøp

Siste     Børs     Aksjer     Bjellesauer     Watchlist

Venture is currently facing legal challenges from existing large clients, such as BP and Shell, due to delays in supply contracts as Venture commissions its projects. Given the fact that defendants ability to deliver liquefied natural gas (LNG) to the world and to continue development of Venture's five natural gas liquefication and export projects depends on customer contracts, defendants' failure to account for and address these issues caused statements in Venture's registration statement to be false and/or materially misleading at the time of the initial public offering.

**DEADLINE: April 18, 2025** Shareholders should not delay in registering for this class action. Register your information here: https://securitiesclasslaw.com/securities/venture-global-inc-loss-submission-form/?id=143327&from=4

**NEXT STEPS FOR SHAREHOLDERS:** Once you register as a shareholder who purchased shares of VG during the timeframe listed above, you will be enrolled in a portfolio monitoring software to provide you with status updates throughout the lifecycle of the case. The deadline to seek to be a lead plaintiff is April 18, 2025. There is no cost or obligation to you to participate in this case.

**WHY GROSS LAW FIRM?** The Gross Law Firm is a nationally recognized class action law firm, and our mission is to protect the rights of all investors who have suffered as a result of deceit, fraud, and illegal business practices. The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a company lead to artificial inflation of the company's stock. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

The Gross Law Firm

15 West 38th Street, 12th floor

New York, NY, 10018

Email: dg@securitiesclasslaw.com

   

69°   SIGN UP



PR Newswire

# Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit

Feb 26, 2025, 12:00 PM ET

BENSALEM, Pa., Feb. 26, 2025 /PRNewswire/ -- The Law Offices of Howard G. Smith announces that investors with substantial losses have opportunity to lead the securities fraud class action lawsuit against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG).

**IF YOU ARE AN INVESTOR WHO SUFFERED A LOSS IN VENTURE GLOBAL, INC. (VG), CONTACT THE LAW OFFICES OF HOWARD G. SMITH BEFORE APRIL 18, 2025 (LEAD PLAINTIFF DEADLINE) TO PARTICIPATE IN THE ONGOING SECURITIES FRAUD LAWSUIT.**

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 66 of 149

Contact the Law Offices of Howard G. Smith to discuss your legal rights by email at howardsmith@howardsmithlaw.com, by telephone at (215) 638-4847 or visit our website at www.howardsmithlaw.com.

## What Is The Lawsuit About?

The complaint filed alleges that, between pursuant and/or traceable to the Company's January 2025 initial public offering, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

## Contact Us To Participate or Learn More:

If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact:

Howard G. Smith, Esq.,

Law Offices of Howard G. Smith,

3070 Bristol Pike, Suite 112,

Bensalem, Pennsylvania 19020,

Call us at: (215) 638-4847

Email us at: howardsmith@howardsmithlaw.com,

Visit our website at: www.howardsmithlaw.com.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 67 of 149

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contact Us:**

Law Offices of Howard G. Smith

Howard G. Smith, Esquire

215-638-4847

howardsmith@howardsmithlaw.com

www.howardsmithlaw.com

Ⅽ View original content:https://www.prnewswire.com/news-releases/venture-global-inc-vg-investors-who-lost-money-have-opportunity-to-lead-securities-fraud-lawsuit-302385700.html

SOURCE Law Offices of Howard G. Smith

NOTE: This content is not written by or endorsed by "KLAS", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 68 of 149

 **80°**                     **SIGN UP**



# Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit

Mar 12, 2025, 4:13 PM ET

BENSALEM, Pa., March 12, 2025 /PRNewswire/ -- The Law Offices of Howard G. Smith announces that investors with substantial losses have opportunity to lead the securities fraud class action lawsuit against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG).

**IF YOU ARE AN INVESTOR WHO SUFFERED A LOSS IN VENTURE GLOBAL, INC. (VG), CONTACT THE LAW OFFICES OF HOWARD G. SMITH BEFORE APRIL 18, 2025**

## (LEAD PLAINTIFF DEADLINE) TO PARTICIPATE IN THE ONGOING SECURITIES FRAUD LAWSUIT.

Contact the Law Offices of Howard G. Smith to discuss your legal rights by email at howardsmith@howardsmithlaw.com, by telephone at (215) 638-4847 or visit our website at www.howardsmithlaw.com.

### What Is The Lawsuit About?

The complaint filed alleges that, between pursuant and/or traceable to the Company's January 2025 initial public offering, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

### Contact Us To Participate or Learn More:

If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact:

Howard G. Smith, Esq.,

Law Offices of Howard G. Smith,

3070 Bristol Pike, Suite 112,

Bensalem, Pennsylvania 19020,

Call us at: (215) 638-4847

Email us at: howardsmith@howardsmithlaw.com,

Visit our website at: www.howardsmithlaw.com.

