EXHIBIT 4

| | |
|---|---|
| **From:** | McConville, Francis P. <FMcConville@labaton.com> |
| **Sent:** | Thursday, April 24, 2025 2:47 PM |
| **To:** | Samuel Rudman |
| **Cc:** | Hegt, Jason (NY); Craig Reilly; Jack Fruchter; David Rosenfeld; Juan Carlos Sanchez; Ken Dolitsky; Steven Toll; Doug Bunch; DSommers@cohenmilstein.com; Boehme, Connor C.; jalieberman@pomlaw.com; ahood@pomlaw.com; peretz@bgandg.com; Hammel, Jeff (NY); Calabrese, Corey (NY); Gavin, Melange (NY); Handler, Alon (NY); Barry, Stephen (DC) |
| **Subject:** | Re: [EXTERNAL]Re: FirstFire Global Opportunities Fund, LLC v. Venture Global, Inc. et al, Case No. 1:25-cv-0063 (EDVa) |

Labaton also objects to the transfer motion. Happy to discuss.

Best,

Frank

Francis P. McConville
Partner | Labaton Keller Sucharow

> On Apr 24, 2025, at 2:23 PM, Sam Rudman <srudman@rgrdlaw.com> wrote:
>
>
> Yes. We object to that motion. Happy to discuss when convenient. Thx. Sam
>
> Sent from my iPhone
>
>
> > On Apr 24, 2025, at 1:35 PM, Jason.Hegt@lw.com wrote:
> >
> >  EXTERNAL SENDER
> > All:
> >
> > We represent Venture Global in this securities litigation filed in EDVa.  Everyone on this email filed either the original complaint or a lead plaintiff motion in that case.  VG intends to file a motion to transfer the case to SDNY to be consolidated with the earlier-filed case there, Bowes v. Venture Global, Inc. et al, No. 25-cv-01364.
> >
> > Please let us know if anyone objects to that motion or if anyone would like to discuss.
> >
> > Thanks,
> > Jason
> >
> > **Jason C. Hegt**
> >
> > **LATHAM & WATKINS LLP**
> > 1271 Avenue of the Americas
> > New York, NY 10020

1

Direct Dial: +1.212.906.1686
Email: jason.hegt@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.