EXHIBIT 5



< Back to Results

⬇ **Detailed Report**    ✉ **Share**

## GOLDMAN SACHS & CO. LLC

GOLDMAN SACHS & CO. LLC, MARCUS INVEST OFFERING OF GOLDMAN SACHS & CO. LLC, GOLDMAN, SACHS & CO., GOLDMAN SACHS ASSET MANAGEMENT ("GSAM")

**CRD#: 361/SEC#: 801-16048,8-129**

**B**  Brokerage Firm  *Regulated by* **FINRA** *(New York district office)*

**IA**  Investment Adviser Firm  ⓘ  ⧉ Visit SEC Site

**MAIN ADDRESS**
200 WEST STREET
NEW YORK, NY 10282-2198 UNITED STATES

Relationship Summary

| 429 Disclosures ⓘ | Approved 01/01/1936 SEC Registration Status | Limited Liability Company Company Type | SEC 26 Self-Regulatory Orgs 53 U.S. States & Territories |
|---|---|---|---|

### 📄 Disclosures ⓘ

**429** Total Disclosures

| | |
|---|---|
| Regulatory Event | 405 |
| Civil Event | 4 |
| Arbitration | 20 |

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the Detailed Report. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### 📄 General Information

| Main Office Location | 200 WEST STREET NEW YORK, NY 10282-2198 UNITED STATES | Established in | New York since 01/03/1927 |
|---|---|---|---|
| Mailing Address | 111 SOUTH MAIN STREET SALT LAKE CITY, UT 84111 UNITED STATES | Type | Limited Liability Company |
| | | Fiscal Year End | December |
| Phone | 212-902-1000 | | |

**Direct Owners and Executive Officers**

| Name | Position |
|---|---|

Document title: GOLDMAN SACHS &amp; CO. LLC - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/361
Capture timestamp (UTC): Mon, 05 May 2025 19:05:11 GMT



< Back to Results                                        ⬇ **Detailed Report**   ✉ **Share**

## J.P. MORGAN SECURITIES LLC  Show All 16 ⌄

BEAR, STEARNS & CO., JPMORGAN H&Q, JPMORGAN CHASE, J.P.MORGAN SECURITIES INC., J.P. MORGAN WEALTH MANAGEMENT…

**CRD#: 79/SEC#: 801-3702,8-35008**

**B**  Brokerage Firm  *Regulated by **FINRA** (New York district office)*

**IA**  Investment Adviser Firm ⓘ  ⧉ Visit SEC Site

**MAIN ADDRESS**
383 MADISON AVENUE
NEW YORK, NY 10179 UNITED STATES

[ Relationship Summary ]

| 541 Disclosures ⓘ | Approved **12/13/1985** SEC Registration Status | Limited Liability Company Company Type | SEC **26** Self-Regulatory Orgs **53** U.S. States & Territories |

### Disclosures ⓘ

**541** Total Disclosures

| Type | Count |
|---|---|
| Regulatory Event | 389 |
| Civil Event | 9 |
| Arbitration | 143 |

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the **Detailed Report**. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### General Information

| | | | |
|---|---|---|---|
| Main Office Location | 383 MADISON AVENUE NEW YORK, NY 10179 UNITED STATES | Established in | Delaware since 08/12/1985 |
| Mailing Address | 1111 POLARIS PKWY FLOOR 3F COLUMBUS, OH 43240 UNITED STATES | Type | Limited Liability Company |
| | | Fiscal Year End | December |
| Phone | 212-272-2000 | | |

**Direct Owners and Executive Officers**

| Name | Position |
|---|---|



< Back to Results

⬇ **Detailed Report**    ✉ **Share**

## BOFA SECURITIES, INC.

BOFA SECURITIES, INC., BOFAML SECURITIES, INC.

