EXHIBIT 8

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| PAUL WHITE, Derivatively on Behalf of VENTURE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL SABEL, JONATHAN THAYER, ROBERT PENDER, SARAH BLAKE, SARI GRANAT, ANDREW OREKAR, THOMAS J. REID, JIMMY STATON, RODERICK CHRISTIE, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, AND BofA SECURITIES, INC., <br><br> Defendants, <br> and <br><br> VENTURE GLOBAL, INC. <br><br> Nominal Defendant. | Case No. 1:25-cv-00792-CMH-WBP |

## JOINT STIPULATION OF TRANSFER UNDER 28 U.S.C. §1404(a) AND ORDER

Plaintiff Paul White ("Plaintiff"), together with Defendants Michael Sabel, Jonathan Thayer, Robert Pender, Sarah Blake, Sari Granat, Andrew Orekar, Thomas J. Reid, Jimmy Staton, Roderick Christie, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, and BofA Securities, Inc., and Nominal Defendant Venture Global, Inc. ("Venture Global") (collectively, "Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate under 28 U.S.C. § 1404(a), as follows:

WHEREAS, on February 17, 2025, a putative class action captioned *Bowes v. Venture Global, Inc., et al.*, No. 1:25-cv-01364 (S.D.N.Y Feb. 17, 2025) (ECF No. 1) (the "SDNY

Securities Action"), was filed in the Southern District of New York against Venture Global, Michael Sabel, Jonathan Thayer, Robert Pender, Sarah Blake, Sari Granat, Andrew Orekar, Thomas J. Reid, Jimmy Staton, and Roderick Christie, asserting claims under the Securities Act of 1933 (the "Securities Act");

WHEREAS, on April 18, 2025, a second putative securities class action was filed in this Court, naming the same defendants included in the SDNY Securities Action as well as Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, and BofA Securities, Inc., captioned *FirstFire Global Opportunities Fund, LLC v. Venture Global, Inc.*, et al., Case No. 1:25-cv-00633 (E.D. Va.) (the "Second Securities Action") and asserting the same Securities Act claims based on substantially similar factual allegations;

WHEREAS, on May 1, 2025, Plaintiff commenced this shareholder action (the "Derivative Action"), asserting claims derivatively on behalf of Venture Global against the same individual defendants named in the SDNY Securities Action and the Second Securities Action ("collectively, the "Securities Class Actions") for breaches of fiduciary duty, gross mismanagement, waste, unjust enrichment, and aiding and abetting breaches of fiduciary duty (*see* ECF No. 2);

WHEREAS, there is substantial overlap between the parties, alleged conduct, and claims at issue in this Derivative Action and the Securities Class Actions;

WHEREAS, the majority of the Defendants in this action and in the Securities Class Actions are domiciled in New York, including all of the Defendant underwriters (Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, and Bof A Securities Inc.), to whom Defendant Venture Global owes certain indemnity obligations in connection with the defense of these actions;

WHEREAS, the vast majority of relevant non-parties to this action and the Securities Class Action are also domiciled in New York;

2

WHEREAS, a substantial portion of the documentary record and witnesses relevant to this matter are located in New York, given that the offering at issue occurred in New York and was underwritten by firms mainly located in New York pursuant to underwriting agreements that provided that the lead underwriters, all located in New York, would purchase and then distribute the securities for delivery in New York;

WHEREAS, Defendant Venture Global's Certificate of Incorporation includes a forum-selection clause, which requires that, unless Venture Global consents otherwise, the Delaware Court of Chancery shall be the "sole and exclusive forum" for: "any derivative action or proceeding brought on behalf of [Venture Global]," or for any action "asserting a claim of breach of a fiduciary duty owed by any current of former director, officer or other employee of [Venture Global]," or for "any action or proceeding asserting a claim against [Venture Global] or any current or former director, officer, or other employee of [Venture Global]";

WHEREAS, in the interest of justice and for the convenience of the parties and witnesses, Defendants have moved to transfer the Second Securities Action currently pending in this Court to the Southern District of New York, where the SDNY Securities Action was filed;

