

Alfred L. Fatale III
Partner
Labaton Keller Sucharow LLP
140 Broadway
New York, New York 10005
212.907.0884
afatale@labaton.com

August 19, 2025

**MEMO ENDORSED**

<u>**VIA ECF**</u>

The Honorable Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  *FirstFire Global Oppty Fund, LLC v. Venture Global, Inc.*, No. 25-cv-4642-JAV

Dear Judge Vargas:

Pursuant to Rule 3.E of the Court's Individual Rules and Practices in Civil Cases, Lead Plaintiff Illinois Municipal Retirement Fund ("IMRF") ("Lead Plaintiff") submits this letter motion requesting a brief one-week extension of time in the agreed schedule for Lead Plaintiff's filing of an amended complaint and subsequent motion to dismiss briefing. Counsel for Lead Plaintiff and Defendants have met and conferred on this request, and Defendants do not oppose the proposed alteration.

On July 8, 2025, the Parties submitted a joint status letter to the Court agreeing to a proposed schedule under which Lead Plaintiff's amend complaint would be filed within 45 days of the Court's order appointing lead plaintiff. ECF No. 71, at 3. The proposed schedule then provided Defendants 60 days to move to dismiss, Lead Plaintiff 60 days to oppose such motion(s), and Defendants 30 days to file any replies. *Id.*

On July 25, 2025, the Court issued an opinion and order appointing IMRF as Lead Plaintiff and adopted the Parties proposed schedule. ECF No. 72, at 9.

At the time the Parties negotiated the schedule, Lead Counsel informed counsel for Defendants that if the date for the amended complaint filing fell at the beginning of September, Lead Counsel would require a slight extension because of a pre-planned family vacation scheduled for the week of Labor Day. Accordingly, Lead Plaintiff respectfully requests the following deadlines be advanced one week as follows:





August 19, 2025
Page 2

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Lead Plaintiff will amend the operative complaint, or indicate that they do not intend to amend | September 8, 2025 | September 15, 2025 |
| Defendants will file their anticipated motion(s) to dismiss | November 7, 2025 | November 14, 2025 |
| Lead Plaintiff shall submit any opposition(s) | January 6, 2026 | January 13, 2026 |
| Defendants shall submit any reply brief(s) | February 5, 2026 | February 12, 2026 |

The Parties have made no previous requests for adjournments or extensions.

As stated, no Defendant opposes this scheduling adjustment.

The Parties currently have no scheduled court appearances.

Respectfully submitted,

*/s/ Alfred L. Fatale III*

Alfred L. Fatale III

CC: All Counsel of Record (via ECF)

SO ORDERED:

*/s/ Jeannette Vargas*

The Honorable Jeannette A. Vargas
United States District Judge
Dated: August 22, 2025