

**Alfred L. Fatale III**
**Partner**
**Labaton Keller Sucharow LLP**
140 Broadway
New York, New York 10005
212.907.0884
afatale@labaton.com

November 12, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

RE:    *FirstFire Global Opp. Fund, LLC v. Venture Global, Inc.*, No. 25-cv-4642-JLR

Dear Judge Rochon:

Pursuant to Rule 1.A of the Court's Individual Rules and Practices in Civil Cases, Lead Plaintiff Illinois Municipal Retirement Fund and additional named plaintiff Pompano Beach Police & Firefighters' Retirement System ("Plaintiffs") submit this letter motion (1) requesting leave to file a corrected amended complaint (the "Corrected Complaint"), and (2) to set an agreed-upon schedule for all Defendants to file their motion(s) to dismiss.  Counsel for Plaintiffs and Defendants have met and conferred and, as reflected in the attached Stipulation and [Proposed] Order Regarding Proposed Corrected Amended Complaint and Motion to Dismiss Briefing Schedule (the "Stipulation"), Defendants have consented to the filing of the Corrected Complaint and the parties are all in agreement as to the schedule for motion to dismiss briefing.

*Corrected Complaint*: After Plaintiffs filed their Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint," ECF No. 77), Lead Counsel identified certain errors in the text of the Amended Complaint and in its signature block.  A redline showing the correction of those errors is attached as Exhibit B to the Stipulation.  Plaintiffs, with the consent of Defendants, now request leave to file the Corrected Complaint (Exhibit A to the Stipulation).

*Motion to Dismiss Briefing*: Plaintiffs' Amended Complaint added several additional Defendants to the action.  *See* Stipulation at 2.  After those additional Defendants agreed to waive service of the Amended Complaint, counsel for the parties met and conferred and agreed that all Defendants would respond to the complaint on the same schedule set per the Court's August 22, 2025 Order Granting Letter Motion for Extension of Time to File (the "August 22, 2025 Order," ECF No. 74).

New York | Delaware | London | Washington, D.C.

LKS

November 12, 2025
Page 2

These requests do not alter any current deadlines, Plaintiffs have not made these requests previously, and Defendants have consented to this motion.  Thus, Plaintiffs respectfully request that the Court so order the following as set forth in the Stipulation:

1.      Plaintiffs may file a corrected copy of the Amended Complaint, which will be titled the "Corrected Amended Complaint for Violation of the Federal Securities Laws," and will serve as the operative complaint in this action.

2.      Plaintiffs shall file the Corrected Complaint within two business days of when the Court enters an order permitting Plaintiffs to do so.

3.      The briefing schedule set forth in the August 22, 2025 Order will remain unchanged and applicable to all Defendants, including the Additional Defendants (defined in the Stipulation), meaning that all Defendants shall answer, move against, or otherwise respond to the Corrected Complaint by November 14, 2025; Plaintiffs shall have until January 13, 2026 to submit any opposition(s); and Defendants shall have until February 12, 2026 to file any replies to Plaintiffs' opposition papers.

Respectfully submitted,

Alfred L. Fatale III

CC:  All Counsel of Record (via ECF)