**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>VENTURE GLOBAL, INC., et al.,<br><br>Defendants. | 25-CV-4642 (JRL)<br><br>**STIPLUATION AND [PROPOSED] ORDER REGARDING PROPOSED CORRECTED AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE** |

**WHEREAS**, on September 16, 2025, Court-appointed Lead Plaintiff Illinois Municipal Retirement Fund and additional named plaintiff Pompano Beach Police & Firefighters' Retirement System ("Plaintiffs") filed the Amended Complaint for Violation of the Federal Securities Laws in the above-captioned action, ECF No. 77 (the "Amended Complaint").

**WHEREAS**, after that filing, Lead Counsel requested consent from Defendants to file a corrected Amended Complaint (the "Corrected Complaint," Exhibit A) to address certain errors and correct the signature block.

**WHEREAS**, Defendants consent to the filing of the Corrected Complaint.

**WHEREAS**, a redline showing Plaintiffs' corrections is attached as Exhibit B.

**WHEREAS**, per the Waivers of Service filed on October 17, 2025, ECF Nos. 85 and 86, Defendant Venture Global Partners II ("VG Partners") and Defendants BBVA Securities Inc., Deutsche Bank Securities Inc., Guggenheim Securities, LLC, ING Financial Markets LLC, Loop Capital Markets LLC, MUFG Securities Americas Inc., Mizuho Securities USA LLC, National Bank of Canada Financial Inc., Natixis Securities Americas LLC, RBC Capital Markets, LLC, Raymond James & Associates, Inc., Regions Securities LLC, SMBC Nikko Securities America,

Inc., Santander US Capital Markets LLC, Scotia Capital (USA) Inc., Truist Securities, Inc., Tuohy Brothers Investment Research, Inc., and Wells Fargo Securities, LLC ("Additional Underwriter Defendants" and, together with VG Partners, "Additional Defendants") are scheduled to answer, move against, or otherwise respond to the Amended Complaint by November 21, 2025.

**WHEREAS**, pursuant to a meet and confer with the parties, the Additional Defendants have agreed to being subject to the schedule set per the Court's August 22, 2025 Order Granting Letter Motion for Extension of Time to File, ECF No. 74 (the "August 22, 2025 Order").

**WHEREAS**, per the August 22, 2025 Order, the originally named Defendants are scheduled to answer, move against, or otherwise respond to the Amended Complaint by November 14, 2025; Plaintiffs are scheduled to submit any opposition(s) by January 13, 2026; and Defendants are scheduled to file any replies by February 12, 2026.

**IT IS THEREFORE STIPULATED AND AGREED**, by and among the undersigned counsel of record for the parties indicated below, the following:

1.      Plaintiffs may file a corrected copy of the Amended Complaint, which will be titled the "Corrected Amended Complaint for Violation of the Federal Securities Laws," and will serve as the operative complaint in this action.

2.      Plaintiffs shall file the Corrected Complaint within two business days of when the Court enters an order permitting Plaintiffs to do so.

3.      The briefing schedule set forth in the August 22, 2025 Order will remain unchanged and applicable to all Defendants, including the Additional Defendants, meaning that all Defendants shall answer, move against, or otherwise respond to the Corrected Complaint by

2

November 14, 2025; Plaintiffs shall have until January 13, 2026 to submit any opposition(s); and

Defendants shall have until February 12, 2026 to file any replies to Plaintiffs' opposition papers.

DATED: November 12, 2025    Respectfully submitted,

*/s/ Alfred L. Fatale III*
**LABATON KELLER SUCHAROW LLP**
Alfred L. Fatale III
Rachel A. Berger
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
rberger@labaton.com

*Lead Counsel for Plaintiffs and the Class*

**ROBBINS GELLER RUDMAN**
**& DOWD LLP**
Samuel H. Rudman
Joseph Russello
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
jrussello@rgrdlaw.com

**ROSSMAN LEGAL**
Gregg Rossman
6840 Griffin Road
Davie, FL 33314
Telephone:  (954) 440-0908
gregg@rossmanlegal.com

*Additional Counsel for Plaintiff Pompano Beach*
*Police & Firefighters' Retirement System*

**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
Steven J. Toll
S. Douglas Bunch
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005

3

Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for the Class*


**LATHAM & WATKINS LLP**

*/s/ Jeff. G. Hammel*
Jeff G. Hammel
Jason C. Hegt
Corey Calabrese
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
jeff.hammel@lw.com
jason.hegt@lw.com
corey.calabrese@lw.com


*Attorneys for Venture Global, Inc., Michael Sabel,*
*Robert Pender, Jonathan Thayer, Sarah Blake,*
*Sari Granat, Andrew Orekar, Thomas J. Reid,*
*Jimmy Staton, Roderick Christie, Venture Global*
*Partners, II, LLC*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Robert F. Serio*
Robert F. Serio
Mary Beth Maloney
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
rserio@gibsondunn.com
mmaloney@gibsondunn.com

Lissa M. Percopo (admitted *pro hac vice*)
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
lpercopo@gibsondunn.com


*Attorneys for Defendants Goldman Sachs & Co.*
*LLC, J.P. Morgan Securities LLC, BofA*
*Securities, Inc., ING Financial Markets LLC, RBC*
*Capital Markets LLC, Scotia Capital (USA) Inc.,*

4

*Mizuho Securities USA LLC, Santander US Capital Markets, LLC, SMBC Nikko Securities America, Inc., MUFG Securities Americas Inc., BBVA Securities Inc., Loop Capital Markets LLC, Natixis Securities Americas LLC, Deutsche Bank Securities Inc., Wells Fargo Securities, LLC, Truist Securities, Inc., National Bank of Canada Financial Inc., Raymond James & Associates, Inc., Regions Securities LLC, Guggenheim Securities, LLC, and Tuohy Brothers Investment Research, Inc.*

SO ORDERED: _____

~~Hon. Jennifer L. Rochon, U.S.D.J.~~

JENNIFER L. ROCHON
United States District Judge

November 13, 2025
_____
~~Date~~

New York, New York

5