UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>VENTURE GLOBAL, INC., *et al.*,<br><br>Defendants. | Case No. 1:25-cv-4642-JLR-RWL<br><br>[rel. Case No. 25-cv-01364-JLR-RWL] |

**DECLARATION OF JASON C. HEGT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CORRECTED AMENDED CLASS ACTION COMPLAINT**

I, Jason C. Hegt, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, counsel of record for Defendants' Venture Global, Inc. ("VG"), Michael Sabel, Robert Pender, Jonathan Thayer, Sarah Blake, Sari Granat, Andrew Orekar, Thomas J. Reid, Jimmy Staton, Roderick Christie, and Venture Global Partners, II, LLC in the above-captioned matter. I am admitted to practice in the State of New York and in the Southern District of New York.

2. I submit this declaration in connection with Defendants' Motion to Dismiss the Corrected Amended Class Action Complaint, which is submitted concurrently herewith. I am familiar with all of the facts and circumstances set forth herein.

3. Attached as Exhibit 1 are true and correct excerpts of VG's Form S-1/A Registration Statement ("S-1") for the registration of securities, filed with the U.S. Securities and Exchange Commission ("SEC") on January 22, 2025 in connection with VG's initial public offering ("IPO"). The S-1 became effective on January 23, 2024, and VG began selling securities

1

in connection with its IPO on January 24, 2025. The S-1 appended a copy of a Prospectus for the sale of 70,000,000 shares of Class A Common Stock issued by VG.

4. Attached as Exhibit 2 are true and correct excerpts of VG's Form 10-K for its fiscal year ending December 31, 2024, filed with the SEC on March 6, 2025.

5. Attached as Exhibit 3 is a true and correct copy of VG's July 3, 2025 Press Release titled, "Venture Global Announces 20-Year Sales and Purchase Agreement with Petronas," available at https://investors.ventureglobal.com/news/news-details/2025/Venture-Global-Announces-20-Year-Sales-and-Purchase-Agreement-with-PETRONAS/default.aspx.

6. Attached as Exhibit 4 is a true and correct copy of VG's July 9, 2025 Press Release titled, "Venture Global and SEFE Announce Expansion of LNG Partnership," available at https://investors.ventureglobal.com/news/news-details/2025/Venture-Global-and-SEFE-Announce-Expansion-of-LNG-Partnership/default.aspx.

7. Attached as Exhibit 5 is a true and correct copy of VG's July 16, 2025 Press Release titled, "Venture Global and Eni Announce 20-Year LNG Sales and Purchase Agreement," available at https://investors.ventureglobal.com/news/news-details/2025/Venture-Global-and-Eni-Announce-20-Year-LNG-Sales-and-Purchase-Agreement/default.aspx.

8. Attached as Exhibit 6 is a true and correct copy of VG's November 7, 2025 Press Release titled, "Venture Global Announces New Long-Term LNG Sales and Purchase Agreement With Greece," available at https://investors.ventureglobal.com/news/news-details/2025/Venture-Global-Announces-New-Long-Term-LNG-Sales-and-Purchase-Agreement-With-Greece/default.aspx.

9. Attached as Exhibit 7 is a true and correct copy of VG's November 10, 2025 Press Release titled, "Venture Global Announces Long-term Sales and Purchase Agreement With

Naturgy of Spain," available at https://investors.ventureglobal.com/news/news-details/2025/Venture-Global-Announces-Long-term-Sales-and-Purchase-Agreement-With-Naturgy-of-Spain/default.aspx.

10. Attached as Exhibit 8 is a true and correct copy of VG's November 11, 2025 Press Release titled, "Venture Global and Mitsui Announce 20-Year LNG Sales and Purchase Agreement," available at https://investors.ventureglobal.com/news/news-details/2025/Venture-Global-and-Mitsui-Announce-20-Year-LNG-Sales-and-Purchase-Agreement/default.aspx.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2025
New York, New York

By: /s/ Jason C. Hegt
Jason C. Hegt