# EXHIBIT 1

**As filed with the Securities and Exchange Commission on January 22, 2025**

Registration No. 333-283964

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## Amendment No. 2 to
## FORM S-1
## REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Venture Global, Inc.
**(Exact Name of Registrant as Specified in Its Charter)**

| | | |
|---|---|---|
| **Delaware** | **4924** | **93-3539083** |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

**1001 19th Street North, Suite 1500**
**Arlington, VA, 22209**
**(202) 759-6740**
**(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)**

**Michael Sabel**
**Chief Executive Officer, Executive Co-Chairman and Founder**
**Keith Larson**
**General Counsel and Secretary**
**Venture Global, Inc.**
**1001 19th Street North, Suite 1500**
**Arlington, VA, 22209**
**(202) 759-6740**
**(Name, Address, Including Zip Code, and Telephone Number, Including Area Code, of Agent For Service)**

*Copies to:*

| | |
|---|---|
| **Richard D. Truesdell, Jr., Esq.** | **Michael J. Hong, Esq.** |
| **Marcel R. Fausten, Esq.** | **David P. Armstrong, Esq.** |
| **Joze Vranicar, Esq.** | **Ryan J. Dzierniejko, Esq.** |
| **Davis Polk & Wardwell LLP** | **Skadden, Arps, Slate, Meagher & Flom LLP** |
| **450 Lexington Avenue** | **One Manhattan West, 395 9th Ave,** |
| **New York, New York 10017** | **New York, New York 10001** |
| **(212) 450-4000** | **(212) 735-3000** |

**Approximate date of commencement of proposed sale to the public: As soon as practicable after the effective date of this registration statement.**

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the registration statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

The information in this preliminary prospectus is not complete and may be changed. These securities may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This preliminary prospectus is not an offer to sell these securities nor a solicitation of an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.

**SUBJECT TO COMPLETION, DATED JANUARY 22, 2025**

**PRELIMINARY PROSPECTUS**

# 70,000,000 Shares

## VENTURE GLOBAL

# Venture Global, Inc.

## Class A Common Stock

Venture Global, Inc., or the Company, is offering 70,000,000 shares of its Class A common stock.

This is our initial public offering and no public market currently exists for our Class A common stock. We anticipate that the initial public offering price will be between $23.00 and $27.00 per share.

Upon completion of this offering, we will have two classes of common stock, Class A common stock and Class B common stock. Each share of Class A common stock is entitled to one vote per share. Each share of Class B common stock is entitled to ten votes per share. Holders of our Class A common stock and Class B common stock vote together as a single class on all matters, except as otherwise set forth in this prospectus or as required by applicable law. Each outstanding share of Class B common stock will convert automatically into one share of Class A common stock upon any transfer, except for certain exceptions and permitted transfers described in our amended and restated certificate of incorporation. The Class B common stock, which is held by Venture Global Partners II, LLC, or VG Partners, will represent approximately 97.8% of the total combined voting power of our outstanding common stock following this offering (or approximately 97.7% of the total combined voting power of our outstanding common stock if the underwriters exercise in full their option to purchase additional shares of our Class A common stock).

We have been approved to list our Class A common stock on the New York Stock Exchange, or the NYSE, under the symbol "VG."

After the completion of this offering, VG Partners will continue to beneficially own common stock representing more than 50% of the total combined voting power of our outstanding common stock eligible to vote in the election of directors. As a result, we will be a "controlled company" for the purposes of the NYSE listing requirements. See "Management—Status as a "Controlled Company" under the NYSE Listing Standards."

**Investing in our Class A common stock involves risks. See "Risk Factors" beginning on page 22.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

| | Per Share | Total |
|---|---|---|
| Public offering price | $ | $ |
| Underwriting discounts and commissions[1] | $ | $ |
| Proceeds to us before expenses | $ | $ |

(1)     See the section titled "Underwriting" for additional information regarding compensation payable to the underwriters.

The underwriters have the option for a period of 30 days to purchase up to an additional 10,500,000 shares of Class A common stock from us at the initial public offering price less underwriting discounts and commissions.

The underwriters expect to deliver the shares to purchasers on or about          , 2025.

*Joint Bookrunning Managers*

| **Goldman Sachs & Co. LLC*** | **J.P. Morgan*** | **BofA Securities** |
|---|---|---|

***(listed in alphabetical order)**

| **ING** | **RBC Capital Markets** | **Scotiabank** | **Mizuho** |
|---|---|---|---|
| **Santander** | **SMBC Nikko** | **MUFG** | **BBVA** |

| **Loop Capital Markets** | **Natixis** | **Deutsche Bank Securities** | **Wells Fargo Securities** | **Truist Securities** |
|---|---|---|---|---|

*Co-Managers*

| **National Bank of Canada Financial Markets** | **Raymond James** | **Regions Securities LLC** | **Guggenheim Securities** | **Tuohy Brothers** |
|---|---|---|---|---|

**Prospectus dated          , 2025**

Table of Contents



# VENTURE GLOBAL

Innovating to Provide Low-Cost LNG to the World

**TABLE OF CONTENTS**

———————————

|  | Page |
|---|---|
| Market and Industry Data | ii |
| Trademarks and Service Marks | ii |
| Stock Split | ii |
| Basis of Presentation | iii |
| Certain Important Terms | iv |
| Prospectus Summary | 1 |
| Risk Factors | 22 |
| Special Note Regarding Forward-Looking Statements | 96 |
| Use of Proceeds | 100 |
| Dividend Policy | 101 |
| Capitalization | 102 |
| Dilution | 105 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 108 |
| LNG Industry Overview | 155 |
| Business | 175 |
| Management | 230 |
| Executive Compensation | 238 |
| Certain Relationships and Related Party Transactions | 255 |
| Principal Stockholders | 259 |
| Description of Capital Stock | 261 |
| Description of Material Financing | 268 |
| Material U.S. Federal Income and Estate Tax Consequences for Non-U.S. Holders of Common Stock | 283 |
| Shares Eligible For Future Sale | 286 |
| Underwriting | 289 |
| Legal Matters | 299 |
| Experts | 299 |
| Where You Can Find More Information | 300 |
| Index to Consolidated Financial Statements | F-1 |

———————————

We and the underwriters have not authorized anyone to provide any information or to make any representations other than those contained in this prospectus or in any free writing prospectuses we have prepared. We and the underwriters take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may provide you. We and the underwriters are offering to sell, and seeking offers to buy, shares of Class A common stock only in jurisdictions where offers and sales are permitted. The information contained in this prospectus is accurate only as of the date of this prospectus, regardless of the time of delivery of this prospectus or of any sale of Class A common stock.

*For Investors Outside of the United States*: We and the underwriters have not done anything that would permit this offering, or possession or distribution of this prospectus, in any jurisdiction where action for that purpose is required, other than the United States. Persons outside of the United States who come into possession of this prospectus must inform themselves about, and observe any restrictions relating to, the offering of the shares of our Class A common stock and the distribution of this prospectus outside of the United States.

Through and including             , 2025 (25 days after the date of this prospectus), all dealers that buy, sell or trade our Class A common stock, whether or not participating in this offering, may be required to deliver a prospectus. This is in addition to the dealers' obligation to deliver a prospectus when acting as underwriters and with respect to their unsold allotments or subscriptions.

i

Table of Contents

**PROSPECTUS SUMMARY**

*This summary highlights information contained elsewhere in this prospectus. This summary may not contain all of the information that you should consider before deciding to invest in our Class A common stock. You should read this entire prospectus carefully, including the "Risk Factors" section and the consolidated financial statements and the notes to those statements and management's discussion and analysis thereof included elsewhere in this prospectus, before making an investment decision to purchase our Class A common stock.*

**Overview**

*Our Company*

Venture Global has fundamentally reshaped the development and construction of liquefied natural gas production, establishing us as a rapidly growing company delivering critical LNG to the world. Our innovative and disruptive approach, which is both scalable and repeatable, allows us to bring LNG to a global market years faster and at a lower cost. We believe supplying this clean, affordable fuel promotes global energy security and is essential to meeting growing global demand.

Natural gas is one of the most important resources worldwide and is required to generate reliable electricity that underpins economic development and drives industry. Once natural gas is supercooled to -260°F, it converts to liquid form and reduces to 1/600th of its original volume, enabling large quantities of natural gas to be loaded and shipped by LNG tankers. The resulting LNG can be transported to international markets that lack domestic supply, displacing more carbon intensive sources of energy such as coal, diesel, and heavy fuel oil, and serving as an integral part of a cleaner energy future. We believe our business model has demonstrated that in a competitive commodity market, lower cost and overall faster delivery wins market share. Our approach capitalizes on both of these advantages, supporting significant additional growth opportunities.

*Our Projects*

We are commissioning, constructing, and developing five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing our unique "design one, build many" approach. Each project is designed or is being developed to include an LNG facility and associated pipeline systems that interconnect with several interstate and intrastate pipelines to enable the delivery of natural gas into the LNG facility. As illustrated by the chart below, our five current projects are being designed to deliver a total expected peak production capacity of 143.8 mtpa, which consists of an aggregate of 104.4 mtpa expected nameplate capacity and an aggregate of 39.4 mtpa of expected excess capacity. These amounts do not account for any potential bolt-on expansion liquefaction capacity. The expected nameplate capacity of our facilities measures the minimum operating performance thresholds guaranteed by the equipment providers, and the expected excess capacity represents the additional LNG that we aim to produce above such guaranteed amounts. Although COD has not yet occurred under the post-COD SPAs for any of our projects, we have been generating proceeds from the sale of commissioning cargos at the Calcasieu Project since the first quarter of 2022, and expect to do so at each of our other projects during commissioning prior to achieving COD for the relevant project or phase of a project.

1

Table of Contents

| Project Name | Number of Trains | Expected Nameplate Capacity | Expected Excess Capacity | Expected Peak Production Capacity | Stage of Development |
|---|---|---|---|---|---|
| Calcasieu Project | 18 | 10.0 mtpa | 2.4 mtpa[1] | 12.4 mtpa[1] | Commissioning |
| Plaquemines Project | 36 | 20.0 mtpa | 7.2 mtpa[1] | 27.2 mtpa[1] | Construction and Commissioning |
| CP2 Project | 36 | 20.0 mtpa[2] | 8.0 mtpa[2] | 28.0 mtpa[2] | Engineering, Procuring Materials, and Manufacturing Modules |
| CP3 Project | 54 | 30.0 mtpa[2] | 12.0 mtpa[2] | 42.0 mtpa[2] | Development |
| Delta Project | 44 | 24.4 mtpa[2] | 9.8 mtpa[2] | 34.2 mtpa[2] | Development |

(1)    Targets based on, among other things, anticipated timeframes for the receipt of certain regulatory approvals as described in "Business—Governmental Regulation."

(2)    Anticipated based on capacity, scale, location and infrastructure. Subject to regulatory review and approval, among other things, and may change based on design considerations, engagement with contractors, and other factors.

### *Our Project Development and Construction Approach*

The traditional approach to developing large-scale LNG facilities involves very large, highly customized, stick-built projects consisting of two to three liquefaction trains that are constructed almost entirely onsite by vast workforces. In addition, many of these large stick-built projects are built in remote locations far from concentrated sources of experienced construction workforces, adding to their execution risks. Using this traditional approach, construction can last well over five years and in some cases has lasted nearly a decade.

In contrast, our project development and construction approach utilizes proven liquefaction system technology and equipment in a unique mid-scale, factory-fabricated configuration that we developed. Instead of two or three large, complex liquefaction trains, the Calcasieu Project and the Plaquemines Project utilize 18 and 36 mid-scale factory-fabricated liquefaction trains, respectively. We expect to use the same approach and technology at the CP2 Project, the CP3 Project and the Delta Project. Our modules are built and assembled off-site at manufacturing and fabrication facilities in Italy and then shipped to our project sites fully-assembled and packaged for installation, allowing onsite work to progress in parallel. We believe our innovative configuration, long-term equipment contracting strategy and hands-on project management approach significantly reduces construction and installation costs, as well as construction time and schedule risk, thereby allowing us to be more cost-competitive in the LNG market while also producing substantial amounts of commissioning cargos and related cash proceeds. For example, our initial two projects, the Calcasieu Project and the Plaquemines Project, in each case, began producing LNG approximately two and a half years after its final investment decision, while significant construction work remained ongoing. The chart below illustrates the length of time the Calcasieu Project and the Plaquemines Project took to achieve first production of LNG after achieving FID relative to other projects that also achieved FID substantially contemporaneously.



While traditional LNG projects often rely on bespoke designs and configurations, our approach, leveraging factory-fabricated equipment manufactured with our "design one, build many" method, allows us to apply the lessons we learn at each project to our subsequent projects, with the goal of continuously improving our execution, accelerating construction timelines, reducing costs, and expanding production. We believe we will continue to benefit from this virtuous cycle as we grow.

Table of Contents

*Gas Supply and Transportation*

We have entered into a portfolio of natural gas supply agreements with domestic natural gas suppliers to furnish feed gas to the Calcasieu Project and the Plaquemines Project for liquefaction and power generation. We have also entered into multiple transport capacity agreements with interstate pipeline companies to provide natural gas transportation to the Calcasieu Project and the Plaquemines Project via short-run lateral pipelines. The CP2 Project has already entered into agreements with third parties for substantial firm transportation capacity and is developing its own pipeline. The CP3 Project and the Delta Project will require their own proposed pipeline routes and we aim to enter into transportation agreements with interstate pipeline companies in connection with the CP2 Project, the CP3 Project and the Delta Project as development progresses.

*LNG Sales – Commissioning*

By design, conventional, stick-built projects generally only engage in several months of commissioning production, thereby limiting the number of cargos produced before full commercial operations occur. Due to our unique modular development approach and configuration consisting of many mid-scale liquefaction trains, which are delivered and installed sequentially, it is necessary to commission and test our LNG facilities sequentially over a longer period of time than traditional LNG facilities with substantially fewer, larger-scale liquefaction trains. The commissioning of the liquefaction trains at our facilities begins while portions of our facilities remain under construction.

This important reliability and technical requirement results in earlier production of LNG than with traditional LNG facilities. We believe this earlier production of LNG positions us to produce a substantial number of commissioning cargos for each of our LNG projects, generating proceeds that may be used to support any remaining construction work or fund subsequent projects and future growth. As an example of this, on March 1, 2022, we announced the successful loading and departure of our first cargo of LNG from the Calcasieu Project, just over two and a half years from our final investment decision for the project. By September 30, 2024, we had loaded and sold 342 LNG commissioning cargos and received approximately $19.6 billion in gross proceeds from such commissioning cargos.

*LNG Sales – Post-COD SPAs*

The project companies for the Calcasieu Project, the Plaquemines Project and the CP2 Project have signed LNG sales and purchase agreements, or SPAs, to sell LNG based on a pre-determined pricing formula that commences after we achieve the commercial operations date, or COD, of the relevant project or phase thereof. Under each such post-COD SPA, COD does not occur unless the applicable project company has notified such customer that (i) all of the project's facilities have been completed and commissioned, including any ramp up period, and (ii) the project is capable of delivering LNG in sufficient quantities and necessary quality to perform all of its obligations under such post-COD SPA.

As of September 30, 2024, we have executed 39.25 mtpa of such post-COD SPAs with a well recognized set of third party customers that we believe constitute one of the strongest portfolios of institutional LNG buyer credits in the world. Approximately 95% of our contracted post-COD SPAs – or 37.45 mtpa of such 39.25 mtpa – are 20-year fixed price agreements, providing a long-term stream of contracted cash flow. We have also executed 1.8 mtpa of post-COD SPAs on a short- and medium-term basis and we plan to continue to optimize our portfolio balancing profit, duration, and risk.

*Excess Capacity*

LNG projects are typically able to achieve production beyond their guaranteed nameplate capacities. For many traditional large international stick-built projects, generating additional production capacity generally

3

Table of Contents

requires substantial incremental equipment and construction, with associated injections of capital. By comparison, we believe our projects will have the potential to produce materially beyond their nameplate capacities, with modest incremental capital investment because of our modular design as well as redundancy features inherent in our project design.

We aim to construct and maintain LNG facilities that are capable, in most cases, of producing excess capacity of at least 30% of their guaranteed nameplate capacity, which provides the potential for additional cash proceeds from our projects. Any such excess capacity will generally be available to us to sell on a short-, medium-, or long-term basis, providing flexibility to optimize pricing. With respect to the Calcasieu Project, our inaugural project, we expect to produce excess capacity of slightly less than 30% of its nameplate capacity and we have received FERC approval for a maximum production capacity of 12.4 mtpa. We have contracted to sell a portion of the Calcasieu Project excess capacity to a third-party pursuant to a long-term SPA.

### Optimization and Bolt-on Expansion Opportunities

Our projects also offer potential optimization, increased capacity and expansion opportunities. In particular, our projects are sited and designed with the intention of allowing for bolt-on expansions, incorporating laydown area, redundancies across the facility infrastructure and our mid-scale factory-fabricated liquefaction trains. Subject to receiving the requisite regulatory approvals, we intend to pursue the development of these expansion opportunities beyond our current combined expected peak production capacity of 143.8 mtpa. Any incremental equipment would benefit from pre-existing plant facilities and related infrastructure (such as marine offloading facilities, LNG storage tanks and perimeter walls). We aim to place up to an aggregate of approximately 35.3 mtpa of additional bolt-on expansion liquefaction capacity of incremental modular mid-scale liquefaction trains at most of our current projects.

### Potential Additional LNG Projects and Further Integration

In addition to our current projects, we regularly explore opportunities, both domestic and international, to develop or acquire other potential natural gas liquefaction and export projects, as well as other complementary, synergistic or ancillary projects, in the ordinary course of our business. As described below, we have already engaged in substantial activities to establish complementary pipeline projects, LNG tanker and regasification business lines that could be leveraged for other potential natural gas liquefaction and export projects in the future. Our experienced project execution team, who have deep industry expertise in the LNG, shipping, midstream and construction industries, possess the institutional agility and capital to rapidly evaluate and act upon opportunities as they arise and we believe differentiate us from our competitors.

### Pipeline Projects

We are in the advanced stages of development to establish complementary gas transportation for our development projects. As an example, we have partnered with WhiteWater Midstream, LLC, a Texas-based pipeline developer and operator, and entered into a limited liability company agreement with one of their affiliates pursuant to which we hold 50% of the equity interests in Blackfin Pipeline Holdings, LLC, through which we will jointly develop, permit, site and indirectly own the approximately 190 mile Blackfin pipeline project, a long-haul 48-inch intrastate pipeline designed to facilitate the transportation of Permian sourced gas from the Matterhorn Express pipeline to certain interconnecting pipelines, including the CP Express Pipeline. Under the limited liability company agreement, we have agreed to fund certain construction and development costs and seek to arrange a financing to support the Blackfin pipeline project. We believe that gas transportation projects such as this will help further integrate major sources of gas supply with the projects we may develop in the future.

Table of Contents

*Shipping*

In order to vertically integrate our business and expand our customer base to premium markets that have no or limited LNG transportation resources, we have contracted to acquire nine LNG tankers being constructed by two of the premier shipbuilders in South Korea, with two already delivered. The remaining LNG tankers are under construction and are scheduled to be delivered on a rolling basis through 2026. All nine of such newbuild LNG tankers will be primarily fueled by LNG and are designed with best-in-class environmental and efficiency technology. LNG tankers which run on LNG, such as ours, can reduce $CO_2$ emissions by 20-30% compared to tankers that operate with heavy fuel oil. We plan to have our tankers equipped with engines that are designed to significantly reduce methane slip by approximately 66% or more, versus the standard engines used on legacy LNG carriers. Also, we believe our LNG tankers are far more energy efficient than what is typical, due to a hydrodynamic hull design, which is expected to reduce propulsion power by approximately 10%, and the implementation of an air lubrication system that is intended to reduce hull friction and propulsion power requirements by approximately 3%. We have also executed two medium-term and two short-term charters for additional LNG tankers, which were delivered in the second half of 2024, bringing our total shipping portfolio to a total of thirteen tankers. We believe these LNG tankers will support our ability to optimize LNG marketing and sales and differentiate us from many other LNG exporters in North America.

*Regasification*

We are also pursuing opportunities to secure LNG regasification capacity in key import markets. As part of this initiative, we have acquired firm regasification facility capacity at the largest LNG regasification terminal in Europe, Grain LNG, in the United Kingdom, which we expect will allow us to import 42 LNG cargos per year from approximately 2029 until 2045 (apart from a limited period). Additionally, we have secured approximately 1 mtpa of LNG regasification capacity at the new Alexandroupolis LNG receiving terminal in Greece for five years, beginning in 2025. Our capacity will account for approximately 25% of the total terminal capacity at Alexandroupolis, or approximately 12 cargos annually. We believe these contracted capacities will allow us to supply LNG and regasified natural gas directly into the European market to current and additional downstream customers. As in the case of our shipping business, many LNG developers have elected to forego integrating regasification into their broader business. Relatedly, many LNG customers lack direct access to regasification capacity. We believe our regasification access will allow us to offer spot and term customers a differentiated service, ultimately positioning us to win market share.

**Our Strengths**

Our business has a number of competitive strengths, including the following:

- ***Industry leading growth in the critical global LNG market***. We believe that we are the fastest growing developer of LNG facilities in the competitive global supply market. Since the second half of 2019, Venture Global and its affiliates have reached final investment decision for three large-scale, greenfield liquefaction facilities (consisting of the Calcasieu Project and Phase 1 and Phase 2 of the Plaquemines Project) being developed in the United States. We believe that, during this same period, no other developer achieved such a milestone for more than a single large-scale infrastructure project in the world. We expect to increase our LNG production capacity further as we continue our work to optimize our existing projects and develop the CP2 Project, the CP3 Project, the Delta Project, bolt-on and other expansion opportunities, and other investments.

- ***Accelerated construction schedule and low-cost LNG model***. We believe that our disruptive and innovative configuration and owner-led engineering, procurement and construction approach reduces our construction and installation costs, construction time and construction schedule risk, thereby

5

Table of Contents

reducing overall project costs and enabling us to produce and sell LNG on an accelerated basis to our customers, as a result of the following:

- *Focus on minimizing the time to first LNG.* At our first project, the Calcasieu Project, we were able to produce and load LNG for sale approximately two and a half years after the final investment decision, while simultaneously commissioning and constructing the facility, which is substantially faster than the industry average of five years. Although our second project is designed to produce twice the amount of LNG as our first project, we achieved first production of LNG and commenced loading LNG for sale on a similar timeframe. We also aim to improve the pace of bringing incremental trains online at each of our projects.

- *Construction and installation execution.* Manufacturing our mid-scale, factory-fabricated liquefaction trains, power equipment, gas pre-treatment modules and pipe racks off-site at fabrication facilities allows site works to progress in parallel. Our liquefaction trains and pre-treatment modules are tested and delivered ready to install, reducing on-site labor and potential weather risk while shortening construction timelines and improving overall project safety. Fabrication and installation efficiencies are achieved as the various trains, equipment, and modules are installed on-site and commence production incrementally. Using our "design one, build many" approach, lessons learned from construction, installation, and commissioning work at the Calcasieu Project are being carried over to the Plaquemines Project and our subsequent projects. Further, using our owner-led development model, we actively manage the construction activity and the schedule for certain scopes of work undertaken by our key contractors. In addition, we have built an internal EPCM capability, securing a team of experienced leaders and professionals from the EPC industry, primarily with prior relevant experience constructing the Calcasieu Project and the Plaquemines Project facilities.

- *Incremental commissioning and LNG production proceeds provide substantial cash proceeds.* As each project's liquefaction trains are brought online, sequentially, and early in construction, the project incrementally produces greater quantities of LNG that may be sold into the market. Once all individual components have been commissioned, production continues while we complete full commissioning of the integrated facility and conduct any carryover or rectification work. During such process, we complete performance testing of the entire fully-integrated facility and validate reliable operational performance. We expect that each project's construction plan and sequencing will be designed to allow LNG to be produced, stored and loaded onto ships for export, and sold as commissioning cargos, generating cash proceeds.

- ***Substantial ownership and direct oversight of a diversified LNG project portfolio.*** Venture Global seeks to own all or substantially all of the equity ownership in its current five LNG projects and any future projects. As of the date of this prospectus, we own 100% of the common equity interests in the Calcasieu Project, the Plaquemines Project, the CP2 Project, the CP3 Project and the Delta Project. Upon COD for the Calcasieu Project, we expect our ownership of the common equity interests in the Calcasieu Project to be reduced to approximately 77% (assuming that we service all future distributions on the Holdings Preferred Units until the commencement of COD in cash), after adjusting for the automatic conversion of the convertible preferred units in Calcasieu Holdings held by an outside equity investor. We believe that our significant ownership stake in our projects provides us with full managerial control, facilitating nimble decision-making and speed of execution.

- ***Stable, long-term cash flows and valuable commissioning cargos and excess cargos.***

  - *Long-term take-or-pay contracts with highly creditworthy offtakers.* We anticipate that our business model will provide us with stable cash flows as a result of our long-term take-or-pay contracts to sell LNG. As of September 30, 2024, we have executed 39.25 mtpa of post-COD SPAs with a set of third party customers that we believe constitute one of the strongest portfolios

6

Table of Contents

of institutional LNG buyer credits in the world. The entire expected nameplate capacity for the Calcasieu Project (10 mtpa) and the Plaquemines Project (20 mtpa), and 9.25 mtpa of the CP2 Project, have been contracted under such SPAs. Our third-party post-COD SPAs as of September 30, 2024 represent expected total contracted revenue of approximately $107 billion over the life of such SPAs. Our total contracted revenue is illustrative only and is based on a number of important assumptions. See "Risk Factors—Risks Relating to Our Business—Total contracted revenue is based on certain assumptions and is presented for illustrative purposes only and actual sales under our SPAs may differ materially from such illustrative operating results." The weighted average life of all of our post-COD SPAs is approximately 19 years, providing a long-term runway of reliable cash flows.

- *Valuable and substantial commissioning cargo and excess cargo cash proceeds.* Prior to achieving COD under our post-COD SPAs, our post-COD SPAs permit us to generate and sell commissioning cargos to customers at market-based prices, which we believe can unlock significant value to Venture Global. This approach has the potential dual benefit of helping to mitigate risks related to commencement of commercial operations and generating significant cash flow that can be reinvested into the business. For example, since the commencement of commissioning work, the Calcasieu Project has loaded and sold 342 commissioning cargos as of September 30, 2024 and received approximately $19.6 billion in gross proceeds from such commissioning cargos. In addition, after COD occurs under our post-COD SPAs, to the extent not already contracted with third parties, we can sell any LNG generated by our projects above the nameplate capacity to customers at market-based prices, providing potential revenue upside over the long term. Proceeds generated from the sale of commissioning cargos and excess cargos provide us with additional cash proceeds and contingency to support project completion and can help fund the development of our other projects.

- ***Strategic project locations with capacity for substantial expansions.*** We are developing our current portfolio of projects on strategic locations in Louisiana, which we believe have significant advantages relative to other locations in the United States. Our current projects are located near or within a reasonable distance from several major interstate and intrastate natural gas pipelines with available capacity that we believe will be sufficient to supply the feed gas required for our projects. We believe these project sites are well-placed and allow us to access liquid and robust natural gas trading areas and obtain competitively priced natural gas for our customers. Our current project portfolio offers geographic diversification within Louisiana. The Calcasieu Project, the CP2 Project and the CP3 Project are located at or near the mouth of the Calcasieu Ship Channel, and the Plaquemines Project and the Delta Project are located approximately 300 miles east and are sited next to the Mississippi River, each of which provides ready access to our facilities from the Gulf of Mexico. Since they are located at or near the mouth of the Calcasieu Ship Channel, the Calcasieu Project, the CP2 Project and the CP3 Project sites' geography also allow for faster entry into and exit from our berthing docks relative to many other facilities in the region. Our current projects are also located in close proximity to major population centers, providing ease of access for workers and transportation of materials. The Calcasieu Project and Plaquemines Project sites also benefit from full road and water access, and buffer lands to facilitate deliveries and serve as laydown areas, and we expect sites of the CP2 Project, the CP3 Project and the Delta Project to benefit from the same access and buffer lands. We believe our current project sites provide significant opportunities for bolt-on expansions that would benefit from pre-existing plant facilities and related infrastructure (such as common pipe racks, marine offloading facilities and perimeter walls). Moreover, we believe Louisiana is a favorable legal, regulatory and political jurisdiction for our projects.

- ***LNG shipping and regasification capabilities to supply new customers and to support existing customers.*** We are assembling a fleet of LNG tankers to provide additional optionality to spot and term

7

Table of Contents

customers and to service contracts with transportation or delivery components. We have also acquired firm regasification facility capacity at the Grain LNG terminal, Europe's largest LNG regasification terminal, in the United Kingdom to import 42 LNG cargos per year from approximately 2029 until 2045 (apart for a limited period). Additionally, we have secured approximately 1 mtpa of LNG regasification capacity at the new Alexandroupolis LNG receiving terminal in Greece for five years, beginning in 2025, which equates to approximately 12 cargos annually. We believe that such shipping and regasification capabilities will support our ability to optimize LNG marketing, sales, and logistics to reach new markets and customers.

