# EXHIBIT 2

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934** For the fiscal year ended December 31, 2024

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934** For the transition period from to .

**Commission file number 001-42486**

**VENTURE GLOBAL, INC.**

(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **DELAWARE** | **95-3539083** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification Number) |

**1001 19TH STREET NORTH, SUITE 1500**
**ARLINGTON, VIRGINIA 22209**
(Address of Principal Executive Offices)

**(202) 759-6740**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| Class A common stock, $ 0.01 par value | VG | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐ No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐ Accelerated filer ☐                     Smaller reporting company ☐
Non-accelerated filer ☒ (Do not check if a smaller reporting company)      Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The registrant was not a public company as of the last business day of its most recently completed second fiscal quarter and, therefore, it cannot calculate the aggregate market value of its voting and non-voting common equity held by non-affiliates as of such date.

As of February 14, 2025, the number of shares of the registrant's Class A common stock outstanding was 450,937,393, and the number of shares of the registrant's Class B common stock outstanding was 1,968,604,458.

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| Glossary of Key Terms | 4 |
| Cautionary Statement Regarding Forward-Looking Statements | 6 |
| Summary of Material Risks Associated with Our Business | 8 |
| PART I | |
| Item 1. Business | 10 |
| Item 1A. Risk Factors | 40 |
| Item 1B. Unresolved Staff Comments | 105 |
| Item 1C. Cybersecurity | 106 |
| Item 2. Properties | 107 |
| Item 3. Legal Proceedings | 107 |
| Item 4. Mine Safety Disclosure | 108 |
| PART II | |
| Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 109 |
| Item 6. [Reserved] | 110 |
| Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations | 111 |
| Item 7A. Quantitative and Qualitative Disclosures about Market Risk | 140 |
| Item 8. Financial Statements and Supplementary Data | 143 |
| Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 184 |
| Item 9A. Controls and Procedures | 184 |
| Item 9B. Other Information | 184 |
| Item 9C. Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 184 |
| PART III | |
| Item 10. Directors, Executive Officers and Corporate Governance | 185 |
| Item 11. Executive Compensation | 185 |
| Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 185 |
| Item 13. Certain Relationships and Related Transactions and Director Independence | 185 |
| Item 14. Principal Accounting Fees and Services | 185 |
| PART IV | |
| Item 15. Exhibits and Financial Statement Schedules | 187 |
| Item 16. Form 10-K Summary | 202 |
| Signatures | 203 |

**Results of Operations**

***Year Ended December 31, 2024 compared to Year Ended December 31, 2023***

The following table shows a summary of our results of operations for the periods indicated:

| | Years ended December 31, | | Change | |
| --- | --- | --- | --- | --- |
| | **2024** | **2023** | **($)** | **(%)** |
| **REVENUE** | $ 4,972 | $ 7,897 | $ (2,925) | (37)% |
| | | | | |
| **OPERATING EXPENSE** | | | | |
| Cost of sales (exclusive of depreciation and amortization shown separately below) | 1,351 | 1,684 | (333) | (20)% |
| Operating and maintenance expense | 589 | 391 | 198 | 51 % |
| General and administrative expense | 312 | 224 | 88 | 39 % |
| Development expense | 635 | 490 | 145 | 30 % |
| Depreciation and amortization | 322 | 277 | 45 | 16 % |
| Insurance recoveries, net | — | (19) | 19 | (100)% |
| Total operating expense | 3,209 | 3,047 | 162 | 5 % |
| | | | | |
| **INCOME FROM OPERATIONS** | 1,763 | 4,850 | (3,087) | (64)% |
| | | | | |
| **OTHER INCOME (EXPENSE)** | | | | |
| Interest income | 244 | 172 | 72 | 42 % |
| Interest expense, net | (584) | (641) | 57 | (9)% |
| Gain on interest rate swaps | 774 | 174 | 600 | NM |
| Loss on financing transactions | (14) | (123) | 109 | (89)% |
| Total other income (expense) | 420 | (418) | 838 | (200)% |
| | | | | |
| **INCOME BEFORE INCOME TAX EXPENSE** | 2,183 | 4,432 | (2,249) | (51)% |
| Income tax expense | 437 | 816 | (379) | (46)% |
| **NET INCOME** | $ 1,746 | $ 3,616 | $ (1,870) | (52)% |
| | | | | |
| Less: Net income attributable to redeemable stock of subsidiary | 144 | 130 | 14 | 11 % |
| Less: Net income attributable to non-controlling interests | 59 | 805 | (746) | (93)% |
| Less: Dividends on VGLNG Series A Preferred Shares | 68 | — | 68 | NM |
| **NET INCOME ATTRIBUTABLE TO COMMON STOCKHOLDERS** | $ 1,475 | $ 2,681 | $ (1,206) | (45)% |

