# EXHIBIT 4

VENTURE GLOBAL

NEWS RELEASE

# Venture Global and SEFE Announce Expansion of LNG Partnership

2025-07-09

ARLINGTON, Va.--(BUSINESS WIRE)-- Today, Venture Global, Inc. (NYSE: VG) and Securing Energy for Europe GmbH (SEFE) announced the finalization of an agreement under which SEFE's subsidiary, SEFE Energy GmbH, will purchase an additional 0.75 million tonnes per annum (MTPA) of liquefied natural gas (LNG) from CP2 LNG, Venture Global's third project, for 20 years. Today's announcement amends the existing Sales and Purchase Agreement signed by the companies in 2023, increasing the total volume of LNG purchased by SEFE from CP2 LNG to 3.0 MTPA.

Venture Global is expected to become Germany's largest LNG supplier, with a combined 5 MTPA of 20-year offtake agreements signed with SEFE and EnBW. In addition to its existing long-term agreements, Venture Global to date has supplied Germany with almost 80 cargoes of LNG from its Calcasieu Pass and Plaquemines LNG facilities, enough to power 8 million German homes for one year.

"Venture Global is thrilled to expand our strategic partnership with Germany and SEFE and play a leading role in ensuring security of energy supply and affordability for not only Germany but the rest of the European gas market," said Mike Sabel, CEO of Venture Global.

SEFE, a German state-owned company, is among numerous, world-class LNG customers for CP2 in Europe, Asia and the rest of the world. Accordingly, CP2 is a strategically important project to global energy supply and security. To date, approximately 11.5 MTPA of CP2 Phase One has been sold, raising the total contracted capacity for all of Venture Global's projects to 41.5 MTPA.

## About Venture Global

Venture Global is a long-term, low-cost provider of U.S. LNG sourced from resource rich North American natural gas

1

basins. Venture Global's business includes assets across the LNG supply chain including LNG production, natural gas transport, shipping and regasification. Venture Global's first facility, Calcasieu Pass, commenced producing LNG in January 2022 and achieved commercial operations in April 2025. The company's second facility, Plaquemines LNG, achieved first production of LNG in December 2024. The company is currently constructing and developing over 100 MTPA of nameplate production capacity to provide clean, affordable energy to the world. Venture Global is developing Carbon Capture and Sequestration projects at each of its LNG facilities.

## About SEFE

SEFE Securing Energy for Europe GmbH (SEFE) is an integrated energy company owned by the Federal Republic of Germany that is active in various stages along the value chain. Headquartered in Berlin, Germany, the company with more than 1,500 employees has its strongest presence in Germany, supplying industrial customers and municipal utilities. SEFE is a midstream company focusing on trading & portfolio management, sales, storage and pipeline infrastructure. SEFE plays a pivotal role in providing energy supply stability for Germany and Europe.

## Forward-looking Statements

This press release contains forward-looking statements. We intend such forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). All statements, other than statements of historical facts, included herein are "forward-looking statements." In some cases, forward-looking statements can be identified by terminology such as "may," "might," "will," "could," "should," "expect," "plan," "project," "intend," "anticipate," "believe," "estimate," "predict," "potential," "pursue," "target," "continue," the negative of such terms or other comparable terminology.

These forward-looking statements, which are subject to risks, uncertainties and assumptions about us, may include statements about our future performance, our contracts, our anticipated growth strategies and anticipated trends impacting our business. These statements are only predictions based on our current expectations and projections about future events. There are important factors that could cause our actual results, level of activity, performance or achievements to differ materially from the results, level of activity, performance or achievements expressed or implied by the forward-looking statements. Those factors include our need for significant additional capital to construct and complete future projects and related assets, and our potential inability to secure such financing on acceptable terms, or at all; our potential inability to accurately estimate costs for our projects, and the risk that the construction and operations of natural gas pipelines and pipeline connections for our projects suffer cost overruns and delays related to obtaining regulatory approvals, development risks, labor costs, unavailability of skilled workers, operational hazards and other risks; the uncertainty regarding the future of global trade dynamics, international trade agreements and the United States' position on international trade, including the effects of

2

tariffs; our dependence on our EPC and other contractors for the successful completion of our projects, including the potential inability of our contractors to perform their obligations under their contracts; various economic and political factors, including opposition by environmental or other public interest groups, or the lack of local government and community support required for our projects, which could negatively affect the permitting status, timing or overall development, construction and operation of our projects; and risks related to other factors discussed under "Item 1A.—Risk Factors" of our annual report on Form 10-K for the year ended December 31, 2024 as filed with the Securities and Exchange Commission ("SEC") and any subsequent reports filed with the SEC.

Any forward-looking statements contained herein speak only as of the date of this press release and are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements to reflect subsequent events or circumstances, except as may be required by law.

## Venture Global Contacts

Investors:

Ben Nolan

**IR@ventureglobalLNG.com**

Media:

Shaylyn Hynes

**press@ventureglobalLNG.com**

## SEFE Contact

Media:

**presse@sefe.eu**

Source: Venture Global Inc.

3