# EXHIBIT 6

VENTURE GLOBAL

NEWS RELEASE

# Venture Global Announces New Long-Term LNG Sales and Purchase Agreement With Greece

2025-11-07

- 20-year sales and purchase agreement begins partnership with newly formed Greek entity to bolster Central and Eastern European energy security
- Deal builds on Venture Global's regasification capacity investment in the Alexandroupolis LNG import terminal to supply U.S. LNG to the region

ATHENS, Greece--(BUSINESS WIRE)-- Today, Venture Global, Inc. (NYSE: VG) and ATLANTIC – SEE LNG TRADE S.A. of Greece announced the execution of a new Sales and Purchase Agreement (SPA) for the purchase of a minimum of 0.5 million tonnes per annum (MTPA) of U.S. liquefied natural gas (LNG) from Venture Global for twenty years starting in 2030. Under the SPA, Atlantic-See has the potential to expand its purchase commitment.

Atlantic-See LNG is a newly formed joint venture announced this week at the 6th Partnership for Transatlantic Energy Cooperation (PTEC) conference hosted in Athens, Greece between Greek companies AKTOR and DEPA. This deal marks Greece's first ever long-term LNG supply agreement with a U.S. exporter, launching a dynamic and growing partnership between Atlantic-See LNG and Venture Global.

The announcement of this supply agreement follows Venture Global's previously announced investment in regasification capacity at the Alexandroupolis LNG import terminal in Greece, which currently accounts for approximately 25% of the terminal's total capacity. The Alexandroupolis LNG FSRU receiving terminal and South-North 'Vertical Corridor' will be essential to enhancing Central and Eastern European energy security by providing a new route to bring affordable and reliable U.S. natural gas into the region.

"Venture Global is thrilled to expand our energy partnership with Greece and bring additional LNG supply to this critical region, building on our previous investment in the vertical corridor through the Alexandroupolis terminal," said Venture Global CEO Mike Sabel. "As a major point of entry for U.S. LNG into Central and Eastern Europe,

1

this strategically important infrastructure and SPA agreement are key to strengthening the region's ability to diversify their energy mix and access a secure and reliable source of supply. We are excited to grow our partnership with key regional players such as the newly formed Atlantic-See LNG, and we are grateful for the strong leadership of President Trump, Secretary Burgum, Secretary Wright, Ambassador Guilfoyle and other officials on both sides of the Atlantic who are encouraging further trade of American LNG."

## About Venture Global

Venture Global is an American producer and exporter of low-cost U.S. liquefied natural gas (LNG) with over 100 MTPA of capacity in production, construction, or development. Venture Global began producing LNG from its first facility in 2022 and is now one of the largest LNG exporters in the United States. The company's vertically integrated business includes assets across the LNG supply chain including LNG production, natural gas transport, shipping and regasification. The company's first three projects, Calcasieu Pass, Plaquemines LNG, and CP2 LNG, are located in Louisiana along the Gulf of America. Venture Global is developing Carbon Capture and Sequestration projects at each of its LNG facilities.

## Forward-looking Statements

This press release contains forward-looking statements. We intend such forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). All statements, other than statements of historical facts, included herein are "forward-looking statements." In some cases, forward-looking statements can be identified by terminology such as "may," "might," "will," "could," "should," "expect," "plan," "project," "intend," "anticipate," "believe," "estimate," "predict," "potential," "pursue," "target," "continue," the negative of such terms or other comparable terminology.

These forward-looking statements, which are subject to risks, uncertainties and assumptions about us, may include statements about our future performance, our contracts, our anticipated growth strategies and anticipated trends impacting our business. These statements are only predictions based on our current expectations and projections about future events. There are important factors that could cause our actual results, level of activity, performance or achievements to differ materially from the results, level of activity, performance or achievements expressed or implied by the forward-looking statements. Those factors include our need for significant additional capital to construct and complete future projects and related assets, and our potential inability to secure such financing on acceptable terms, or at all; our potential inability to accurately estimate costs for our projects, and the risk that the construction and operations of natural gas pipelines and pipeline connections for our projects suffer cost overruns and delays related to obtaining regulatory approvals, development risks, labor costs, unavailability of skilled workers, operational hazards and other risks; the uncertainty regarding the future of global trade dynamics,

2

international trade agreements and the United States' position on international trade, including the effects of tariffs; our dependence on our EPC and other contractors for the successful completion of our projects, including the potential inability of our contractors to perform their obligations under their contracts; various economic and political factors, including opposition by environmental or other public interest groups, or the lack of local government and community support required for our projects, which could negatively affect the permitting status, timing or overall development, construction and operation of our projects; and risks related to other factors discussed under "Item 1A.—Risk Factors" of our annual report on Form 10-K for the year ended December 31, 2024 as filed with the Securities and Exchange Commission ("SEC") and any subsequent reports filed with the SEC.

Any forward-looking statements contained herein speak only as of the date of this press release and are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements to reflect subsequent events or circumstances, except as may be required by law.

Investors:

Ben Nolan

**IR@ventureglobalLNG.com**

Media:

Shaylyn Hynes

**press@ventureglobalLNG.com**

Source: Venture Global Inc.

3