**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>-v-<br><br>VENTURE GLOBAL, INC., et al.,<br><br>                Defendants. | 25-CV-4642 (JRL)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TIMING OF RESPONSE TO SECOND AMENDED COMPLAINT** |

**WHEREAS**, on December 5, 2025, Lead Plaintiff Illinois Municipal Retirement Fund and additional named plaintiff Pompano Beach Police & Firefighters' Retirement System ("Plaintiffs") filed a Second Amended Complaint for Violation of the Federal Securities Laws in the above-captioned action. ECF No. 101 (the "Second Amended Complaint").

**WHEREAS**, on December 8, 2025, Defendants objected to the filing of the Second Amended Complaint and requested that the Court either strike the Second Amended Complaint or accept its filing on the condition that no future amendments would be allowed and if the Second Amended Complaint was later dismissed, it would be dismissed with prejudice. ECF No. 103.

**WHEREAS**, on December 9, 2025, the Court ordered that Plaintiffs respond to Defendants' objection by December 11, 2025. ECF No. 104. Plaintiffs are preparing that response and will file it with the Court on or before December 11, 2025.

**WHEREAS**, the filing of the Second Amended Complaint, if accepted by the Court, has triggered a deadline of December 19, 2025 for Defendants to respond to the Second Amended Complaint, and given the competing views as to whether such a response will ultimately be

allowed, the parties have met and conferred and agreed that in order to conserve party and judicial resources, the schedule on which the Defendants respond to the Second Amended Complaint should be agreed to by the parties and submitted to the Court for approval, only after the Court has had the opportunity to rule on the ongoing letter briefing concerning the Second Amended Complaint's filing and whether the Defendants' pending motion to dismiss the prior amended complaint (ECF No. 94) has been mooted without prejudice.

**IT IS THEREFORE STIPULATED AND AGREED**, by and among the undersigned counsel of record for the parties indicated below, the following:

1. Defendants' deadline to respond to the Second Amended Complaint by December 19, 2025 is adjourned.

2. If the Court accepts the filing of the Second Amended Complaint and moots Defendants pending motion to dismiss, the parties shall submit a proposed briefing schedule for Defendants' anticipated motion to dismiss the Second Amended Complaint within three (3) business days of the Court's order.

3. If the Court strikes the Second Amended Complaint, the parties shall proceed pursuant to their existing briefing schedule (ECF No. 88), *i.e.*, Plaintiffs shall have until January 13, 2026 to submit any opposition to Defendants' pending motion to dismiss and Defendants shall have until February 12, 2026 to file any reply to Plaintiffs' opposition papers.

DATED: December 10, 2025                    Respectfully submitted,

                                            */s/ Alfred L. Fatale III*
                                            **LABATON KELLER SUCHAROW LLP**
                                            Alfred L. Fatale III
                                            140 Broadway
                                            New York, New York 10005
                                            Telephone: (212) 907-0700
                                            Facsimile: (212) 818-0477
                                            afatale@labaton.com

                                            *Lead Counsel for Plaintiffs and the Class*

                                            **ROBBINS GELLER RUDMAN
                                            & DOWD LLP**
                                            Samuel H. Rudman
                                            Joseph Russello
                                            58 South Service Road, Suite 200
                                            Melville, NY 11747
                                            Telephone: (631) 367-7100
                                            Facsimile: (631) 367-1173
                                            srudman@rgrdlaw.com
                                            jrussello@rgrdlaw.com

                                            **ROSSMAN LEGAL**
                                            Gregg Rossman
                                            6840 Griffin Road
                                            Davie, FL 33314
                                            Telephone: (954) 440-0908
                                            gregg@rossmanlegal.com

                                            *Additional Counsel for Plaintiff Pompano Beach*
                                            *Police & Firefighters' Retirement System*

                                            **COHEN MILSTEIN SELLERS
                                            & TOLL PLLC**
                                            Steven J. Toll
                                            S. Douglas Bunch
                                            1100 New York Avenue, N.W., Suite 800
                                            Washington, D.C. 20005
                                            Telephone: (202) 408-4600
                                            Facsimile: (202) 408-4699
                                            stoll@cohenmilstein.com
                                            dbunch@cohenmilstein.com

                                            *Liaison Counsel for the Class*

**LATHAM & WATKINS LLP**

*/s/ Jeff. G. Hammel*
Jeff G. Hammel
Jason C. Hegt
Corey Calabrese
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
jeff.hammel@lw.com
jason.hegt@lw.com
corey.calabrese@lw.com

*Attorneys for Venture Global, Inc., Michael Sabel, Robert Pender, Jonathan Thayer, Sarah Blake, Sari Granat, Andrew Orekar, Thomas J. Reid, Jimmy Staton, Roderick Christie, Venture Global Partners, II, LLC*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Robert F. Serio*
Robert F. Serio
Mary Beth Maloney
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
rserio@gibsondunn.com
mmaloney@gibsondunn.com

Lissa M. Percopo (admitted *pro hac vice*)
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
lpercopo@gibsondunn.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., ING Financial Markets LLC, RBC Capital Markets LLC, Scotia Capital (USA) Inc., Mizuho Securities USA LLC, Santander US Capital Markets, LLC, SMBC Nikko Securities America, Inc., MUFG Securities Americas Inc., BBVA Securities Inc., Loop Capital Markets LLC, Natixis Securities Americas LLC, Deutsche Bank Securities Inc., Wells Fargo Securities, LLC,*

4

Case 1:25-cv-04642-JSR    Document 107    Filed 12/11/25    Page 5 of 5

*Truist Securities, Inc., National Bank of Canada Financial Inc., Raymond James & Associates, Inc., Regions Securities LLC, Guggenheim Securities, LLC, and Tuohy Brothers Investment Research, Inc.*

SO ORDERED: _____    December 11, 2025
Hon. Jennifer L. Rochon, U.S.D.J.    _____
                                                Date

5