UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRSTFIRE GLOBAL OPPORTUNITIES
FUND LLC, Individually and on Behalf of All
Others Similarly Situated,

                          Plaintiffs,

            -against-

VENTURE GLOBAL, INC. et al.,

                      Defendants.

Case No. 1:25-cv-04642 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The parties are HEREBY ORDERED to appear before the Court on December 17, 2025 at 11:30 a.m. for a virtual conference regarding Plaintiffs Second Amended Complaint.  Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive Microsoft Teams log-in credentials at the email addresses provided.  The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 849 526 954#.

Dated: December 15, 2025
       New York, New York

                                      SO ORDERED.

                                      JENNIFER L. ROCHON
                                      United States District Judge