UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRSTFIRE GLOBAL OPPORTUNITIES
FUND LLC, Individually and on Behalf of All
Others Similarly Situated,

                          Plaintiffs,

          -against-

VENTURE GLOBAL, INC. et al.,

                          Defendant.

Case No. 1: 25-cv-04642 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the December 17, 2025 conference, the Court

DENIES Defendants' request to strike the amended pleading at Dkt. 101 and therefore the

Defendants' motion to dismiss at Dkt. 94 is MOOT.  The parties are directed to provide the court

with a joint briefing schedule regarding a renewed motion to dismiss by **December 22, 2025**.

The Clerk of the Court is respectfully directed to terminate the open motion at Dkt. 94.

Dated: December 17, 2025
       New York, New York

                          SO ORDERED.

                          _Jennifer Rochon_
                          JENNIFER L. ROCHON
                          United States District Judge