**Jeff G. Hammel**

Direct Dial: +1.212.906.1260

Jeff.Hammel@lw.com

1271 Avenue of the Americas

New York, New York  10020-1401

Tel: +1.212.906.1200  Fax: +1.212.751.4864

www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 22, 2025

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

> Re:  *FirstFire Global Opp. Fund, LLC v. Venture Global, Inc.*, No. 25-cv-4642-JLR
> Letter Motion Proposing Schedule and Word Limits For Defendants'
> Forthcoming Motion(s) to Dismiss

Dear Judge Rochon,

Pursuant to Rule 1.A and the Court's December 17, 2025 Order (ECF No. 110), Defendant Venture Global, Inc. submits this letter motion on behalf of all parties in the above-referenced action requesting that the Court (1) enter the agreed-upon briefing schedule for Defendants' forthcoming motion(s) to dismiss; and (2) allow a small adjustment to the default word limits permitted under the Local Rules for the S.D.N.Y.  Under the proposed adjustment, the parties will be permitted to file: a maximum of 10,000 words total for their opening and opposition briefs (as compared to 8,750 under the Local Rules), and a maximum of 4,000 words total for their reply briefs (as compared to 3,500 under the Local Rules).  This total is significantly less than what would be allowed if each Defendant or groups of Defendants were to file separate motions, and will allow Defendants to supplement their original motion to dismiss to address the new allegations in the Second Amended Complaint.  Counsel for Plaintiffs and Defendants have met and conferred and all parties are in agreement as to the schedule for motion to dismiss briefing and adjustment to the default word limits.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Jeff G. Hammel*

Jeff G. Hammel
of LATHAM & WATKINS LLP