**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FIRSTFIRE GLOBAL OPPORTUNITIES
FUND LLC, Individually and on Behalf of
All Others Similarly Situated,

                    Plaintiff,

        -v-

VENTURE GLOBAL, INC., *et al.*,

                 Defendants.

Case No. 1:25-cv-4642-JLR-RWL

---

**JOINT STIPULATION AND [PROPOSED] ORDER**

Lead Plaintiff Illinois Municipal Retirement Fund and additional named plaintiff Pompano Beach Police & Firefighters' Retirement System ("Plaintiffs") and Defendants Venture Global, Inc., Michael Sabel, Jonathan Thayer, Robert Pender, Sarah Blake, Sari Granat, Andrew Orekar, Thomas J. Reid, Jimmy Staton, Roderick Christie, Venture Global Partners II, LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., ING Financial Markets LLC, RBC Capital Markets LLC, Scotia Capital (USA) Inc., Mizuho Securities USA LLC, Santander US Capital Markets, LLC, SMBC Nikko Securities America, Inc., MUFG Securities Americas Inc., BBVA Securities Inc., Loop Capital Markets LLC, Natixis Securities Americas LLC, Deutsche Bank Securities Inc., Wells Fargo Securities, LLC, Truist Securities, Inc., National Bank of Canada Financial Inc., Raymond James & Associates, Inc., Regions Securities LLC, Guggenheim Securities, LLC, and Tuohy Brothers Investment Research, Inc. (collectively, "Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate, as follows:

WHEREAS, on December 5, 2025, Plaintiffs filed a Second Amended Complaint for Violation of the Federal Securities Laws in the above-captioned action.  ECF No. 101 (the "Second Amended Complaint").

WHEREAS, on December 10, 2025, the Parties filed a joint letter motion and stipulation and proposed scheduling order, which provided, in part, that if the Court accepted the filing of the Second Amended Complaint, the parties would then submit a briefing schedule for Defendants' anticipated motion to dismiss the Second Amended Complaint.  ECF. No. 105.

WHEREAS, on December 17, 2025, the Court held a virtual conference regarding Plaintiffs' Second Amended Complaint at which it mooted Defendants' motion to dismiss the Amended Complaint, ECF No. 94, and thereafter ordered the Parties to submit a joint briefing schedule regarding Defendants' anticipated motion to dismiss the Second Amended Complaint by December 22, 2025.  ECF No. 110.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.      Defendants will file their anticipated motion(s) to dismiss the Second Amended Complaint, which are not to exceed 10,000 words total, no later than January 28, 2026;

2.      Lead Plaintiff shall submit any opposition(s), which are not to exceed 10,000 words total, no later than March 23, 2026; and

3.      Defendants shall submit any reply brief(s), which are not to exceed 4,000 words total, no later than April 22, 2026.

**IT IS SO STIPULATED:**

DATED: December 22, 2025

Respectfully submitted,

*/s/ Alfred L. Fatale III*[1]

**LABATON KELLER SUCHAROW LLP**
Alfred L. Fatale III
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com

*Lead Counsel for Plaintiffs and the Class*

**ROBBINS GELLER RUDMAN
& DOWD LLP**
Samuel H. Rudman
Joseph Russello
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
jrussello@rgrdlaw.com

**ROSSMAN LEGAL**
Gregg Rossman
6840 Griffin Road
Davie, FL 33314
Telephone:  (954) 440-0908
gregg@rossmanlegal.com

*Additional Counsel for Plaintiff Pompano Beach
Police & Firefighters' Retirement System*

**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
Steven J. Toll
S. Douglas Bunch
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
stoll@cohenmilstein.com

---

[1] Electronic signatures used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

dbunch@cohenmilstein.com

*Liaison Counsel for the Class*

**LATHAM & WATKINS LLP**

*/s/ Jeff G. Hammel*
Jeff G. Hammel
Jason C. Hegt
Corey Calabrese
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
jeff.hammel@lw.com
jason.hegt@lw.com
corey.calabrese@lw.com

*Attorneys for Venture Global, Inc., Michael Sabel, Robert Pender, Jonathan Thayer, Sarah Blake, Sari Granat, Andrew Orekar, Thomas J. Reid, Jimmy Staton, Roderick Christie, Venture Global Partners II, LLC*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Robert F. Serio*
Robert F. Serio
Mary Beth Maloney
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
rserio@gibsondunn.com
mmaloney@gibsondunn.com

Lissa M. Percopo (admitted *pro hac vice*)
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
lpercopo@gibsondunn.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., ING Financial Markets LLC, RBC Capital Markets LLC, Scotia Capital (USA) Inc., Mizuho Securities USA LLC, Santander US Capital Markets, LLC, SMBC Nikko Securities*

4

5

*America, Inc., MUFG Securities Americas Inc., BBVA Securities Inc., Loop Capital Markets LLC, Natixis Securities Americas LLC, Deutsche Bank Securities Inc., Wells Fargo Securities, LLC, Truist Securities, Inc., National Bank of Canada Financial Inc., Raymond James & Associates, Inc., Regions Securities LLC, Guggenheim Securities, LLC, and Tuohy Brothers Investment Research, Inc.*

SO ORDERED: _____    _____

Hon. Jennifer L. Rochon, U.S.D.J.                Date

5