Case 1:25-cv-04642-JSR     Document 26-5     Filed 05/05/25     Page 70 of 149

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contact Us:**

Law Offices of Howard G. Smith

Howard G. Smith, Esquire

215-638-4847

howardsmith@howardsmithlaw.com

www.howardsmithlaw.com

C View original content:https://www.prnewswire.com/news-releases/venture-global-inc-vg-investors-who-lost-money-have-opportunity-to-lead-securities-fraud-lawsuit-302400168.html

SOURCE Law Offices of Howard G. Smith

NOTE: This content is not written by or endorsed by "WLNS", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 71 of 149

   

**68°**

**SIGN UP**



# Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit

Mar 26, 2025, 12:00 PM ET

BENSALEM, Pa., March 26, 2025 /PRNewswire/ -- The Law Offices of Howard G. Smith announces that investors with substantial losses have opportunity to lead the securities fraud class action lawsuit against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG).

**IF YOU ARE AN INVESTOR WHO SUFFERED A LOSS IN VENTURE GLOBAL, INC. (VG), CONTACT THE LAW OFFICES OF HOWARD G. SMITH BEFORE APRIL 18, 2025 (LEAD PLAINTIFF DEADLINE) TO PARTICIPATE IN THE ONGOING SECURITIES FRAUD LAWSUIT.**

Case 1:25-cv-04642-JSR    Document 26.5    Filed 05/05/25    Page 72 of 149

Contact the Law Offices of Howard G. Smith to discuss your legal rights by email at howardsmith@howardsmithlaw.com, by telephone at (215) 638-4847 or visit our website at www.howardsmithlaw.com.

## What Is The Lawsuit About?

The complaint filed alleges that, between pursuant and/or traceable to the Company's January 2025 initial public offering, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

## Contact Us To Participate or Learn More:

If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact:

Howard G. Smith, Esq.,

Law Offices of Howard G. Smith,

3070 Bristol Pike, Suite 112,

Bensalem, Pennsylvania 19020,

Call us at: (215) 638-4847

Email us at: howardsmith@howardsmithlaw.com,

Visit our website at: www.howardsmithlaw.com.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 73 of 149

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contact Us:**

Law Offices of Howard G. Smith

Howard G. Smith, Esquire

215-638-4847

howardsmith@howardsmithlaw.com

www.howardsmithlaw.com

C View original content:https://www.prnewswire.com/news-releases/venture-global-inc-vg-investors-who-lost-money-have-opportunity-to-lead-securities-fraud-lawsuit-302411513.html

SOURCE Law Offices of Howard G. Smith

NOTE: This content is not written by or endorsed by "KLAS", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

 64°

 

 SIGN UP



# Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit

Apr 10, 2025, 12:00 PM ET

BENSALEM, Pa., April 10, 2025 /PRNewswire/ -- The Law Offices of Howard G. Smith announces that investors with substantial losses have opportunity to lead the securities fraud class action lawsuit against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG).

**IF YOU ARE AN INVESTOR WHO SUFFERED A LOSS IN VENTURE GLOBAL, INC. (VG), CONTACT THE LAW OFFICES OF HOWARD G. SMITH BEFORE APRIL 18, 2025 (LEAD PLAINTIFF DEADLINE) TO PARTICIPATE IN THE ONGOING SECURITIES FRAUD LAWSUIT.**

Contact the Law Offices of Howard G. Smith to discuss your legal rights by email at howardsmith@howardsmithlaw.com, by telephone at (215) 638-4847 or visit our website at www.howardsmithlaw.com.

Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit

## What Is The Lawsuit About?

The complaint filed alleges that, between pursuant and/or traceable to the Company's January 2025 initial public offering, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

## Contact Us To Participate or Learn More:

If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact:

Howard G. Smith, Esq.,

Law Offices of Howard G. Smith,

3070 Bristol Pike, Suite 112,

Bensalem, Pennsylvania 19020,

Call us at: (215) 638-4847

Email us at: howardsmith@howardsmithlaw.com,

Visit our website at: www.howardsmithlaw.com.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contact Us:

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 76 of 149

Law Offices of Howard G. Smith

Howard G. Smith, Esquire

215-638-4847

howardsmith@howardsmithlaw.com

www.howardsmithlaw.com

View original content:https://www.prnewswire.com/news-releases/venture-global-inc-vg-investors-who-lost-money-have-opportunity-to-lead-securities-fraud-lawsuit-302425276.html

SOURCE Law Offices of Howard G. Smith

NOTE: This content is not written by or endorsed by "KFOR", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 77 of 149

 77°



 SIGN UP



# Venture Global, Inc. (VG) Investors Who Lost Money Have Opportunity to Lead Securities Fraud Lawsuit

Apr 10, 2025, 12:00 PM ET

BENSALEM, Pa., April 10, 2025 /PRNewswire/ -- The Law Offices of Howard G. Smith announces that investors with substantial losses have opportunity to lead the securities fraud class action lawsuit against Venture Global, Inc. ("Venture" or the "Company") (NYSE: VG).

**IF YOU ARE AN INVESTOR WHO SUFFERED A LOSS IN VENTURE GLOBAL, INC. (VG), CONTACT THE LAW OFFICES OF HOWARD G. SMITH BEFORE APRIL 18, 2025**

**(LEAD PLAINTIFF DEADLINE) TO PARTICIPATE IN THE ONGOING SECURITIES FRAUD LAWSUIT.**

Contact the Law Offices of Howard G. Smith to discuss your legal rights by email at howardsmith@howardsmithlaw.com, by telephone at (215) 638-4847 or visit our website at www.howardsmithlaw.com.