**CRD#: 283942/SEC#: 801-112640,8-69787**

**B**  Brokerage Firm  *Regulated by FINRA (New York district office)*

**IA**  Investment Adviser Firm  ⓘ  ⧉ Visit SEC Site

**MAIN ADDRESS**
ONE BRYANT PARK
NEW YORK, NY 10036 USA

Relationship Summary

| 62 Disclosures ⓘ | Approved 01/23/2018 SEC Registration Status | Corporation Company Type | SEC 26 Self-Regulatory Orgs 53 U.S. States & Territories |
|---|---|---|---|

### Disclosures ⓘ

**62** Total Disclosures

| Regulatory Event | | 62 |
|---|---|---|

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the **Detailed Report**. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### General Information

| | | | |
|---|---|---|---|
| Main Office Location | ONE BRYANT PARK NEW YORK, NY 10036 USA | Established in | Delaware since 09/01/2015 |
| Mailing Address | 150 N COLLEGE ST NC1-028-28-04 CHARLOTTE, NC 28255 USA | Type | Corporation |
| | | Fiscal Year End | December |
| Phone | 646-743-2734 | | |

**Direct Owners and Executive Officers**

| Name | Position |
|---|---|
| NB HOLDINGS CORPORATION | SOLE STOCKHOLDER |
| ALAM, SYED FARUQE (CRD#:2394838) | CHIEF FINANCIAL OFFICER |

Document title: BOFA SECURITIES, INC. - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/283942
Capture timestamp (UTC): Mon, 05 May 2025 18:35:46 GMT



**BrokerCheck** by FINRA

Broker-Dealer · (800) 289-9999 | Schedule a Call | ⌂ FINRA Home

| 👤 INDIVIDUAL | 🏛 FIRM |

By clicking the **SEARCH** button or otherwise using BrokerCheck, I agree to **BrokerCheck Terms of Use**

Individual Name/CRD# (required)       at       Firm Name or CRD/SEC# (optional)       in       City, State or ZIP (optional)       🔍

ⓘ When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media , trying to steal your personal information or your money. Please contact FINRA with any concerns.

< Back to Results                                    ⬇ Detailed Report   ✉ Share



**RBC CAPITAL MARKETS, LLC** Show All 12 ⌄

DAIN RAUSCHER INC, REGIONAL OPERATIONS GROUP, INC., RBC WEALTH MANAGEMENT, RBC DAIN RAUSCHER INC., RBC DAIN RAUSCHER…

CRD#: 31194/SEC#: 801-13059,8-45411

Ⓑ Brokerage Firm  *Regulated by FINRA (New York district office)*

(IA) Investment Adviser Firm ⓘ ⤢ Visit SEC Site

**MAIN ADDRESS**
200 VESEY ST.
NEW YORK, NY 10281 UNITED STATES

Relationship Summary

**486**
Disclosures ⓘ

**Approved**
**12/30/1992**
SEC Registration Status

**Limited Liability Company**
Company Type

**SEC**
**22** Self-Regulatory Orgs
**53** U.S. States & Territories

📄 Disclosures ⓘ

**486** Total Disclosures

| | |
|---|---|
| Regulatory Event | 363 |
| Civil Event | 2 |
| Arbitration | 114 |
| Bond | 7 |

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the Detailed Report. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.





< Back to Results

⬇ **Detailed Report**    ✉ **Share**

## MIZUHO SECURITIES USA LLC

FUJI SECURITIES INC., MIZUHO SECURITIES USA LLC, MIZUHO SECURITIES USA INC., KLEINWORT BENSON GOVERNMENT SECURITIES, INC.

**CRD#: 19647/SEC#: 8-37710**

Ⓑ Brokerage Firm *Regulated by FINRA (New York district office)*

**MAIN ADDRESS**
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020 USA

| 14 Disclosures ❶ | Approved 07/25/1987 SEC Registration Status | Limited Liability Company Company Type | SEC 5 Self-Regulatory Orgs 52 U.S. States & Territories |
|---|---|---|---|

### Disclosures ❶

**14 Total Disclosures**

| | | |
|---|---|---|
| Regulatory Event | ▬▬▬▬▬▬▬▬▬▬ | 13 |
| Civil Event | ▬ | 1 |