WHEREAS, given the circumstances of this particular case, including the earlier-filed SDNY Securities Action, the pending motion to transfer the Second Securities Action to the Southern District of New York, and the inclusion in this Derivative Action and the Securities Class Action of numerous New York-based defendants (including defendants to whom Venture Global owes indemnity obligations in defending these matters), Venture Global has concluded for cost and efficiency reasons that it is in the best interests of the company to waive its right to enforce the forum-selection clause in its Certificate of Incorporation in this limited circumstance and accept Plaintiff's proposal to transfer this case to the SDNY; and

3

WHEREAS, all Parties to the Derivative Action have agreed to transfer this case to the United States District Court for the Southern District of New York.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.     Undersigned counsel for Defendants is authorized to waive, and hereby does waive, service of the summons and Complaint on behalf of Defendants, without prejudice to or waiver of any of Defendants' defenses, objections or arguments, except as to the absence of a summons or service of process;

2.     In the interest of justice and for the convenience of the Parties and witnesses, this Derivative Action should be transferred to the United Stated District Court for the Southern District of New York, as related to the SDNY Securities Action;

3.     The Parties have agreed in principle that, upon transfer, this case should be stayed pending resolution of the related securities class actions;

4.     Within fourteen (14) days of the transfer of this Derivative Action and the opening of a new case number in the SDNY, the Parties shall meet and confer regarding the details of the stay of this case pending resolution of Defendants' anticipated motion to dismiss any and all related Securities Act claims as asserted in the Securities Class Actions, and shall thereafter promptly submit a case management stipulation for consideration by the SDNY court;

5.     Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Complaint pending such transfer and negotiation of an appropriate case management stipulation; and

6.     Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that the Parties may have with respect to the claims set forth in the Complaint.

4

**IT IS SO STIPULATED:**

Dated:  May 23, 2025

Respectfully submitted,

*/s/ Charles L. Williams*
Charles L. Williams (VSB No. 23587)
**WILLIAMS & SKILLING, P.C.**
7104 Mechanicsville Turnpike, Suite 204
Mechanicsville, Virginia 23111
Telephone: (804) 447-0307, ext. 305
Facsimile: (804) 447-0367
Email: cwilliams@williamsandskilling.com

Thomas J. McKenna (*pro hac vice* forthcoming*)*
Gregory M. Egleston (*pro hac vice* forthcoming*)*
**GAINEY McKENNA & EGLESTON**
260 Madison Ave., 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
tjmckenna@gme-law.com
gegleston@gme-law.com

*Attorneys for Plaintiff*

*/s/ Stephen P. Barry*
Stephen P. Barry (VA 81839)
Katherine A. Sawyer (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
stephen.barry@lw.com
katherine.sawyer@lw.com

Jeff G. Hammel (*pro hac vice* forthcoming)
Jason C. Hegt (*pro hac vice* forthcoming)
Corey Calabrese (*pro hac vice* forthcoming)
Melange T. Gavin (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
jeff.hammel@lw.com

5

jason.hegt@lw.com
corey.calabrese@lw.com
melange.gavin@lw.com

*Attorneys for Defendants Venture Global, Inc., Michael Sabel, Jonathan Thayer, Robert Pender, Sarah Blake, Sari Granat, Andrew Orekar, Thomas J. Reid, Jimmy Staton, and Roderick Christie*

*/s/ Michael R. Dziuban*
Michael R. Dziuban (VA 89136)
Patrick F. Stokes (*pro hac vice* forthcoming)
Lissa M. Percopo (*pro hac vice* forthcoming)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
pstokes@gibsondunn.com
lpercopo@gibsondunn.com
mdziuban@gibsondunn.com

Robert F. Serio (*pro hac vice* forthcoming)
Mary Beth Maloney (*pro hac vice* forthcoming)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
rserio@gibsondunn.com
mmaloney@gibsondunn.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, and BofA Securities, Inc.*

SO ORDERED this 27th day of ___May___, 2025.

_____
Honorable Claude M. Hilton
United States District Judge

6