- *Experienced management team aligned with stakeholders.*

  - *Industry-leading team.* Our management team possesses deep experience across all parts of the LNG industry with a proven development and operational track record. We believe that the collective quality and experience of our team, coupled with our relationships with our contractors, customers and consultants, enable us to move quickly to continue to take advantage of the North American LNG market opportunity. Further, as of September 30, 2024, we have assembled a broader team of over 1,400 employees globally.

  - *Exemplary safety record.* Notwithstanding the rapid construction progress that we have achieved, the Calcasieu Project and Plaquemines Project have maintained exemplary safety records. Our projects have substantially outperformed the national average of a 1.9 Total Recordable Incident Rate, or TRIR, for 2023, which represents US Bureau of Labor Statistics Heavy Construction Industry recordable incidents per one hundred workers per year. On average, our safety record exceeds the industry average by over ten times with an aggregate TRIR of 0.17 for approximately 84.5 million hours of work on an aggregate basis as of September 30, 2024. As of September 30, 2024, the Calcasieu Project executed approximately 25.1 million work hours with a TRIR of 0.10 and the Plaquemines Project executed approximately 59.4 million work hours with a TRIR of 0.19.

  - *Committed to environmental and community initiatives*. Our management team is committed to an environmentally sound and community-friendly approach to the development and operation of our projects in conjunction with our key stakeholders. We aim to establish close relationships with the communities where our projects are located by fueling local economic growth, job creation, and skills training, while also engaging in wetlands restoration work. In addition, we have decided to use environmentally-sensitive design features (e.g., electrically-driven motors, air cooling throughout the projects, combined cycle power, and state of the art, full containment storage tanks which seek to eliminate methane release from stored LNG), and are pursuing an initiative to develop certain CCS facilities for our projects.

Our competitive strengths are subject to several risks and competitive challenges. Please read "Risk Factors" and "Business—Competition."

**Our Business and Growth Strategies**

Since our founding in 2013, we have grown rapidly from a two-person company into the formidable energy market disruptor we are today. As of September 30, 2024, we employ over 1,400 people globally and are commissioning, constructing, and developing five natural gas liquefaction and export projects. We also now own or lease or have an option to own or lease nearly 6,000 acres of strategically located land in Louisiana, much of which benefits from significant deep-water frontage. Although we have a limited operating history and did not generate any proceeds prior to 2022, as of September 30, 2024, we have raised approximately $54 billion of capital and generated approximately $19.6 billion in gross proceeds from sales of commissioning cargos, resulting in approximately $14.2 billion of net proceeds. We have also executed 39.25 mtpa of post-COD SPAs

8

Table of Contents

as of September 30, 2024, and expect total contracted revenue of approximately $107 billion over the life of such SPAs. Notwithstanding these accomplishments, we are acutely focused on further growth and plan on pursuing the following three core drivers to expand our scale, profitability and impact on the global energy industry.

- ***Develop, Construct and Operate New LNG Facilities*** – In addition to the Calcasieu Project and Plaquemines Project, which are undergoing construction and commissioning activities, we are currently developing, permitting, and advancing three projects: the CP2 Project, the CP3 Project and the Delta Project. Based on our success developing, permitting, financing and constructing the Calcasieu Project and the Plaquemines Project, we are confident in our ability to execute these additional projects and expect each facility to increase the cash proceeds we generate from LNG sales over time in a compounding fashion due to the following factors:

  - ***Rapid Return of Capital Enables Parallel Project Development*** – Unlike most industrial project developers who must wait years to recoup invested capital, our innovative approach to development allows us to generate cash proceeds from commissioning cargos at our projects which can potentially surpass the total costs of the projects prior to COD. Further, this accelerated return profile can also allow us to shift capital from one project under construction to a subsequent project, enabling us to develop multiple projects in parallel. In the case of the CP2 Project, we plan on utilizing cash proceeds from the Calcasieu Project and the Plaquemines Project to fund a substantial portion of construction.

  - ***Optimized LNG Sales*** – By recycling cash proceeds from one project to fund our subsequent projects, we aim to reduce our need for a critical mass of long-term SPAs for future projects (including the CP2 Project, CP3 Project and Delta Project), which are predominantly lower priced than short- and medium- term SPAs and typically required to support traditional project financing. Any production capacity from our projects that is not otherwise committed can be sold on a short-, medium- or long-term basis, including on a spot basis, providing flexibility to optimize the pricing for such capacity and allowing us to balance profit, duration and risk. As a result, while the Plaquemines Project and the CP2 Project are both designed as 20 mtpa nameplate capacity facilities, we expect the cash proceeds generated by the optimized cash proceeds at the CP2 Project to exceed the substantial LNG sales at the Plaquemines Project. We believe this virtuous cycle will compound with subsequent projects.

9

Table of Contents

- ***Bolt-On Expansions***

  - A distinctive benefit of our unique design is the ability to flexibly and economically expand liquefaction capacity by adding additional factory-made liquefaction trains and installing them at our existing projects. Bolt-on expansions were contemplated in the initial design and siting of our facilities. Such expansions benefit from substantial redundancy to support additional production capacity.

  - We intend to pursue these opportunities in the future and believe that we have the ability to add up to a total of approximately 35.3 mtpa of bolt-on expansion capacity across the Calcasieu Project, the Plaquemines Project, the CP2 Project, and the Delta Project as outlined below. No such expansions are currently contemplated at the CP3 Project due to its considerable 42.0 mtpa expected peak production capacity.

  - We aim to self-fund these expansions, reducing our reliance on lower-priced, longer-term contracts that are typically required to support traditional project financing. This strategy enables us to sell the production capacity from any such expansions on a short-, medium- or long-term basis, including on a spot basis, thereby providing flexibility to continually optimize the pricing for such capacity based on market conditions.

| Project | Expected Peak Production Capacity (Prior to Expansions) | Potential Bolt-on Expansion Incremental Capacity[3] |
|---|---|---|
| Calcasieu Project | 12.4 mtpa[1] | 4.5 mtpa |
| Plaquemines Project | 27.2 mtpa[1] | 8.9 mtpa |
| CP2 Project | 28.0 mtpa[2] | 14.0 mtpa |
| CP3 Project | 42.0 mtpa[2] | N/A |
| Delta Project | 34.2 mtpa[2] | 7.8 mtpa |

(1) Targets based on, among other things, anticipated timeframes for the receipt of certain regulatory approvals as described in "Business—Governmental Regulation."

(2) Anticipated based on capacity, scale, location and infrastructure. Subject to regulatory approval, among other things, and may change based on design considerations, regulatory review process, engagement with contractors, and other factors.

(3) Potential bolt-on expansion opportunity based on facility capacity, scale, location and infrastructure. Subject to regulatory approval, among other things, and may change based on design considerations, regulatory review process, engagement with contractors and other factors. Figures are rounded.

10

Table of Contents

- ***Vertical Integration and Opportunistic Investment***

  - In addition to our core business, our liquefaction and export projects, we regularly evaluate complementary businesses that have the potential to strengthen our vertical integration, drive growth and support margin expansion. We have already engaged in substantial activities to establish complementary gas transportation, LNG tanker and regasification business lines that we plan to leverage in connection with our core assets.

  - Beyond our LNG facilities under development, the bolt-on expansions, and complementary businesses described above, we consistently explore opportunities, both domestic and international, to develop or acquire other LNG projects and further grow our footprint. We believe our design and approach are adaptable and exportable, providing us ample opportunities, both domestically and internationally, beyond our current development pipeline.



| Business Line | Assets | Description |
|---|---|---|
| Pipeline Infrastructure | Blackfin pipeline | Approximately 190 mile, 48 inch pipeline project |
| Shipping | LNG carrier fleet | 9 ordered, 4 chartered (on a short- and medium-term basis) |
| Regasification | Dedicated regasification capacity | Firm regasification facility capacity at Alexandroupolis LNG from approximately 2025 to 2030 and at Grain LNG from approximately 2029 to 2045 |

**Risk Factors**

Before you invest in our Class A common stock, you should carefully consider all the information in this prospectus, including the risks associated with our business and this offering set forth under the heading "Risk Factors." These risks include, among others:

- Our ability to maintain profitability and positive operating cash flows is subject to significant uncertainty.

- We have only a limited track record and historical financial information, and there is no assurance that our business will be successful over the long term.

- Our ability to generate proceeds from sales of commissioning cargos is subject to significant uncertainty and volatility in such proceeds. Historical proceeds from such sales at the Calcasieu Project, which has had an extended commissioning period due to unanticipated challenges with equipment reliability that we are in the process of remediating, may not be indicative of the duration of the commissioning period or the amount of proceeds for any future period or for any of our other projects.

- We have not entered into SPAs with customers for the total expected nameplate capacity at the CP2 Project, the CP3 Project or the Delta Project and our failure to enter into final and binding contracts for an adequate portion or any of, or to otherwise sell, the expected nameplate capacity of any of our projects, could have a material adverse effect on our prospects.

- Our revenues and operating margins may be adversely affected if we are unable to produce and sell liquefaction capacity in excess of the nameplate capacity of our facilities.

- Our customers or we may terminate our SPAs if certain conditions are not met or for other reasons.

- Our ability to generate cash under our post-COD SPAs is substantially dependent upon the performance by a limited number of our customers, and we could be materially and adversely affected if certain of these customers fail to perform their contractual obligations for any reason.

11

- Our operating margins may be adversely affected if the price of natural gas decreases, if we pay a premium for feed gas relative to the contractual spot price we charge our customers, or as a result of inflationary pressures.

- We may not be able to purchase or receive physical delivery of sufficient natural gas to satisfy our delivery obligations under the SPAs, which could have a material adverse effect on us.

- Our limited diversification could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

- We are dependent on the strategic direction of Michael Sabel, our Chief Executive Officer, Executive Co-Chairman and Founder, and Robert Pender, our Executive Co-Chairman and Executive Co-Chairman of the Board and Founder.

- We and our contractors, including our EPC contractors, may experience increased labor costs, and the unavailability of skilled workers or our failure to attract and retain qualified personnel could adversely affect us.

- We will require significant additional capital to construct and complete certain of our projects, and we may not be able to secure such financing on time with acceptable terms, or at all, which could cause delays in our construction, lead to inadequate liquidity and increase overall costs.

- We may not construct or operate all of our proposed LNG facilities or pipelines or any additional LNG facilities or pipelines beyond those currently planned, and we may not pursue some or any of the bolt-on expansion opportunities we have identified at our current projects, which could limit our growth prospects.

- We are dependent on our contractors for the successful completion of our projects and any bolt-on expansion opportunities at our projects that we may pursue, and any failure by our contractors to perform their contractual obligations could have a material adverse impact on our projects.

- We have not entered into all of the definitive agreements for the CP2 Project, the CP3 Project or the Delta Project and there can be no assurance that we will be able to do so on a timely basis or on terms that are acceptable to us.

- Certain of our contractual arrangements relating to development and construction of our projects include termination rights that, if exercised, could have a material adverse impact on our projects.

- Our estimated costs for our projects have been, and continue to be, subject to change due to various factors.

- Delays in the construction of our projects beyond the estimated development periods could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

- Our business could be materially and adversely affected if we do not secure the right or if we lose the right to situate certain lateral pipelines, longer-haul pipelines or any other pipeline infrastructure for any of our projects on property owned by third parties, or if we do not complete the construction of those pipelines in a timely fashion.

- The natural gas liquefaction system and mid-scale, factory-fabricated design we utilize at our projects are the first of such sized modules developed by us and Baker Hughes, and there can be no assurance that these modules, or our projects, will achieve the level of performance or other benefits that we anticipate over the long term.

- Competition in the LNG industry is intense, and certain of our competitors may have greater financial, engineering, marketing and other resources than we have.

12

Table of Contents

- We face competition based upon the international market price for LNG.

- Servicing our indebtedness and preferred equity will require a significant amount of cash and we may not have sufficient cash, operating cash flows and capital resources to service our existing and future indebtedness and preferred equity.

- We may fail to receive the required approvals and permits from governmental and regulatory agencies for our projects.

- If we are unsuccessful in our current and any potential future arbitration proceedings with our customers, the amounts that we are required to pay may be substantial and certain of our post-COD SPAs may be terminated, which may lead to an acceleration of all our debt for the relevant project.

- VG Partners will continue to have significant influence over us after this offering, including control over decisions that require their approval, which could limit your ability to influence the outcome of key transactions, including a change of control.

- An active, liquid trading market for our Class A common stock may not develop or be sustained, and there is the possibility of significant fluctuations in the price of our Class A common stock

- We cannot guarantee that we will pay further dividends on our Class A common stock in the future and, consequently, your ability to achieve a return on your investment will depend on appreciation in the price of our Class A common stock.

For a discussion of these and other risks, see "Risk Factors."

**Our Founders**

Robert Pender and Michael Sabel, our founders, control Venture Global Partners II, LLC, or VG Partners, which is our controlling stockholder. Prior to this offering, VG Partners owned approximately 84% of all series of our common stock outstanding and, upon consummation of this offering, VG Partners will own 100% of our outstanding Class B common stock. Class B common stock will represent approximately 97.8% of the total combined voting power of our outstanding common stock following this offering (or approximately 97.7% of the total combined voting power of our outstanding common stock if the underwriters exercise in full their option to purchase additional shares of our Class A common stock).

**Corporate Information**

Our direct subsidiary, VGLNG, which owns all of our subsidiaries, was originally established in 2013 by our founders. As part of certain corporate reorganization transactions, or Reorganization Transactions, Venture Global, Inc. was formed in 2023 and became the 100% owner of VGLNG. For more information about the Reorganization Transactions, see "Certain Relationships and Related Party Transactions—Reorganization Transactions."

We are a holding company and have no direct operations. All of our business operations are conducted through our subsidiaries, including VGLNG. Our principal asset is the equity interest in VGLNG, which, together with its subsidiaries, owns substantially all of our operating assets. As a result, we are dependent on the ability of our subsidiaries to generate revenues and to make loans, pay dividends and make other payments to generate the funds necessary to meet our financial obligations and to pay dividends to stockholders, if any. The below chart illustrates our current corporate organizational structure immediately after consummation of this offering.

13

Table of Contents



Notes:

(1)     Simplified organizational chart that does not include all legal entities. All ownership is 100% of the existing common equity of each entity listed unless otherwise noted.

(2)     The ownership of VGLNG includes three million shares of its 9.00% Series A Fixed-Rate Reset Cumulative Redeemable Perpetual Preferred Stock, with a $1,000 liquidation preference per share, or the VGLNG Series A Preferred Shares, that entitles holders to receive, when and if declared by VGLNG's board of directors, cumulative, semi-annual cash dividends at a rate of 9.00% per annum of the $1,000 liquidation preference per share. The dividend rate will reset in accordance with the terms of the VGLNG Series A Preferred Shares. For more detail, see "Description of Material Financing—VGLNG Equity Financing —VGLNG Series A Preferred Shares."

(3)     The ownership of Calcasieu Pass Funding, LLC includes a redeemable preferred equity investment by a third party fund associated with Stonepeak Infrastructure Partners, or Stonepeak Fund II, of certain redeemable preferred units that entitles Stonepeak Fund II to certain distributions on its investment, either in the form of permitted cash distributions from available cash at Calcasieu Pass Funding, LLC or accrued distributions on the funding face value of the preferred units. As of September 30, 2024, we owned 100% of all the outstanding common units of Calcasieu Pass Funding, LLC, while Stonepeak Fund II owned 100% of all of the outstanding redeemable preferred units of Calcasieu Pass Funding, LLC. As of September 30, 2024, the aggregate outstanding amount of the redeemable preferred units was $1.5 billion. For more detail, see "Description of Material Financing—Project Equity Financing—Calcasieu Pass Funding, LLC Preferred Units."

(4)     The ownership of Calcasieu Pass Holdings, LLC includes a convertible preferred equity investment by a third party fund associated with Stonepeak Infrastructure Partners, or Stonepeak Fund I, of certain convertible preferred units that entitles Stonepeak Fund I to certain distributions in kind in the form of additional preferred units or in cash (as elected by Calcasieu Pass Holdings, LLC), in the form of additional preferred units. Upon the occurrence of certain conditions, the convertible preferred units are expected to automatically convert to a number of Class B common units of Calcasieu Pass Holdings, LLC. Assuming that we service all future distributions on the Holdings Preferred Units until the commencement of COD in cash, such preferred units are expected to convert into approximately 23% of the common units of Calcasieu Pass Holdings, LLC. For more detail, see "Description of Material Financing—Project Equity Financing—Calcasieu Pass Holdings, LLC Preferred Units."

For more information about the risks of investing in a holding company, see our "Risk Factors" elsewhere in this prospectus.

14

Table of Contents

Our principal executive offices are located at 1001 19th Street North, Suite 1500, Arlington, VA, 22209, and our telephone number is (202) 759-6740. Our internet address is www.ventureglobal.com. Our website, information on our website or any other website is not incorporated by reference in this prospectus and is included in this prospectus as an inactive textual reference only.

15

Table of Contents

Table of Contents

## RISK FACTORS

*An investment in our Class A common stock involves a high degree of risk. You should carefully consider the risks and uncertainties described below, together with all other information contained in this prospectus, before making an investment in our Class A common stock. If any of the following risks were to occur, our business, financial condition, results of operations and cash flow could be materially adversely affected. In that case, the trading price of our Class A common stock could decline, and you could lose all or part of your investment.*

*The following risks are not the only ones facing our company. Additional risks and uncertainties not currently known to us, or that we currently deem immaterial, may also impair or adversely affect us. You are strongly encouraged to consult your own professional advisors (including tax and regulatory) before deciding to invest in our Class A common stock.*

### Risks Relating to Our Business

#### *Our ability to maintain profitability and positive operating cash flows is subject to significant uncertainty.*

We will continue to incur significant capital and operating expenditures while we develop, construct, and commission our projects. Our ability to maintain profitability and positive operating cash flows is primarily dependent on our ability to generate proceeds, and in turn net profits and operating cash flows, through the sale of LNG commissioning cargos, the sale of excess LNG that is produced above the nameplate capacity of our LNG projects, and, after COD occurs for a given project, through the sale of LNG pursuant to our post-COD SPAs, as well as our ability to monetize our other assets (such as pipelines, LNG tankers and downstream regasification capacity).

Our ability to sell LNG commissioning cargos depends on our ability to successfully market, produce, load and, in some cases, deliver commissioning cargos during the commissioning of each of our projects prior to achieving COD. Although we have generated proceeds from the sales of commissioning cargos at the Calcasieu Project since the first quarter of 2022 and we expect to do so at each of our other projects during commissioning, prior to the relevant COD, such sales of commissioning cargos are limited in duration and subject to a number of material uncertainties and risks. In addition, we are obligated to cease sales of commissioning cargos once the relevant COD occurs. As a result, the duration of the commissioning period at the Calcasieu Project, which has been extended by a *force majeure* event, and the amount of proceeds we have generated from the sales of commissioning cargos from the Calcasieu Project to date may not be indicative of the duration of the commissioning period or the amount of proceeds from such sales for any future period for the Calcasieu Project or for any of our other projects. See "—Our ability to generate proceeds from sales of commissioning cargos is subject to significant uncertainty and volatility in such proceeds. Historical proceeds from such sales at the Calcasieu Project, which has had an extended commissioning period due to unanticipated challenges with equipment reliability that we are in the process of remediating, may not be indicative of the duration of the commissioning period or the amount of the proceeds for any future period or for any of our other projects" and "Business—Our Liquefaction and Export Projects and Key, Complementary Assets—Calcasieu Project."

Our ability to generate sales of LNG following COD at each of our projects depends on our ability to successfully commence and maintain deliveries under our post-COD SPAs. Such revenues can be further supplemented if we are able to produce and sell LNG in excess of the nameplate capacity of our projects. We will not generate any revenues or operating cash flow under our post-COD SPAs (including the six 20-year LNG sale and purchase agreements for the Calcasieu Project, or the Calcasieu Foundation SPAs), or from sales to third parties of excess LNG until we have achieved COD for the relevant project. We are currently targeting a COD for the Calcasieu Project in May 2025 and a COD for the Plaquemines Project in the third quarter of 2026 for Phase 1 and mid-2027 for Phase 2. Assuming timely receipt of required regulatory approvals, COD for the CP2 Project is currently targeted to occur in mid-2029 for Phase 1 and mid-2030 for Phase 2. The CP3 Project and the

22

Table of Contents

Delta Project are still in early stages of development. Assuming timely receipt of required regulatory approvals and certain other factors, COD for the CP3 Project is currently targeted to occur in mid-2031 for Phase 1 and mid-2032 for Phase 2 and COD for the Delta Project is currently targeted to occur in mid-2033 for Phase 1 and mid-2034 for Phase 2. However, there is no guarantee that we will achieve such CODs within those timeframes or at all. See "—Risks Relating to Regulation and Litigation—We may fail to receive the required approvals and permits from governmental and regulatory agencies for our projects."

As a result, there can be no assurance as to when we will commence deliveries under our post-COD SPAs, and therefore when, if at all, we will commence generating revenues and operating cash flows from our post-COD SPAs or from the sale of LNG produced in excess of nameplate capacity, if any, for the Calcasieu Project or any of our other projects. In addition, there can be no assurance that we will be able to produce excess LNG above the nameplate capacity of the facilities at our projects, either at our target level of excess LNG production or at all, nor, even if such excess LNG is produced, that we will be able to resell all of it to third party customers.

Our ability to monetize our other assets, including our pipelines, LNG tankers and regasification facility capacity depends on a variety of factors, including but not limited to market conditions in the natural gas and LNG industries, required regulatory and governmental approvals, and our ability to successfully market, produce, load and deliver commissioning cargos during the commissioning of each of our projects prior to achieving COD and our ability to generate sales of LNG following COD at each of our projects. Specifically, our ability to construct and successfully monetize our interstate and intrastate pipelines will depend, among other factors, on worldwide demand for LNG, as well as on our obtaining the necessary regulatory approvals for our projects currently under development. Additionally, while we expect several of our LNG tankers to service our single DPU post-COD SPA, our ability to monetize the remainder of our LNG tanker fleet will depend on the demand from LNG customers or, potentially, other charterers, as well as that from any future SPAs we may enter into where LNG is sold on a delivered basis, for the services of such LNG tankers. Our ability to monetize the regasification facility capacity we have secured through our agreements with Grain LNG and the Alexandroupolis LNG receiving terminals will depend on demand for both LNG and regasified natural gas from downstream customers in the UK and European markets.

As a result, there is significant uncertainty about our ability to maintain profitability and positive operating cash flows.

***We have only a limited track record and historical financial information, and there is no assurance that our business will be successful over the long term.***

Prior to July 2014, we conducted no business or operations and we recorded no revenues or expenses. We first generated proceeds from sales of commissioning cargos at the Calcasieu Project only in the first quarter of 2022, and prior to that we incurred significant losses from operations and negative cash flows from operations.

Our activities to date have included organizational efforts related to the development and construction of our projects and related assets, including but not limited to:

- raising capital;

- securing options to lease and leasing our project sites;

- negotiating and planning with various contractors for the development and production of such sites;

- negotiating SPAs with purchasers;

- negotiating and entering into construction contracts with construction contractors; and

- procuring gas transportation and supply.

Table of Contents

In addition, substantially all of the proceeds we have generated to date are solely proceeds generated from sales of commissioning cargos from the Calcasieu Project, may not be indicative of the duration of the commissioning period or the amount of proceeds from such sales for any future period for the Calcasieu Project or for any of our other projects, or of our future results of operations more generally. See "—Our ability to generate proceeds from sales of commissioning cargos is subject to significant uncertainty and volatility in such proceeds. Historical proceeds from such sales at the Calcasieu Project, which has had an extended commissioning period due to unanticipated challenges with equipment reliability that we are in the process of remediating, may not be indicative of the duration of the commissioning period or the amount of proceeds for any future period or for any of our other projects."

Our limited operating history may limit your ability to evaluate our prospects because of our limited historical financial data, our unproven ability to maintain or increase our profitability and our limited experience in addressing issues that may affect our ability to manage the construction, operation or maintenance of liquefaction facilities and related assets. We face all of the risks commonly encountered by other growing businesses, including competition and the need for additional capital and personnel. As a result, any assessment you make about our current business and any predictions you make about our future success or viability may not be accurate. There is no assurance that our business will be successful over the long term.

***Our ability to generate proceeds from sales of commissioning cargos is subject to significant uncertainty and volatility in such proceeds. Historical proceeds from such sales at the Calcasieu Project, which has had an extended commissioning period due to unanticipated challenges with equipment reliability that we are in the process of remediating, may not be indicative of the duration of the commissioning period or the amount of proceeds for any future period or for any of our other projects.***

A key element of our business strategy is to generate proceeds from the sale of LNG at each of our projects during the commissioning phases of our projects, prior to the relevant project achieving COD.

The duration of the commissioning period and our ability to generate such proceeds is subject to significant risks and uncertainties relating to the development, construction and commissioning of our projects as discussed in these "Risk Factors." In particular, it is both our intention and our obligation, under our post-COD SPAs, to undertake the construction of and complete our projects or phases thereof in a reasonable and prudent manner, which, depending on the circumstances, could extend or shorten the commissioning period for such projects or phases thereof during which we are able to generate such proceeds. Further, certain delays in the development of or construction of our projects, and any issues with the construction of our projects could delay or otherwise adversely impact our ability to generate such proceeds during the commissioning of the relevant projects. At any of our projects or phases thereof, if the commissioning of certain equipment or integrated facilities is delayed or if COD occurs earlier than expected, the duration of time when we are able to generate proceeds from the sale of commissioning cargos may be shortened, which could adversely impact the volume of LNG produced during commissioning and our ability to generate proceeds from the sale of commissioning cargos.

Historical proceeds from the sale of commissioning cargos at the Calcasieu Project, which has had an extended commissioning period due to unanticipated challenges with equipment reliability that we are in the process of remediating, may not be indicative of the duration of the commissioning period or the amount of proceeds for any future period or for any of our other projects. See "Business—Our Liquefaction and Export Projects and Key, Complementary Assets—Calcasieu Project." Although we have included targeted COD dates for our projects and phases thereof, there can be no assurance that COD will not occur earlier or later than such targets. See "Business—Our Liquefaction and Export Projects and Key, Complementary Assets." If COD occurs earlier than expected for a particular project or phase thereof, it would adversely impact our ability to generate proceeds from the sale of commissioning cargos, which, subject to market conditions, may otherwise be more valuable than the revenues earned under our post-COD SPAs.

24

Table of Contents

In addition to the duration of the commissioning period, our ability to generate such proceeds depends on our ability to negotiate sales during the construction and commissioning phases of each project. There is no assurance that we will be able to continue to successfully negotiate sales of such commissioning cargos on terms that are acceptable to us, or that we will be able to successfully market, produce, load and deliver such commissioning cargos, either from the Calcasieu Project or any other project, in the future. In addition, because commissioning cargos are not sold under post-COD SPAs and are instead sold on varying terms, including in some instances on a forward basis, proceeds from such commissioning cargos may vary significantly depending on, among other factors, prices and market conditions in the international LNG markets, global LNG freight rates, and on the timing of when a contract for sale is executed. As such, the amount of any proceeds that we may generate from the sale of commissioning cargos and our profitability relating to such sales is largely dependent on the strength of international LNG markets, as primarily reflected in the spot price for LNG at the time a contract for sale of commissioning cargos is executed. Historically, the spot price for LNG has varied significantly, which has impacted the amount of proceeds we have generated. For example, the average month-end spot price for U.S. Gulf Coast LNG decreased from $16.38/MMBtu in the first quarter of 2023, to $7.45/MMBtu in the first quarter of 2024. During the same period, the gross proceeds we received from sales of commissioning cargos from the Calcasieu Project decreased from $2.9 billion ($2.4 billion in net proceeds after deducting net cash paid for natural gas, which primarily includes the net cost of purchasing and transporting feed gas) for the three month period ended March 31, 2023, to $1.4 billion ($1.0 billion in net proceeds, after deducting net cash paid for natural gas) for the three month period ended March 31, 2024. See "—Risks Relating to the LNG Industry— We face competition based upon the international market price for LNG" and "—Risks Relating to the LNG Industry—Cyclical or other changes in the demand for and price of LNG and natural gas may adversely affect our business and the performance of our customers and could have a material adverse effect on our business, contracts, financial condition, operating results, cash flows, liquidity and prospects and the price of our Class A common stock."

We may at times contract commissioning cargos on a forward basis and, as a result, these sales of commissioning cargos may be uncorrelated with movements in spot LNG prices. For example, the average month-end spot price for U.S. Gulf Coast LNG increased from $8.60/MMBtu in the second quarter of 2023, to $8.61/MMBtu in the second quarter of 2024. During the same period, however, the gross proceeds we received from sales of commissioning cargos from the Calcasieu Project decreased from $2.2 billion ($1.9 billion in net proceeds, after deducting net cash paid for natural gas) for the three months ended June 30, 2023, to $1.2 billion ($0.9 billion in net proceeds, after deducting net cash paid for natural gas) for the three months ended June 30, 2024.