NM   Percentage not meaningful.

*Revenue*

Revenue was $5.0 billion for the year ended December 31, 2024, a $2.9 billion, or 37%, decrease from $7.9 billion during the year ended December 31, 2023. This decrease was primarily due to lower LNG sales prices for the sale of commissioning cargos of $2.8 billion and lower LNG sales volumes of $139 million.

**Operating Expense**

*Cost of Sales*

Cost of sales was $1.4 billion for the year ended December 31, 2024, a $333 million, or 20%, decrease from $1.7 billion during the year ended December 31, 2023. This decrease was primarily due to the combined impact of a decrease in the net cost of natural gas and improved plant efficiency of $311 million and a decrease in LNG sales volumes of $22 million.

*Operating and Maintenance Expense*

Operating and maintenance expense was $589 million for the year ended December 31, 2024, a $198 million, or 51%, increase from $391 million during the year ended December 31, 2023. This increase was primarily due to $67 million higher operating costs at the Calcasieu Project to support ongoing commissioning and remediation work and higher legal costs of $49 million, a $48 million increase in operating costs for our LNG tankers with no corresponding costs in 2023, and $14 million in higher operating costs for the Plaquemines Project mainly resulting from an increase in asset retirement obligation, or ARO, accretion.

*General and Administrative Expense*

General and administrative expense was $312 million for the year ended December 31, 2024, a $88 million, or 39%, increase from $224 million during the year ended December 31, 2023. This increase was primarily due to higher personnel costs of $43 million due to an increase in employee headcount, increases in promotional activities of $10 million, and increases in external services of $6 million.

*Development Expense*

Development expense was $635 million for the year ended December 31, 2024, a $145 million, or 30%, increase from $490 million during the year ended December 31, 2023. This increase was primarily due to higher development costs of $91 million for engineering and environmental services related to the CP2 Project and $32 million related to pipeline projects and higher lease costs of $33 million, partially offset by a decrease of $36 million in legal costs related to construction contractor disputes at the Calcasieu Project.

*Depreciation and Amortization*

Depreciation and amortization was $322 million for the year ended December 31, 2024, a $45 million, or 16%, increase from $277 million during the year ended December 31, 2023. This increase was primarily attributable to placing $11.4 billion of property, plant and equipment at the Plaquemines Project in service from an accounting perspective in December 2024 and the acquisition of two LNG tankers.

*Insurance Recoveries, Net*

Insurance recoveries, net were $19 million for the year ended December 31, 2023, due to the recognition of our portion of insurance claims received in connection with Hurricane Laura. There was no similar activity during the year ended December 31, 2024.

**Income from Operations**

Income from operations was $1.8 billion for the year ended December 31, 2024, a $3.1 billion, or 64%, decrease from $4.9 billion during the year ended December 31, 2023. This decrease was primarily the result of lower revenue, partially offset by lower cost of sales, from the sale of LNG, as discussed above. In addition, there were increases in operating and maintenance expense, development expense, general and administrative expense, and depreciation and amortization, as discussed above.

**Other Income or Expense**

117

*Interest Income*

Interest income was $244 million during the year ended December 31, 2024, a $72 million, or 42%, increase from $172 million during the year ended December 31, 2023. This increase was primarily due to higher average cash balances and interest rates during the year ended December 31, 2024, compared to the same period in 2023.