## What Is The Lawsuit About?

The complaint filed alleges that, between pursuant and/or traceable to the Company's January 2025 initial public offering, Defendants failed to disclose to investors that: (1) Venture did not have the customer backing to implement its projects, allowing for the Company to deliver LNG to the world; and (2) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

## Contact Us To Participate or Learn More:

If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact:

Howard G. Smith, Esq.,

Law Offices of Howard G. Smith,

3070 Bristol Pike, Suite 112,

Bensalem, Pennsylvania 19020,

Call us at: (215) 638-4847

Email us at: howardsmith@howardsmithlaw.com,

Visit our website at: www.howardsmithlaw.com.

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 79 of 149

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contact Us:**

Law Offices of Howard G. Smith

Howard G. Smith, Esquire

215-638-4847

howardsmith@howardsmithlaw.com

www.howardsmithlaw.com

View original content:https://www.prnewswire.com/news-releases/venture-global-inc-vg-investors-who-lost-money-have-opportunity-to-lead-securities-fraud-lawsuit-302425276.html

SOURCE Law Offices of Howard G. Smith

NOTE: This content is not written by or endorsed by "WCBD", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 80 of 149







---

## VG Investors Have Opportunity to Lead Venture Global, Inc. Securities Lawsuit



---

Mar 10, 2025, 6:00 PM ET

---

NEW YORK, March 10, 2025 /PRNewswire/ --



Why: Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE: VG) pursuant and/or traceable to Venture Global's registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important April 18, 2025 lead plaintiff deadline.

So what: If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a

contingency fee arrangement.

What to do next: To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 18, 2025. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

Why Rosen Law: We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases. Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

Details of the case: According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years

faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 https://rosenlegal.com/submit-form/?case_id=28116 call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

Case 1:25-cv-04642-JSR Document 26-5 Filed 05/05/25 Page 83 of 149

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

⊂ View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-have-opportunity-to-lead-venture-global-inc-securities-lawsuit-302397304.html

SOURCE THE ROSEN LAW FIRM, P. A.

NOTE: This content is not written by or endorsed by "KTLA", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

 66°            SIGN UP    WATCH NOW


PR Newswire

## VG Investors Have Opportunity to Lead Venture Global, Inc. Securities Lawsuit

**The Rosen Law Firm**
TOP RANKED GLOBAL INVESTOR COUNSEL
☎ 866-767-3653  🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

Mar 17, 2025, 11:58 AM ET

NEW YORK, March 17, 2025 /PRNewswire/ --

**The Rosen Law Firm**
TOP RANKED GLOBAL INVESTOR COUNSEL
☎ 866-767-3653  🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

Why: Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE: VG) pursuant and/or traceable to Venture Global's

registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important April 18, 2025 lead plaintiff deadline.

So what: If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

What to do next: To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 18, 2025. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

Why Rosen Law: We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases. Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding

partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

Details of the case: According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 https://rosenlegal.com/submit-form/?case_id=28116 call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 87 of 149

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

Cision View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-have-opportunity-to-lead-venture-global-inc-securities-lawsuit-302402634.html

SOURCE THE ROSEN LAW FIRM, P. A.

NOTE: This content is not written by or endorsed by "WHTM", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

 ☀ 84°

 ◉CBS42

 ✉ **SIGN UP**



---

## VG Investors Have Opportunity to Lead Venture Global, Inc. Securities Lawsuit

**The Rosen Law Firm**
TOP RANKED GLOBAL INVESTOR COUNSEL
☎ 866-767-3653  🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

---

Mar 25, 2025, 5:10 PM ET

---

NEW YORK, March 25, 2025 /PRNewswire/ --

**The Rosen Law Firm**
TOP RANKED GLOBAL INVESTOR COUNSEL
☎ 866-767-3653  🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

Why: Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE: VG) pursuant and/or traceable to Venture Global's

registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important April 18, 2025 lead plaintiff deadline.

So what: If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

What to do next: To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 18, 2025. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

Why Rosen Law: We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases. Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding

partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

Details of the case: According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-have-opportunity-to-lead-venture-global-inc-securities-lawsuit-302410906.html

SOURCE THE ROSEN LAW FIRM, P. A.

NOTE: This content is not written by or endorsed by "WIAT", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

   

☁ 77°

OKLAHOMA'S NEWS 4 — LOOKING OUT 4 YOU

✉ **SIGN UP**

☰



# VG Investors Have Opportunity to Lead Venture Global, Inc. Securities Lawsuit

**The Rosen Law Firm**
TOP RANKED GLOBAL INVESTOR COUNSEL
☎ 866-767-3653   🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

Mar 31, 2025, 9:15 PM ET

NEW YORK, March 31, 2025 /PRNewswire/ --

**The Rosen Law Firm**
TOP RANKED GLOBAL INVESTOR COUNSEL
☎ 866-767-3653   🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

Why: Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE: VG) pursuant and/or traceable to Venture Global's registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important April 18, 2025 lead plaintiff deadline.