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the Detailed Report. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### General Information

| | | | |
|---|---|---|---|
| Main Office Location | 1271 AVENUE OF THE AMERICAS NEW YORK, NY 10020 USA | Established in | Delaware since 04/08/1994 |
| Mailing Address | 1271 AVENUE OF THE AMERICAS NEW YORK, NY 10020 USA | Type | Limited Liability Company |
| | | Fiscal Year End | March |
| Phone | 212-209-9300 | | |

**Direct Owners and Executive Officers**

| Name | Position |
|---|---|
| MIZUHO AMERICAS LLC | DIRECT OWNER |
| BUCHANAN, JOHN ROBERT (CRD#:1765774) | MANAGING DIRECTOR/CHIEF OPERATING OFFICER |

Document title: MIZUHO SECURITIES USA LLC - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/19647
Capture timestamp (UTC): Mon, 28 Apr 2025 15:04:48 GMT

**BrokerCheck**
by FINRA

BrokerCheck Help | (800) 289-9999 | 🗓 Schedule a Call    |    🏠 FINRA Home

| 👤 INDIVIDUAL | 🏢 FIRM | |
|---|---|---|

By clicking the **SEARCH** button or otherwise using BrokerCheck, I agree to **BrokerCheck Terms of Use**

Individual Name/CRD# (required)          Firm Name or CRD/SEC# (optional)          City, State or ZIP (optional)

[_____]  at  [_____]  in  [_____]  🔍

ℹ When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media , trying to steal your personal information or your money. Please contact FINRA with any concerns.

< Back to Results                                            ⬇ Detailed Report    ✉ Share



**SANTANDER US CAPITAL MARKETS LLC** Show All 8 ⌄

AMHERST PIERPONT, SANTANDER US CAPITAL MARKETS LLC, SANTANDER INVESTMENT SECURITIES, PIERPONT SECURITIES LLC, PIERPONT SECURITIES INC....

**CRD#: 150696/SEC#: 8-68282**

Ⓑ Brokerage Firm *Regulated by FINRA (New York district office)*

**MAIN ADDRESS**
437 MADISON AVENUE
6TH - 8TH FLOOR
NEW YORK, NY 10022 USA

**4**
Disclosures ℹ

**Approved**
**12/17/2009**
SEC Registration Status

**Limited Liability Company**
Company Type

**SEC**
**4** Self-Regulatory Orgs
**52** U.S. States & Territories

⚠ Disclosures ℹ

**4 Total Disclosures**

Regulatory Event ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    4

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the Detailed Report. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

📑 General Information

| | | | |
|---|---|---|---|
| Main Office Location | 437 MADISON AVENUE<br>6TH - 8TH FLOOR<br>NEW YORK, NY 10022 USA | Established in | Delaware since 01/14/2010 |
| | | Type | Limited Liability Company |



Document title: SMBC NIKKO SECURITIES AMERICA, INC. - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/28602
Capture timestamp (UTC): Mon, 28 Apr 2025 14:58:59 GMT



< Back to Results    ⬇ Detailed Report    ✉ Share

## MUFG SECURITIES AMERICAS INC. Show All 7 ⌄

BOT SECURITIES, INC., TOKYO-MITSUBISHI SECURITIES (USA), INC., MUFG SECURITIES AMERICAS INC., MUFG SECURITIES, MUFG…

**CRD#: 19685/SEC#: 8-43026**

Ⓑ Brokerage Firm *Regulated by FINRA (New York district office)*

**MAIN ADDRESS**
1221 AVENUE OF THE AMERICAS
6TH FLOOR
NEW YORK, NY 10020-1001 UNITED STATES

| | | | |
|---|---|---|---|
| **5**<br>Disclosures ⓘ | **Approved**<br>**11/26/1990**<br>SEC Registration Status | **Corporation**<br>Company Type | **SEC**<br>**2** Self-Regulatory Orgs<br>**52** U.S. States & Territories |