As a result, we have experienced, and expect to continue to experience during the remainder of the commissioning phase, significant volatility in the proceeds we have generated from the sales of commissioning cargos from the Calcasieu Project. Since we began generating proceeds from the sale of commissioning cargos in the first quarter of 2022, our quarterly gross proceeds have fluctuated from a maximum of $2.9 billion ($2.4 billion in net proceeds, after deducting net cash paid for natural gas) for the three months ended March 31, 2023, to a minimum of $1.0 billion ($0.7 billion in net proceeds, after deducting net cash paid for natural gas) for the three months ended September 30, 2023. Accordingly, the proceeds we have generated from such sales of commissioning cargos of the Calcasieu Project to date may not be indicative of the duration of the commissioning period or the amount of proceeds from such sales for any future period for the Calcasieu Project or for any of our other projects. As a result, such proceeds, and also our operating results more generally, may vary significantly from one fiscal period to the next comparable fiscal period. Moreover, if we are not able to generate proceeds from the sale of commissioning cargos in the future that are comparable to such proceeds from the Calcasieu Project in the past, that could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

25

Table of Contents

***Our ability to optimize sales of post-COD LNG cargos is subject to significant uncertainty and volatility in proceeds generated from such sales.***

Our business strategy includes recycling cash proceeds from one project to fund our subsequent projects in order to reduce our need for a critical mass of long-term post-COD SPAs for such future projects. That strategy, in turn, is intended to allow us to optimize sales of LNG produced following COD. In particular, production capacity from our projects that is not otherwise committed can be sold on a short-, medium- or long-term basis, including on a spot basis, which can provide flexibility to optimize the pricing for such capacity and can help us balance profit, duration and risk.

Our ability to optimize sales of LNG cargos that are not otherwise committed will depend on our ability to negotiate sales that meet our objective of balancing profit, duration and risk. There is no assurance that we will be able to successfully negotiate sales of such cargos on terms that are acceptable to us. In addition, because such cargos may be sold on varying terms, including in some instances on a forward basis, proceeds from such cargos may vary significantly from period-to-period and from project-to-project depending on, among other factors, prices and market conditions in the international LNG markets, global LNG freight rates, and on the timing of when a contract for sale is executed. Further, the amount of any proceeds that we may generate from such sales, and our profitability relating to such sales, is largely dependent on the strength of international LNG markets, as primarily reflected in the spot price for LNG at the time a contract for sale of such cargos is executed. Historically, the spot price for LNG has varied significantly, and we expect the spot price will continue to vary significantly in the future which will impact the amount of proceeds we generate from such sales. For example, the average month-end spot price for U.S. Gulf Coast LNG decreased from $16.38/MMBtu in the first quarter of 2023, to $7.45/MMBtu in the first quarter of 2024. See "—Risks Relating to the LNG Industry—We face competition based upon the international market price for LNG" and "—Risks Relating to the LNG Industry—Cyclical or other changes in the demand for and price of LNG and natural gas may adversely affect our business and the performance of our customers and could have a material adverse effect on our business, contracts, financial condition, operating results, cash flows, liquidity and prospects and the price of our Class A common stock." Further, we may at times contract such cargos on a forward basis and, as a result, such sales may be uncorrelated with movements in spot LNG prices.

As a result, we may experience significant volatility in any proceeds we generate from sales of post-COD LNG cargos at future projects, in particular if we reduce the proportion of such cargos that are committed under long-term SPAs. Moreover, if we are not able to effectively optimize sales of such cargos in the future, that could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

***We have not entered into SPAs with customers for the total expected nameplate capacity at the CP2 Project, the CP3 Project or the Delta Project, and our failure to enter into final and binding contracts for an adequate portion of, or to otherwise sell, the expected nameplate capacity of any of our projects, could have a material adverse effect on our prospects.***

Our ability to generate revenue and cash flow is partially based on our ability to enter into long-term SPAs with customers with respect to the expected nameplate capacity of our projects. Changes in market conditions relating to, among other factors, the price of natural gas in the United States and the price of LNG in international markets could adversely affect the competitiveness of our projects and our ability to enter into such SPAs, which could adversely impact our potential revenues. See "—Risks Relating to the LNG Industry—Failure of LNG exported from the United States, including from our projects, to remain a competitive source of energy for international markets could adversely affect the LNG business of our customers, which could have a material adverse effect on their ability and willingness to perform under their post-COD SPAs with us or otherwise contract with us, and on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock."

We are actively marketing a portion of the remaining expected nameplate capacity of the CP2 Project to leading international oil and gas companies, national and multinational utilities and LNG portfolio trading

26

Table of Contents

companies. As of September 30, 2024, the CP2 Project has contracted to sell 9.25 mtpa of LNG under eight 20-year SPAs. The obligation to make LNG available under these post-COD SPAs commences from the occurrence of COD for Phase 1 of the CP2 Project. As of this date, we have not entered into any SPAs for the expected nameplate capacity for the CP3 Project and the Delta Project and have not yet begun actively marketing the expected nameplate capacity for such projects. While taking FID for a given project is subject to numerous factors, we may elect to proceed with FID for the CP2 Project, the CP3 Project or the Delta Project or any other future projects only after we execute binding SPAs for such projects that cover a targeted portion of the applicable nameplate capacity that we consider adequate to support the development and financing of such project. At such projects, we may also choose to retain certain nameplate capacity on a temporarily uncontracted basis, while proceeding with construction activities, which would leave us more exposed to prevailing spot, short-, and medium-term prices during the life of the LNG facilities. To the extent we are unable to sell the targeted portion of the applicable nameplate capacity of any of our projects on a long-term basis and prevailing spot, short-, and medium-term prices are below current projections, our revenues may be adversely impacted, and any such impact could be significant. In addition, we will likely still be required to pay certain of our operating expenses related to the anticipated production of such remaining LNG (such as pipeline transportation costs) without generating any corresponding revenue. If we are unable to enter into long-term contracts with customers for an adequate portion of the expected nameplate capacity at our future development projects, we may not be able to develop such project, raise adequate financing for such project, or realize sufficient cash flows for our business to remain profitable, which would have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

*Our revenues and operating margins may be adversely affected if we are unable to produce and sell liquefaction capacity in excess of the nameplate capacity of our facilities.*

A key element of our business strategy is to generate revenue from the sale of LNG produced at each of our projects in excess of the nameplate capacity of the relevant project after such project achieves COD.

We are required under certain contracts to use our best efforts to construct and maintain LNG facilities capable of producing excess capacity at least equal to 15% of the guaranteed nameplate capacity of each facility. However, we also aim to construct and maintain our LNG facilities to be capable of producing greater excess capacity, in most cases at least 30% of their guaranteed nameplate capacity. Our ability to produce LNG in excess of the nameplate capacity at each of our projects is subject to significant risks and uncertainties relating to the development, construction and commissioning of our projects as discussed in these "Risk Factors." Although we believe that our design and configuration will enable us to produce excess LNG without incurring material additional operating expenses or requiring additional capital investment, we may encounter additional, unforeseen costs, resulting in either operating expenses or capital investment, that make production of any excess LNG less economic or, potentially, uneconomic. Any increase in our incremental operating expenses or capital investments could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock. As a result, there can be no assurance that we will be successful in producing any such excess LNG at any of our projects on a consistent and reliable basis, or at all.

We generally plan to retain flexibility to sell any excess LNG on a spot basis, or on a short-, medium- or long-term basis. Our ability to sell any such LNG will be subject to a number of risks and uncertainties outside our control, and there can be no assurance as to when, or on what terms, we will be able to sell any such excess LNG, if at all. As a result, revenues from the sale of any such excess LNG may vary significantly depending on prices and conditions in the international LNG markets and depending on when a contract for sale is executed, and the terms of those contracts may not always be favorable. See "—We have not entered into SPAs with customers for the total expected nameplate capacity at the CP2 Project, the CP3 Project or the Delta Project, and our failure to enter into final and binding contracts for an adequate portion of, or to otherwise sell, the expected nameplate capacity of any of our projects, could have a material adverse effect on our prospects" for an example of historical volatility of the spot price for LNG and the resulting variability in our revenue.

To the extent we are unable to sell any such remaining LNG, our revenues will be adversely impacted, and any such impact could be significant. In addition, we will likely still be required to pay certain of our operating expenses

27

Table of Contents

related to the anticipated production of such remaining LNG (such as pipeline transportation costs) without generating any corresponding revenue. As a result, any such shortfall would also reduce our operating margins. Any of the foregoing could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

In addition, VG Commodities has contracted to resell at least 50% of the LNG generated by the Calcasieu Project in excess of its nameplate capacity (subject to an annual cap at the option of the counterparty). Pursuant to such agreement, the counterparty is entitled to an assignment of VG Commodities' rights under the applicable Intercompany Excess Capacity SPA in certain cases (including but not limited to when an event of default by VG Commodities has occurred and not been cured pursuant to such agreement with the counterparty). In addition, we may enter into similar arrangements related to the excess LNG at our other projects in the future.

***Our customers or we may terminate our SPAs if certain conditions are not met or for other reasons.***

Each of our SPAs contains or will contain various termination rights allowing our current and future customers to terminate, or be relieved from their contractual obligations under, their SPAs under the circumstances described under "Business—Overview—Our Projects," including, without limitation:

- with respect to certain post-COD SPAs, the failure of certain conditions precedent to be satisfied or waived by a specified date, or delays in the occurrence of COD beyond a specified time period;

- if we fail to make available specified scheduled cargo quantities;

- upon the occurrence of certain extended events of *force majeure*;

- if we have been held liable in excess of certain liability caps and we did not agree to increase such liability caps as specified under the relevant SPA;

- our failure to satisfy our contractual obligations after an event of default and after any applicable cure periods; and

- the occurrence of certain change of control events.

For example, we notified all of our customers under the Calcasieu Project post-COD SPAs of the anticipated delay to COD, indicating that such delay constitutes a *force majeure* event. As a result of such designation, the time period within which to achieve COD in such SPAs would be extended and such customers will not be entitled to terminate as a result of failure to designate COD until June 2025, at the earliest. All of such customers have questioned whether, and most have disputed in arbitration proceedings that, the delay constitutes a *force majeure* event, and they could assert that they are entitled to terminate their SPAs because COD did not occur by March 2024. See "—Risks Relating to Regulation and Litigation—We are involved and may in the future become involved in disputes and legal proceedings" and "—Risks Relating to Regulation and Litigation—If we are unsuccessful in our current and any potential future arbitration proceedings with our customers, the amounts that we are required to pay may be substantial and certain of our post-COD SPAs may be terminated, which may lead to an acceleration of all our debt for the relevant project."

In addition, the CP2 Foundation SPAs include termination rights in favor of the customer and us if certain conditions precedent are not satisfied by us or waived by the customer by a certain date including that we receive all LNG export authorizations by that date. Because of the rehearing order issued by FERC on November 27, 2024 requiring a supplemental environmental review and the delay in issuance of authorizations to proceed with construction on the CP2 Project until FERC issues a further merits order and the temporary pause on new authorizations of natural gas exports to Non-FTA Nations described under "Business—Governmental Regulation—DOE Export Authorizations," some of our customers under the CP2 Foundation SPAs or we may elect to terminate such SPAs if the related conditions precedent are not satisfied by the applicable deadline. Such dates certain have passed in two of the CP2 Foundation SPAs and are upcoming in March 2025 in the remaining CP2 Foundation SPAs. Although most customers have agreed to extend their original deadlines until March 2025, we are negotiating

28

Table of Contents

an extension with those CP2 Foundation SPA customers whose current deadlines have passed and not yet been extended. There can be no assurance that we will come to an agreement regarding an extension with such customers, and if we do not come to an agreement, either we or such customers may elect to terminate their respective SPA after the applicable grace period. Further, there can be no assurance that we will be able to secure any necessary extensions on similar terms with the CP2 Foundation SPA customers or at all if the future deadlines are not met in the event of further delays or otherwise.

While we could potentially replace any SPAs that are terminated by our customers or us, we may not be able to replace these SPAs on similar or favorable terms, or at all, if they are terminated. Further, under certain financing agreements, we may be required to maintain in effect (subject to our ability to replace them) certain long-term SPAs for a particular project, and any breach of such requirement may, unless certain prepayments are made, result in an event of default under such agreements, as well as a cross-default under our other financing agreements for that project or otherwise. As a result, a termination of certain SPAs could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

***Our ability to generate cash under our post-COD SPAs is substantially dependent upon the performance by a limited number of our customers, and we could be materially and adversely affected if certain of these customers fail to perform their contractual obligations for any reason.***

We expect to have a limited number of customers to whom we sell LNG on a post-COD basis. For example, as of September 30, 2024, we have executed 39.25 mtpa of post-COD SPAs with 20 customers with respect to LNG from our projects as described under "Business—Overview—Our Projects." 37.45 mtpa of such 39.25 mtpa is contracted under 20-year fixed price SPAs and 1.8 mtpa of such 39.25 mtpa is contracted on a short- and medium-term basis. For the nine months ended September 30, 2024, approximately 73% of our revenue for the period from individual external customers was concentrated across three customers. Moreover, for the nine months ended September 30, 2024, we had one customer which represented approximately 31% of our revenue for that same period.

The ability of our customers to perform their respective obligations to us will depend on numerous factors that are beyond our control. Our future results, our ability to service any debt we may incur and our liquidity are substantially dependent upon the performance of these customers under their contracts, and on such customers' continued willingness and ability to perform their contractual obligations. We are also exposed to the credit risk of any guarantor of the customers' obligations under their respective agreements if we must seek recourse under a guaranty. Any such credit support may not be sufficient to satisfy the obligations in the event of a counterparty default. In addition, if a controversy arises under an agreement resulting in a judgment in our favor where the counterparty has limited assets in the United States to satisfy such judgment, we may need to seek to enforce a final U.S. court judgment or arbitral award in a foreign tribunal, which could involve a more lengthy and less certain process and also result in additional costs.

Certain of our existing SPAs limit, and our future SPAs may limit, the liability of the relevant customer or its guarantor (or both). As a result, if a customer fails to perform its obligations under an LNG sales contract (including, for example, by failing to take or pay for the contracted volume of LNG), our ability to recover from that customer or from any guarantor of its obligations would be subject to any agreed upon limitations on liability. In addition, our existing SPAs excuse, and we expect that our future SPAs will excuse, performance by our customers upon the occurrence of *force majeure* events, such as certain severe adverse weather conditions, the breakdown or failure of its LNG tankers and acts of God.

Failures by certain of our customers to perform their obligations, or our inability to recover from such customers or the applicable guarantors, could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

29

Table of Contents

*Our ability to use our net operating losses to offset future taxable income may be subject to certain limitations.*

As of December 31, 2023, we have accumulated federal net operating loss, or NOL, carryforwards of $367 million with an indefinite carryforward period. We additionally had accumulated state net operating loss carryforwards of approximately $1.7 billion (after the application of state apportionment factors), of which $42 million will expire by 2037. Under the current tax law, federal NOLs incurred in taxable years beginning after December 31, 2017, can be carried forward indefinitely, but the deductibility of such federal NOLs in taxable years beginning after December 31, 2020 is limited to 80% of taxable income. These federal and state NOLs may be available to offset income tax liabilities in the future. In addition, we may generate additional NOLs in future years. NOLs may be limited by separate return limitation year, or SRLY, rules. These rules generally limit the use of NOL carryforwards to the amount of taxable income that the NOL producing entity contributes to consolidated taxable income during the year. Of the federal NOL carryforward amount stated earlier, $42 million is currently subject to the SRLY rules. NOLs subject to the SRLY limitations may also be subject to Section 382 limitations described below.

In general, under Section 382 of the Code, or Section 382, a corporation that undergoes an "ownership change" is subject to limitations on its ability to utilize its pre-change NOLs to offset future taxable income. For this purpose, an ownership change generally means a more than 50 percentage point change in the ownership of a corporation by one or more shareholders or specified groups of shareholders, each of which owns 5% or more of the corporation (determined after the application of certain attribution and grouping rules) over a three-year period. Although we do not believe that any of our NOLs are currently subject to limitation under Section 382, future changes in our stock ownership, including as a result of this offering or future changes, and some of which may be outside of our control, could result in an ownership change under Section 382, which could limit our ability to use our existing or future NOLs to offset future taxable income.

## Risks Relating to Our Projects and Other Assets

*We will require significant additional capital to construct and complete certain of our projects, and we may not be able to secure such financing on time with acceptable terms, or at all, which could cause delays in our construction, lead to inadequate liquidity and increase overall costs.*

We are in the process of commissioning the Calcasieu Project, constructing and commissioning the Plaquemines Project and developing the CP2 Project, the CP3 Project and the Delta Project. An amount expected to be necessary to complete the Calcasieu Project and achieve COD for the Calcasieu Project is held in cash reserve accounts pursuant to our project financing arrangements and reflected as restricted in our financial statements. While we believe we have sufficient project-level cash, borrowing capacity under our existing project-level debt financing, and access to substantial commissioning cargo proceeds to fund the completion of the Plaquemines Project based on our current estimate of the total project costs, the CP2 Project, the CP3 Project and the Delta Project, as well as any future projects we develop, will require significant additional funding.

We currently estimate that the total project costs for the Plaquemines Project will be approximately $22.5 billion to $23.5 billion, including EPC contractor profit and contingency, owners' costs and financing costs, of which approximately $17.7 billion had been paid for as of September 30, 2024. As of September 30, 2024, we have additional available borrowing capacity of $2.6 billion under the Plaquemines Construction Term Loan. In addition, as of September 30, 2024, we estimate that the total project cost for the CP2 Project, the CP3 Project and the Delta Project will range from approximately $27 billion to $28 billion, $44 billion to $45 billion and $37 billion to $38 billion, respectively, in each case including EPC contractor profit and contingency, owners' costs and financing costs, substantially all of which have not yet been funded. These estimates are based primarily upon our construction cost experiences with the Calcasieu Project and the Plaquemines Project and the pricing included in the CP2 Phase 1 EPC Contract, and reflect the current inflationary environment as well as the fact that the pipelines for the CP2 Project, the CP3 Project and the Delta Project are expected to be longer and more expensive than the

37

Table of Contents

pipelines for the Calcasieu Project and the Plaquemines Project. The CP3 Project and the Delta Project are also expected to be larger in scale than our first three projects, with expected nameplate capacity of 30.0 mtpa and 24.4 mtpa, respectively.

Moreover, no substantial construction work has been undertaken on either the CP3 Project or the Delta Project to date, we have not yet entered into a number of material contracts (including an EPC contract for Phase 2 of the CP2 Project, or any portion of the CP3 Project or the Delta Project) for the CP2 Project, the CP3 Project or the Delta Project, and our actual costs could vary significantly from our preliminary estimates depending on the terms we may agree to for those contracts. There is no guarantee that we will be able to enter into the necessary contracts to construct the CP2 Project, the CP3 Project, the Delta Project, or any other natural gas liquefaction and export facility we may decide to develop in the future, on the same or substantially similar terms as the Calcasieu EPC Contract, the Plaquemines EPC Contracts or the CP2 Phase 1 EPC Contract. As a result, our cost estimates are only an approximation of the actual costs of construction and financing for the CP2 Project, the CP3 Project and the Delta Project. Our actual project costs may be higher, potentially materially, compared to our current estimates as a result of many factors as described under "—Our estimated costs for our projects have been, and continue to be, subject to change due to various factors." For example, our cost estimates might change due to factors such as unexpected delays in the construction or commissioning of our projects, the execution of any repair or warranty work and change orders or amendments to certain material construction contracts, including final terms of or amendments to any EPC contract for such projects, and/or other construction or supply contracts. Accordingly, we will need to obtain significant additional funding from one or more sources of debt and equity financing before we are able to generate sales and/or revenue for our projects, other than the Calcasieu Project, and, based upon current estimates, the Plaquemines Project.

The amount of project-level equity funding that is required for any of our projects relative to the amount of project-level debt financing may differ between our projects. Generally, we expect to finance approximately 50% to 75% of the anticipated project costs of each of our projects with project-level debt financing (which may include limited recourse debt), and the remaining 25% to 50% with project-level equity (which may consist of equity contributions by us, equity financing transactions, mezzanine financing and/or other similar financing alternatives). However, the proportion of project-level debt to equity funding will depend on various factors, including market conditions and the amount of long-term contracted revenues for the relevant project. As a result, there can be no assurance as to the ultimate amount of project-level debt financing that will be available to us for a particular project on acceptable terms, which could have an adverse impact on our ability to finance the relevant project and may require us to raise additional debt, equity or equity-linked financing above relevant project entities, including potentially at the Company level, through additional debt, equity or equity-linked financing. We do not currently have any committed project-level debt or equity financing for the CP2 Project, the CP3 Project or the Delta Project. We may consider alternative structures to raise capital for those projects and, as a result, there can be no assurance that the financing structure for the CP2 Project, the CP3 Project, the Delta Project or any future project we may develop will be similar to those used for the Calcasieu Project and Plaquemines Project.

Additional capital may not be available in the amounts required, on favorable terms, or at all, and is subject to the risks described under "—Risks Relating to Our Indebtedness and Financing—Certain of our debt agreements impose significant operating and financial restrictions on our subsidiaries, and the preferred equity of our subsidiaries also gives the holders certain consent rights, all of which may prevent us from capitalizing on business opportunities or paying dividends to the Company." In addition, if any adverse findings are discovered at any stage during the course of our development of our projects that would render part of, or all of, any such sites to be unsuitable or we discover flaws that may decrease the value of such sites as collateral for purposes of any financing, then we may not be able to obtain the financing necessary to construct the relevant project on favorable terms, or at all. For example, such adverse findings may include the discovery of environmental conditions on the relevant project site that require investigation, remediation or other changes to the relevant project or that make it more difficult for us to obtain the necessary regulatory approvals.

38

Table of Contents

Furthermore, any adverse changes in natural gas demand that affect the competitiveness of LNG or any failure on our part to obtain or comply with necessary permits or approvals may also hinder our ability to obtain necessary additional capital or financing. See "—Risks Relating to the LNG Industry—Cyclical or other changes in the demand for and price of LNG and natural gas may adversely affect our business and the performance of our customers and could have a material adverse effect on our business, contracts, financial condition, operating results, cash flows, liquidity and prospects and the price of our Class A common stock" and "—Risks Relating to Regulation and Litigation—We may fail to receive the required approvals and permits from governmental and regulatory agencies for our projects."

Delays in the construction of our projects beyond the estimated development period, issues with the commissioning process leading to additional repair and replacement work, as well as change orders to certain material construction contracts and/or other construction or supply contracts, could increase the cost of completion beyond the amounts that we estimate and beyond the then-available proceeds from sales of commissioning cargos we expect to receive, which could require us to obtain additional sources of financing to fund our operations until our projects are fully completed (which could cause further delays). For example, we have experienced unexpected delays in commissioning the Calcasieu Project related to certain necessary repairs and replacements. As a result, we expect COD for the Calcasieu Project to be delayed while significant work related to commissioning, carryover completions, rectification, and certain other items is being completed, and we are currently targeting a COD for the Calcasieu Project in May 2025. Further, while we are generating commissioning cargo proceeds at the Calcasieu Project and plan to also sell commissioning cargos at each of our other projects, it is possible those commissioning cargo proceeds will be lower, potentially materially, than we currently anticipate, which could also require us to obtain additional sources of capital to fund development, construction and commissioning of our projects. See "—Risks Relating to Our Business —Our ability to generate proceeds from sales of commissioning cargos is subject to significant uncertainty and volatility in such proceeds. Historical proceeds from such sales at the Calcasieu Project, which has had an extended commissioning period due to unanticipated challenges with equipment reliability that we are in the process of remediating, may not be indicative of the duration of the commissioning period or the amount of proceeds for any future period or for any of our other projects."

Our future liquidity may also be affected by the timing and availability of financing in relation to the incurrence of construction costs for our projects and other outflows and by the timing of receipt of cash flow under the SPAs in relation to the incurrence of various project and operating expenses. Moreover, many factors (including factors beyond our control) could result in a disparity between liquidity sources and cash needs, including factors such as construction delays and breaches of agreements.

Our ability to obtain financing that may be needed to provide additional funding will depend, in part, on factors beyond our control and there can be no assurances that funding will be available to us on commercial terms or at all. For example, capital providers or their applicable regulators may elect to cease funding LNG projects or certain related businesses. Accordingly, we may not be able to obtain financing on terms that are acceptable to us, or at all. Even if we are able to obtain financing, we may have to accept terms that are disadvantageous to us or that may have an adverse impact on our business plan and the viability of the relevant project. The failure to obtain any necessary additional funding could cause any or all of our projects to be delayed or not be completed. Any delays in construction could prevent us from commencing operations when we anticipate and could prevent us from realizing anticipated cash flows, all of which could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

***We may not construct or operate all of our proposed LNG facilities or pipelines or any additional LNG facilities or pipelines beyond those currently planned, and we may not pursue some or any of the bolt-on expansion opportunities we have identified at our current projects, which could limit our growth prospects.***

We may not construct some of our proposed LNG facilities or pipelines, and we may not pursue some or any of the bolt-on expansion opportunities we have identified at our current projects, in each case whether due to

39

Table of Contents

are unable to negotiate an EPC contract for Phase 2 of the CP2 Project, the CP3 Project or the Delta Project on a timely basis and on terms that are acceptable to us or that are similar to the terms in the Calcasieu EPC Contract, the Plaquemines EPC Contracts and the CP2 Phase 1 EPC Contract, the development and construction of Phase 2 of the CP2 Project, the CP3 Project or the Delta Project may be delayed or they may not be built at all, and the construction cost of the CP2 Project, the CP3 Project or the Delta Project may be greater than our current estimates.

Any of the foregoing could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

***Certain of our contractual arrangements relating to development and construction of our projects include termination rights that, if exercised, could have a material adverse impact on our projects.***

Certain of our contractual arrangements relating to the development and construction of one or more of our projects include termination rights or changes to the applicable pricing, or will automatically expire, if certain conditions are not met by specified deadlines.

For example, under the Baker Hughes Master Agreement, if we fail to enter into purchase orders for the liquefaction systems and the power plant for our future development projects by certain mutually agreed dates or to begin making scheduled payments, then Baker Hughes' obligations to supply such equipment will expire unless Baker Hughes agrees to extend those dates. In addition, Baker Hughes has agreed to reserve manufacturing capacity for purposes of fabricating equipment to be supplied under the agreement. While we have executed the applicable purchase orders for the Plaquemines Project and the CP2 Project, we have not yet executed any such purchase orders for the CP3 Project or the Delta Project. If we do not execute applicable purchase orders by the applicable dates in the agreement, Baker Hughes may utilize the relevant manufacturing capacity for other purposes and delivery of equipment by Baker Hughes under the agreement could be delayed. Based on our anticipated project schedule, we currently expect that we will be in a position to deliver the purchase orders for the CP3 Project, and the purchase orders for the Delta Project to Baker Hughes by the applicable deadlines in the Baker Hughes Master Agreement, as such deadlines may be amended from time to time. However, if a project is delayed for any reason (including the reasons described elsewhere in this "Risk Factors" section), Baker Hughes' obligations with respect to the remaining equipment to be delivered would expire unless we either (i) deliver the applicable purchase order and commence making payments on the agreed schedule, or (ii) agree with Baker Hughes on an extension of the applicable deadline under the agreement. There can be no assurance that we would be able to negotiate any such extension on terms that are acceptable to us or at all, or that we will have the financial resources to make the scheduled payments with respect to a purchase order prior to commencement of construction and financing of the relevant project.

The termination of any of the definitive agreements we have entered into with contractors, or any change to the pricing under those agreements, could have a material impact on our ability to complete the Plaquemines Project, the CP2 Project, the CP3 Project or the Delta Project on our anticipated schedule or budget, or at all.

***Our estimated costs for our projects have been, and continue to be, subject to change due to various factors.***

Our cost estimates for LNG facilities, related equipment and components, natural gas pipelines, LNG tankers, and other natural gas liquefaction and export facilities have been, and continue to be, subject to change due to many factors outside of our control. Such factors include, among other things, (i) inflationary factors, (ii) changes in commodity prices (particularly nickel and steel), (iii) escalating labor costs, (iv) supply chain availability, including the availability of critical components and increased costs to locate and procure alternatives, (v) labor disputes, (vi) tariffs, (vii) unexpected delays in construction or commissioning, and (viii) unexpected repair, replacement, rectification, or warranty work. Such factors have in the past resulted in, and may in the future result in, among other things, delays in construction or commissioning, repair or warranty

44

Table of Contents

work, cost overruns, and/or change orders under or amendments to existing or future construction contracts. Further, we may decide or be forced to enter into amendments to construction and/or supply contracts or submit change orders to the applicable contractor that could result in longer construction periods, higher costs or both. We may also decide or be forced to expend additional funds in order to maintain construction schedules, complete construction and commissioning, or comply with existing or future environmental or other regulations. Additionally, our estimated costs for our projects do not include estimated costs for any potential bolt-on expansion opportunities that we may pursue in the future. As a result, costs to achieve completion of LNG facilities, related equipment and components, natural gas pipelines, LNG tankers, and other natural gas liquefaction and export facilities may be higher, potentially materially, than our cost estimates. In the event we experience any such increases in estimated costs, delays or both, the amount of funding needed to complete an LNG facility, a phase thereof, related equipment and components, natural gas pipelines, LNG tankers, and other natural gas liquefaction and export facilities, could exceed our available funds and result in our failure to complete such projects or assets and thereby negatively impact our business and limit our growth prospects.