*Interest Expense, Net*

Interest expense, net was $584 million during the year ended December 31, 2024, a $57 million, or 9%, decrease from $641 million during the year ended December 31, 2023. This decrease was primarily due to lower commitment fees of $34 million, primarily at the Plaquemines Project, and higher capitalizable interest costs of $15 million.

*Gain on Interest Rate Swaps*

Gain on interest rate swaps was $774 million for the year ended December 31, 2024, a $600 million increase from $174 million during the year ended December 31, 2023. This increase was primarily due to an increase in the gain on the Plaquemines Project interest rate swaps of $572 million, driven by favorable changes in the forward interest rate curves over higher notional amounts, and a favorable change on the Calcasieu Project interest rate swaps of $30 million, driven by favorable changes in the forward interest rate curves over lower notional amounts.

*Loss on Financing Transactions*

Loss on financing transactions was $14 million for the year ended December 31, 2024, a $109 million, or 89%, decrease from $123 million during the year ended December 31, 2023. This decrease was primarily due to the write-off of debt issuance costs associated with the full prepayment of the Plaquemines Equity Bridge Facility during the year ended December 31, 2024, as compared to the write-off of debt issuance costs associated with the prepayment of a term loan at VGLNG, and the partial prepayments of both the Plaquemines Equity Bridge Facility and the Calcasieu Pass Credit Facilities during the year ended December 31, 2023.

**Income before Income Tax Expense**

Income before income tax expense was $2.2 billion for the year ended December 31, 2024, a $2.2 billion, or 51%, decrease from $4.4 billion during the year ended December 31, 2023. This decrease was primarily the result of the decrease in our income from operations partially offset by an increase in our gain on interest rate swaps, as discussed above.

*Income Tax Expense*

Income tax expense was $437 million for the year ended December 31, 2024, a $379 million, or 46%, decrease from $816 million during the year ended December 31, 2023, primarily driven by a decrease in pre-tax income. Our effective tax rate was 20.0% for the year ended December 31, 2024, as compared to 18.4% for the year ended December 31, 2023. The 2024 effective tax rate was lower than the statutory income tax rate due to a combination of factors including, research and development tax credits, guaranteed payments to non-controlling interests, and non-deductible expenses.

**Net Income**

Net income was $1.7 billion for the year ended December 31, 2024, a $1.9 billion, or 52%, decrease from $3.6 billion during the year ended December 31, 2023. This decrease was primarily the result of a decrease in income from operations due to lower revenue earned from the sale of LNG, partially offset by lower cost of sales, partially offset by an increase in gain on derivatives and a decrease in income tax expense, as discussed above.

Table of contents

*Net Income Attributable to Redeemable Stock of Subsidiary*

Net income attributable to redeemable stock of subsidiary was $144 million for the year ended December 31, 2024, a $14 million, or 11%, increase from $130 million during the year ended December 31, 2023. This increase was from 2024 paid-in-kind distributions on the Redeemable Preferred Units.

*Net Income Attributable to Non-controlling Interests*

Net income attributable to non-controlling interests was $59 million for the year ended December 31, 2024, a $746 million, or 93%, decrease from $805 million during the year ended December 31, 2023. This decrease was primarily due to the 2023 repurchase of VGLNG common stock by VGLNG and the 2023 Reorganization Transactions resulting in no non-controlling interest at the VGLNG level after September 30, 2023.

*Dividends on VGLNG Series A Preferred Shares*

Dividends on VGLNG Series A Preferred Shares were $68 million for the year ended December 31, 2024. This increase was due to the September 2024 issuance of the VGLNG Series A Preferred Shares and the corresponding accumulated but undeclared dividends. There was no similar activity during the year ended December 31, 2023.

**Net Income Attributable to Common Stockholders**

Net income attributable to common stockholders was $1.5 billion for the year ended December 31, 2024, a $1.2 billion, or 45%, decrease from $2.7 billion during the year ended December 31, 2023. This decrease was primarily resulting from the changes discussed above.

119