So what: If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

What to do next: To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 18, 2025. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

Why Rosen Law: We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases. Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors.

In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

Details of the case: According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 https://rosenlegal.com/submit-form/?case_id=28116call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

ℭ View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-have-opportunity-to-lead-venture-global-inc-securities-lawsuit-302416295.html

SOURCE THE ROSEN LAW FIRM, P. A.

NOTE: This content is not written by or endorsed by "KFOR", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*








---

# VG Investors Have Opportunity to Lead Venture Global, Inc. Securities Lawsuit

Apr 07, 2025, 9:57 PM ET

NEW YORK, April 7, 2025 /PRNewswire/ --





Why: Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE: VG) pursuant and/or traceable to Venture Global's registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important April 18, 2025 lead plaintiff deadline.

So what: If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

What to do next: To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 mailto:or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 18, 2025. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

Why Rosen Law: We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases. Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors.

In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

Details of the case: According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 https://rosenlegal.com/submit-form/?case_id=28116call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact Information:

>Laurence Rosen, Esq.
>
>Phillip Kim, Esq.
>
>The Rosen Law Firm, P.A.
>
>275 Madison Avenue, 40th Floor
>
>New York, NY 10016
>
>Tel: (212) 686-1060
>
>Toll Free: (866) 767-3653
>
>Fax: (212) 202-3827
>
>case@rosenlegal.com
>
>www.rosenlegal.com

C View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-have-opportunity-to-lead-venture-global-inc-securities-lawsuit-302421471.html

SOURCE THE ROSEN LAW FIRM, P. A.

NOTE: This content is not written by or endorsed by "KLAS", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

4/28/25, 3:28 PM ROSEN, A TRUSTED AND LEADING LAW FIRM, Encourages Venture Global, Inc. Investors to Secure Counsel Before Important ...

Case 1:25-cv-04642-JSR Document 26-5 Filed 05/05/25 Page 100 of 149

 89°

 Concho Valley homepage.com

✉ **SIGN UP** ☰

 | **ACCESS Newswire**

# ROSEN, A TRUSTED AND LEADING LAW FIRM, Encourages Venture Global, Inc. Investors to Secure Counsel Before Important Deadline in Securities Class Action - VG

NEWS PROVIDED BY
ACCESS Newswire
Apr 07, 2025, 1:30 PM ET

**NEW YORK CITY, NY / ACCESS Newswire / April 7, 2025 / WHY:** New York, N.Y., April 7, 2025. Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE:VG) pursuant and/or traceable to Venture Global's registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important **April 18, 2025 lead plaintiff deadline.**

**SO WHAT:** If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-

free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than April 18, 2025.** A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

**WHY ROSEN LAW:** We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. **Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases.** Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach.

Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

-------------------------------

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Case 1:25-cv-04642-JSR   Document 26-5   Filed 05/05/25   Page 103 of 149

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**SOURCE:** The Rosen Law Firm, P.A.

 GlobeNewswire
by notified

Newsroom    Services    Contact Us    English ⌄    Sign In    Register    🔍

 **The Rosen Law Firm**
TOP RANKED GLOBAL INVESTOR COUNSEL
📞 866-767-3653  🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

## ROSEN, RECOGNIZED INVESTOR COUNSEL, Encourages Venture Global, Inc. Investors to Secure Counsel Before Important Deadline in Securities Class Action – VG

April 07, 2025
12:46 ET

| Source: The Rosen Law Firm PA

Follow

### Company Profile

The Rosen Law Firm PA

**Industry:** Consumer Services

**Website:**
https://www.rosenlegal.com

### Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**









NEW YORK, April 07, 2025 (GLOBE NEWSWIRE) --

**WHY:** Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE: VG) pursuant and/or traceable to Venture Global's registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important **April 18, 2025 lead plaintiff deadline.**

**SO WHAT:** If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than April 18, 2025.** A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.



Newsroom     Services     Contact Us       Sign In     Register

releases do not have comparable experience, resources, or any meaningful peer recognition. **Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases.** Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.



Newsroom        Services        Contact Us                          Sign In        Register

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Tags**

NYSE: VG        Rosen Law Firm        Venture Global        Inc.        Class Action

# Recommended Reading

April 28, 2025 14:42 ET │ Source: The Rosen Law Firm PA

## ROSEN, A TOP RANKED LAW FIRM, Encourages enCore Energy Corp. Investors to Secure Counsel Before Important Deadline in Securities Class Action – EU

NEW YORK, April 28, 2025 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global investor rights law firm, reminds purchasers of securities of enCore Energy Corp. (NASDAQ: EU) between March 28, 2024 and...

Read More

April 28, 2025 14:19 ET │ Source: The Rosen Law Firm PA

## ROSEN, A LEADING NATIONAL FIRM, Encourages Actinium Pharmaceuticals, Inc. Investors to Secure Counsel Before Important Deadline in Securities Class Action – ATNM

NEW YORK, April 28, 2025 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global investor rights law firm, reminds purchasers of securities of Actinium Pharmaceuticals, Inc. (NYSE American: ATNM)...