### 📄 Disclosures ⓘ

**5 Total Disclosures**

| | | |
|---|---|---|
| Regulatory Event | ████████████████ | 5 |

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the **Detailed Report**. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### 📄 General Information

| | | | |
|---|---|---|---|
| Main Office Location | 1221 AVENUE OF THE AMERICAS<br>6TH FLOOR<br>NEW YORK, NY 10020-1001 UNITED STATES | Established in | New York since 12/08/1988 |
| | | Type | Corporation |
| Mailing Address | 1221 AVENUE OF THE AMERICAS<br>6TH FLOOR<br>NEW YORK, NY 10020-1001 UNITED STATES | Fiscal Year End | December |
| Phone | 212-405-7000 | | |

### Direct Owners and Executive Officers

| Name | Position |
|---|---|
| MUFG AMERICAS HOLDINGS CORPORATION | DIRECT OWNER |
| FRIIS, PIA N (CRD#: 5171132) | GENERAL COUNSEL |

Document title: MUFG SECURITIES AMERICAS INC. - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/19685
Capture timestamp (UTC): Mon, 28 Apr 2025 15:08:25 GMT





< Back to Results

⬇ **Detailed Report**    ✉ **Share**

## LOOP CAPITAL MARKETS LLC

LOOP CAPITAL MARKETS L.L.C., LOOP CAPITAL MARKETS LLC

**CRD#: 43098/SEC#: 8-50140**

Ⓑ Brokerage Firm  *Regulated by **FINRA** (Chicago district office)*

Ⓘ Investment Adviser Firm  ❶  ⧉ Visit SEC Site

**MAIN ADDRESS**
425 S. FINANCIAL PLACE
STE 2700
CHICAGO, IL 60605 UNITED STATES

Relationship Summary

| | | | |
|---|---|---|---|
| **8**<br>Disclosures | **Approved**<br>**09/19/1997**<br>SEC Registration Status | **Limited Liability Company**<br>Company Type | **SEC**<br>**2** Self-Regulatory Orgs<br>**51** U.S. States & Territories |

### 🗎 Disclosures ❶

**8 Total Disclosures**

| | | |
|---|---|---|
| Regulatory Event | ███████████████ | 8 |

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the **Detailed Report**. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### 🗎 General Information

| | | | |
|---|---|---|---|
| Main Office Location | 425 S. FINANCIAL PLACE<br>STE 2700<br>CHICAGO, IL 60605 UNITED STATES | Established in | Delaware since 06/01/2004 |
| | | Type | Limited Liability Company |
| Mailing Address | 425 S. FINANCIAL PLACE<br>STE 2700<br>CHICAGO, IL 60605 UNITED STATES | Fiscal Year End | December |
| Phone | 312-913-4900 | | |

### Direct Owners and Executive Officers

| Name | Position |
|---|---|
| LOOP CAPITAL, LLC | OWNER |
| BERKELEY, STEPHEN SIDNEY (CRD#:5616433) | REGULATORY COUNSEL AND CCO |

Document title: LOOP CAPITAL MARKETS LLC - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/43098
Capture timestamp (UTC): Mon, 28 Apr 2025 15:16:53 GMT



< Back to Results    ⬇ **Detailed Report**   ✉ **Share**

## NATIXIS SECURITIES AMERICAS LLC  Show All 6 ⌄

ARNHOLD AND S. BLEICHROEDER, INC, NATIXIS SECURITIES AMERICAS LLC, NATIXIS BLEICHROEDER LLC, NATIXIS BLEICHROEDER INC., NATEXIS BLEICHROEDER INC....

**CRD#: 1101/SEC#: 8-719**

Ⓑ  Brokerage Firm  *Regulated by* **FINRA** *(New York district office)*

**MAIN ADDRESS**
1251 AVENUE OF THE AMERICAS, 5TH FLOOR
NEW YORK, NY 10020 UNITED STATES

---

**17**

Disclosures ❶

**Approved**

**04/19/1937**

SEC Registration Status

**Limited Liability Company**

Company Type

**SEC**

**1** Self-Regulatory Org

**51** U.S. States & Territories

---

📄 Disclosures ❶

**17** Total Disclosures

Regulatory Event ████████████████████  17

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the Detailed Report. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