We currently estimate that the total project costs for the Calcasieu Project will be approximately $10 billion, including EPC contractor profit and contingency, owners' costs and financing costs, and we expect that the remaining project costs to achieve COD for the Calcasieu Project will be funded with cash we hold in reserve accounts pursuant to our project financing arrangements, which is reflected as restricted cash in our financial statements. However, there is no assurance as to whether the amount of cash held in these accounts will be sufficient to complete the construction of the Calcasieu Project and achieve COD, including, for example as a result of any additional unforeseen costs related to ongoing repairs and replacements or an unsuccessful outcome of any of our pending legal proceedings. See "—We will require significant additional capital to construct and complete certain of our projects, and we may not be able to secure such financing on time with acceptable terms, or at all, which could cause delays in our construction, lead to inadequate liquidity and increase overall costs" and "—Risks Relating to Regulation and Litigation—If we are unsuccessful in our current and any potential future arbitration proceedings with our customers, the amounts that we are required to pay may be substantial and certain of our post-COD SPAs may be terminated, which may lead to an acceleration of all our debt for the relevant project."

We currently estimate that the total project costs for the Plaquemines Project will be approximately $22.5 billion to $23.5 billion, including EPC contractor profit and contingency, owners' costs and financing costs, of which approximately $17.7 billion had been paid for as of September 30, 2024. This estimate is based in part on the target cost determined pursuant to the Plaquemines EPC Contracts and reflects increases related to, among other things, inflationary factors and efforts to maintain the project schedule while also reserving additional contingency funds (without giving effect to any commissioning cargo proceeds that may be utilized for project costs). Since FID of Phase 2 of the Plaquemines Project, VGLNG has made several incremental equity contributions to VGPL in an aggregate amount equal to $2.35 billion to address such increases in estimated total project costs, and we may be required to make additional incremental equity contributions to the extent total project costs exceed the low-end of the range of estimated total project costs above and that such costs exceed the available project-level debt and equity financing and net proceeds from the sale of commissioning cargos. Pursuant to the Plaquemines Credit Facilities, if such contributions have been utilized to pay project costs for the Plaquemines Project, they are reimbursable by VGPL to VGLNG at our election upon satisfaction of certain conditions under the Plaquemines Construction Term Loan. The costs to achieve completion of the Plaquemines Project may be subject to further increases, which could be material, as a result of many factors outside of our control as described above. As a result, we may need to make additional equity contributions or raise additional project-level equity financing or debt financing in the future to fund any such increase in estimated total project costs that exceed our current contingency, and any such additional contributions or funding could be significant.

We currently estimate that the total project costs for the CP2 Project, the CP3 Project and the Delta Project will range from approximately $27 billion to $28 billion, $44 billion to $45 billion and $37 billion to $38 billion, respectively, in each case including EPC contractor profit and contingency, owners' costs and financing costs, substantially all of which have not yet been funded. These estimates are based primarily upon our construction cost experiences with the Calcasieu Project and the Plaquemines Project, the pricing included in the CP2 Phase 1

45

Table of Contents

EPC Contract, and reflect the current inflationary environment as well as the fact that the pipelines for the CP2 Project, the CP3 Project and the Delta Project are expected to be longer and more expensive than the pipelines for the Calcasieu Project and the Plaquemines Project. The CP3 and Delta projects are also expected to be larger in scale than our first three projects, with expected nameplate capacity of 30.0 mtpa and 24.4 mtpa, respectively. Moreover, no substantial construction work has been undertaken on either the CP3 Project or the Delta Project to date, we have not yet entered into a number of material contracts (including an EPC contract for Phase 2 of the CP2 Project, or any portion of the CP3 Project or the Delta Project) for the CP2 Project, the CP3 Project or the Delta Project, and our actual costs could vary significantly from our preliminary estimates depending on the terms we may agree to for those contracts. There is no guarantee that we will be able to enter into the necessary contracts to construct the CP2 Project, the CP3 Project, the Delta Project, or any other natural gas liquefaction and export facility we may decide to develop in the future, on the same or substantially similar terms as the Calcasieu EPC Contract, the Plaquemines EPC Contracts or the CP2 Phase 1 EPC Contract. As a result, our cost estimates are only an approximation of the actual costs of construction and financing for the CP2 Project, the CP3 Project and the Delta Project.

Further, the cost reimbursement arrangements under our existing EPC contracts provide that the EPC contractor will be reimbursed for all reimbursable costs incurred in connection with the relevant work, and while the EPC contractor's profit margin will decrease as the amount of cost overrun increases, we are obligated to reimburse the EPC contractor for all reimbursable costs incurred under the EPC contract. However, EPC contracts that we enter into in the future may not include similar cost protections, which could lead to greater cost overruns for our other projects. Any increase in the construction costs for any of our projects could have an adverse impact on our business plan and the viability of the relevant project, and could have a material adverse effect on our current or future business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock. See also "—Various economic and political factors, including opposition by environmental or other public interest groups, could negatively affect the timing or overall development, construction and operation of our projects, which could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, liquidity and prospects."

Our cost estimates with respect to any LNG facilities, related equipment and components, natural gas pipelines, LNG tankers, regasification facilities and other natural gas liquefaction and export facilities (including any expansion of an existing facility) we may decide to develop in the future would be subject to similar uncertainties and potential changes. For example, our cost estimates may continue to increase as we negotiate and finalize agreements with contractors for any such project. Any increases in the construction costs for any of our projects could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

### *Delays in the construction of our projects beyond the estimated development periods could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.*

Our current schedule for the completion of our projects may turn out not to be achievable. For example, our ability to complete our projects on the anticipated schedule is dependent upon our receipt and maintenance of required regulatory approvals and permits and upon various activities being completed by our contractors. See "—We are dependent on our contractors for the successful completion of our projects and any bolt-on expansion opportunities at our projects that we may pursue, and any failure by our contractors to perform their contractual obligations could have a material adverse impact on our projects" and "—Risks Relating to Regulation and Litigation—We may fail to receive the required approvals and permits from governmental and regulatory agencies for our projects." Any significant construction or commissioning delay could increase the total cost of the relevant projects and would cause a delay in the completion of the construction of our projects, any of which could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

46

Table of Contents

In addition, delays in the construction of our projects beyond the estimated development periods could have a material adverse effect on our contracts. For example, we have experienced unexpected delays in commissioning the Calcasieu Project related to certain necessary repairs and replacements. As a result, we expect COD for the Calcasieu Project to be later than originally forecasted while significant work related to commissioning, carryover completions, rectification, and certain other items is being completed. Although we are currently generating revenue from sales of LNG commissioning cargos from the Calcasieu Project prior to commencing commercial operations, we will not generate any revenues or cash flows under our post-COD SPAs (including the Intercompany Excess Capacity SPAs) until we have achieved COD at the project. Additionally, a failure to achieve the project completion date for a project by a date certain may result in an event of default under the related project financing, and, based on a cross-default, an event of default under our other financing agreements for that project or otherwise. Any such event of default would entitle the applicable debtholders to exercise certain remedies, including to accelerate the debt obligations under their respective debt instruments and to foreclose against all collateral that secures such debt, representing substantially all assets of the relevant project, which could seriously harm our business and lead to a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock. See "—Risks Relating to Our Indebtedness and Financing—Upon the occurrence of an event of default under our existing and future indebtedness, our lenders and the holders of our debt securities could elect to accelerate all or a portion of our debt. A delay in COD of the Calcasieu Project or Phase 1 or 2 of the Plaquemines Project beyond a certain deadline could also result in an event of default under the Calcasieu Pass Credit Facilities or the Plaquemines Credit Facilities, respectively, and/or certain investors exercising step-in rights to control, directly or indirectly, certain of our subsidiaries and the Calcasieu Project."

Any delay in a project's ability to produce and load LNG for sale or delay in the completion of our projects could cause a delay in the receipt of proceeds projected from sales of LNG commissioning cargos and/or from post-COD SPAs or lead to a loss of one or more customers in the event of significant delays. In particular, each of our post-COD SPAs provides that the counterparty may terminate that SPA in the event that such project has not achieved COD by the relevant deadlines, and such counterparties could also bring claims for contractual damages. See "—Risks Relating to Regulation and Litigation—We are involved and may in the future become involved in disputes and legal proceedings" and "—Risks Relating to Regulation and Litigation—If we are unsuccessful in our current and any potential future arbitration proceedings with our customers, the amounts that we are required to pay may be substantial and certain of our post-COD SPAs may be terminated, which may lead to an acceleration of all our debt for the relevant project."

### *We are dependent on third party vendors and service providers to provide certain services and equipment to our projects.*

We rely on third party vendors and service providers to provide certain services, supplies, products and equipment to our projects. We have entered into agreements with these third parties in connection with such services, supplies, products and equipment. However, the ability of our third party vendors and service providers to perform successfully under their agreements is dependent on a number of factors, including their ability to:

- maintain their own financial condition, including adequate working capital, and their ability to pay debt service and other liabilities;

- accurately estimate certain costs;

- meet quality or performance standards for third party equipment;

- procure equipment and supplies;

- execute requisite work and services efficiently; and

- attract, develop and retain skilled personnel.

47

Table of Contents

We have the right under the Baker Hughes Master Agreement to require Baker Hughes to enter into a long-term service agreement on specified terms with respect to long term maintenance, repair, and servicing of the liquefaction, power, and booster compressor equipment it supplies. While we have entered into a long-term service agreement with Baker Hughes for the Calcasieu Project, under which Baker Hughes guarantees the minimum performance and operating availability of certain liquefaction and power systems it supplies, we have not yet negotiated the final terms for any such long-term service agreement for the Plaquemines Project or any other project. Notwithstanding our rights under the Baker Hughes Master Agreement, there can be no assurance that we will enter into the long-term service agreement with Baker Hughes on the same terms as we currently anticipate. If we encounter issues with the new technology, including, for example, higher operating or maintenance expenses, lower performance standards or more downtime than we currently anticipate, our projects may not be able to produce the quantity or volume of LNG we anticipate and our projects may be delayed and the financial viability of our projects may be adversely impacted. Any of these factors could have a material adverse effect on our business, financial condition, operating results, liquidity, prospects and the price of our Class A common stock.

### *The phased commissioning start-up of our projects will subject us to additional risks.*

The unique configuration of our LNG projects necessitates a phased commissioning start-up process for each of our projects (and phases thereof) that will generally result in a longer commissioning process. The length of any commissioning process depends on a number of factors related to equipment performance and the ability to establish reliable and safe operations for that equipment and the facility as a whole. See "Risks Relating to Our Projects and Other Assets—Our ability to generate proceeds from sales of commissioning cargos is subject to significant uncertainty and volatility in such proceeds. Historical proceeds from such sales at the Calcasieu Project, which has had an extended commissioning period due to unanticipated challenges with equipment reliability that we are in the process of remediating, may not be indicative of the duration of the commissioning period or the amount of the proceeds for any future period or for any of our other projects". For example, once we have sufficient power to operate the first pre-treatment unit, and the first LNG storage tank and first gas pre-treatment unit have been installed for a particular project, we plan to begin the commissioning start-up of the relevant equipment on a phased basis. This sequential commissioning of the liquefaction blocks, power island system, pre-treatment system, and other equipment for a project is subject to several risks, some of which may be unknown to us.

For example, the simultaneous construction of a particular LNG facility and production of LNG at that facility could subject us and our third-party contractors to additional safety hazards, as well as additional costs related to the management of those safety hazards during the phased commissioning start-up of a facility. To successfully implement our phased commissioning start-up, our EPC contractors will be required to develop and implement a safe work plan. Furthermore, we will require additional regulatory approvals from FERC, including approval of our EPC contractor's safe work plan, in order to implement our phased commissioning start-up at a facility before construction has been completed. Any delays in implementing any of the measures required for the phased start-up of our facilities or in obtaining any necessary regulatory approvals, and any additional costs associated with the phased start-up of our facilities, could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

### *We are and will be relying on third-party engineers to estimate the future capacity ratings and performance capabilities of our projects, and these estimates may prove to be inaccurate.*

We are and will be relying on third parties, principally the construction contractors, for the design and engineering services underlying our estimates of the future capacity ratings and performance capabilities of our projects. If any of our liquefaction facilities for our projects, when completed, fails to have the capacity ratings and performance capabilities that we intend, the estimates set forth in this prospectus may not be accurate. Failure of any of our liquefaction facilities for our projects to achieve our intended capacity ratings and

52

Table of Contents

***We are involved and may in the future become involved in disputes and legal proceedings.***

We are involved in and may in the future become involved in disputes as well as legal proceedings with public authorities, shareholders, suppliers, contractors, customers and others. Given the nature of our business, such disputes and legal proceedings often involve highly complex legal and factual questions and determinations and, in some cases, introduce significant levels of exposure.

For example, we are currently involved in arbitration proceedings with certain of our customers under our post-COD SPAs related to the Calcasieu Project. See "—If we are unsuccessful in our current and any potential future arbitration proceedings with our customers, the amounts that we are required to pay may be substantial and certain of our post-COD SPAs may be terminated, which may lead to an acceleration of all our debt for the relevant project."

In addition, in 2024 certain of our former employees filed proceedings, including in Virginia federal court, seeking aggregate damages of approximately $214 million with respect to alleged breaches of certain stock option grant agreements and related matters. We disagree with the assertions in each of these proceedings and are defending ourselves and asserting counterclaims, where applicable. However, there can be no assurance that we will be successful in defending such claims.

Further, from time to time, we may be a party to various administrative, regulatory or other legal proceedings, and others may allege that we are in violation or in default under orders, statutes, rules or regulations relating to the environment, compliance plans imposed or agreed to by us, or permits issued by various local, state or federal agencies for the construction or operation of our natural gas liquefaction facilities. For instance, BP previously filed a complaint with FERC in December 2023, which was subsequently withdrawn in July 2024, alleging that the Calcasieu Project has actually been in-service since 2022 and is operating commercially, seeking to consolidate the complaint proceeding with the ongoing proceeding for the commissioning of the project. In addition, when we filed with FERC in February 2024 for an extension of time, if deemed necessary, of the condition in our February 2019 FERC authorization order requiring the Calcasieu Project's "proposed liquefaction facilities" be placed in-service within five years of the order, our long-term customers filed numerous responsive pleadings, predominantly seeking access to information filed with FERC on a confidential basis and to intervene in the on-going commissioning process. We have responded to customer filings in the extension of time filing proceeding, which remains pending before FERC.

Assessment of potential outcomes and the potential damages and other losses we may incur arising out of any current or future disputes or legal proceedings is inherently difficult given, *among other things*, the complex nature of the facts and law involved. Although we may disagree with any assertions and claims made against us in any such disputes or legal proceedings, we may not be successful in defending against such claims. If legal proceedings are resolved against us or if we make out-of-court settlements, we may be obliged to make substantial payments to other parties. Even if we are ultimately successful in the legal proceedings, such proceedings may distract our management team and we may also face harm to our reputation from case-related publicity. Further, any such disputes or legal proceedings could result in substantial costs to us associated with defending such claims and distract management, and could also impact our ability to complete our projects and any natural gas liquefaction and export facility we may decide to develop in the future on their respective anticipated timelines and at their respective anticipated costs.

***If we are unsuccessful in our current and any potential future arbitration proceedings with our customers, the amounts that we are required to pay may be substantial and certain of our post-COD SPAs may be terminated, which may lead to an acceleration of all our debt for the relevant project.***

We are involved and may in the future become involved in disputes and arbitration proceedings with the customers under our SPAs. For example, in December 2022, a long-term customer of the Calcasieu Project submitted a request for arbitration to the International Chamber of Commerce, International Court of Arbitration, in accordance with the dispute resolution procedures of the post-COD SPA between us and that customer,

78

Table of Contents

asserting that we had failed to provide sufficient information or access to the Calcasieu Project and are delayed in achieving COD under the post-COD SPA. The remedies sought by the long-term customer are contract damages in excess of $1 billion (which is potentially subject to increase with the passage of time until COD occurs), rather than the termination of the post-COD SPA. The initial merits hearing for this arbitration proceeding occurred in September 2024.

In May 2023, two additional long-term customers of the Calcasieu Project submitted separate requests for arbitration to the London Court of International Arbitration and the International Chamber of Commerce, International Court of Arbitration, respectively, in accordance with the dispute resolution procedures of the relevant post-COD SPAs with such customers, asserting, among other claims, that we are delayed in achieving COD under the post-COD SPA. The remedies sought by such long-term customers are (a) orders requiring us to immediately notify the relevant long-term customer of the occurrence of COD of the Calcasieu Project or otherwise deliver LNG cargos to the relevant long-term customer at the contract price set forth in the applicable post-COD SPA; and (b) contract damages of approximately $1.5 billion and $1.7 billion (each of which is potentially subject to increase with the passage of time until COD occurs), respectively, rather than the termination of the relevant post-COD SPAs. The hearings for such two arbitration proceedings occurred in October 2024 and November 2024, respectively.

In August 2023, two additional long-term customers of the Calcasieu Project submitted separate requests for arbitration to the International Chamber of Commerce, International Court of Arbitration in accordance with the dispute resolution procedures of the relevant post-COD SPAs with such customers, asserting, among other claims, that we are delayed in achieving COD under the relevant post-COD SPA. The hearings for such two arbitration proceedings have been scheduled for June 2025 and July 2025, respectively. In December 2023, one additional long-term customer of the Calcasieu Project submitted a request for arbitration to the International Chamber of Commerce, International Court of Arbitration in accordance with the dispute resolution procedures of the post-COD SPA between us and that customer, asserting among other claims that we are delayed in achieving COD under the relevant post-COD SPA. The remedies sought by each of the second group of three long-term customers are (a) orders requiring us to immediately notify the relevant long-term customer of the occurrence of COD of the Calcasieu Project or otherwise deliver LNG cargos to the relevant long-term customer at the contract price set forth in the applicable post-COD SPA; and (b) contract damages in an amount to be determined in excess of $250 million (in the case of one such customer) or $400 million (in the case of two such customers), rather than the termination of the relevant post-COD SPAs.

Further, in March 2024, a short-term customer of the Calcasieu Project submitted a request for arbitration to the International Chamber of Commerce, International Court of Arbitration in accordance with the dispute resolution procedures of the post-COD SPA between us and that customer. Such customer has raised substantially the same assertions as the arbitration proceedings described above and is seeking contract damages of $200 million (which is potentially subject to increase with the passage of time until COD occurs), as well as an additional claim relating to an undelivered commissioning cargo. Additionally, all such customers who have asserted that we are delayed in achieving COD have also disputed that the delay to COD constitutes a *force majeure* event in the context of their arbitration proceedings. We disagree with the assertions in each of these requests for arbitration, and are defending ourselves in the arbitration proceedings in accordance with each underlying post-COD SPA. We also note that, while we believe that the foregoing assertions in each request for arbitration are unsubstantiated, we further believe that any award of contract damages would be subject to the relevant seller aggregate liability cap under the relevant post-COD SPA. However, there can be no assurance that we will be successful in defending such claims or establishing that any such claim is subject to the liability cap under the relevant post-COD SPA.

In addition, although none of the post-COD SPA customers who have commenced the arbitration proceedings described above has sought termination of the underlying post-COD SPA as a remedy in the relevant arbitration, two of those long-term post-COD SPA customers have notified the collateral agent for the Calcasieu

79

Table of Contents

Project's project financing that a potential termination event under their long-term post-COD SPA has occurred or may occur, and that remedies could include termination of, or suspension under, the relevant long-term post-COD SPA.

If we are unsuccessful in defending ourselves against any of the claims mentioned above, the amounts we could be required to pay could be substantial, which could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, liquidity and prospects. Further, a termination of, or suspension under, any of the relevant long-term post-COD SPAs that are subject to these claims could, subject to our ability to replace such long-term post-COD SPAs, lead to an acceleration of our outstanding debt under the Calcasieu Project and foreclosure against all collateral that secures such debt, representing substantially all assets of the Calcasieu Project, which could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, financing requirements, liquidity, prospects and the price of our Class A common stock.

We have also notified all of our customers under the Calcasieu Foundation SPAs of the anticipated delay to COD, indicating that such delay is due to a *force majeure* event. As a result of such designation, the deadline for COD in such post-COD SPAs would be extended and such customers will not be entitled to terminate their respective post-COD SPAs as a result of failure to designate COD until June 2025. All of such customers have questioned (including, as applicable, in the post-COD SPA arbitration proceedings described above) whether the delay constitutes a *force majeure* event and they could assert that, notwithstanding our declaration of *force majeure*, they are entitled to terminate their post-COD SPAs. Discussions with such customers with respect to this *force majeure* event remain ongoing. Such customers may also seek contract damages, and several such customers have already sought contractual damages in connection with the alleged delay in achieving COD for the Calcasieu Project as described above. Any such claims could be substantial, and there can be no assurance that we will be successful in defending any such claims.

If any of our customers were to successfully terminate their post-COD SPAs with us for the Calcasieu Project, we would need to replace those customers and/or amend our existing post-COD SPAs, which could take time and there can be no assurance we would be able to enter into new post-COD SPAs on a timely basis and on comparable or better terms. See "—Risks Relating to Our Business—Our customers or we may terminate our SPAs if certain conditions are not met or for other reasons." See also "—Risks Relating to Our Indebtedness and Financing—Upon the occurrence of an event of default under our existing and future indebtedness, our lenders and the holders of our debt securities could elect to accelerate all or a portion of our debt. A delay in COD of the Calcasieu Project or Phase 1 or 2 of the Plaquemines Project beyond a certain deadline could also result in an event of default under the Calcasieu Pass Credit Facilities or the Plaquemines Credit Facilities, respectively, and/or certain investors exercising step-in rights to control, directly or indirectly, certain of our subsidiaries and the Calcasieu Project."

### Risks Relating to Intellectual Property, Data Privacy and Cybersecurity

***Hostile cyber intrusions, or other issues with our information technology, could severely impair our operations, lead to the disclosure of confidential information, damage our reputation and otherwise have a material adverse effect on our business.***

Our projects and any other natural gas liquefaction and export facilities (including any expansion of existing facilities) we may decide to develop in the future include assets deemed by FERC to constitute critical energy infrastructure, the operation of which is dependent on our information technology, or IT, systems. The IT systems that run our natural gas liquefaction and export facilities are not completely isolated from external networks. A successful cyber-attack on the systems that will control our assets could severely disrupt business operations, preventing us from serving customers or collecting revenues, as well as expose us to other risks. Additionally, a successful cyber-attack against a pipeline which supplies our LNG facilities could affect our ability to obtain physical delivery of sufficient natural gas to operate at full capacity, or at all. For example, the operator of the Colonial Pipeline, an unrelated third-party, was forced to pay $4.4 million in ransom to hackers as

Table of Contents

## SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

We have made statements under the captions "Prospectus Summary," "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations," "Business," "LNG Industry Overview" and in other sections of this prospectus that are forward-looking statements. All statements, other than statements of historical facts, included herein are "forward-looking statements." In some cases, forward-looking statements can be identified by terminology such as "may," "might," "will," "could," "should," "expect," "plan," "project," "intend," "anticipate," "believe," "estimate," "predict," "potential," "pursue," "target," "continue," the negative of such terms or other comparable terminology.

These forward-looking statements, which are subject to risks, uncertainties and assumptions about us, may include projections of our future financial performance, expectations regarding the development, construction, commissioning and completion of our projects, estimates of the cost of our projects and schedule to construct and commission our projects, our anticipated growth strategies and anticipated trends impacting our business. These statements are only predictions based on our current expectations and projections about future events. There are important factors that could cause our actual results, level of activity, performance or achievements to differ materially from the results, level of activity, performance or achievements expressed or implied by the forward-looking statements, including those factors discussed under the caption entitled "Risk Factors." Those factors include the following:

- our potential inability to maintain profitability, maintain positive operating cash flow and ensure adequate liquidity in the future;

- our limited track record and historical financial information, and the lack of assurance that our business will continue to be successful;

- our need for significant additional capital to construct and complete some future projects, and our potential inability to secure such financing on acceptable terms, or at all;

- our potential inability to construct or operate all of our proposed LNG facilities or pipelines or any additional LNG facilities or pipelines beyond those currently planned, which could limit our growth prospects;

- significant operational risks related to our natural gas liquefaction and export projects, including the Calcasieu Project, the Plaquemines Project, the CP2 Project, the CP3 Project, the Delta Project, any future projects we develop, our LNG tankers, and our regasification terminal usage rights;

- our potential inability to accurately estimate costs for our projects, and potential changes to our estimates due to various factors;

- potential delays in the construction of our projects beyond the estimated development periods;

- our potential inability to enter into the necessary contracts to construct the CP2 Project, the CP3 Project or the Delta Project on a timely basis or on terms that are acceptable to us;

- the potential that counterparties in certain of our contractual arrangements relating to the development and construction of our projects may exercise their existing termination rights;

- the potential inability of our contractors to perform their obligations under our multiple procurement and construction contracts;

- our potential inability to enter into post-COD SPAs with customers for, or to otherwise sell, an adequate portion of the total expected nameplate capacity at the CP2 Project, the CP3 Project, the Delta Project or any future projects we develop;

- our dependence on our EPC and other contractors for the successful completion of our projects and delivery of our LNG tankers;

96

- our dependence on third party vendors and service providers for the provision of certain services and equipment to our projects and their potential inability to perform according to the terms of the applicable agreements;

- various economic and political factors, including opposition by environmental or other public interest groups, which could negatively affect the timing or overall development, construction and operation of our projects;

- the effects of FERC regulation on our interstate natural gas pipelines and their FERC gas tariffs;

- our potential inability to secure the right or the potential risk of losing the right to situate the pipelines required for any of our projects on property owned by third parties, or our potential inability to timely complete the construction of those pipelines;

- the potential lack of local government and community support required for the construction of our projects;

- the potential that our real property rights in the sites for our projects or any other natural gas liquefaction and export facilities that we may decide to develop in the future may be adversely affected by the rights of others that are superior to those of the grantors of our real property rights;

- the risk that the natural gas liquefaction system and mid-scale design we utilize at our projects will not achieve the level of performance or other benefits that we anticipate;

- potential additional risks arising from the duration of and the phased commissioning start-up of our projects;

- our potential inability to retain and attract executive officers and other skilled professional and technical employees;

- our dependence on the strategic direction of our founders;

- risks that we or our contractors, including our EPC contractors, may experience increased labor costs, and the unavailability of skilled workers or our potential failure to attract and retain qualified personnel;

- the potential risk that our customers or we may terminate our SPAs if certain conditions are not met or for other reasons;

- our potential inability to generate cash under our post-COD SPAs due to our dependence upon the performance by a limited number of our customers;

- the significant uncertainty in our ability to generate proceeds and the amount of proceeds that will regularly be received from sales of commissioning cargos and excess cargos due to volatility and variability in the LNG markets;

- potential decreases in the price of natural gas and its related impact on our ability to pay the cost of gas transportation, the payment of a premium by us for feed gas relative to the contractual price we charge our customers, or other impacts to the price of natural gas resulting from inflationary pressures;

- our potential inability to sell uncontracted or excess liquefaction capacity or produce LNG in excess of the nameplate capacity of our facilities;

- our reliance on third-party engineers to estimate the future capacity ratings and performance capabilities of our projects, which may prove to be inaccurate;

- our potential inability to purchase or receive physical delivery of sufficient natural gas to satisfy our delivery obligations under our SPAs;

- the potential negative impacts of seasonal fluctuations on our business;

- our limited diversification;

97

Table of Contents

- our potential inability to obtain, maintain or comply with necessary permits or approvals from governmental and regulatory agencies on which the construction of our projects depends, including as a result of opposition by environmental and other public interest groups;

- the risk that the construction and operations of natural gas pipelines and pipeline connections for our projects suffer cost overruns and delays related to obtaining regulatory approvals, development risks, operational hazards and other risks;

- the risk of a reduction of volumes of natural gas transported to our facilities due to any third-party pipelines and other facilities interconnected to our pipelines and facilities becoming unavailable to transport natural gas or suffering any reductions in the capacity of, or the allocations to, interconnecting third-party pipelines;

- the potential of increased costs and liabilities due to pipeline safety integrity programs and repairs;

- our current and potential involvement in disputes and legal proceedings, including the arbitrations and other proceedings currently pending against us and the possibility of a negative outcome in any such dispute or proceeding and the potential impact thereof on our results of operations, liquidity and our existing contracts;

- the risks related to the development and/or contracting for additional gas transportation capacity to support the operation and expansion capacity of our LNG projects;

- the risks related to the chartering, acquisition and/or building of LNG tankers, including the risk of delays in delivery, increases in charter, price or building costs, and ability to raise any capital necessary to finance the chartering, acquisition and/or building of any LNG tankers;

- the risks related to the management and operation of our LNG tanker fleet and our future regasification terminal usage rights;

- the potential that various tax incentive programs the State of Louisiana offers that we plan to utilize may not be available or be available in diminished form;

- the uncertainty regarding the future of international trade agreements and the United States' position on international trade;

- severe weather events, hurricanes or other disasters which could potentially cause interruptions of our operations, a delay in the completion of our projects, higher construction costs and the deferral of the dates on which we would become entitled to receive payments under any SPAs;

- our potential inability to insure against all potential risks and the risk that we may become subject to higher than expected insurance premiums, as well as risks associated with our captive insurance company;

- the possibility of hostile cyber intrusions;

- our ability to construct LNG facilities that produce LNG at volumes in excess of their nameplate capacity, and our ability to market and sell any such volumes produced by our LNG facilities in excess of their nameplate capacity;

- competition in the LNG industry and the potential that many of our competitors may have greater financial, engineering, marketing and other resources than we have;

- competition based upon the international market price for LNG;

- the potential that LNG exported from the United States fails to remain a competitive source of energy for international markets;

- the potential risk of developments related to the ongoing war between Russia and Ukraine and the ongoing conflicts in the Middle East;

98

Table of Contents

- cyclical or other changes in the demand for and price of LNG and natural gas;

- potential shortages of LNG tankers worldwide;

- the potential that technological innovation may render our anticipated competitive advantage or our processes obsolete;

- the potential effects of existing and future environmental and similar laws and governmental regulations on compliance costs, operating and/or construction costs and restrictions;

- the potential lack of an active, liquid trading market for our Class A common stock, and the possibility of significant fluctuations in the price of our Class A common stock;

- our indebtedness levels, and the fact that we may be able to incur substantially more indebtedness, which may increase the risks created by our substantial indebtedness;

- risks of downgrade, suspension or withdrawal of the rating assigned by a rating agency to us could impact our cost of capital;

- concentration of control over our management, affairs and over matters requiring stockholder approval with VG Partners as a result of the dual class structure of our common stock and VG Partners' ownership of our Class B common stock;

- potential conflicts of interest with VG Partners or any of its officers, directors, agents, shareholders, members, partners, affiliates or subsidiaries (other than us); and

- risks related to other factors discussed under "Risk Factors" of this prospectus.