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 107 of 149

    

☀ 75°                                                          ✉ **SIGN UP**        •    WATCH
                                                                                          NOW        ☰

 | **ACCESS Newswire**

## ROSEN, A LEADING NATIONAL FIRM, Encourages Venture Global, Inc. Investors to Secure Counsel Before Important Deadline in Securities Class Action - VG

NEWS PROVIDED BY
ACCESS Newswire
Apr 08, 2025, 10:45 PM ET

**NEW YORK, NY /** ACCESS Newswire **/ April 8, 2025 / WHY:** New York, N.Y., April 8, 2025. Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE:VG) pursuant and/or traceable to Venture Global's registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important **April 18, 2025 lead plaintiff deadline.**

**SO WHAT:** If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than April 18, 2025.** A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

**WHY ROSEN LAW:** We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. **Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases.** Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

-------------------------------

Contact Information:

Case 1:25-cv-04643-JSR    Document 26-5    Filed 05/05/25    Page 110 of 149

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**SOURCE:** The Rosen Law Firm, P.A.

4/28/25, 4:02 PM
Case 1:25-cv-04642-JSR Document 26-5 Filed 05/05/25 Page 111 of 149
VG Deadline: VG Investors with Losses in Excess of $50K Have Opportunity to Lead Venture Global, Inc. Securities Lawsuit

 79°         SIGN UP     LIVE ☰



# VG Deadline: VG Investors with Losses in Excess of $50K Have Opportunity to Lead Venture Global, Inc. Securities Lawsuit

Apr 11, 2025, 6:25 PM ET

NEW YORK, April 11, 2025 /PRNewswire/ --



Why: Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE: VG) pursuant and/or traceable to Venture Global's

Case 1:25-cv-04642-JSR Document 26-5 Filed 05/05/25 Page 112 of 149

registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important April 18, 2025 lead plaintiff deadline.

So what: If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

What to do next: To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 18, 2025. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

Why Rosen Law: We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases. Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding

4/28/25, 4:02 PM    VG Deadline: VG Investors with Losses in Excess of $50K Have Opportunity to Lead Venture Global, Inc. Securities Lawsuit

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 113 of 149

partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

Details of the case: According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

ℭ View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-deadline-vg-investors-with-losses-in-excess-of-50k-have-opportunity-to-lead-venture-global-inc-securities-lawsuit-302426702.html

SOURCE THE ROSEN LAW FIRM, P. A.

NOTE: This content is not written by or endorsed by "WCMH", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

 GlobeNewswire by notified

Newsroom    Services    Contact Us    English ∨    Sign In    Register

The Rosen Law Firm
TOP RANKED GLOBAL INVESTOR COUNSEL
📞 866-767-3653  🌐 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

# VG DEADLINE: ROSEN, A LEADING FIRM, Encourages Venture Global, Inc. Investors With Losses in Excess of $100K to Secure Counsel Before Important April 18 Deadline in Securities Class Action – VG

April 16, 2025
14:22 ET    | Source: The Rosen Law Firm PA    Follow

Company Profile

The Rosen Law Firm PA

**Industry:** Consumer Services

**Website:**
https://www.rosenlegal.com

Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

Share









NEW YORK, April 16, 2025 (GLOBE NEWSWIRE) --

**WHY:** Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE: VG) pursuant and/or traceable to Venture Global's registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important **April 18, 2025 lead plaintiff deadline.**

**SO WHAT:** If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than April 18, 2025.** A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

 GlobeNewswire by notified

Newsroom Services Contact Us Sign In Register

releases do not have comparable experience, resources, or any meaningful peer recognition. **Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases.** Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.



Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 117 of 149

GlobeNewswire
by notified

Newsroom        Services        Contact Us              Sign In        Register

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Tags**

VG    Venture Global    Inc.    NYSE: VG    Class Action

# Recommended Reading

April 28, 2025 14:42 ET │ Source: The Rosen Law Firm PA

## ROSEN, A TOP RANKED LAW FIRM, Encourages enCore Energy Corp. Investors to Secure Counsel Before Important Deadline in Securities Class Action – EU

NEW YORK, April 28, 2025 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global investor rights law firm, reminds purchasers of securities of enCore Energy Corp. (NASDAQ: EU) between March 28, 2024 and...

Read More

April 28, 2025 14:19 ET │ Source: The Rosen Law Firm PA

## ROSEN, A LEADING NATIONAL FIRM, Encourages Actinium Pharmaceuticals, Inc. Investors to Secure Counsel Before Important Deadline in Securities Class Action – ATNM

NEW YORK, April 28, 2025 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global investor rights law firm, reminds purchasers of securities of Actinium Pharmaceuticals, Inc. (NYSE American: ATNM)...