---

📄 General Information

| | | | |
|---|---|---|---|
| Main Office Location | 1251 AVENUE OF THE AMERICAS, 5TH FLOOR NEW YORK, NY 10020 UNITED STATES | Established in | Delaware since 11/01/2009 |
| | | Type | Limited Liability Company |
| Mailing Address | 1251 AVENUE OF THE AMERICAS 5TH FLOOR NEW YORK, NY 10020 UNITED STATES | Fiscal Year End | December |

Document title: NATIXIS SECURITIES AMERICAS LLC - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/1101
Capture timestamp (UTC): Mon, 28 Apr 2025 14:59:03 GMT



FEEDBACK    |    Helpline 5/05/25 Page (800) 289-9999 |    Schedule a Call    |    ⌂ FINRA Home

< Back to Results                                                    ⬇ **Detailed Report**    ✉ **Share**

## DEUTSCHE BANK SECURITIES INC.  Show All 8 ⌄

C. J. LAWRENCE INC., DEUTSCHE MORGAN GRENFELL/C. J. LAWRENCE INC., DEUTSCHE MORGAN GRENFELL INC., DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANC ALEX. BROWN INC....

**CRD#: 2525/SEC#: 801-9638,8-17822**

**B** Brokerage Firm  *Regulated by* **FINRA** *(New York district office)*

**IA** Investment Adviser Firm ⓘ ☐ Visit SEC Site

**MAIN ADDRESS**
1 COLUMBUS CIRCLE
NEW YORK, NY 10019 UNITED STATES

Relationship Summary

| **306** Disclosures ⓘ | **Approved** 11/26/1973 SEC Registration Status | **Corporation** Company Type | **SEC** **3** Self-Regulatory Orgs **53** U.S. States & Territories |
|---|---|---|---|

### 📄 Disclosures ⓘ

**306** Total Disclosures

| | | |
|---|---|---|
| Regulatory Event | ████████████████████ | 290 |
| Civil Event | ▌ | 3 |
| Arbitration | █ | 13 |

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the **Detailed Report**. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### 📄 General Information

| Main Office Location | 1 COLUMBUS CIRCLE NEW YORK, NY 10019 UNITED STATES | Established in | Delaware since 12/29/1971 |
|---|---|---|---|
| Mailing Address | 1 COLUMBUS CIRCLE NEW YORK, NY 10019 UNITED STATES | Type | Corporation |
| | | Fiscal Year End | December |
| Phone | 212-250-2500 | | |

**Direct Owners and Executive Officers**

| **Name** | **Position** |
|---|---|

Document title: DEUTSCHE BANK SECURITIES INC. - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/2525
Capture timestamp (UTC): Mon, 28 Apr 2025 15:12:30 GMT



< Back to Results       ⬇ Detailed Report    ✉ Share

## WELLS FARGO SECURITIES, LLC

WACHOVIA CAPITAL MARKETS, LLC, WELLS FARGO SECURITIES, LLC, WELLS FARGO SECURITIES, WELLS FARGO CORPORATE AND/& INVESTMENT BANKING, WACHOVIA CORPORATE & INVESTMENT BANKING, LLC

**CRD#: 126292/SEC#: 8-65876**

Ⓑ Brokerage Firm  *Regulated by FINRA (Atlanta district office)*

**MAIN ADDRESS**
550 SOUTH TRYON STREET, 6TH FLOOR
D1086-060
CHARLOTTE, NC 28202 USA

Relationship Summary

| 159 | Approved | Limited Liability Company | SEC |
|---|---|---|---|
| Disclosures ❶ | 05/29/2003 | Company Type | 26 Self-Regulatory Orgs |
| | SEC Registration Status | | 53 U.S. States & Territories |

### Disclosures ❶

**159 Total Disclosures**

| | | |
|---|---|---|
| Regulatory Event | �bar▬ | 158 |
| Civil Event | ▏ | 1 |

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the Detailed Report. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### General Information

| | | | |
|---|---|---|---|
| Main Office Location | 550 SOUTH TRYON STREET, 6TH FLOOR D1086-060 CHARLOTTE, NC 28202 USA | Established in | Delaware since 03/05/2003 |
| | | Type | Limited Liability Company |
| Mailing Address | 1 N JEFFERSON AVE H0004-063 ST. LOUIS, MO 63103 USA | Fiscal Year End | December |
| Phone | 314-875-3286 | | |