You should specifically consider the numerous risks outlined under "Risk Factors." Moreover, new risks emerge from time to time as we operate in a very competitive and rapidly changing business environment. It is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. Given these uncertainties, you should not place undue reliance on these forward-looking statements.

All such factors are difficult to predict, contain uncertainties that may materially affect actual results and may be beyond our control. New factors emerge from time to time, and it is not possible for management to predict all such factors or to assess the impact of each such factor on us.

Any forward-looking statement speaks only as of the date on which such statement is made, and we do not undertake any obligation to update any forward-looking statement to reflect events or circumstances after the date on which such statement is made except as required by the federal securities laws. If one or more of these or other risks or uncertainties materialize, or if our underlying assumptions prove to be incorrect, our actual results may vary materially from what we may have expressed or implied by these forward-looking statements. We caution that you should not place undue reliance on any of our forward-looking statements. You should specifically consider the factors identified in this prospectus that could cause actual results to differ before making an investment decision to purchase our Class A common stock. Furthermore, new risks and uncertainties arise from time to time, and it is impossible for us to predict those events or how they may affect us.

Table of Contents

| | As of September 30, 2024 | | |
|---|---|---|---|
| | Actual | Pro Forma (in millions) | Pro Forma As Adjusted |
| Cash and cash equivalents | $ 4,562 | $ 4,562 | $ 6,232 |
| Restricted cash, current and noncurrent | 1,073 | 1,073 | 1,073 |
| **Total** | $ 5,635 | $ 5,635 | $ 7,305 |
| | | | |
| Debt: | | | |
| Project level debt[(1)(2)] | $16,230 | $ 16,230 | $ 16,230 |
| VGLNG debt[(1)(3)] | 11,000 | 11,000 | 11,000 |
| **Total debt** | 27,230 | 27,230 | 27,230 |
| Redeemable stock of subsidiary[(4)] | 1,492 | 1,492 | 1,492 |
| Equity[(5)]: | | | |
| Preferred stock, $0.01 par value per share, 1.0 million shares authorized actual, 200.0 million pro forma and pro forma as adjusted, no shares outstanding actual, pro forma and pro forma as adjusted | — | — | — |
| Class A common stock, $0.01 par value per share, 1.0 million shares authorized actual, 4.4 billion authorized pro forma and 4.4 billion authorized pro forma as adjusted, 519,772 shares outstanding actual[(6)], 380,937,394 shares outstanding pro forma and 450,937,394 shares outstanding pro forma as adjusted | — | 4 | 5 |
| Class B common stock, $0.01 par value per share, 1.0 million shares authorized actual, 3.0 billion shares authorized pro forma and 3.0 billion shares authorized pro forma as adjusted, no shares outstanding actual, 1,968,604,458 shares outstanding pro forma and 1,968,604,458 shares outstanding pro forma as adjusted | — | 20 | 20 |
| Additional paid-in capital | 531 | 508 | 2,176 |
| Retained earnings | 1,673 | 1,673 | 1,673 |
| Accumulated other comprehensive loss | (252) | (252) | (252) |
| **Total Venture Global, Inc. stockholders' equity** | 1,952 | 1,952 | 3,622 |
| Non-controlling interests[(7)] | 3,475 | 3,475 | 3,475 |
| **Total capitalization** | $34,149 | $ 34,149 | $ 35,819 |

(1)    Balances of the VGLNG Senior Secured Notes, the Calcasieu Pass Credit Facilities, the VGCP Senior Secured Notes and the Plaquemines Credit Facilities reflect the full outstanding principal amount of those obligations without reduction for unamortized premiums, discounts and debt issuance costs.

(2)    As of September 30, 2024 we had no available additional borrowing capacity under the senior secured term loan facility of the Calcasieu Pass Credit Facilities and approximately $254 million of letters of credit issued and outstanding thereunder, and we had approximately $301 million of unutilized borrowing capacity under the working capital facility of the Calcasieu Pass Credit Facilities. As of September 30, we had approximately $2.6 billion of undrawn term loan commitments under the Plaquemines Credit Facilities and approximately $1.2 million of letters of credit issued and outstanding thereunder and approximately $919 million undrawn working capital commitments thereunder.

(3)    Consists of the VGLNG Senior Secured Notes.

(4)    Represents third-party interests in the net assets of the Company's subsidiary, Calcasieu Pass Funding, LLC, resulting from the issuance of redeemable stock, whereby a fund associated with Stonepeak Infrastructure Partners has the right to redeem its interests for cash upon the occurrence of certain events, with a current redemption value as adjusted by the contractually stated distribution amount that is recognized in each reporting period as net income attributable to redeemable stock of subsidiary on the consolidated statements of operations of approximately $1.5 billion as of September 30, 2024. See "Description of Material Financing— Project Equity Financing—Calcasieu Pass Funding, LLC Preferred Units."

(5)    The actual number of shares of Class A common stock does not give effect to the Stock Split to be effectuated after the effectiveness of the registration statement of which this prospectus forms a part and before the completion of this offering.

(6)    The actual outstanding number of shares of Class A common stock does not give effect to the Stock Split.

103

Table of Contents

(7)    Represents third-party interests in the Company's subsidiary, Calcasieu Pass Holdings, LLC, resulting from the issuance of preferred units to a fund associated with Stonepeak Infrastructure Partners. Such units will be, upon the occurrence of certain conditions, redeemed for an agreed price or converted into common units of Calcasieu Pass Holdings, LLC. See "Description of Material Financing—Project Equity Financing—Calcasieu Pass Holdings, LLC Preferred Units." Additionally, this includes approximately $3.0 billion in third party interests in VGLNG, resulting from the issuance of three million of VGLNG Series A Preferred Shares. See "Description of Material Financing—VGLNG Equity Financing—VGLNG Series A Preferred Shares."

104

Table of Contents

**MANAGEMENT'S DISCUSSION AND ANALYSIS
OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our financial condition and results of operations should be read together with our consolidated financial statements, our interim condensed consolidated financial statements and the other financial information appearing elsewhere in this prospectus. This discussion contains forward-looking statements that involve risks and uncertainties. Our actual results could differ materially from those anticipated in the forward-looking statements as a result of various factors, including those discussed below and those discussed in the sections entitled "Risk Factors" and "Forward-Looking Statements" included elsewhere in this prospectus.

## Overview

Venture Global has fundamentally reshaped the development and construction of liquefied natural gas production, establishing us as a rapidly growing company delivering critical LNG to the world. Our innovative and disruptive approach, which is both scalable and repeatable, allows us to bring LNG to a global market years faster and at a lower cost. We believe supplying this clean, affordable fuel promotes global energy security and is essential to meeting growing global demand.

Natural gas is one of the most important resources worldwide and is required to generate reliable electricity that underpins economic development and drives industry. Once natural gas is supercooled to -260°F, it converts to liquid form and reduces to 1/600th of its original volume, enabling large quantities of natural gas to be loaded and shipped by LNG tankers. The resulting LNG can be transported to international markets that lack domestic supply, displacing more carbon intensive sources of energy such as coal, diesel, and heavy fuel oil, and serving as an integral part of a cleaner energy future. We believe our business model has demonstrated that in a competitive commodity market, lower cost and overall faster delivery wins market share. Our approach capitalizes on both of these advantages, supporting significant additional growth opportunities.

We are commissioning, constructing, and developing five natural gas liquefaction and export projects near the Gulf of Mexico in Louisiana, utilizing our unique "design one, build many" approach. Each project is designed or is being developed to include an LNG facility and associated pipeline systems that interconnect with several interstate and intrastate pipelines to enable the delivery of natural gas into the LNG facility. Our five current projects are being designed to deliver a total expected peak production capacity of 143.8 mtpa, which consists of an aggregate of 104.4 mtpa expected nameplate capacity and an aggregate of 39.4 mtpa of expected excess capacity. These amounts do not account for any potential bolt-on expansion liquefaction capacity.

## Fundamentals of Our Business

### *Revenue from LNG sales*

We aim to generate revenue primarily from the sale of LNG produced at our facilities, both during the commissioning of each of our projects and after our projects achieve COD.

Our primary source of revenue has been the sale of commissioning cargos at the Calcasieu Project, and we expect that to continue until at least one of our projects becomes fully operational. Although the construction of the Calcasieu Project is substantially complete, the project is currently undergoing a multi-faceted commissioning program to complete the facility's components, bring them to design specification and establish reliable and safe facility-wide operating conditions in preparation for the commencement of lender-required performance reliability testing. Significant work related to commissioning, carryover completions, rectification, including remedying unexpected challenges with equipment reliability identified during the first-time implementation of our innovative design and configuration, and reliability testing, is ongoing and we believe will need to be completed before certain components operate as intended and the facility can be fully commercially

108

Table of Contents

operable, and COD can occur. As of September 30, 2024, we had received approximately $19.6 billion in gross proceeds (approximately $14.2 billion in net proceeds after deducting net cash paid for natural gas, which primarily includes the net cost of purchasing and transporting feed gas) from such commissioning cargos at the Calcasieu Project. Commissioning cargos are sold to various customers under master SPAs, either as single cargos or as multiple cargos to be loaded over a period of time, and are based on spot and/or forward prices at the time of execution. As a result, the amount of revenue we are able to generate from such sales of commissioning cargos has differed, and will likely continue to differ, from period to period and from project to project, and such differences could be material.

The majority of the nameplate capacity at the Calcasieu Project, Plaquemines Project and Phase 1 of the CP2 Project after they achieve their COD will be sold under long-term 20-year post-COD SPAs, at which point our revenue will primarily depend on the contract prices for the sale of LNG under such post-COD SPAs and the price at which we sell any excess capacity that we produce at our facilities in excess of the relevant nameplate capacity. As of September 30, 2024, we have entered into post-COD SPAs with respect to 39.25 mtpa of the aggregate expected nameplate capacity for our first three projects of 50 mtpa. The post-COD SPAs cover the entire nameplate capacity of the Calcasieu Project, equivalent to 10.0 mtpa, and the entire nameplate capacity of the Plaquemines Project, equivalent to 20.0 mtpa, with the remaining 9.25 mtpa covering approximately 64% of the nameplate capacity of the CP2 Project's Phase 1, equivalent to 14.4 mtpa. Of the 39.25 mtpa of the aggregate contracted expected nameplate capacity, 37.45 mtpa is contracted under 20-year fixed price post-COD SPAs and 1.8 mtpa is contracted on a short- or medium-term basis. We aim to market and sell the expected nameplate capacity at our subsequent projects (including the CP2 Project, CP3 Project and Delta Project) under a combination of long-term 20-year post-COD SPAs as well as short- and medium-term post-COD SPAs to optimize the average fixed facility charge across our SPAs.

After achieving COD for each of our projects, we intend to market and sell any quantities of LNG that are not contractually committed, including any LNG produced above the relevant project's nameplate capacity, or excess capacity. Such quantities of LNG are expected to be marketed and sold through VG Commodities, a wholly-owned subsidiary, pursuant to certain intercompany SPAs, providing an opportunity to generate additional revenue on an ongoing basis.

### Project costs

We have incurred significant project costs, and we expect to continue to incur significant additional costs, in connection with the development, construction and commissioning of our projects prior to the commencement of commercial operations. Project costs include the engineering, procurement and construction costs, as well as owners' costs and financing costs related to our projects. For details on the risks relating to the cost estimates presented herein, see "Risk Factors—Risks Relating to Our Projects and Other Assets—Our estimated costs for our projects have been, and continue to be, subject to change due to various factors." The ultimate project costs that we incur will impact our future depreciation expense and interest expense and, as a result, will impact our future gross and operating margins. Generally, we expect to finance approximately 50% to 75% of the anticipated project costs of each of our projects with project-level debt financing (which may include limited recourse debt), and the remaining 25% to 50% with project-level equity (which may consist of equity contributions by us, equity financing transactions, mezzanine financing and/or other similar financing alternatives). However, the proportion of debt-to-equity funding will depend on various factors, including market conditions and the amount of long-term contracted revenue for the relevant project. We may consider alternative structures to raise capital for those projects and, as a result, there can be no assurance that the financing structure for the CP2 Project, the CP3 Project, the Delta Project or any future project we may develop will be similar to those used for the Calcasieu Project and Plaquemines Project.

- *Calcasieu Project.* We currently estimate that the total project costs for the Calcasieu Project will be approximately $10 billion, including EPC contractor profit and contingency, owners' costs and financing costs, and we expect that the remaining project costs to achieve the project completion date

109

Table of Contents

ended September 30, 2023. This decrease in income before income tax expense was primarily the result of a change from gain on derivatives to loss on derivatives and a decrease in our income from operations, as discussed above.

### *Income Tax Expense (Benefit)*

Income tax benefit was $78 million for the three months ended September 30, 2024, a $281 million, or 138%, decrease from income tax expense of $203 million during the three months ended September 30, 2023, driven by a decrease in taxable income. Our effective tax rate was 21.0% for the three months ended September 30, 2024, as compared to 20.6% during the same period in 2023.

### *Net Income (Loss)*

Net loss was $294 million for the three months ended September 30, 2024, a $1.1 billion, or 138%, decrease from net income of $781 million during the three months ended September 30, 2023. This decrease was primarily the result of a change from gain on derivatives to loss on derivatives and a decrease in our income from operations, partially offset by a change from income tax expense to income tax benefit, as discussed above.

### *Nine Months Ended September 30, 2024 compared to Nine Months Ended September 30, 2023*

The following table shows summary of our results of operations for the periods indicated.

| | Nine months ended September 30, | | Change | |
| --- | --- | --- | --- | --- |
| | 2024 | 2023 | ($) | (%) |
| | | ($ in millions) | | |
| **Revenue** | $3,448 | $6,265 | $(2,817) | (45)% |
| **Operating Expense:** | | | | |
| Cost of sales (exclusive of depreciation and amortization shown separately below) | 937 | 1,195 | (258) | (22)% |
| Operating and maintenance expense | 378 | 279 | 99 | 35% |
| General and administrative expense | 224 | 165 | 59 | 36% |
| Development expense | 511 | 324 | 187 | 58% |
| Depreciation and amortization | 229 | 208 | 21 | 10% |
| Insurance recoveries, net | — | (19) | 19 | (100)% |
| Total operating expense | 2,279 | 2,152 | 127 | 6% |
| **Income from Operations** | **1,169** | **4,113** | **(2,944)** | **(72)%** |
| **Other Income (Expense)** | | | | |
| Interest income | 187 | 103 | 84 | 82% |
| Interest expense, net | (467) | (448) | (19) | 4% |
| Gain on derivatives | 70 | 830 | (760) | (92)% |
| Loss on financing transactions | (14) | (113) | 99 | (88)% |
| Total other income (expense) | (224) | 372 | (596) | (160)% |
| **Income before Income Tax Expense** | **945** | **4,485** | **(3,540)** | **(79)%** |
| Income tax expense | 189 | 868 | (679) | (78)% |
| **Net Income** | $ 756 | $3,617 | $(2,861) | (79)% |

120

Table of Contents

### Revenue

Revenue was $3.4 billion for the nine months ended September 30, 2024, a $2.8 billion, or 45%, decrease from $6.3 billion during the nine months ended September 30, 2023. This decrease was primarily due to lower LNG sales prices for the sale of commissioning cargos of $3.2 billion, partially offset by higher LNG sales volumes of $406 million.

### Operating Expense

Operating expense was $2.3 billion for the nine months ended September 30, 2024, a $127 million, or 6%, increase from $2.2 billion during the nine months ended September 30, 2023. This increase was primarily the result of an increase in development expense, operating and maintenance expense and general and administrative expense. These increases were partially offset by a decrease in cost of sales, as discussed below.

### Cost of Sales

Cost of sales was $937 million for the nine months ended September 30, 2024, a $258 million, or 22%, decrease from $1.2 billion during the nine months ended September 30, 2023. This decrease was primarily due to the combined impact of a decrease in the net cost of natural gas and improved plant efficiency of $293 million, partially offset by an increase in LNG sales volumes of $36 million.

### Operating and Maintenance Expense

Operating and maintenance expense was $378 million for the nine months ended September 30, 2024, a $99 million, or 35%, increase from $279 million during the nine months ended September 30, 2023. This increase was primarily due to higher operating costs at the Calcasieu Project to support ongoing commissioning and remediation work and higher legal costs, an increase in costs related to the operation and management of our LNG tankers, and higher operating costs in support of the Plaquemines Project mainly resulting from an increase in ARO accretion and non-capitalizable personnel costs.

### General and Administrative Expense

General and administrative expense was $224 million for the nine months ended September 30, 2024, a $59 million, or 36%, increase from $165 million during the nine months ended September 30, 2023. This increase was primarily due to higher personnel costs due to an increase in employee headcount, increased sponsorship activities, and our entry into the Venture Global Management Services Agreement (as defined in "Certain Relationships and Related Party Transactions—Management Services Agreements—Venture Global Management Services Agreement") with VG Partners at the end of the third quarter of 2023.

### Development Expense

Development expense was $511 million for the nine months ended September 30, 2024, a $187 million, or 58%, increase from $324 million during the nine months ended September 30, 2023. This increase was primarily due to higher development costs for engineering, environmental services and lease costs related to the CP2 Project and other development projects, partially offset by a decrease in legal costs related to contractor disputes at the Calcasieu Project.

### Depreciation and Amortization Expense

Depreciation and amortization expense was $229 million for the nine months ended September 30, 2024, a $21 million, or 10%, increase from $208 million during the nine months ended September 30, 2023. This increase was primarily due to adjustments to the cost basis of certain assets during the nine months ended September 30, 2024.

121

Table of Contents

*Insurance Recoveries, Net*

Insurance recoveries, net were $19 million for the nine months ended September 30, 2023, due to the recognition of the Company's portion of insurance claims received in connection with Hurricane Laura. There was no similar activity during the nine months ended September 30, 2024.

***Income from Operations***

Income from operations was $1.2 billion for the nine months ended September 30, 2024, a $2.9 billion, or 72%, decrease from $4.1 billion during the nine months ended September 30, 2023. This decrease was primarily the result of lower revenue, partially offset by lower cost of sales, from the sale of LNG produced by the Calcasieu Project, as discussed above. In addition, there were increases in development expense, operating and maintenance expense, and general and administrative expense, as discussed above.

***Other Income (Expense)***

Other expense was $224 million for the nine months ended September 30, 2024, a $596 million, or 160%, decrease from other income of $372 million during the nine months ended September 30, 2023. This decrease from other income was primarily the result of a decrease in gain on derivatives. This decrease in other income (expense) was partially offset by a decrease in loss on financing transactions and an increase in interest income, as discussed below.

*Interest Income*

Interest income was $187 million during the nine months ended September 30, 2024, an $84 million, or 82%, increase from $103 million during the nine months ended September 30, 2023. This increase was primarily due to higher average cash balances and interest rates at Corporate during the nine months ended September 30, 2024, compared to the same period in 2023.

*Interest Expense, Net*

Interest expense, net was $467 million during the nine months ended September 30, 2024, a $19 million, or 4%, increase from $448 million during the nine months ended September 30, 2023. This increase was primarily due to higher non-capitalizable interest costs at Corporate, partially offset by lower commitment fees primarily at the Plaquemines Project.

*Gain on Derivatives*

Gain on derivatives was $70 million for the nine months ended September 30, 2024, a $760 million, or 92%, decrease from $830 million during the nine months ended September 30, 2023. This decrease was primarily due to a decrease in the gain on the Plaquemines Project interest rate swaps of $744 million and a decrease in the gain on the Calcasieu Pass Project interest rate swaps of $14 million as a result of smaller increases in the interest rates during the nine months ended September 30, 2024, as compared to the same period in 2023.

*Loss on Financing Transactions*

Loss on financing transactions was $14 million for the nine months ended September 30, 2024, a $99 million, or 88%, decrease from $113 million during the nine months ended September 30, 2023. This decrease was primarily due to the write-off of debt issuance costs associated with the full prepayment of the Plaquemines Equity Bridge Facility during the nine months ended September 30, 2024, as compared to the write-off of debt issuance costs associated with the prepayment of our three year $500 million senior secured term loan facility due August 2025, or the VGLNG Corporate 2025 Term Loan, and the partial prepayments of the Plaquemines Equity Bridge Facility and our senior secured credit facilities for the Calcasieu Project, or the Calcasieu Pass Credit Facilities, during the nine months ended September 30, 2023.

Table of Contents

### Income before Income Tax Expense

Income before income tax expense was $945 million for the nine months ended September 30, 2024, a $3.5 billion, or 79%, decrease from $4.5 billion during the nine months ended September 30, 2023. This decrease was primarily the result of the decrease in our income from operations and a decrease in our gain on derivatives, as discussed above.

### Income Tax Expense

Income tax expense was $189 million for the nine months ended September 30, 2024, a $679 million, or 78%, decrease from $868 million during the nine months ended September 30, 2023 driven by a decrease in taxable income. Our effective tax rate was 20.0% for the nine months ended September 30, 2024, as compared to 19.4% during the same period in 2023. The 2024 effective tax rate was lower than the statutory income tax rate due to a combination of factors including guaranteed payments to non-controlling interests and non-deductible expenses.

### Net Income

Net income was $756 million for the nine months ended September 30, 2024, a $2.9 billion, or 79%, decrease from $3.6 billion during the nine months ended September 30, 2023. This decrease was primarily the result of a decrease in income from operations due to lower revenue earned from the sale of LNG produced by the Calcasieu Project, partially offset by lower cost of sales, and a decrease in gain on derivatives, partially offset by a decrease in income tax expense, as discussed above.

### Year Ended December 31, 2023 Compared to Year Ended December 31, 2022

The following table shows a summary of our results of operations for the periods indicated.

| | Years ended December 31, | | Change | |
| | 2023 | 2022 | ($) | (%) |
| | | ($ in millions) | | |
|---|---|---|---|---|
| **Revenue** | $ 7,897 | $ 6,448 | $ 1,449 | 22% |
| **Operating Expense** | | | | |
| Cost of sales (exclusive of depreciation and amortization shown separately below) | 1,684 | 2,093 | (409) | (20)% |
| Operating and maintenance expense | 391 | 140 | 251 | 179% |
| General and administrative expense | 224 | 191 | 33 | 17% |
| Development expense | 490 | 311 | 179 | 58% |
| Depreciation and amortization | 277 | 158 | 119 | 75% |
| Insurance recoveries, net | (19) | — | (19) | NM |
| Total operating expense | 3,047 | 2,893 | 154 | 5% |
| **Income from Operations** | **4,850** | **3,555** | **1,295** | **36%** |
| **Other Income (Expense)** | | | | |
| Interest income | 172 | 18 | 154 | NM |
| Interest expense, net | (641) | (592) | (49) | 8% |
| Gain on derivatives, net | 174 | 1,212 | (1,038) | (86)% |
| Gain (loss) on embedded derivative | — | (14) | 14 | NM |
| Loss on financing transactions | (123) | (635) | 512 | (81)% |
| Total other expense | (418) | (11) | (407) | NM |
| **Income before Income Tax Expense** | **4,432** | **3,544** | **888** | **25%** |
| Income tax expense | 816 | 447 | 369 | 83% |
| **Net Income** | $ **3,616** | $ **3,097** | $ **519** | **17%** |

NM Percentage not meaningful.

123

Table of Contents

financing facilities were upsized in March 2023 to fund the development and construction of Phase 2 of the Plaquemines Project. In the aggregate, the upsized project financing facilities, or the Plaquemines Credit Facilities, are comprised of an approximately $12.9 billion term loan facility and a $2.1 billion working capital revolving facility. In connection with the upsize, PL Holdings entered into the Plaquemines Equity Bridge Facility, a new approximately $1.7 billion secured credit facility equity bridge credit facility to fund a portion of project costs for the Plaquemines Project. The remaining proceeds from the project financing and the outstanding PL Holdings financing will be used to fund the costs of financing, developing, constructing, and commissioning the Plaquemines Project. In July 2024, we prepaid the remaining outstanding amount of the Plaquemines Equity Bridge Facility in full using proceeds from the VGLNG 2030 Notes.

For further information on the foregoing financings, see "Description of Material Financing."

**Cash Flows**

*Nine Months Ended September 30, 2024 Compared to Nine Months Ended September 30, 2023*

The following table shows a summary of our cash flows for the periods indicated:

| | Nine months ended September 30, | | Change | |
| --- | --- | --- | --- | --- |
| | 2024 | 2023 | ($) | (%) |
| | | ($ in millions) | | |
| Net cash from operating activities | $  1,476 | $ 3,957 | $(2,481) | (63)% |
| Net cash used by investing activities | (10,436) | (5,044) | (5,392) | 107% |
| Net cash from financing activities | 8,723 | 1,793 | 6,930 | NM |

NM Percentage not meaningful.

*Operating activities*

Net cash from operating activities during the nine months ended September 30, 2024 was $1.5 billion, a $2.5 billion, or 63%, decrease from $4.0 billion during the nine months ended September 30, 2023. The net decrease in cash inflows was primarily due to:

- a decrease of $2.6 billion of cash received for the sale of LNG at the Calcasieu Pass Project; and

- an increase of $375 million of cash paid for operating expenses.

These decreases in net cash inflows from operating activities were partially offset by:

- a decrease of $370 million of cash paid for costs of sales, largely for the purchase of natural gas at the Calcasieu Pass Project;

- a decrease of $99 million of cash paid for income taxes; and

- an increase of $95 million of cash received from interest income.

*Investing activities*

Net cash used by investing activities during the nine months ended September 30, 2024 was $10.4 billion, a $5.4 billion, or 107%, increase from $5.0 billion during the nine months ended September 30, 2023. The net increase in cash outflows was primarily due to an increase in cash used for purchases of property, plant and equipment of $5.5 billion primarily related to an increase in cash paid for construction of $3.1 billion at the Plaquemines Project and cash paid for capitalizable equipment and materials of $1.5 billion at the CP2 LNG Project.

144

Table of Contents

*Financing activities*

Net cash from financing activities during the nine months ended September 30, 2024 was $8.7 billion, a $6.9 billion increase from $1.8 billion during the nine months ended September 30, 2023. The net increase in cash inflows was primarily due to:

- a decrease in principal payments on debt of $4.2 billion due to $859 million of payments during the nine months ended September 30, 2024 comprised of:

  - the prepayments of $727 million of the PL Holdings Credit Facility; and

  - the repayments of $132 million of the Calcasieu Pass Credit Facilities.

This compares to $5.1 billion of principal payments on debt during the nine months ended September 30, 2023, comprised of:

  - the prepayment of $3.3 billion of the VGLNG Corporate 2025 Term Loan;

  - the prepayments of $1.1 billion of the Calcasieu Pass Credit Facilities; and

  - the prepayments of $700 million of the PL Holdings Credit Facility;

- an increase in proceeds from project credit facilities of $3.6 billion due to proceeds from the Plaquemines Credit Facility of $5.4 billion during the nine months ended September 30, 2024 as compared to proceeds of $1.9 billion during the same period in 2023;

- proceeds from issuance of VGLNG Series A Preferred Shares of $3.0 billion during the nine months ended September 30, 2024, with no similar activity during the same period in 2023;

- the repurchase of non-controlling interests (VGLNG common stock) of $1.6 billion during the nine months ended September 30, 2023, with no similar activity during the same period in 2024; and

- a decrease in payments of financing and debt issuance costs of $363 million due to $95 million of payments during the nine months ended September 30, 2024, as compared to payments of $458 million during the same period in 2023.

These net increases to cash inflows were partially offset by a decrease in proceeds from the issuance of debt of $5.7 billion due to $1.6 billion of proceeds during the nine months ended September 30, 2024 comprised of:

- $1.5 billion from the issuance of the VGLNG 2030 Notes.

- $84 million from the issuance of other fixed rate debt.

This compares to $7.3 billion of proceeds during the nine months ended September 30, 2023 of:

- $4.5 billion from the issuance of the VGLNG 2028 Notes and the VGLNG 2031 Notes;

- $1.7 billion from the issuance of the PL Holdings Credit Facility in connection with FID of Phase 2 of the Plaquemines Project; and

- $1.0 billion from the issuance of the VGCP 2030 Notes.

145

Table of Contents

### Our Project Development and Construction Approach

The traditional approach to developing large-scale LNG facilities involves very large, highly customized, stick-built projects consisting of two to three liquefaction trains that are constructed almost entirely onsite by vast workforces. In addition, many of these large stick-built projects are built in remote locations far from concentrated sources of experienced construction workforces, adding to their execution risks. Using this traditional approach, construction can last well over five years and in some cases has lasted nearly a decade.