Case 1:25-cv-04642-JSR Document 26-5 Filed 05/05/25 Page 118 of 149

 

 **ACCESS Newswire**

## VG DEADLINE: ROSEN, GLOBAL INVESTOR COUNSEL, Encourages Venture Global, Inc. Investors with Losses in Excess of $100K to Secure Counsel Before Important April 18 Deadline in Securities Class Action - VG

NEWS PROVIDED BY
ACCESS Newswire
Apr 17, 2025, 6:30 PM ET

**NEW YORK CITY, NY /** ACCESS Newswire **/ April 17, 2025 / WHY:** New York, N.Y., April 17, 2025. Rosen Law Firm, a global investor rights law firm, reminds purchasers of stock of Venture Global, Inc. (NYSE:VG) pursuant and/or traceable to Venture Global's registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"), of the important **April 18, 2025 lead plaintiff deadline.**

**SO WHAT:** If you purchased Venture Global stock you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than April 18, 2025.** A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

**WHY ROSEN LAW:** We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. **Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases.** Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring liquified natural gas ("LNG") to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Venture Global class action, go to https://rosenlegal.com/submit-form/?case_id=35218call Phillip Kim, Esq. toll-free at 866-767-3653, or email case@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

-------------------------------

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**SOURCE:** The Rosen Law Firm, P.A.

4/28/25, 3:27 PM
VG Deadline: Rosen Law Firm Urges Venture Global, Inc. (NYSE: VG) Stockholders to Contact the Firm for Information About Their…

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 122 of 149





Apr 18, 2025 9:34 AM Eastern Daylight Time

# VG Deadline: Rosen Law Firm Urges Venture Global, Inc. (NYSE: VG) Stockholders to Contact the Firm for Information About Their Rights

Share      ...

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, reminds investors that a shareholder filed a class action on behalf of purchasers of stock of Venture Global, Inc. (NYSE: VG) pursuant and/or traceable to Venture Global's registration statement for the initial public offering conducted on or about January 24, 2025 (the "IPO"). Venture Global describes itself as a "rapidly growing company delivering critical liquified natural gas ("LNG") to the world."

For more information, submit a form, email attorney Phillip Kim, or give us a call at 866-767-3653.

The Allegations: Rosen Law Firm is Investigating the Allegations that Venture Global, Inc. (NYSE: VU) Misled Investors Regarding its Business Operations.

According to the lawsuit, defendants touted its innovative and disruptive approach, which they stated is both scalable and repeatable, allowing Venture Global to bring LNG to the global market years faster and at a lower cost. Defendants further discussed the development of Venture Global's five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing their unique "design one, build many" approach. Therefore, the IPO represented to the public that Venture Global had the customer backing to implement its projects, allowing for Venture Global to deliver LNG to the world. When the true details entered the market, the lawsuit claims that investors suffered damages.

4/28/25, 3:27 PM

Case 1:25-cv-04642-JSR   Document 26-5   Filed 05/05/25   Page 123 of 149

VG Deadline: Rosen Law Firm Urges Venture Global, Inc. (NYSE: VG) Stockholders to Contact the Firm for Information About Their…

What Now: You may be eligible to participate in the class action against Venture Global, Inc. Shareholders who want to serve as lead plaintiff for the class must file their motions with the court by April 18, 2025. A lead plaintiff is a representative party who acts on behalf of other class members in directing the litigation. You do not have to participate in the case to be eligible for a recovery. If you choose to take no action, you can remain an absent class member. For more information, click here.

All representation is on a contingency fee basis. Shareholders pay no fees or expenses.

About Rosen Law Firm: Some law firms issuing releases about this matter do not actually litigate securities class actions. Rosen Law Firm does. Rosen Law Firm is a recognized leader in shareholder rights litigation, dedicated to helping shareholders recover losses, improving corporate governance structures, and holding company executives accountable for their wrongdoing. Since its inception, Rosen Law Firm has obtained over $1 billion for shareholders.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Industry:**        Legal    Professional Services

**Rosen Law Firm**

$\sim$ NYSE:VG

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
case@rosenlegal.com
www.rosenlegal.com



**Feb 24, 2025 7:30 PM Eastern Standard Time**

# VG Investors Have the Opportunity to Join Investigation of Venture Global, Inc. With the Schall Law Firm

Share

LOS ANGELES--(BUSINESS WIRE)--The Schall Law Firm, a national shareholder rights litigation firm, announces that it is investigating claims on behalf of investors in Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) for potential breaches of fiduciary duty on the part of its directors and management.

The investigation focuses on determining if the Venture Global board breached its fiduciary duties to shareholders.

If you are a shareholder, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at bschall@schallfirm.com.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

## Contacts

The Schall Law Firm

Brian Schall, Esq.