**Direct Owners and Executive Officers**

| Name | Position |
|---|---|

Document title: WELLS FARGO SECURITIES, LLC - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/126292
Capture timestamp (UTC): Mon, 28 Apr 2025 15:21:33 GMT



Document title: TRUIST SECURITIES, INC. - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/6271
Capture timestamp (UTC): Mon, 28 Apr 2025 15:23:58 GMT





FEEDBACK    | Investor Assistance (800) 2919-9999 | Schedule a Call    |    ⌂ FINRA Home

< Back to Results

⬇ **Detailed Report**    ✉ **Share**

## RAYMOND JAMES & ASSOCIATES, INC.  Show All 8 ⌄

ALEX. BROWN, STRATEGIC INVESTMENT MANAGEMENT SERVICES, RAYMOND JAMES CONSULTING SERVICES, RAYMOND JAMES & ASSOCIATES, INC., PUBLIC FINANCE INVESTMENT STRATEGIES GROUP...

**CRD#: 705/SEC#: 801-10418,8-10999**

Ⓑ Brokerage Firm  *Regulated by FINRA (Florida district office)*

Ⓘ Investment Adviser Firm  ⓘ  ⧉ Visit SEC Site

**MAIN ADDRESS**
880 CARILLON PARKWAY
ST. PETERSBURG, FL 33716 UNITED STATES

[ Relationship Summary ]

| 252 | Approved | Corporation | SEC |
|---|---|---|---|
| Disclosures ⓘ | 08/31/1962 | Company Type | 9 Self-Regulatory Orgs |
| | SEC Registration Status | | 53 U.S. States & Territories |

### 📄 Disclosures ⓘ

**252 Total Disclosures**

Regulatory Event ████████████████████████ 180

Arbitration ████████ 72

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the Detailed Report. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### 📋 General Information

| | | | |
|---|---|---|---|
| Main Office Location | 880 CARILLON PARKWAY ST. PETERSBURG, FL 33716 UNITED STATES | Established in | Florida since 02/19/1969 |
| Mailing Address | 880 CARILLON PARKWAY ST. PETERSBURG, FL 33716 UNITED STATES | Type | Corporation |
| | | Fiscal Year End | September |
| Phone | 727-567-1000 | | |

**Direct Owners and Executive Officers**

| Name | Position |
|---|---|
| RAYMOND JAMES FINANCIAL, INC. | HOLDING COMPANY |

Document title: RAYMOND JAMES &amp; ASSOCIATES, INC. - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/705
Capture timestamp (UTC): Mon, 28 Apr 2025 15:27:46 GMT



< Back to Results     ⬇ **Detailed Report**   ✉ **Share**

## REGIONS SECURITIES LLC

REGIONS SECURITIES, REGIONS SECURITIES LLC

**CRD#: 159475/SEC#: 8-68990**

Ⓑ  Brokerage Firm  *Regulated by* **FINRA** *(Atlanta district office)*

**MAIN ADDRESS**
1180 W PEACHTREE STREET, NW
SUITE 1400
ATLANTA, GA 30309 USA

| 1 Disclosures | Approved 07/25/2012 SEC Registration Status | Limited Liability Company Company Type | SEC 1 Self-Regulatory Org 51 U.S. States & Territories |
|---|---|---|---|

### ⚠ Disclosures ⓘ

**1 Total Disclosure**

| Regulatory Event | ████████████████████ | 1 |
|---|---|---|

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the Detailed Report. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### General Information

| | | | |
|---|---|---|---|
| Main Office Location | 1180 W PEACHTREE STREET, NW SUITE 1400 ATLANTA, GA 30309 USA | Established in | Delaware since 10/12/2011 |
| | | Type | Limited Liability Company |
| Mailing Address | 1180 W PEACHTREE STREET, NW SUITE 1400 ATLANTA, GA 30309 USA | Fiscal Year End | December |
| Phone | 404 279-7400 | | |