In contrast, our project development and construction approach utilizes proven liquefaction system technology and equipment in a unique mid-scale, factory-fabricated configuration that we developed. Instead of two or three large, complex liquefaction trains, the Calcasieu Project and the Plaquemines Project utilize 18 and 36 mid-scale factory-fabricated liquefaction trains, respectively. We expect to use the same approach and technology at the CP2 Project, the CP3 Project and the Delta Project. Our modules are built and assembled off-site at manufacturing and fabrication facilities in Italy and then shipped to our project sites fully-assembled and packaged for installation, allowing onsite work to progress in parallel. We believe our innovative configuration, long-term equipment contracting strategy and hands-on project management approach significantly reduces construction and installation costs, as well as construction time and schedule risk, thereby allowing us to be more cost-competitive in the LNG market while also producing substantial amounts of commissioning cargos and related cash proceeds. For example, our initial two projects, the Calcasieu Project and the Plaquemines Project, in each case, began producing LNG approximately two and a half years after its final investment decision, while significant construction work remained ongoing. The chart below illustrates the length of time the Calcasieu Project and the Plaquemines Project took to achieve first production of LNG after achieving FID relative to other projects that also achieved FID substantially contemporaneously.



While traditional LNG projects often rely on bespoke designs and configurations, our approach, leveraging factory-fabricated equipment manufactured with our "design one, build many" method, allows us to apply the lessons we learn at each project to our subsequent projects, with the goal of continuously improving our execution, accelerating construction timelines, reducing costs, and expanding production. We believe we will continue to benefit from this virtuous cycle as we grow.

### Gas Supply and Transportation

We have entered into a portfolio of natural gas supply agreements with domestic natural gas suppliers to furnish feed gas to the Calcasieu Project and the Plaquemines Project for liquefaction and power generation. We have also entered into multiple transport capacity agreements with interstate pipeline companies to provide natural gas transportation to the Calcasieu Project and the Plaquemines Project via short-run lateral pipelines. The CP2 Project has already entered into agreements with third parties for substantial firm transportation capacity and is developing its own pipeline. The CP3 Project and the Delta Project will require their own proposed pipeline routes and we aim to enter into transportation agreements with interstate pipeline companies in connection with the CP2 Project, the CP3 Project and the Delta Project as development progresses.

### LNG Sales – Commissioning

By design, conventional, stick-built projects generally only engage in several months of commissioning production, thereby limiting the number of cargos produced before full commercial operations occur. Due to our

176

Table of Contents

*Regasification*

We are also pursuing opportunities to secure LNG regasification capacity in key import markets. As part of this initiative, we have acquired firm regasification facility capacity at the largest LNG regasification terminal in Europe, Grain LNG, in the United Kingdom, which we expect will allow us to import 42 LNG cargos per year from approximately 2029 until 2045 (apart from a limited period). Additionally, we have secured approximately 1 mtpa of LNG regasification capacity at the new Alexandroupolis LNG receiving terminal in Greece for five years, beginning in 2025. Our capacity will account for approximately 25% of the total terminal capacity at Alexandroupolis, or approximately 12 cargos annually. We believe these contracted capacities will allow us to supply LNG and regasified natural gas directly into the European market to current and additional downstream customers. As in the case of our shipping business, many LNG developers have elected to forego integrating regasification into their broader business. Relatedly, many LNG customers lack direct access to regasification capacity. We believe our regasification access will allow us to offer spot and term customers a differentiated service, ultimately positioning us to win market share.

## Our Strengths

Our business has a number of competitive strengths, including the following:

- ***Industry leading growth in the critical global LNG market***. We believe that we are the fastest growing developer of LNG facilities in the competitive global supply market. Since the second half of 2019, Venture Global and its affiliates have reached final investment decision for three large-scale, greenfield liquefaction facilities (consisting of the Calcasieu Project and Phase 1 and Phase 2 of the Plaquemines Project) being developed in the United States. We believe that, during this same period, no other developer achieved such a milestone for more than a single large-scale infrastructure project in the world. We expect to increase our LNG production capacity further as we continue our work to optimize our existing projects and develop the CP2 Project, the CP3 Project, the Delta Project, bolt-on and other expansion opportunities, and other investments.

- ***Accelerated construction schedule and low-cost LNG model***. We believe that our disruptive and innovative configuration and owner-led engineering, procurement and construction approach reduces our construction and installation costs, construction time and construction schedule risk, thereby reducing overall project costs and enabling us to produce and sell LNG on an accelerated basis to our customers, as a result of the following:

  - *Focus on minimizing the time to first LNG*. At our first project, the Calcasieu Project, we were able to produce and load LNG for sale approximately two and a half years after the final investment decision, while simultaneously commissioning and constructing the facility, which is substantially faster than the industry average of five years. Although our second project is designed to produce twice the amount of LNG as our first project, we achieved first production of LNG and commenced loading LNG for sale on a similar timeframe. We also aim to improve the pace of bringing incremental trains online at each of our projects.

  - *Construction and installation execution*. Manufacturing our mid-scale, factory-fabricated liquefaction trains, power equipment, gas pre-treatment modules and pipe racks off-site at fabrication facilities allows site works to progress in parallel. Our liquefaction trains and pre-treatment modules are tested and delivered ready to install, reducing on-site labor and potential weather risk while shortening construction timelines and improving overall project safety. Fabrication and installation efficiencies are achieved as the various trains, equipment, and modules are installed on-site and commence production incrementally. Using our "design one, build many" approach, lessons learned from construction, installation, and commissioning work at the Calcasieu Project are being carried over to the Plaquemines Project and our subsequent projects. Further, using our owner-led development model, we actively manage the construction activity and the schedule for certain scopes of work undertaken by our key contractors. In

179

Table of Contents

addition, we have built an internal EPCM capability, securing a team of experienced leaders and professionals from the EPC industry, primarily with prior relevant experience constructing the Calcasieu Project and the Plaquemines Project facilities.

- *Incremental commissioning and LNG production proceeds provide substantial cash proceeds*. As each project's liquefaction trains are brought online, sequentially, and early in construction, the project incrementally produces greater quantities of LNG that may be sold into the market. Once all individual components have been commissioned, production continues while we complete full commissioning of the integrated facility and conduct any carryover or rectification work. During such process, we complete performance testing of the entire fully-integrated facility and validate reliable operational performance. We expect that each project's construction plan and sequencing will be designed to allow LNG to be produced, stored and loaded onto ships for export, and sold as commissioning cargos, generating cash proceeds.

- *Substantial ownership and direct oversight of a diversified LNG project portfolio*. Venture Global seeks to own all or substantially all of the equity ownership in its current five LNG projects and any future projects. As of the date of this prospectus, we own 100% of the common equity interests in the Calcasieu Project, the Plaquemines Project, the CP2 Project, the CP3 Project and the Delta Project. Upon COD for the Calcasieu Project, we expect our ownership of the common equity interests in the Calcasieu Project to be reduced to approximately 77% (assuming that we service all future distributions on the Holdings Preferred Units until the commencement of COD in cash), after adjusting for the automatic conversion of the convertible preferred units in Calcasieu Holdings held by an outside equity investor. We believe that our significant ownership stake in our projects provides us with full managerial control, facilitating nimble decision-making and speed of execution.

- *Stable, long-term cash flows and valuable commissioning cargos and excess cargos.*

  - *Long-term take-or-pay contracts with highly creditworthy offtakers.* We anticipate that our business model will provide us with stable cash flows as a result of our long-term take-or-pay contracts to sell LNG. As of September 30, 2024, we have executed 39.25 mtpa of post-COD SPAs with a set of third party customers that we believe constitute one of the strongest portfolios of institutional LNG buyer credits in the world. The entire expected nameplate capacity for the Calcasieu Project (10 mtpa) and the Plaquemines Project (20 mtpa), and 9.25 mtpa of the CP2 Project, have been contracted under such SPAs. Our third-party post-COD SPAs as of September 30, 2024 represent expected total contracted revenue of approximately $107 billion over the life of such SPAs. Our total contracted revenue is illustrative only and is based on a number of important assumptions. See "Risk Factors—Risks Relating to Our Business—Total contracted revenue is based on certain assumptions and is presented for illustrative purposes only and actual sales under our SPAs may differ materially from such illustrative operating results." The weighted average life of all of our post-COD SPAs is approximately 19 years, providing a long-term runway of reliable cash flows.

  - *Valuable and substantial commissioning cargo and excess cargo cash proceeds.* Prior to achieving COD under our post-COD SPAs, our post-COD SPAs permit us to generate and sell commissioning cargos to customers at market-based prices, which we believe can unlock significant value to Venture Global. This approach has the potential dual benefit of helping to mitigate risks related to commencement of commercial operations and generating significant cash flow that can be reinvested into the business. For example, since the commencement of commissioning work, the Calcasieu Project has loaded and sold 342 commissioning cargos as of September 30, 2024 and received approximately $19.6 billion in gross proceeds from such commissioning cargos. In addition, after COD occurs under our post-COD SPAs, to the extent not already contracted with third parties, we can sell any LNG generated by our projects above the nameplate capacity to customers at market-based prices, providing potential revenue upside over the long term. Proceeds generated from the sale of commissioning cargos and excess cargos

180

Table of Contents

provide us with additional cash proceeds and contingency to support project completion and can help fund the development of our other projects.

- ***Strategic project locations with capacity for substantial expansions.*** We are developing our current portfolio of projects on strategic locations in Louisiana, which we believe have significant advantages relative to other locations in the United States. Our current projects are located near or within a reasonable distance from several major interstate and intrastate natural gas pipelines with available capacity that we believe will be sufficient to supply the feed gas required for our projects. We believe these project sites are well-placed and allow us to access liquid and robust natural gas trading areas and obtain competitively priced natural gas for our customers. Our current project portfolio offers geographic diversification within Louisiana. The Calcasieu Project, the CP2 Project and the CP3 Project are located at or near the mouth of the Calcasieu Ship Channel, and the Plaquemines Project and the Delta Project are located approximately 300 miles east and are sited next to the Mississippi River, each of which provides ready access to our facilities from the Gulf of Mexico. Since they are located at or near the mouth of the Calcasieu Ship Channel, the Calcasieu Project, the CP2 Project and the CP3 Project sites' geography also allow for faster entry into and exit from our berthing docks relative to many other facilities in the region. Our current projects are also located in close proximity to major population centers, providing ease of access for workers and transportation of materials. The Calcasieu Project and Plaquemines Project sites also benefit from full road and water access, and buffer lands to facilitate deliveries and serve as laydown areas, and we expect sites of the CP2 Project, the CP3 Project and the Delta Project to benefit from the same access and buffer lands. We believe our current project sites provide significant opportunities for bolt-on expansions that would benefit from pre-existing plant facilities and related infrastructure (such as common pipe racks, marine offloading facilities and perimeter walls). Moreover, we believe Louisiana is a favorable legal, regulatory and political jurisdiction for our projects.

- ***LNG shipping and regasification capabilities to supply new customers and to support existing customers.*** We are assembling a fleet of LNG tankers to provide additional optionality to spot and term customers and to service contracts with transportation or delivery components. We have also acquired firm regasification facility capacity at the Grain LNG terminal, Europe's largest LNG regasification terminal, in the United Kingdom to import 42 LNG cargos per year from approximately 2029 until 2045 (apart for a limited period). Additionally, we have secured approximately 1 mtpa of LNG regasification capacity at the new Alexandroupolis LNG receiving terminal in Greece for five years, beginning in 2025, which equates to approximately 12 cargos annually. We believe that such shipping and regasification capabilities will support our ability to optimize LNG marketing, sales, and logistics to reach new markets and customers.

- ***Experienced management team aligned with stakeholders.***

  - *Industry-leading team.* Our management team possesses deep experience across all parts of the LNG industry with a proven development and operational track record. We believe that the collective quality and experience of our team, coupled with our relationships with our contractors, customers and consultants, enable us to move quickly to continue to take advantage of the North American LNG market opportunity. Further, as of September 30, 2024, we have assembled a broader team of over 1,400 employees globally.

  - *Exemplary safety record.* Notwithstanding the rapid construction progress that we have achieved, the Calcasieu Project and Plaquemines Project have maintained exemplary safety records. Our projects have substantially outperformed the national average of a 1.9 Total Recordable Incident Rate, or TRIR, for 2023, which represents US Bureau of Labor Statistics Heavy Construction Industry recordable incidents per one hundred workers per year. On average, our safety record exceeds the industry average by over ten times with an aggregate TRIR of 0.17 for approximately 84.5 million hours of work on an aggregate basis as of September 30, 2024. As of September 30, 2024, the Calcasieu Project executed approximately 25.1 million work hours with a TRIR of 0.10 and the Plaquemines Project executed approximately 59.4 million work hours with a TRIR of 0.19.

181

Table of Contents

- *Committed to environmental and community initiatives.* Our management team is committed to an environmentally sound and community-friendly approach to the development and operation of our projects in conjunction with our key stakeholders. We aim to establish close relationships with the communities where our projects are located by fueling local economic growth, job creation, and skills training, while also engaging in wetlands restoration work. In addition, we have decided to use environmentally-sensitive design features (e.g., electrically-driven motors, air cooling throughout the projects, combined cycle power, and state of the art, full containment storage tanks which seek to eliminate methane release from stored LNG), and are pursuing an initiative to develop certain CCS facilities for our projects.

Our competitive strengths are subject to several risks and competitive challenges. Please read "Risk Factors" and "—Competition."

**Our Business and Growth Strategies**

Since our founding in 2013, we have grown rapidly from a two-person company into the formidable energy market disruptor we are today. As of September 30, 2024, we employ over 1,400 people globally and are commissioning, constructing, and developing five natural gas liquefaction and export projects. We also now own or lease or have an option to own or lease nearly 6,000 acres of strategically located land in Louisiana, much of which benefits from significant deep-water frontage. Although we have a limited operating history and did not generate any proceeds prior to 2022, as of September 30, 2024, we have raised approximately $54 billion of capital and generated approximately $19.6 billion in gross proceeds from sales of commissioning cargos, resulting in approximately $14.2 billion of net proceeds. We have also executed 39.25 mtpa of post-COD SPAs as of September 30, 2024, and expect total contracted revenue of approximately $107 billion over the life of such SPAs. Notwithstanding these accomplishments, we are acutely focused on further growth and plan on pursuing the following three core drivers to expand our scale, profitability and impact on the global energy industry.

- *Develop, Construct and Operate New LNG Facilities* – In addition to the Calcasieu Project and Plaquemines Project, which are undergoing construction and commissioning activities, we are currently developing, permitting, and advancing three projects: the CP2 Project, the CP3 Project and the Delta Project. Based on our success developing, permitting, financing and constructing the Calcasieu Project and the Plaquemines Project, we are confident in our ability to execute these additional projects and expect each facility to increase the cash proceeds we generate from LNG sales over time in a compounding fashion due to the following factors:

  - *Rapid Return of Capital Enables Parallel Project Development* – Unlike most industrial project developers who must wait years to recoup invested capital, our innovative approach to development allows us to generate cash proceeds from commissioning cargos at our projects which can potentially surpass the total costs of the projects prior to COD. Further, this accelerated return profile can also allow us to shift capital from one project under construction to a subsequent project, enabling us to develop multiple projects in parallel. In the case of the CP2 Project, we plan on utilizing cash proceeds from the Calcasieu Project and the Plaquemines Project to fund a substantial portion of construction.

  - *Optimized LNG Sales* – By recycling cash proceeds from one project to fund our subsequent projects, we aim to reduce our need for a critical mass of long-term SPAs for future projects (including the CP2 Project, CP3 Project and Delta Project), which are predominantly lower priced than short- and medium- term SPAs and typically required to support traditional project financing. Any production capacity from our projects that is not otherwise committed can be sold on a short-, medium- or long-term basis, including on a spot basis, providing flexibility to optimize the pricing for such capacity and allowing us to balance profit, duration and risk. As a result, while the Plaquemines Project and the CP2 Project are both designed as 20 mtpa nameplate capacity facilities, we expect the cash proceeds generated by

182

Table of Contents

international, to develop or acquire other LNG projects and further grow our footprint. We believe our design and approach are adaptable and exportable, providing us ample opportunities, both domestically and internationally, beyond our current development pipeline.

| Business Line | Assets | Description |
|---|---|---|
| Pipeline Infrastructure | Blackfin pipeline | Approximately 190 mile, 48 inch pipeline project |
| Shipping | LNG carrier fleet | 9 ordered, 4 chartered (on a short- and medium-term basis) |
| Regasification | Dedicated regasification capacity | Firm regasification facility capacity at Alexandroupolis LNG from approximately 2025 to 2030 and at Grain LNG from approximately 2029 to 2045 |

**Our Liquefaction and Export Projects and Key, Complementary Assets**

In the subsections that follow, we provide a detailed description of our core business—our liquefaction and export projects—and our key, complementary assets along the energy supply chain.

*Our Liquefaction and Export Projects*

At a high-level, LNG facilities require (i) an input of natural gas, (ii) pre-treatment plants to remove impurities from the natural gas, such as water, $CO_2$, mercury, benzene, and other heavy molecules, that would disrupt or damage other equipment required to produce LNG, (iii) liquefaction plants to supercool the gas and convert it into LNG, (iv) LNG storage tanks to collect and store the LNG prior to loading into LNG tankers for export, (v) deep water access, or frontage, with a jetty and marine berth to load LNG onto LNG tankers, (vi) a power plant or access to the electricity grid to provide the significant amount of electricity required to operate the foregoing systems and equipment, and (vii) extensive "balance of plant" facilities, including piping and piperacks to interconnect, protect, and support the foregoing systems and equipment.

The traditional approach to developing large-scale LNG facilities (i.e., 10 mtpa or more) involves very large, highly customized, stick-built projects consisting of two to three liquefaction trains, each with a nameplate capacity of 4-6 mtpa, that are constructed almost entirely onsite by vast workforces. Due to the size of these liquefaction trains, incremental capacity at traditional LNG facilities generally can only be added in lump-sum, step-function expansions that often require significant investment in the corresponding balance of plant as well as additional land. In effect, expansions of such facilities become projects unto themselves and lose their marginal cost advantage over new build facilities. In addition, many of these large, international, stick-built projects are built in remote locations far away from concentrated sources of experienced construction workforces, adding to their lengthy construction and execution timelines.

Our company was established with the goal of pioneering a new, mid-scale, factory-made liquefaction train configuration, paired with our unique owner-led construction and risk management approach to construct LNG facilities, that aims to minimize EPC scope, optimize the construction schedule to produce LNG earlier in construction, lower costs, and increase reliability. Wherever possible, we seek to leverage the benefits of factory-built systems and limit the amount of stick-built or other on-site fabrication. Given our unique project configuration (which includes many mid-scale liquefaction trains, which are delivered and installed sequentially), it is necessary to commission and test our LNG facilities sequentially over a longer period of time than traditional LNG facilities with substantially fewer, larger-size liquefaction trains. This occurs through a longer commissioning period where our modules and key equipment, and various discrete systems are installed and integrated in parallel with ongoing construction activities. Our modules and key equipment undergo a comprehensive commissioning program, which includes performance

184

Table of Contents

testing of individual components and, subsequently, of the entire, fully built facility. Each of our liquefaction and export facilities includes certain key, standardized, modular equipment that follows our "design one, build many approach," which provides for significant redundancy and interoperability throughout the facility. This key equipment includes our liquefaction trains, gas pre-treatment systems, power island systems (which are self-sufficient power plants that do not rely on electricity from the electricity grid), LNG storage tanks, and marine loading berths. As part of our construction approach, we aim to construct and commission portions of the facility in various liquefaction production systems that consist of liquefaction, power, natural gas pre-treatment systems and certain other facilities that are required to produce LNG. For example, at a given 20 mtpa project, although there can be no assurance as to the actual timeline for any particular project, we aim for an overall construction timeline, across two phases, of approximately 60 months from FID, during which we aim to install, test, and complete six distinct liquefaction production systems (each consisting of two or more liquefaction blocks, with a contractual performance testing period of at least 30 days each). Once a phase or the entire project is complete, we plan to conduct an additional comprehensive 90-day reliability test. We aim to utilize this repeatable configuration across the projects that we develop to continually refine and optimize our LNG production operations.

Our liquefaction trains, gas pre-treatment systems, and power island systems are primarily manufactured and assembled off-site in factory settings. Our liquefaction trains are manufactured by Baker Hughes and are each designed with a nameplate capacity of 0.626 mtpa. Nameplate capacity measures the minimum guaranteed operating performance thresholds guaranteed by the equipment providers. We also aim to construct and maintain LNG facilities that are capable of producing excess capacity, in most cases, of at least 30% of their guaranteed nameplate capacity. We deploy our liquefaction trains in blocks, consisting of, among other things, two liquefaction trains, a cold box (which is used to lower the temperature of natural gas to the point at which it liquefies), and an electrically driven compressor. Our gas pre-treatment systems utilize processing technology from UOP LLC, or UOP, a subsidiary of Honeywell International Inc., or Honeywell International, and are purchased in quantities designed to support production capacities well in excess of our projects' production capacity. Our power island systems are self-sufficient power plants that do not rely on electricity from the grid and are purchased from Baker Hughes. Depending on the size of the facility, the power island systems consist of one or more nominal 620 MW (720 MW at peak) inside-the-fence, air-cooled combined cycle gas-fired power plant (with five gas turbine generators and two steam turbine generators) and one or more nominal 23 MW LM2500 gas turbines that supports frequent cycling and provide back-up power and black start capabilities. Our power equipment is manufactured off-site by General Electric.

Our LNG storage tanks and marine loading berths are constructed on site by specialized contractors. Our LNG storage tanks are constructed by CB&I at an industry leading pace and are designed to be among the largest LNG tanks in the industry at 200,000 m³. We also design our facilities with multiple marine loading berths that are interoperable with our LNG storage tanks and are capable of loading one or more LNG tankers in parallel.

We design our facilities to incorporate supplemental capacity throughout the facility to safeguard the availability of our mid-scale train configuration with a goal of achieving high levels of redundancy and flexibility, which we believe will increase our availability and production. For example, redundancy is present in our gas pre-treatment systems, as each pre-treatment unit is designed to meet approximately 50% of our production requirements – for every 10 mtpa of nameplate capacity, we have approximately 15 mtpa of pre-treatment capacity. Further, we build enough 200,000 m³ LNG storage tanks at each of our projects to service up to 150% of its nameplate capacity. We combine this redundancy with interoperability that allows us to load LNG from any individual liquefaction train into any LNG storage tank for the relevant facility. Each tank in turn can load a cargo via any jetty. Once complete, we believe this equipment and our "design-one, build-many" facility design has the potential to provide greater operational redundancy and availability, reducing planned and unplanned downtime and enabling us more to reliably deliver LNG to our customers, and to increase production from our existing equipment. The benefits of our "design one, build many" approach extend further, as our two existing projects can provide our future projects with a source of interchangeable parts and a venue to train personnel on identical equipment. The ability to pool resources across our projects will increase our operating leverage and may augment our earnings through reduced fixed and variable operating expenses.

185

Table of Contents

     Our projects are also designed to benefit from significant potential bolt-on expansion capacity, or expansions to our existing project sites beyond our current targets, that we intend to explore in the future. Subject to receiving the requisite regulatory approvals, we believe our projects offer potential optimization, increased capacity and expansion opportunities. In particular, we believe our current project sites provide attractive opportunities for potential bolt-on expansion (for example, by adding additional liquefaction trains, subject to regulatory approvals) beyond the current combined expected peak production capacity of 143.8 mtpa, potentially at reduced construction costs. We intend to pursue these bolt-on expansion opportunities in the future and believe that we have the potential to add approximately 35.3 mtpa in total across the Calcasieu Project, the Plaquemines Project, the CP2 Project, and the Delta Project as outlined below based on current, actual and anticipated project design, as applicable, and subject to regulatory approval. These expansion opportunities do not contemplate any expansion at the CP3 Project due to its considerable 42.0 mtpa expected peak production capacity. We believe any such incremental equipment would benefit from pre-existing plant redundancies (such as in our power island and gas pre-treatment equipment) and related infrastructure (such as marine facilities, LNG storage tanks and perimeter walls), though additional plant components will likely be required and there are constraints on our existing equipment being able to be used towards the bolt-on expansion. We expect that increases to LNG production from either optimizing existing equipment and systems or incremental bolt-on expansion may significantly lower the net cost of liquefying LNG and increase profits as LNG is sold more attractively into the commodity markets.

     Below is a geographic overview of our five current projects, which is followed by a detailed description of each project.



Table of Contents

*Calcasieu Project*

| Calcasieu Project | |
|---|---|
| **Project location:** | |
| Site | Approximately 432 acres in Cameron Parish, Louisiana |
| Property rights | Ground leases for 30 years, with options to extend to 70 years |
| Deep-water frontage | Approximately 1.0 mile |
| **Project design:** | |
| Expected nameplate capacity | 10.0 mtpa |
| Expected peak production capacity | Up to 12.4 mtpa |
| Potential bolt-on expansion incremental capacity | Up to 4.5 mtpa[1] |
| Liquefaction system | 18 liquefaction trains |
| LNG storage | 2 × 200,000 cubic meter cryogenic LNG storage tanks |
| Power supply | 1 power island system (with a capacity of 620 MW nominal / 720 MW peak and consisting of 5 gas turbine generators and 2 steam turbine generators along with related equipment) |
| Gas pre-treatment system | 3 units, each designed to support 50% of the expected nameplate capacity (1 redundant unit) |
| Berths | 2 berths, each designed to accommodate vessels of up to 185,000 cubic meters in capacity |
| Lateral pipeline | Approximately 24-mile long lateral |
| **Key permits:** | |
| FERC approval | 12.4 mtpa (February 2019 and September 2023) |
| DOE approval – FTA Nations | 12.4 mtpa (September 2013 and April 2022)[2] |
| DOE approval – Non-FTA Nations | 12.0 mtpa (March 2019)[2][3] |
| **Project timeline:** | |
| Final investment decision / financial closing | August 2019 |
| First LNG production | January 2022 |
| Targeted COD | May 2025 |

(1)   Potential bolt-on expansion opportunity based on facility capacity, scale, location and infrastructure. Subject to regulatory approval, among other things, and may change based on design considerations, regulatory review process, engagement with contractors and other factors.

(2)   Cumulative exports to FTA Nations and Non-FTA Nations cannot exceed the permitted capacity as authorized by the FERC.

(3)   Our request to increase the authorized level of exports to Non-FTA Nations from 12.0 mtpa to 12.4 mtpa is still pending. See "—Governmental Regulation—DOE Export Authorizations—Calcasieu Project."

*Project Description*

The Calcasieu Project is a liquefaction and export facility in the commissioning phase, with an expected nameplate capacity of 10.0 mtpa and an expected peak production capacity of 12.4 mtpa, located on approximately 432 acres of land in Cameron Parish near the Gulf of Mexico and south of Lake Charles, Louisiana, with approximately one mile of deepwater frontage on the east side of the Calcasieu Ship Channel.

The Calcasieu Project consists of 18 mid-scale, factory-built liquefaction trains (9 integrated single mixed refrigerant blocks) and support facilities. The Calcasieu Project also includes three gas pre-treatment units (each designed to support approximately 50% of the gas pre-treatment needs of the Calcasieu Project), two 200,000 $m^3$ full containment LNG storage tanks and two marine loading berths rated at 12,000 $m^3$/hr. The Calcasieu Project is powered by a newly constructed nominal 620 MW (720 MW at peak) inside-the-fence, air-cooled combined

187

Table of Contents

cycle gas-fired power plant, which is dedicated solely to providing electricity to the Calcasieu Project and supporting facilities. The power plant is complemented by a nominal 23 MW LM2500 gas turbine that supports frequent cycling and provides back-up power and black start capabilities. An approximately 24-mile long lateral pipeline connects the liquefaction plant to the existing interstate and intrastate natural gas pipeline system to receive feed gas for liquefaction and for the power plant.

### Project Site Real Estate

Our existing ground leases with various landowners covering the land on which the Calcasieu Project and our marine offloading facilities for the Calcasieu Project are located allow us to extend the initial lease period of 30 years for up to four additional ten-year terms, up to 70 years in the aggregate. See "—Properties" for more information.

### Project Construction and Commissioning

We made our FID for the project in August 2019, loaded our first LNG cargo for sale in March 2022, and all 18 liquefaction trains were capable of producing initial quantities of LNG by July 2022.

The Calcasieu Project was constructed pursuant to several key contracts, including an EPC contract, or the Calcasieu EPC Contract, with Kiewit Louisiana Co., or Kiewit. Under the Calcasieu EPC Contract, Venture Global was responsible for executing or directly managing significant scopes of work. The work performed by Kiewit included contributions to the design, engineering, erection, and integration of the balance of the facility not otherwise provided by Venture Global's vendors – who delivered the majority of modules and key equipment for the project. Kiewit's work also included facilitating the passage of performance tests for the liquefaction trains and power plant. See "—EPC Contracts," for more information.