310-301-3335

[info@schallfirm.com](mailto:info@schallfirm.com)

[www.schallfirm.com](http://www.schallfirm.com)

---

**Industry:**          Class Action Lawsuit       Professional Services      Legal



### The Schall Law Firm

📈 NYSE:VG

---

#### RELEASE SUMMARY

VG Investors Have the Opportunity to Join Investigation of Venture Global, Inc. with the Schall Law Firm

#### RELEASE VERSIONS

**English**

---

#### CONTACTS

The Schall Law Firm
Brian Schall, Esq.
310-301-3335
[info@schallfirm.com](mailto:info@schallfirm.com)
[www.schallfirm.com](http://www.schallfirm.com)

 **ACCESS Newswire**

## A Securities Fraud Lawsuit Has Been Filed Against Venture Global, Inc. And Shareholders With Losses Are Urged To Contact The Schall Law Firm

NEWS PROVIDED BY
ACCESS Newswire
Feb 26, 2025, 10:00 AM ET

**LOS ANGELES, CA /** ACCESS Newswire **/ February 26, 2025 /** The Schall Law Firm, a national shareholder rights litigation firm, announces the filing of a class action lawsuit against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE:VG) for violations of the federal securities laws.

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 128 of 149

Investors who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at bschall@schallfirm.com.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts. Based on these facts, the Company's public statements were false and materially misleading throughout the class period. When the market learned the truth about Venture Global, investors suffered damages.

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 129 of 149

**CONTACT:**

The Schall Law Firm

Brian Schall, Esq.,

www.schallfirm.com

Office: 310-301-3335

info@schallfirm.com

**SOURCE:** The Schall Law Firm

# VG Investors Have Opportunity to Lead Venture Global, Inc. Securities Fraud Lawsuit with the Schall Law Firm



NEWS PROVIDED BY
**The Schall Law Firm** ➝
Feb 28, 2025, 15:10 ET

LOS ANGELES, Feb. 28, 2025 /PRNewswire/ -- **The Schall Law Firm**, a national shareholder rights litigation firm, announces the filing of a class action lawsuit against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: **VG**) for violations of the federal securities laws.

Investors who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

If you are a shareholder who suffered a loss, **click here to participate**.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at **www.schallfirm.com**, or by email at **bschall@schallfirm.com**.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts. Based on these facts, the Company's public statements were false and materially misleading throughout the class period. When the market learned the truth about Venture Global, investors suffered damages.

**Join the case** to recover your losses.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**

The Schall Law Firm

Brian Schall, Esq.,

**www.schallfirm.com**

Office: 310-301-3335

**info@schallfirm.com**

SOURCE The Schall Law Firm

WANT YOUR COMPANY'S NEWS

Case 1:25-cv-04642-JSR    Document 26.5    Filed 05/05/25    Page 132 of 149

 63°   SIGN UP ☰



## VG Investors Have Opportunity to Lead Venture Global, Inc. Securities Fraud Lawsuit with the Schall Law Firm



Mar 10, 2025, 9:47 AM ET

LOS ANGELES, March 10, 2025 /PRNewswire/ -- The Schall Law Firm, a national shareholder rights litigation firm, announces the filing of a class action lawsuit against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) for violations of the federal securities laws.



Investors who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at bschall@schallfirm.com.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts. Based on these facts, the Company's public

statements were false and materially misleading throughout the class period. When the market learned the truth about Venture Global, investors suffered damages.

Join the case to recover your losses.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**

The Schall Law Firm

Brian Schall, Esq.,

www.schallfirm.com

Office: 310-301-3335

info@schallfirm.com

C View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-have-opportunity-to-lead-venture-global-inc-securities-fraud-lawsuit-with-the-schall-law-firm-302396602.html

SOURCE The Schall Law Firm

NOTE: This content is not written by or endorsed by "KLAS", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

  

73°

**FOX59**

✉ **SIGN UP**    ● **WATCH NOW**    ☰



---

## VG Investors Have Opportunity to Lead Venture Global, Inc. Securities Fraud Lawsuit with the Schall Law Firm



---

Mar 14, 2025, 3:34 AM ET

---

LOS ANGELES, March 14, 2025 /PRNewswire/ -- The Schall Law Firm, a national shareholder rights litigation firm, announces the filing of a class action lawsuit against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) for violations of the federal securities laws.

Case 1:25-cv-04642-JSR   Document 26-5   Filed 05/05/25   Page 136 of 149



Investors who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at bschall@schallfirm.com.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts. Based on these facts, the Company's public

statements were false and materially misleading throughout the class period. When the market learned the truth about Venture Global, investors suffered damages.

Join the case to recover your losses.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**

The Schall Law Firm

Brian Schall, Esq.,

www.schallfirm.com

Office: 310-301-3335

info@schallfirm.com

ᴄ View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-have-opportunity-to-lead-venture-global-inc-securities-fraud-lawsuit-with-the-schall-law-firm-302401718.html

SOURCE The Schall Law Firm

NOTE: This content is not written by or endorsed by "WXIN", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*



**WEATHER ALERT**

Special Weather Statement: Greene County >



## VG Investors are Reminded of Opportunity to Lead Venture Global, Inc. Securities Fraud Lawsuit with the Schall Law Firm



Mar 19, 2025, 10:25 AM ET

LOS ANGELES, March 19, 2025 /PRNewswire/ -- The Schall Law Firm, a national shareholder rights litigation firm, announces the filing of a class action lawsuit against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) for violations of the federal securities laws.