### Direct Owners and Executive Officers

| Name | Position |
|---|---|
| RFC FINANCIAL SERVICES HOLDING LLC | PARENT |
| AMIN, RITVIG NIPENDRA (CRD#:2901218) | CHAIRMAN OF THE BOARD & DIRECTOR |

Document title: REGIONS SECURITIES LLC - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/159475
Capture timestamp (UTC): Mon, 28 Apr 2025 15:25:21 GMT



< Back to Results

⬇ **Detailed Report**    ✉ **Share**

## GUGGENHEIM SECURITIES, LLC

GUGGENHEIM CAPITAL MARKETS, LLC, LINKS SECURITIES LLC, LINKS SECURITIES INC., GUGGENHEIM SECURITIES, LLC

**CRD#: 40638/SEC#: 8-49107**

Ⓑ  Brokerage Firm  *Regulated by FINRA (New York district office)*

**MAIN ADDRESS**
330 MADISON AVENUE
NEW YORK, NY 10017 USA

Relationship Summary

**10**
Disclosures

**Approved**
**01/09/1997**
SEC Registration Status

**Limited Liability Company**
Company Type

**SEC**
**3** Self-Regulatory Orgs
**52** U.S. States & Territories

### Disclosures ⓘ

**10** Total Disclosures

Regulatory Event ▬▬▬▬▬▬▬▬▬▬    10

For details of these disclosures as well as disclosures involving non-registered affiliated entities refer to the Detailed Report. For disclosures involving registered affiliated entities visit the BrokerCheck page for those firms.

### General Information

Main Office Location    330 MADISON AVENUE
                        NEW YORK, NY 10017 USA

Mailing Address         330 MADISON AVENUE
                        8TH FLOOR
                        NEW YORK, NY 10017 USA

Established in          Delaware since 01/29/1999

Type                   Limited Liability Company

Fiscal Year End        December

Document title: GUGGENHEIM SECURITIES, LLC - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/40638
Capture timestamp (UTC): Mon, 28 Apr 2025 14:58:58 GMT



< Back to Results

⬇ **Detailed Report**    ✉ **Share**

## TUOHY BROTHERS INVESTMENT RESEARCH, INC.

LINKS EDGE, INC., TUOHY BROTHERS INVESTMENT RESEARCH, INC.

**CRD#: 133672/SEC#: 8-66756**

Ⓑ Brokerage Firm  *Regulated by FINRA (New York district office)*

**MAIN ADDRESS**
641 LEXINGTON AVE
15TH FLOOR
NEW YORK, NY 10022 USA

| | | | |
|---|---|---|---|
| **0** Disclosures | **Approved** 05/27/2005 SEC Registration Status | **Corporation** Company Type | **SEC** 1 Self-Regulatory Org 1 U.S. State & Territory |

### General Information

| | | | |
|---|---|---|---|
| Main Office Location | 641 LEXINGTON AVE 15TH FLOOR NEW YORK, NY 10022 USA | Established in | New York since 10/28/2004 |
| Mailing Address | 641 LEXINGTON AVE 15TH FLOOR NEW YORK, NY 10022 USA | Type | Corporation |
| | | Fiscal Year End | December |
| Phone | 212-605-0450 | | |

### Direct Owners and Executive Officers

| Name | Position |
|---|---|
| TUOHY, ALEXANDER JOHNSTON (CRD#:3182470) | COO, CCO, SEC. TREAS. |
| TUOHY, JUDSON PATRICK (CRD#:4516387) | CEO, PRESIDENT |
| STAMOVA, ILINA S (CRD#:5500851) | FINOP |

### Licenses

**1 U.S. State and Territory**

Ⓑ New York

**Other Registrations**

**Federal**

▪ SEC

**Self-Regulatory Organizations**

Document title: TUOHY BROTHERS INVESTMENT RESEARCH, INC. - BrokerCheck
Capture URL: https://brokercheck.finra.org/firm/summary/133672
Capture timestamp (UTC): Mon, 28 Apr 2025 15:10:28 GMT