Venture Global directly contracted with other contractors to design and manufacture the main operating components of the facility. Baker Hughes fabricated the mid-scale, factory-built liquefaction trains and also provided, through a General Electric subsidiary, a comprehensive combined cycle gas-fired power plant for the project. All equipment provided by Baker Hughes was delivered to the site and installed or incorporated in the facility. Weeks Marine, a proven leader in maritime construction, constructed a perimeter wall that is designed to fully enclose (along with the marine-side berm) and protect the project as well as two marine loading berths. CB&I LLC, or CB&I, a subsidiary of McDermott International, Ltd., constructed the two LNG storage tanks. UOP provided the natural gas pre-treatment equipment which was delivered to the site and installed or incorporated in the facility. WHC LLC, or WHC, constructed the TransCameron Pipeline. Baker Hughes, Weeks Marine, CB&I and UOP provided Venture Global with guarantees of the performance of the components they provided and assumed obligations to "make good" on certain deficiencies, which generally entails an obligation by such contractors, at their own cost, to ensure performance meets certain guaranteed minimums.

Construction of the Calcasieu Project is substantially complete and the project is currently undergoing a multi-faceted commissioning program to complete the facility's components, bring them to design specification and establish reliable and safe facility-wide operating conditions and to prepare for the commencement of lender-required performance reliability testing. Significant work related to commissioning, carryover completions, and rectification is ongoing and includes remedying unexpected challenges with equipment reliability identified during the first-time implementation of our innovative design and configuration, and reliability testing. We believe such work will need to be completed before certain components operate as intended and the facility can be fully commercially operable, and COD can occur. On March 28, 2023, we submitted to FERC an update regarding commissioning, certain identified reliability challenges, and needed repairs and replacements, which we are working to complete in compliance with FERC's regulatory requirements. Specifically, we are conducting substantial remediation work on the heat recovery steam generators, or HRSGs, of the power island system where the manufacturer of such equipment, General Electric, implemented a change in method of fabrication that has led to substantial leaking that was identified during commissioning tests. As part of the remediation work,

188

Table of Contents

replacement parts for the HRSGs have been manufactured by our contractor by utilizing a proven fabrication method, which we have explicitly required to be used for the Plaquemines Project and the CP2 Project, and which we expect to require for each project or phase thereof for which we have not executed a power island system purchase order. Among the other ongoing rectification work, our gas pre-treatment units have underperformed and have been unable to pass required performance tests. We continue to engage in remediation efforts with UOP to improve the pre-treatment operations to attain the designed levels of performance and redundancy and pass such required performance tests.

Given the ongoing significant commissioning and remediation work, we are targeting to complete all remediation work and achieve COD in May 2025 once the project has completed its commissioning process and testing and is capable of safely and reliably producing its designed nameplate levels of LNG volumes.

As of September 30, 2024, the Calcasieu Project executed approximately 25.1 million work hours with a TRIR of 0.10. This safety performance far exceeds the national average for the industry of 1.9 for 2023.

*Commissioning LNG Sales*

Due to our unique project configuration (which includes many mid-scale liquefaction trains, which are delivered and installed sequentially) and development approach, it is necessary to commission and test our LNG facilities sequentially over a longer period of time than traditional LNG facilities with substantially fewer, larger-size liquefaction trains. This important reliability and technical requirement has resulted in the production of LNG starting earlier in the construction schedule than at traditional LNG facilities, and in far greater quantities – requiring us to produce a substantial number of commissioning cargos at the Calcasieu Project. Despite the longer than expected commissioning process at the Calcasieu Project due to certain unexpected challenges with equipment reliability that we are in the process of remediating, as of September 30, 2024, the Calcasieu Project had loaded and sold 342 LNG commissioning cargos and received approximately $19.6 billion in gross proceeds (approximately $14.2 billion in net proceeds after deducting net cash paid for natural gas, which primarily includes the net cost of purchasing and transporting feed gas) from such commissioning cargos. A portion of such proceeds are held in cash reserve accounts pursuant to our project financing arrangements and reflected as restricted cash in our financial statements at the Calcasieu Project in an amount we expect to be necessary to complete the project and achieve COD under the Calcasieu Foundation SPAs. As of September 30, 2024, we had an aggregate of $567 million of restricted cash in reserve accounts at the Calcasieu Project.

Table of Contents

*Plaquemines Project*

| Plaquemines Project | Phase 1 | Phase 2 |
|---|---|---|
| **Project location:** | | |
| Site | Approximately 630 acres in Plaquemines Parish, Louisiana | |
| Property rights | Ground lease for 30 years, with options to extend to 70 years | |
| Deep-water frontage | Approximately 1.3 miles | |
| **Project design:** | | |
| Expected nameplate capacity | 13.3 mtpa | 6.7 mtpa |
| Expected peak production capacity | Up to 27.2 mtpa[1] | |
| Potential bolt-on expansion incremental capacity | Up to 8.9 mtpa[2] | |
| Liquefaction system | 12 blocks (24 liquefaction trains) | 6 blocks (12 liquefaction trains) |
| LNG storage | 2 × 200,000 cubic meter cryogenic LNG storage tanks | 2 × 200,000 cubic meter cryogenic LNG storage tanks |
| Power supply | 2 power island systems (each with a capacity of 620 MW nominal / 720 MW peak and consisting of 5 gas turbine generators and 2 steam turbine generators along with related equipment) | |
| Gas pre-treatment system | 4 units (1 redundant unit) | 2 units (1 incremental redundant unit) |
| Berths | 2 berths, each designed to accommodate vessels up to 200,000 cubic meters in capacity | 1 berth, designed to accommodate vessels up to 200,000 cubic meters in capacity |
| Lateral pipelines | Two laterals (one approximately 15-mile long lateral and one approximately 12-mile long lateral) | |
| **Key permits:** | | |
| FERC approval | 24.0 mtpa (September 2019)[1] | |
| DOE approval – FTA Nations | 27.2 mtpa (June 2022)[3] | |
| DOE approval – NON-FTA Nations | 24.0 mtpa (October 2019)[1] | |
| **Project timeline:** | | |
| Final investment decision / financial closing | May 2022 | March 2023 |
| First LNG production | December 2024 | |
| Targeted COD | Q3 2026 | Mid-2027 |

(1)    Our request to increase the authorized production capacity and authorized level of exports to Non-FTA Nations from 24.0 mtpa to 27.2 mtpa is still pending. See "—Governmental Regulation—Federal Energy Regulatory Commission (FERC)—Plaquemines Project" and "—Governmental Regulation—DOE Export Authorizations—Plaquemines Project."

(2)    Potential bolt-on expansion opportunity based on facility capacity, scale, location and infrastructure. Subject to regulatory approval, among other things, and may change based on design considerations, regulatory review process, engagement with contractors and other factors.

(3)    Cumulative exports to FTA Nations and Non-FTA Nations cannot exceed the permitted capacity as authorized by the FERC.

Table of Contents

*Project Description*

We are in an advanced stage of construction for the Plaquemines Project, which is being built in two phases, with an expected nameplate capacity of 20.0 mtpa and, subject to certain regulatory approvals, an expected peak production capacity of 27.2 mtpa, located on approximately 630 acres of land in Plaquemines Parish, with approximately 1.3 miles of deep-water frontage on the Mississippi River. Phase 1 of the project is expected to have a nameplate capacity of 13.3 mtpa and is in an early stage of commissioning, while construction remains ongoing. Phase 2 is expected to have a nameplate capacity of 6.7 mtpa. We currently have applications pending with the United States Federal Energy Regulatory Commission, or FERC, and the United States Department of Energy, or DOE, that, if approved, would increase the permitted production capacity and authorized export capacity from 24.0 mtpa to 27.2 mtpa.

The liquefaction system for the Plaquemines Project facility will include 36 mid-scale, factory-built liquefaction trains (18 integrated single mixed refrigerant blocks) and support facilities. As with the Calcasieu Project, each block will contain two liquefaction trains. For each 10 mtpa of its nameplate capacity, the facility will also include three natural gas pre-treatment units to remove water and acid gases from feed gas prior to liquefaction, and two 200,000 cubic meter cryogenic LNG storage tanks. The marine facilities for Phase 1 include two LNG berthing docks that would accommodate vessels of up to 200,000 cubic meters in capacity, one full nominal 620 MW (720 MW peak) inside the fence, air-cooled combined cycle gas fired power plant and a portion of the power equipment for a second nominal 620 MW power plant. Both pipeline laterals for the combined project have been built as part of Phase 1. Phase 2 adds a third LNG berthing dock and additional inside the fence, air-cooled combined cycle gas fired power capacity. The two power island systems are complemented by two nominal 23 MW LM2500 gas turbines that support frequent cycling and provide back-up power and black start capabilities. Once complete, we believe this technology and our facility design will provide greater operational redundancy and availability, reducing planned and unplanned downtime, lower emissions and enable us to reliably deliver LNG to our customers.

*Project Site Real Estate*

In July 2021, we entered into a 30-year lease with the Plaquemines Port Harbor and Terminal District, covering the land on which the project is located. This lease may be extended at our option for up to four additional 10-year terms, up to 70 years in the aggregate.

*Project Construction and Commissioning*

We made our FID for Phase 1 in May 2022 and our FID for Phase 2 in March 2023. As of September 30, 2024, construction of the Plaquemines Project was approximately 86% complete, based on completion of the 20.0 mtpa expected nameplate capacity, with Phase 1 93% complete and Phase 2 73% complete.

The Plaquemines Project is being constructed pursuant to two EPC contracts, one per phase, or the Plaquemines EPC Contracts, that we entered into with KZJV, LLC, or KZJV, a limited liability company that is owned by KBR EPC Member and Zachry Industrial. Under the Plaquemines EPC Contracts, Venture Global is responsible for executing or directly managing significant scopes of work. We issued the notice to proceed, or NTP, under the Plaquemines EPC Contract for Phase 1 in May 2022. The NTP for Phase 2 was issued in March 2023. See "—EPC Contracts—Plaquemines EPC Contracts" for additional information on the Plaquemines EPC Contracts."

Baker Hughes, UOP and CB&I are each providing and constructing the mid-scale, factory-built liquefaction trains and power island systems, the pre-treatment system, and storage tanks, respectively, similar to their scope and terms for the Calcasieu Project. See "—Calcasieu Project" above for more information. As of September 30, 2024, twenty-four of the thirty-six liquefaction trains were delivered to the site. Other recent procurement and construction milestones included receiving all major power equipment for the project on site, receiving each

193

Table of Contents

natural gas pre-treatment module required for Phase 1 on site, achieving final completion on the first of four LNG storage tanks and achieving substantial completion for all three LNG berthing docks. Sunland Construction Inc. was responsible for constructing the Gator Express pipeline that connects the LNG facility to interstate pipelines. The Gator Express pipeline achieved mechanical completion in October 2023 and its laterals were placed in service in May 2024 and December 2024.

We currently estimate that the total project costs for the Plaquemines Project will be approximately $22.5 billion to $23.5 billion, including EPC contractor profit and contingency, owners' costs and financing costs. Of the total project costs for the Plaquemines Project, approximately $17.7 billion had been paid for as of September 30, 2024. Our estimated total project cost remaining is based upon our project cost experiences with the Calcasieu Project and with the Plaquemines Project to date and reflects the current inflationary environment. However, the costs to complete the Plaquemines Project have increased in the past, and may increase further in the future, potentially materially, compared to our current estimates as a result of many factors. As a result, the actual project costs for the Plaquemines Project may be materially higher than our current estimates. See "Risk Factors—Risks Relating to Our Projects and Other Assets—Our estimated costs for our projects have been, and continue to be, subject to change due to various factors."

As of September 30, 2024, the Plaquemines Project had executed approximately 59.4 million work hours with a TRIR of 0.19. This safety performance far exceeds the national average for the industry of 1.9 for 2023.

### Commissioning LNG Sales

Although designed to be twice as large as the Calcasieu Project on a nameplate basis, the Plaquemines Project utilizes a similar project configuration and development approach to the Calcasieu Project. In contrast to traditional LNG facilities that are constructed by a single EPC contractor and include substantially fewer, larger-size liquefaction trains, our project design and configuration utilizes pioneering, mid-scale, factory-made liquefaction trains and other discrete systems and equipment, which require an extended commissioning period. Given this longer and gradual commissioning period, which starts with addressing identified operational deficiencies, testing individual components and eventually extends to encompass testing and tuning our entire fully-integrated facilities, we expect to produce a substantial number of commissioning cargos. This production occurs during the period in which additional components of the relevant phase are brought into operation, completed and tested (including, if necessary, performing completion and rectification work to address unexpected performance deficiencies), to ensure the project is completed and achieves the performance levels necessary for stable, reliable long-term operations to supply LNG under the project's post-COD SPAs. In December 2024, we began to produce LNG at the Plaquemines Project and announced the successful loading and departure of our first commissioning cargo.

### Post-COD Contracts and Excess LNG Sales

As of the date of this prospectus, we have entered into twelve 20-year take-or-pay, post-COD SPAs in connection with the Plaquemines Project, or the Plaquemines Foundation SPAs. The Plaquemines Foundation SPAs, as summarized in the chart below, equate to approximately 19.7 mtpa of LNG, which is approximately 98.5% of the project's expected nameplate capacity of 20.0 mtpa. The majority of these offtakers have investment grade credit ratings and are among the industry's strongest financial credits.

194

Table of Contents

| Phase 1 | | | Phase 2 | | |
|---|---|---|---|---|---|
| Offtaker | MTPA | Tenor | Offtaker | MTPA | Tenor |
| ORLEN | 4.0 | 20 Years | Chevron | 1.0 | 20 Years |
| TotalEnergies | 4.0 | 20 Years | EnBW | 1.0 | 20 Years |
| Shell | 2.0 | 20 Years | ExxonMobil | 1.0 | 20 Years |
| CNOOC | 2.0 | 20 Years | PETRONAS | 1.0 | 20 Years |
| EDF | 1.0 | 20 Years | NewFortress energy | 1.0 | 20 Years |
| | | | CHINA GAS 中國燃氣 | 1.0 | 20 Years |
| | | | EXCELERATE ENERGY | 0.7 | 20 Years |

The obligation to make LNG available under these SPAs commences from the occurrence of COD, which is bifurcated by Phase 1 or Phase 2, depending on the SPA. All of these SPAs are structured to be delivered on an FOB basis, with the exception of one Phase 1 SPA for 1.2 mtpa, which is structured to be delivered on a DPU basis – requiring us to ship, deliver, and unload LNG to our customer's designated import facility. The pricing structure and contractual obligations in the Plaquemines Foundation SPAs substantially mirrors the Calcasieu Foundation SPAs. See "—Calcasieu Project" for more information. Similar to the Calcasieu Foundation SPAs, the Plaquemines Foundation SPAs include termination rights in favor of the customer if, among other things, COD does not occur by May 2027 or March 2028 for the Phase 1 and Phase 2 SPA, respectively, as may be extended in certain circumstances (including, among other things, in connection with a *force majeure* event).

In addition to the Plaquemines Foundation SPAs, we have entered into a short-term, post-COD SPA for 0.3 mtpa of the Plaquemines Project's expected nameplate capacity with Inpex Energy Trading Singapore Pte. Ltd. on an FOB basis. This shorter-term, post-COD SPA includes similar terms and conditions as the Plaquemines Foundation SPAs and provides supplemental, firm contracted revenues for the benefit of the project. After the expiry of such SPA, such 0.3 mtpa can be recontracted by us at our discretion under short-, medium- or long-term contracts, providing the flexibility to optimize pricing and capture additional revenue for the project.

Any excess LNG produced by the Plaquemines Project above the nameplate capacity of 13.3 mtpa for Phase 1 or above the nameplate capacity of 6.7 mtpa for Phase 2 will be sold to VG Commodities under the applicable Intercompany Excess Capacity SPA (one per phase). LNG sold under such Intercompany Excess Capacity SPAs can, to the extent not previously committed to third parties, be resold to third party customers at our discretion under short-, medium- or long-term contracts, providing the flexibility to optimize pricing and capture additional revenue on an ongoing basis after COD for each of Phase 1 and Phase 2, at price levels that we expect will typically exceed the fixed fee prices secured under the Plaquemines Foundation SPAs.

195

Table of Contents

*CP2 Project*

| CP2 Project | Phase 1 | Phase 2 |
|---|---|---|
| **Project location:** | | |
| Site | Approximately 1,150 acres in Cameron Parish, Louisiana | |
| Property rights | Ground leases for 30 years, with options to extend to 70 years | |
| Deep-water frontage | Approximately 1.0 mile | |
| **Anticipated project design:[1]** | | |
| Expected nameplate capacity | 14.4 mtpa | 5.6 mtpa |
| Expected peak production capacity | Up to 28.0 mtpa | |
| Potential bolt-on expansion incremental capacity | Up to 14.0 mtpa[2] | |
| Liquefaction system | 13 blocks (2 liquefaction trains per block) | 5 blocks (2 liquefaction trains per block) |
| LNG storage | 2 × 200,000 cubic meter cryogenic LNG storage tanks | 2 × 200,000 cubic meter cryogenic LNG storage tanks |
| Power supply | 2 power island systems (each with a capacity of 620 MW nominal / 720 MW peak and consisting of 5 gas turbine generators and 2 steam turbine generators along with related equipment) | |
| Gas pre-treatment system | 4 units (1 redundant unit) | 2 units (1 incremental redundant unit) |
| Berths | 2 berths, each designed to accommodate vessels up to 200,000 cubic meters in capacity | |
| Lateral pipelines | Two laterals (one approximately 6-mile long lateral and one approximately 85-mile long lateral) | |
| **Key permits:** | | |
| FERC approval | June 2024 (subject to partial supplemental review)[3] | |
| DOE approval – FTA Nations | 28.0 mtpa (April 2022) | |
| DOE Non-FTA Nations | Application filed December 2021 (pending approval) | |
| **Project timeline:** | | |
| Targeted final investment decision / financial closing | Mid-2025 | Mid-2026 |
| Targeted COD | Mid-2029 | Mid-2030 |

(1) Anticipated based on capacity, scale, location and infrastructure. Subject to regulatory approval, among other things, and may change based on design considerations, regulatory review process, engagement with contractors, and other factors.

(2) Potential bolt-on expansion opportunity based on facility capacity, scale, location and infrastructure. Subject to regulatory approval, among other things, and may change based on design considerations, regulatory review process, engagement with contractors and other factors.

(3) The FERC issued its order authorizing the CP2 Project in June 2024. However, on November 27, 2024, FERC issued an order on rehearing that partially "set aside" its prior analysis of the cumulative air impacts of emissions of nitrogen dioxide ($NO_2$) and particulate matter less than 2.5 micrometers ($PM_{2.5}$) and to prepare a supplemental Environmental Impact Statement concerning that topic and to address it along with certain other air quality issues in a future order that FERC anticipates issuing no later than July 24, 2025. FERC also announced that, due to its initiation of supplemental environmental review, it will not issue authorizations to proceed with construction until FERC issues a further

196

Table of Contents

merits order. Project opponents have also appealed the FERC authorization to the U.S. Court of Appeals for the D.C. Circuit. In response to FERC's order on rehearing, the D.C. Circuit on December 13, 2024, granted an unopposed motion by FERC to hold the appeal in abeyance, which will delay briefing of the D.C. Circuit appeal. See "Risk Factors—Risks Relating to Regulation and Litigation—We may fail to receive the required approvals and permits from governmental and regulatory agencies for our projects."

*Project Description*

Our third project, the CP2 Project, is in an advanced stage of engineering, with major procurement work, and off-site manufacturing of key modules and equipment underway. The CP2 Project is designed as a natural gas liquefaction and export facility that will be built in two distinct phases, with an expected nameplate capacity of 20.0 mtpa and an expected peak production capacity of 28.0 mtpa. The project will be located adjacent to the Calcasieu Project on approximately 1,150 acres of land in Cameron Parish, with approximately 1 mile of deep-water frontage on the Calcasieu Ship Channel. Phase 1 of the project is anticipated to comprise 14.4 mtpa nameplate capacity and Phase 2 is anticipated to comprise 5.6 mtpa nameplate capacity.

*Project Site Real Estate*

In 2019, we entered into a 30-year lease (with extension rights) covering approximately 351 acres of land on which the CP2 Project will be located. In October 2023, we exercised our rights under various option agreements with respect to an additional 718 acres of land on which the CP2 Project will be located or will be adjacent to. These leases have up to four additional ten-year terms, up to 70 years in the aggregate, similar to leases for the Calcasieu Project and the Plaquemines Project. We acquired fee simple ownership to approximately 27 acres of the project site in 2023.

*Project Engineering, Procurement, and Construction*

We have already completed substantial engineering, procurement, manufacturing and off-site construction work for the CP2 Project in advance of a final investment decision, which remains subject to certain regulatory approvals and market conditions. See "—Governmental Regulation" and "Risk Factors—Risks Relating to Regulation and Litigation—We may fail to receive the required approvals and permits from governmental and regulatory agencies for our projects."

As of September 30, 2024, engineering work for Phase 1 of the CP2 Project was approximately 76% complete and we had spent an aggregate of approximately $3.1 billion of costs for various engineering, procurement, manufacturing, and other activities to support the project. Engineering completion percentage is a key driver of schedule and budget fidelity during project construction and execution. In April 2023, we entered into a liquefaction train system purchase order with Baker Hughes for Phase 1 of the CP2 Project and we issued full NTP in September 2023. In May 2023, we entered into an EPC Contract for construction of Phase 1 of the CP2 Project, or the CP2 Phase 1 EPC Contract, with Worley Field Services Inc., or Worley, and have issued several limited notices to proceed thereunder. See "EPC Contracts—CP2 Phase 1 EPC Contract" for additional information on the CP2 Phase 1 EPC contract. In June 2023, we entered into an engineering, procurement, and construction contract with CB&I for the Phase 1 storage tanks under similar terms as for the LNG tanks built at the Calcasieu Project and Plaquemines Project. We issued certain limited notices to proceed to CB&I in June 2023 and November 2023. In July 2023, we entered into a power island system purchase order with Baker Hughes for Phase 1 of the CP2 Project and we issued full NTP in September 2023. In September 2024, we entered into a power island system purchase order with Baker Hughes for Phase 2 of the CP2 Project and we issued a limited NTP for Baker Hughes to commence certain work in relation thereto. In December 2024, we entered into a liquefaction train system purchase order with Baker Hughes for Phase 2 of the CP2 Project and also issued full NTP thereunder. Additionally, we entered into contracts for several other discrete portions of the facility, including certain natural gas pre-treatment system licensing, engineering, and procurement agreements, with UOP and Burns & McDonnell Engineering Company, Inc., respectively, and an agreement with Cajun Industries, LLC for the construction of the CP2 perimeter wall. We plan to select our remaining engineering, procurement, and construction contractors based on competitive bid procurement processes and strict adherence to requiring the highest quality of work.

197

Table of Contents

We expect that the construction, commissioning and operational start-up of the liquefaction plant will be substantially similar to the Calcasieu Project and the Plaquemines Project. However, we anticipate that we will seek to manage additional scopes of work directly at the CP2 Project and the other projects we develop in the future. Specifically, we anticipate that we will perform additional EPCM activities and deploy labor that we recruit to leverage lessons learned and the relationships fostered with construction and fabrication subcontractors while developing the Calcasieu Project and the Plaquemines Project, which we believe will help improve construction efficiency and reduce total costs for the CP2 Project.

We currently estimate that the total project costs for the CP2 Project will range between approximately $27 billion and $28 billion, including EPC contractor profit and contingency, owners' costs and financing costs, substantially all of which has yet to be funded. Our estimated total project cost is based upon our project cost experiences with the Calcasieu Project and the Plaquemines Project and reflects the current inflationary environment and that the CP2 Project's pipelines are expected to be longer than the pipelines for the Calcasieu Project and the Plaquemines Project. However, we have not yet entered into an EPC Contract for Phase 2 of the CP2 Project or certain other key contracts for the development and construction of the CP2 Project. As a result, there can be no assurance that we will be able to enter into such contracts on similar terms to those for the Calcasieu Project, the Plaquemines Project, and/or Phase 1 of the CP2 Project, as applicable. In addition, certain regulatory approvals and permits must be obtained on a timely basis in order to construct and operate the project, and there can be no assurance that we can obtain and maintain the necessary regulatory approvals and permits to complete the CP2 Project on the anticipated schedule. Accordingly, the actual project costs for the CP2 Project may be materially higher than this estimate. Moreover, the anticipated costs to achieve completion of the CP2 Project have increased in the past, and may increase further in the future, potentially materially, compared to our current estimates as a result of many factors, including delays in construction or commissioning of the project or the execution of any repair or warranty work and change orders under or amendments to certain material construction contracts, including final terms of or amendments to any EPC contract for the CP2 Project, and/or other construction or supply contracts resulting from the occurrence of certain specified events that may give the applicable contractor or supplier the right to cause us to enter into change orders or resulting from changes with which we otherwise agree. See "Risk Factors—Risks Relating to Our Projects and Other Assets—Our estimated costs for our projects have been, and continue to be, subject to change due to various factors."

Subject to regulatory approvals and market conditions, we are currently targeting final investment decision for Phase 1 of the CP2 Project in mid-2025 and for Phase 2 of the CP2 Project in mid-2026.

*Commissioning LNG Sales*

The CP2 Project is designed to utilize a similar project configuration and development approach as the Calcasieu Project and the Plaquemines Project. In contrast to traditional LNG facilities that are constructed by a single EPC contractor and include substantially fewer, larger-size liquefaction trains, our project design and configuration utilizes pioneering, mid-scale, factory-made liquefaction trains and other discrete systems and equipment, which require an extended commissioning period. Given this longer and gradual commissioning period, which starts with testing individual components and eventually extends to encompass testing and tuning our entire fully-integrated facilities, we expect to produce a substantial number of commissioning cargos. This production occurs during the period in which additional components of the relevant phase are brought into operation, completed and tested (including, if necessary, performing completion and rectification work to address unexpected performance deficiencies), to ensure the project is completed and achieves the performance levels necessary for stable, reliable long-term operations to supply LNG under the project's post-COD SPAs. Based on the current engineering, procurement and pre-FID investments that we have made to advance the CP2 Project, we believe that the CP2 Project has the potential to produce LNG and load its first commissioning cargos earlier in the construction timeline and in greater quantities than our prior projects, based on the continual construction optimization techniques we have gained from installing and commissioning our numerous mid-scale liquefaction trains at the Calcasieu Project and the Plaquemines Project.

198

Table of Contents

*CP3 Project*

| CP3 Project | Phase 1 | Phase 2 |
|---|---|---|
| **Project location:** | | |
| Site | Approximately 840 acres in Cameron Parish, Louisiana | |
| Property rights | Ground lease for up to 70 years in total | |
| Deep-water frontage | Approximately 1 mile | |
| **Anticipated project design[1]:** | | |
| Expected nameplate capacity | 30.0 mtpa (phase and plant configuration remains to be determined) | |
| Expected peak production capacity | Up to 42.0 mtpa | |
| **Anticipated project timeline[1]:** | | |
| Targeted final investment decision / financial closing | Mid-2027 | Mid-2028 |
| Targeted COD | Mid-2031 | Mid-2032 |

(1)    Anticipated based on capacity, scale, location and infrastructure, and may change based on design considerations, regulatory review process, engagement with contractors, and other factors. As of the date of this prospectus, no FERC and no DOE filings have been made and the necessary approvals for the CP3 Project have not been obtained. Accordingly, this is a target only, based on, among other things, anticipated timeframes for the receipt of the required DOE and FERC approvals. See "—Governmental Regulation" and "Risk Factors—Risks Relating to Regulation and Litigation—We may fail to receive the required approvals and permits from governmental and regulatory agencies for our projects."

*Project Description*

Our fourth project, the CP3 Project, is in the development stage and is designed as a natural gas liquefaction and export facility to be built in two distinct phases, with an expected nameplate capacity of 30.0 mtpa and an expected peak production capacity of 42.0 mtpa. We plan to locate the CP3 Project nearby the Calcasieu Project and the CP2 Project on approximately 840 acres of land in Cameron Parish, with approximately 1.0 mile of deep-water frontage on the Calcasieu Ship Channel.

*Project Site Real Estate*

In 2023, we entered into a 30-year lease (with extension rights) covering approximately 840 acres of land on which the CP3 Project will be located on or adjacent to. This lease may be extended at our option for up to four additional 10-year terms, up to 70 years in the aggregate.

*Project Development*

As of September 30, 2024, we have completed significant engineering studies and simulations, including certain marine berth simulations, in support of the project.

Although we have completed our initial consultation with FERC in December 2024, we have not initiated the pre-filing process for the CP3 Project with FERC or entered into definitive agreements with an EPC contractor or other key advisors and contractors necessary for the project's development and construction. However, we have ample capacity under the Baker Hughes Master Agreement to contract for the potential supply of liquefaction trains and power island systems, which we expect to utilize for the CP3 Project. We expect that the construction, commissioning and operational start-up of the liquefaction plant will be substantially similar to our other projects.

200

Table of Contents

We currently estimate that the total project costs for the CP3 Project will range between approximately $44 billion and $45 billion, including EPC contractor profit and contingency, owners' costs and financing costs, substantially all of which has yet to be funded. Our estimated total project cost is based upon our project cost experiences with the Calcasieu Project and the Plaquemines Project and reflects the current inflationary environment and that the CP3 Project's pipelines are expected to be longer than the pipelines for the Calcasieu Project and the Plaquemines Project. However, we have not yet entered into an EPC contract or other key contracts for the development and construction of the CP3 Project. As a result, there can be no assurance that we will be able to enter into such contracts on similar terms to those for our initial projects. We have not yet prepared or submitted applications for key project permits or approvals. In addition, certain regulatory approvals and permits must be obtained on a timely basis in order to construct and operate the project, and there can be no assurance that we can obtain and maintain the necessary regulatory approvals and permits to complete the CP3 Project on the anticipated schedule. Accordingly, the actual project costs for the CP3 Project may be materially higher than this estimate. See "Risk Factors—Risks Relating to Our Projects and Other Assets—Our estimated costs for our projects have been, and continue to be, subject to change due to various factors."