Investors who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at bschall@schallfirm.com.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts. Based on these facts, the Company's public

Case 1:25-cv-04642-JSR Document 26-5 Filed 05/05/25 Page 140 of 149

statements were false and materially misleading throughout the class period. When the market learned the truth about Venture Global, investors suffered damages.

Join the case to recover your losses.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**

The Schall Law Firm

Brian Schall, Esq.,

www.schallfirm.com

Office: 310-301-3335

info@schallfirm.com

 ⅽ View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-are-reminded-of-opportunity-to-lead-venture-global-inc-securities-fraud-lawsuit-with-the-schall-law-firm-302405406.html

SOURCE The Schall Law Firm

NOTE: This content is not written by or endorsed by "WTTV", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

Case 1:25-cv-04642-JSR   Document 26-5   Filed 05/05/25   Page 141 of 149

 70°       SIGN UP



# VG Investors are Reminded of Opportunity to Lead Venture Global, Inc. Securities Fraud Lawsuit with the Schall Law Firm



Mar 26, 2025, 9:32 AM ET

LOS ANGELES, March 26, 2025 /PRNewswire/ -- The Schall Law Firm, a national shareholder rights litigation firm, announces the filing of a class action lawsuit against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) for violations of the federal securities laws.

Case 1:25-cv-04642-JSR Document 26-5 Filed 05/05/25 Page 142 of 149



Investors who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at bschall@schallfirm.com.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts. Based on these facts, the Company's public

Case 1:25-cv-04642-JSR   Document 26-5   Filed 05/05/25   Page 143 of 149

statements were false and materially misleading throughout the class period. When the market learned the truth about Venture Global, investors suffered damages.

Join the case to recover your losses.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**

The Schall Law Firm

Brian Schall, Esq.,

www.schallfirm.com

Office: 310-301-3335

info@schallfirm.com

c View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-are-reminded-of-opportunity-to-lead-venture-global-inc-securities-fraud-lawsuit-with-the-schall-law-firm-302411650.html

SOURCE The Schall Law Firm

NOTE: This content is not written by or endorsed by "8News", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*



☀ 74° FOX59 ✉ SIGN UP   •   WATCH NOW   ☰



---

## VG Investors are Reminded of Opportunity to Lead Venture Global, Inc. Securities Fraud Lawsuit with the Schall Law Firm



---

Apr 02, 2025, 9:25 AM ET

---

LOS ANGELES, April 2, 2025 /PRNewswire/ -- The Schall Law Firm, a national shareholder rights litigation firm, announces the filing of a class action lawsuit against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) for violations of the federal securities laws.

Case 1:25-cv-04642-JSR    Document 26-5    Filed 05/05/25    Page 145 of 149



Investors who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at bschall@schallfirm.com.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts. Based on these facts, the Company's public

Case 1:25-cv-04642-JSR Document 26-5 Filed 05/05/25 Page 146 of 149

statements were false and materially misleading throughout the class period. When the market learned the truth about Venture Global, investors suffered damages.

Join the case to recover your losses.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**

The Schall Law Firm

Brian Schall, Esq.,

www.schallfirm.com

Office: 310-301-3335

info@schallfirm.com

c View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-are-reminded-of-opportunity-to-lead-venture-global-inc-securities-fraud-lawsuit-with-the-schall-law-firm-302418005.html

SOURCE The Schall Law Firm

NOTE: This content is not written by or endorsed by "WXIN", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*

 **76°**



 **SIGN UP**



# VG Investors are Reminded of Opportunity to Lead Venture Global, Inc. Securities Fraud Lawsuit with the Schall Law Firm



Apr 07, 2025, 9:50 AM ET

LOS ANGELES, April 7, 2025 /PRNewswire/ -- The Schall Law Firm, a national shareholder rights litigation firm, announces the filing of a class action lawsuit against Venture Global, Inc. ("Venture Global" or "the Company") (NYSE: VG) for violations of the federal securities laws.

Case 1:25-cv-04642-JSR  Document 26-5  Filed 05/05/25  Page 148 of 149



Investors who purchased the Company's securities pursuant and/or traceable to the Company's Offering Documents in connection with its initial public offering ("IPO") conducted on January 24, 2025, are encouraged to contact the firm before April 18, 2025.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at bschall@schallfirm.com.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. Venture Global's ongoing ability to deliver LNG globally and the development of its natural gas projects was dependent on customer contracts. The Company faced legal challenges from major customers including BP and Shell based on delays in supply contracts. Based on these facts, the Company's public

statements were false and materially misleading throughout the class period. When the market learned the truth about Venture Global, investors suffered damages.

Join the case to recover your losses.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**

The Schall Law Firm

Brian Schall, Esq.,

www.schallfirm.com

Office: 310-301-3335

info@schallfirm.com

ᴄ View original content to download multimedia:https://www.prnewswire.com/news-releases/vg-investors-are-reminded-of-opportunity-to-lead-venture-global-inc-securities-fraud-lawsuit-with-the-schall-law-firm-302421638.html

SOURCE The Schall Law Firm

NOTE: This content is not written by or endorsed by "WWLP", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to Cision.*