Subject to regulatory approvals and market conditions, we are currently targeting final investment decision for Phase 1 of the CP3 Project in mid-2027 and Phase 2 of the CP3 Project in mid-2028.

*Potential LNG Sales*

We expect that the CP3 Project will utilize a similar project configuration, development approach, and reliability testing process as our initial projects. In contrast to traditional LNG facilities that are constructed by a single EPC contractor and include substantially fewer, larger-size liquefaction trains, our project design and configuration utilizes pioneering, mid-scale, factory-made liquefaction trains and other discrete systems and equipment, which require an extended commissioning period. Given this longer and gradual commissioning period, which starts with testing individual components and eventually extends to encompass testing and tuning our entire fully-integrated facilities, we anticipate that we will produce a substantial number of commissioning cargos. This production occurs during the period in which additional components of the relevant phase are brought into operation, completed and tested (including, if necessary, performing completion and rectification work to address unexpected performance deficiencies), to ensure the project is completed and achieves the performance levels necessary for stable, reliable long-term operations to supply LNG under the various post-COD SPAs that we anticipate entering into. While we have not yet entered into any LNG SPAs for the CP3 Project, we aim to market and sell the nameplate capacity at the CP3 Project under a combination of long-term 20-year SPAs as well as and short- and medium-term contracts to optimize the average fixed facility charge across our SPAs. Any excess LNG produced by the CP3 Project above the nameplate capacity for Phase 1 or above the nameplate capacity for Phase 2 is expected to be sold to VG Commodities under an Intercompany Excess Capacity SPA to be entered into for the relevant phase. LNG sold under such Intercompany Excess Capacity SPAs can, to the extent not previously committed to third parties, be resold to third party customers at our discretion under short-, medium- or long-term contracts, providing the flexibility to optimize pricing and capture additional revenue on an ongoing basis after COD of Phase 1 and Phase 2.

Table of Contents

*Delta Project*

| Delta Project | Phase 1 | Phase 2 |
|---|---|---|
| **Project location:** | | |
| Site | Approximately 1,100 acres in Plaquemines Parish, Louisiana | |
| Property rights | Option to lease for up to 70 years | |
| Deep-water frontage | Approximately 0.6 miles | |
| **Anticipated project design[1]:** | | |
| Expected nameplate capacity | 24.4 mtpa (phase and plant configuration remains to be determined) | |
| Expected peak production capacity | Up to 34.2 mtpa | |
| Potential bolt-on expansion incremental capacity | Up to 7.8 mtpa[2] | |
| **Anticipated project timeline[1]:** | | |
| Pre-filing with FERC | April 2019 | |
| Targeted final investment decision / financial closing | Mid-2029 | Mid-2030 |
| Targeted COD | Mid-2033 | Mid-2034 |

(1)   Anticipated based on capacity, scale, location and infrastructure, and may change based on design considerations, regulatory review process, engagement with contractors, and other factors. As of September 30, 2024, definitive FERC and DOE filings have not been made and the necessary approvals for the Delta Project have not been obtained. Accordingly, this is a target only, based on, among other things, anticipated timeframes for the receipt of the required DOE and FERC approvals. See "—Governmental Regulation" and "Risk Factors—Risks Relating to Regulation and Litigation—We may fail to receive the required approvals and permits from governmental and regulatory agencies for our projects."

(2)   Potential bolt-on expansion opportunity based on facility capacity, scale, location and infrastructure. Subject to regulatory approval, among other things, and may change based on design considerations, regulatory review process, engagement with contractors and other factors.

*Project Description*

Our fifth project, the Delta Project, is in the development stage and is designed as a natural gas liquefaction and export facility to be built in two distinct phases, with an expected nameplate capacity of 24.4 mtpa and an expected peak production capacity of 34.2 mtpa. We plan to locate the Delta Project adjacent to the Plaquemines Project on approximately 1,100 acres of land in Plaquemines Parish, with approximately 0.6 miles of deep-water frontage on the Mississippi River.

*Project Site Real Estate*

Under our option agreements with the landowner of the Plaquemines Project and Delta Project sites, we have lease option agreements to lease up to approximately 1,100 acres of land for the Delta Project under substantially similar terms as our existing lease for the Plaquemines Project.

*Project Development*

As of September 30, 2024, we have completed significant engineering studies and simulations, including certain marine berth simulations, in support of the project.

Table of Contents

While we initiated the pre-filing process for the Delta Project with FERC in April 2019, we have not commenced the formal FERC approval process. In addition, we have not yet entered into definitive agreements with an EPC contractor or other key advisors and contractors necessary for the project's development and construction. However, we have ample capacity under the Baker Hughes Master Agreement to contract for the potential supply of liquefaction trains and power island systems, which we expect to utilize for the Delta Project. We expect that the construction, commissioning and operational start-up of the liquefaction plant will be substantially similar to our other projects.

We currently estimate that the total project costs for the Delta Project will range between approximately $37 billion and $38 billion, including EPC contractor profit and contingency, owners' costs and financing costs, substantially all of which has yet to be funded. Our estimated total project cost is based upon our project cost experiences with the Calcasieu Project and the Plaquemines Project and reflects the current inflationary environment and that the Delta Project's pipelines are expected to be materially longer than the pipelines for the Calcasieu Project and the Plaquemines Project. However, we have not yet entered into an EPC contract or other key contracts for the development and construction of the Delta Project. As a result, there can be no assurance that we will be able to enter into such contracts on similar terms to those for the Calcasieu Project, the Plaquemines Project, and/or Phase 1 of the CP2 Project, as applicable. In addition, certain regulatory approvals and permits must be obtained on a timely basis in order to construct and operate the project, and there can be no assurance that we can obtain and maintain the necessary regulatory approvals and permits to complete the Delta Project on the anticipated schedule. Accordingly, the actual project costs for the Delta Project may be materially higher than this estimate. See "Risk Factors—Risks Relating to Our Projects and Other Assets—Our estimated costs for our projects have been, and continue to be, subject to change due to various factors."

Subject to regulatory approvals and market conditions, we are currently targeting final investment decision for Phase 1 of the Delta Project in mid-2029 and Phase 2 of the Delta Project in mid-2030.

*Potential LNG Sales*

We expect that the Delta Project will utilize a similar project configuration, development approach, and reliability testing process as our initial projects. In contrast to traditional LNG facilities that are constructed by a single EPC contractor and include substantially fewer, larger-size liquefaction trains, our project design and configuration utilizes pioneering, mid-scale, factory-made liquefaction trains and other discrete systems and equipment, which require an extended commissioning period. Given this longer and gradual commissioning period, which starts with testing individual components and eventually extends to encompass testing and tuning our entire fully-integrated facilities, we anticipate that we will produce a substantial number of commissioning cargos. This production occurs during the period in which additional components of the relevant phase are brought into operation, completed and tested (including, if necessary, performing completion and rectification work to address unexpected performance deficiencies), to ensure the project is completed and achieves the performance levels necessary for stable, reliable long-term operations to supply LNG under the various post-COD SPAs that we anticipate entering into. While we have not yet entered into any LNG SPAs for the Delta Project, we aim to market and sell the nameplate capacity at the Delta Project under a combination of long-term 20-year SPAs as well as and short- and medium-term contracts to optimize the average fixed facility charge across our SPAs. Any excess LNG produced by the Delta Project above the nameplate capacity for Phase 1 or above the nameplate capacity for Phase 2 is expected to be sold to VG Commodities under an Intercompany Excess Capacity SPA to be entered into for the relevant phase. LNG sold under such Intercompany Excess Capacity SPAs can, to the extent not previously committed to third parties, be resold to third party customers at our discretion under short-, medium- or long-term contracts, providing the flexibility to optimize pricing and capture additional revenue on an ongoing basis after COD of Phase 1 and Phase 2.

203

Table of Contents

including the routing of the piping and valves within the liquefaction modules and optimization of other module designs, the sharing of supporting equipment between individual liquefaction trains, and the management of mixed refrigerant in the liquefaction process.

However, the efforts we have taken to protect our intellectual property rights may not be sufficient or effective. From time to time, legal action by us may be necessary to enforce or protect our intellectual property rights or to determine the validity and scope of the intellectual property rights of others, and we may also be required from time to time to defend against third-party claims of infringement, misappropriation or other violation. Additionally, although we take reasonable steps to safeguard our trade secrets, trade secrets can be difficult to protect, and others may independently discover our trade secrets and other confidential information. Failure to protect our intellectual property rights or other proprietary rights adequately could significantly harm our competitive position, business, financial condition and results of operations. See "Risk Factors—Risks Relating to Intellectual Property, Data Privacy and Cybersecurity—If we are unable to obtain, maintain, protect and enforce our intellectual property rights, our business may be adversely affected."

## Cybersecurity and Data Privacy

Our projects and any other natural gas liquefaction and export facilities we may decide to develop in the future include assets deemed by FERC to constitute critical energy infrastructure, the operation of which is dependent on our IT systems. These systems may thus be attractive targets for a cyber-attack. We maintain and update a cybersecurity program to safeguard our IT systems, including those that run and connect to IT systems that run our natural gas liquefaction and export facilities. We deploy a cybersecurity strategy that is designed to prevent cyber threats as well as recover from cybersecurity incidents with disaster recovery resources. The basis of design for our IT systems are standards that align with existing NERC CIP standards and comply with the most stringent NIST standards for data integrity. In addition to a group of network hygiene operating policies, we deploy network and perimeter firewall protections and cloud security packages. We also employ a multi-cloud backup strategy, with backups maintained on cloud platforms that facilitate restoration of plant and business capabilities. Finally, we also keep tape backups, as physical gold copies, that are sent periodically for offline tape storage in a secured storage facility. Regardless, a significant cyber incident involving our IT systems, or those of any of our third party vendors or contractors with which we do business, could negatively impact our operations. See "Risk Factors— Risks Relating to Intellectual Property, Data Privacy and Cybersecurity—Hostile cyber intrusions, or other issues with our information technology, could severely impair our operations, lead to the disclosure of confidential information, damage our reputation and otherwise have a material adverse effect on our business."

We are also subject, or may become subject, to increasingly complex and changing laws, directives, industry standards, rules and regulations, as well as contractual obligations, related to data privacy and security in the United States and around the world that impose broad compliance obligations on the collection, transmission, dissemination, use, privacy, confidentiality, security, retention, availability, integrity and other processing of personal information. Any failure or perceived failure by us to comply with any laws, rules or regulations relating to data privacy and security could adversely affect our reputation, results of operations and financial condition. See "Risk Factors— Risks Relating to Intellectual Property, Data Privacy and Cybersecurity—Changes in laws, rules or regulations relating to data privacy and security, or any actual or perceived failure by us to comply with such laws, rules and regulations, or contractual or other obligations relating to data privacy and security, could adversely impact our business."

## Legal Proceedings

We are involved, and in the future may become involved, in various claims, lawsuits, and other proceedings incidental to the ordinary course of our business from time to time. For example, we are currently in arbitration proceedings with seven term SPA customers for the Calcasieu Project and with the Calcasieu EPC Contractor. See "Risk Factors—Risks Relating to Regulation and Litigation—We are involved and may in the future become

228

Table of Contents

involved in disputes and legal proceedings," "Risk Factors—Risks Relating to Regulation and Litigation—If we are unsuccessful in our current and any potential future arbitration proceedings with our customers, the amounts that we are required to pay may be substantial and certain of our post-COD SPAs may be terminated, which may lead to an acceleration of all our debt for the relevant project." In addition, in 2024 certain of our former employees filed proceedings, including in Virginia federal court, seeking aggregate damages of approximately $214 million with respect to alleged breaches of certain stock option grant agreements and related matters. See "Risk Factors—Risks Relating to Regulation and Litigation—We are involved and may in the future become involved in disputes and legal proceedings."

Further, from time to time, we may be a party to various administrative, regulatory or other legal proceedings, such as various proceedings before FERC related to our projects. See "Risk Factors—Risks Relating to Regulation and Litigation—We are involved and may in the future become involved in disputes and legal proceedings."

We are required to assess the likelihood of any adverse judgments or outcomes related to these legal contingencies, as well as potential ranges of probable or reasonably possible losses. We accrue for litigation and claims when it is probable that a liability has been incurred and the amount of loss can be reasonably estimated. The determination of the amount of any losses to be recorded or disclosed as a result of these contingencies is based on a careful analysis of each individual exposure with, in some cases, the assistance of outside legal counsel. There can be no assurance that any accrued liabilities will be adequate to cover all existing and future claims or that we will have the liquidity to pay such claims as they arise. If we are unsuccessful in defending ourselves against certain claims by our post-COD SPA customers for the Calcasieu Project described above, the amounts we could be required to pay could be substantial, which could have a material adverse effect on our business, contracts, financial condition, operating results, cash flow, liquidity and prospects.

Other than such foregoing claims, as of the date hereof, there are no pending or threatened legal claims or proceedings, individually or in the aggregate, which we believe could have a material adverse effect on our business or financial condition. For more information, see *Note 15 – Commitments and Contingencies* in our annual financial statements, included elsewhere in this prospectus.

229

Table of Contents

**VENTURE GLOBAL, INC.**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(unaudited)**

post-COD sales contracts commence, which we currently expect to occur in early 2025 for our Calcasieu Pass Project and in 2026 and 2027 for the first and second phases of our Plaquemines Project, respectively, and the most likely amount of variable consideration to which we expect to be entitled upon the resolution of certain ongoing disputes with customers. These disputes are with various Calcasieu Pass post-COD term sales and purchase agreements ("SPAs") customers who are asserting that the Calcasieu Pass Project is delayed in declaring COD under the respective SPAs. These disputes are subject to aggregate liability limitations of $1.6 billion under the SPAs. Certain of our customers are also disputing whether the liability limitations in our SPAs are applicable, and therefore are claiming damages in excess of the liability limitations. Our estimates of variable consideration exclude decreases to the transaction price for these contingent penalties based on our best estimate of the most likely outcome of these disputes. We expect this variability to be resolved in 2025 and 2026 upon the conclusion of various arbitration proceedings.

**Note 4 – Inventory**

The following table summarizes the components of inventory (in millions):

|  | September 30, 2024 | December 31, 2023 |
|---|---|---|
| Spare parts and materials | $ 113 | $ 39 |
| LNG | 24 | 5 |
| LNG in-transit | 28 | — |
| Other | 8 | — |
| Total inventory | $ 173 | $ 44 |

**Note 5 – Property, Plant and Equipment**

The following table presents the components of property, plant and equipment, net (in millions) and their estimated useful lives (in years):

|  | Estimated useful life | September 30, 2024 | December 31, 2023 |
|---|---|---|---|
| Terminal and interconnected pipeline facilities | 7-30 | $ 7,234 | $ 7,050 |
| Construction in progress | N/A | 18,585 | 9,000 |
| Advanced equipment and construction payments | N/A | 4,369 | 3,617 |
| LNG tankers | 25 | 629 | — |
| Buildings [a] | 35 | 118 | — |
| Land [a] | N/A | 44 | 26 |
| Other [b] | 2-23 | 399 | 198 |
| Total property, plant and equipment at cost |  | 31,378 | 19,891 |
| Accumulated depreciation and amortization |  | (693) | (452) |
| Total property, plant and equipment, net [c] |  | $ 30,685 | $ 19,439 |

(a)    Subject to an $84 million mortgage with a first priority interest in the property.

F-10

Table of Contents

**VENTURE GLOBAL, INC.**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(unaudited)**

**Note 12 – Income Taxes**

Our provision for income taxes is based on an estimated annual effective tax rate, plus discrete items. Our effective tax rate was 21.0% and 20.0% for the three and nine months ended September 30, 2024, respectively, and was lower than the statutory income tax rate due to a combination of factors including guaranteed payments to non-controlling interests and non-deductible expenses.

Our effective tax rate was 20.6% and 19.4% for the three and nine months ended September 30, 2023, respectively, and was lower than the statutory income tax rate due to a combination of factors including a deduction related to foreign-derived intangible income ("FDII"), guaranteed payments to non-controlling interests, and non-deductible expenses.

VGLNG and Calcasieu Pass Holdings, LLC ("CP Holdings"), subsidiaries of the Company, are currently under exam by the Internal Revenue Service for the 2022 tax year.

**Note 13 – Contingencies**

**Litigation**

The Company is involved in certain claims, suits, and legal proceedings in the normal course of business. The Company accrues for litigation and claims when it is probable that a liability has been incurred and the amount of loss can be reasonably estimated. There can be no assurance that these accrued liabilities will be adequate to cover all existing and future claims or that we will have the liquidity to pay such claims as they arise.

Where no accrued liability has been recognized, it is reasonably possible that some matters could be decided unfavorably to the Company. This could require the Company to pay damages or make expenditures in amounts that could be material but could not be estimated as of September 30, 2024.

In October 2024, the Company received a final award related to arbitration with one of its construction contractors regarding certain disputes under a construction contract. As a result of this final award, the Company recognized $162 million as accrued Property, plant and equipment on the Condensed Consolidated Balance Sheet as of September 30, 2024. See *Note 3 – Revenue from Contracts with Customers,* for discussion of certain disputes with customers.

**Note 14 – Equity**

*Dividends*

In September 2024, the Company's Board of Directors declared the payment of cash dividends to the Company's Class A common stockholders in an aggregate amount of $160 million that, subject to applicable law, will be paid on a pro rata basis in four equal installments of $40 million over four consecutive calendar quarters on the last business day of each such calendar quarter, commencing on September 30, 2024. Cash paid for dividends is recognized as Other financing activities in the Condensed Consolidated Statements of Cash Flows and accrued dividends are recognized as Accrued and other liabilities in the Condensed Consolidated Balance Sheets. See *Note 8 – Accrued and Other Liabilities*, for further discussion.

*Reorganization Transaction*

In September 2023, as part of the 2023 Merger, when VG Partners was merged with and into Venture Global, VG Partners received 435,500 shares of Venture Global's Class A common stock in exchange for 100% of its equity interests in Legacy VG Partners. In connection with the Reorganization Transactions, the non-controlling VGLNG shareholders, holding 84,272 shares of VGLNG's issued and outstanding Series C common stock,

F-19

Table of Contents

**VENTURE GLOBAL, INC.**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

Accounts receivable, Accounts payable and Accrued and other liabilities approximate fair value due to their short-term maturities. The Company applies the fair value measurement guidance to financial assets and liabilities included in the Cash and cash equivalents, Derivative assets, Noncurrent derivative assets, Accrued and other liabilities and Other noncurrent liabilities line items on the Consolidated Balance Sheets. Hierarchy Levels 1, 2 and 3 are terms for the priority of inputs to valuation approaches used to measure fair value. In determining fair value, the Company prioritizes the use of observable market data when available. Assets and liabilities are categorized within the fair value hierarchy based upon the lowest level of input that is significant to the fair value measurement:

- Level 1: Quoted prices in active markets for identical assets or liabilities

- Level 2: Inputs other than quoted prices in active markets that are directly or indirectly observable for the asset or liability

- Level 3: Inputs that are not observable in the market

Transfers between Level 2 and Level 3 result from changes in the significance of unobservable inputs used to determine fair value and are recognized as of the beginning of the reporting period in which they occur. For further discussion, see *Note 13 – Fair Value Measurements.*

**Cash and cash equivalents**

The Company considers money market funds, commercial paper and all highly liquid investments with original maturities of three months or less at the time of purchase to be cash equivalents.

**Restricted cash**

The Company holds certain financial instruments that are restricted as to withdrawal and use under the terms of certain contractual arrangements. These amounts are presented separately from Cash and cash equivalents on the Consolidated Balance Sheets. For further discussion, see *Note 3 – Restricted Cash.*

**Revenue recognition**

The majority of the Company's nameplate liquefaction capacity produced after an LNG project reaches commercial operations will be sold under long-term 20-year SPAs ("post-COD term SPAs"). In this context, "commercial operations" represents the production period commencing after the occurrence of the commercial operations date ("COD") of the relevant project or phase thereof as specifically defined in the relevant SPAs. Under each post-COD term SPA, COD does not occur unless and until: (i) all of the facilities comprising the relevant project or phase thereof, have been completed and commissioned, including any ramp up period, (ii) the project or phase thereof is capable of delivering LNG in sufficient quantities and necessary quality to perform all of its obligations under the post-COD term SPA, and (iii) the applicable project company has notified the customer.

LNG produced prior to the relevant project or phase thereof reaching COD is sold under short-term sales agreements ("Early Cargo Sales Agreements"), at prevailing market prices when executed. COD has not yet occurred for any of our LNG projects or phases thereof, and accordingly, LNG revenue recognized during the years ended December 31, 2023 and 2022, was earned under Early Cargo Sales Agreements.

The Company recognizes revenue when we transfer control of promised goods or services to our customers in an amount that reflects the consideration we expect to be entitled to receive in exchange for those goods or services. Revenue from the sale of LNG is recognized at the point in time when the LNG is delivered to the customer at

F-37

Table of Contents

**VENTURE GLOBAL, INC.**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

the agreed upon LNG terminal which is the point when legal title, physical possession and the risks and rewards of ownership transfer to the customer. Each individual molecule of LNG is viewed as a separate performance obligation. The stated contract price, including both fixed and variable components, is representative of the stand-alone selling price for LNG at the time the contract was negotiated. Payment terms are within 30 days after the LNG is delivered.

Proceeds from the sale of test LNG generated during the early commissioning of an LNG project ("test LNG sales") are determined based on estimates of LNG production generated from commissioning activities and recognized as a reduction to the cost basis of construction in progress until assets are placed in service in accordance with the accounting guidance.

**Accounts receivable**

Accounts receivable are reported net of any current expected credit losses. Current expected credit losses consider the risk of loss based on counterparty credit worthiness, past events, current conditions and reasonable and supportable forecasts. There were no allowances for credit losses as of December 31, 2023 or 2022.

**Inventory**

Inventory consists of LNG inventory, spare parts and materials, and is recognized at the lower of weighted average cost and net realizable value. LNG inventory includes all costs incurred directly for the production of LNG. LNG inventory is recognized as Cost of sales, or as part of the cost basis of construction in progress if associated with test LNG sales, when transferred to the customer. Spare parts and materials are charged to Operating and maintenance expense as they are consumed.

**Property, plant and equipment**

Property, plant and equipment are recognized at cost, less accumulated depreciation and amortization. Certain assets undergo a commissioning process during which LNG is produced and sold as test LNG. Prior to being placed in service in accordance with the accounting guidance, net margin from test LNG sales, including sale proceeds and costs of production, are treated as a reduction of construction in progress. Depreciation is calculated using the straight-line depreciation method over the estimated useful life of the asset. The LNG terminal assets are depreciated on a straight-line basis over the shorter of their estimated useful life or the lease term of the land to which they are affixed. Leasehold improvements are depreciated on a straight-line basis over the shorter of the lease term or estimated useful life of the asset. Management tests property, plant and equipment for impairment whenever events or changes in circumstances indicate that the carrying amount of the assets might not be recoverable.

*Construction in progress*

Construction in progress represents the accumulation of project development costs and construction costs primarily related to the construction of the Company's LNG projects. The Company capitalizes project development costs once construction of the relevant project is considered probable. Interest and other related costs incurred on debt obtained for construction of property, plant and equipment are capitalized over the shorter of the construction period or related debt term. Costs incurred for the purchase of major equipment components of the LNG projects are recognized as construction in progress upon the Company receiving or taking ownership of the equipment. No depreciation expense is recognized on construction in progress until the relevant assets are completed and placed in service in accordance with the accounting guidance.

*Advance equipment and construction payments*

Advance equipment and construction payments represent amounts paid to suppliers for certain major equipment components of the LNG projects that have yet to be delivered, advances toward the purchase of an LNG tanker

F-38

Table of Contents

**VENTURE GLOBAL, INC.**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

LNG revenue recognized during the years ended December 31, 2023 and 2022, was earned under Early Cargo Sales Agreements at prevailing market prices when executed.

**LNG revenue**

We have entered into numerous contracts for the sale of LNG to third-party customers. Our customers generally purchase LNG for a price which includes a fixed fee per metric million British thermal unit ("MMBtu") of LNG (a portion of which is subject to annual adjustment for inflation) plus a variable fee per MMBtu of LNG indexed to Henry Hub. The fixed fee component under our post-COD term SPAs is the amount payable to us regardless of a cancellation or suspension of LNG cargo deliveries by the customers. The variable fee component is the amount generally payable to us only upon delivery of LNG, plus all future adjustments to the fixed fee for inflation. Sales under our Early Cargo Sales Agreements and post-COD term SPAs also include variable consideration for contingent penalties or fees which may be due from the Company, and if so, could result in the significant reversal of revenue. Estimates for penalties or fees are recognized as a reduction to the transaction price until the future significant reversal of revenue is no longer probable of occurring or once the uncertainty is resolved.

**Transaction price allocated to future performance obligations**

Because many of our sales contracts have long-term durations, we are contractually entitled to significant future consideration which we have not yet recognized as revenue. The following table discloses the aggregate amount of the transaction price, including variable consideration, that is allocated to performance obligations that have not yet been satisfied, excluding all performance obligations that are part of contracts that have an expected duration of one year or less (dollar amounts in millions):

| | December 31, 2023 | |
| --- | --- | --- |
| | Unsatisfied transaction price (a) | Weighted average timing of recognition |
| LNG revenue | $ 190,704 | 20 years |

(a)    The transaction price is based on the forecasted Henry Hub index as of December 31, 2023.

Significant judgments were made when estimating the transaction price allocated to future performance obligations. These include the best estimate of when our respective projects will reach COD and their post-COD sales contracts commence, which we currently expect to occur in late 2024 for our Calcasieu Pass Project and in 2026 and 2027 for the first and second phases of our Plaquemines Project, respectively, and the most likely amount of variable consideration to which we expect to be entitled upon the resolution of certain ongoing disputes with customers. These disputes are with various Calcasieu Pass post-COD term SPA customers who are asserting that the Calcasieu Pass Project is delayed in declaring COD under the respective SPAs. These disputes are subject to aggregate liability limitations of $1.4 billion under the SPAs. Certain of our customers are also disputing whether the liability limitations in our SPAs are applicable, and therefore are claiming damages in excess of the liability limitations. Our estimates of variable consideration exclude decreases to the transaction price for these contingent penalties based on our best estimate of the most likely outcome of these disputes. We expect this variability to be resolved in 2025 upon the conclusion of various arbitration proceedings.

F-44

Table of Contents

**VENTURE GLOBAL, INC.**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

**Note 15 – Commitments and Contingencies**

The following is a schedule of the Company's future minimum commitments as of December 31, 2023 (in millions):

| Years ended December 31, | Natural gas supply | Firm transportation | LNG tankers | Other | Total |
|---|---|---|---|---|---|
| 2024 | $ 1,166 | $ 145 | $ 141 | $ 59 | $ 1,511 |
| 2025 | 1,781 | 352 | 632 | 34 | 2,799 |
| 2026 | 1,457 | 400 | 288 | 9 | 2,154 |
| 2027 | 1,115 | 400 | — | 5 | 1,520 |
| 2028 | 880 | 400 | — | 5 | 1,285 |
| Thereafter | 962 | 6,288 | — | 21 | 7,271 |
| Total | $ 7,361 | $ 7,985 | $ 1,061 | $133 | $16,540 |

*Natural gas supply*

The Company has entered into natural gas forward purchase contracts for the supply of feed gas to the Calcasieu Pass Project and the Plaquemines Project. The Company intends to take physical delivery of the contracted quantities through March 2030, at a purchase price indexed to the Henry Hub price for natural gas. The Company has designated the natural gas forward contracts as normal purchase and normal sale transactions exempted from derivative accounting treatment.

*Firm transportation agreements*

The Company has entered into long-term natural gas firm transportation service agreements with various interstate pipeline companies to secure the natural gas transportation requirements for the Calcasieu Pass Project and the Plaquemines Project through June 2045.

*LNG tankers*

The Company has entered into shipbuilding agreements for the construction of five LNG tankers, excluding commitments for our equity method investments discussed in *Note 8 – Equity Method Investments*. The LNG tankers will be used to provide shipping capabilities to our LNG projects upon their deliveries beginning in July 2025.

**Litigation**

The Company is involved in certain claims, suits, and legal proceedings in the normal course of business. The Company accrues for litigation and claims when it is probable that a liability has been incurred and the amount of loss can be reasonably estimated. There can be no assurance that these accrued liabilities will be adequate to cover all existing and future claims or that we will have the liquidity to pay such claims as they arise.

Where no accrued liability has been recognized, it is reasonably possible that some matters could be decided unfavorably to the Company. This could require the Company to pay damages or make expenditures in amounts that could be material but could not be estimated as of December 31, 2023. Contingencies where losses are reasonably possible primarily relate to disputes with contractors. Damages from our disputes with contractors could range from zero up to approximately $200 million. See *Note 4 – Revenue from Contracts with Customers*, for further discussion of the disputes with customers.

F-58