# EXHIBIT 10

VENTURE GLOBAL

NEWS RELEASE

# Venture Global Announces Long-term Sales and Purchase Agreement With Naturgy of Spain

2025-11-10

- Venture Global's second long-term contract with a Spanish company
- 5.75 MTPA of long-term contracts signed by Venture Global to date in 2025

ARLINGTON, Va.--(BUSINESS WIRE)-- Today, Venture Global, Inc. (NYSE:VG) and Naturgy announced the execution of a new long-term Sales and Purchase Agreement (SPA) for the purchase of 1 million tonnes per annum (MTPA) of liquefied natural gas (LNG) from Venture Global for twenty years beginning in 2030. The agreement represents Spain's first long-term contract for American LNG since Venture Global's first contract in 2018. To date, Venture Global has supplied Spain with 35 cargoes from its Calcasieu Pass and Plaquemines facilities.

"Venture Global is honored to expand our long-term partnership with Spain through this new agreement with Naturgy, a leading global LNG company," said Mike Sabel, CEO of Venture Global. "This contract will positively impact the U.S. balance of trade with Spain and enhance energy security across the region. Our unmatched speed and execution have made Venture Global a trusted, reliable supplier to the global market. The signing of this agreement, along with the strong commercial momentum we've achieved over the past six months, reflects the continued customer confidence in our company and the robust demand for LNG globally. Venture Global remains committed to meeting that demand with flexible, fast, affordable, and dependable long-term supply."

## About Venture Global

Venture Global is an American producer and exporter of low-cost U.S. liquefied natural gas (LNG) with over 100 MTPA of capacity in production, construction, or development. Venture Global began producing LNG from its first facility in 2022 and is now one of the largest LNG exporters in the United States. The company's vertically integrated business includes assets across the LNG supply chain including LNG production, natural gas transport, shipping and

1

regasification. The company's first three projects, Calcasieu Pass, Plaquemines LNG, and CP2 LNG, are located in Louisiana along the Gulf of America. Venture Global is developing Carbon Capture and Sequestration projects at each of its LNG facilities.

## Forward-looking Statements

This press release contains forward-looking statements. We intend such forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). All statements, other than statements of historical facts, included herein are "forward-looking statements." In some cases, forward-looking statements can be identified by terminology such as "may," "might," "will," "could," "should," "expect," "plan," "project," "intend," "anticipate," "believe," "estimate," "predict," "potential," "pursue," "target," "continue," the negative of such terms or other comparable terminology.

These forward-looking statements, which are subject to risks, uncertainties and assumptions about us, may include statements about our future performance, our contracts, our anticipated growth strategies and anticipated trends impacting our business. These statements are only predictions based on our current expectations and projections about future events. There are important factors that could cause our actual results, level of activity, performance or achievements to differ materially from the results, level of activity, performance or achievements expressed or implied by the forward-looking statements. Those factors include our need for significant additional capital to construct and complete future projects and related assets, and our potential inability to secure such financing on acceptable terms, or at all; our potential inability to accurately estimate costs for our projects, and the risk that the construction and operations of natural gas pipelines and pipeline connections for our projects suffer cost overruns and delays related to obtaining regulatory approvals, development risks, labor costs, unavailability of skilled workers, operational hazards and other risks; the uncertainty regarding the future of global trade dynamics, international trade agreements and the United States' position on international trade, including the effects of tariffs; our dependence on our EPC and other contractors for the successful completion of our projects, including the potential inability of our contractors to perform their obligations under their contracts; various economic and political factors, including opposition by environmental or other public interest groups, or the lack of local government and community support required for our projects, which could negatively affect the permitting status, timing or overall development, construction and operation of our projects; and risks related to other factors discussed under "Item 1A.—Risk Factors" of our annual report on Form 10-K for the year ended December 31, 2024 as filed with the Securities and Exchange Commission ("SEC") and any subsequent reports filed with the SEC.

Any forward-looking statements contained herein speak only as of the date of this press release and are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these

statements to reflect subsequent events or circumstances, except as may be required by law.

## Investor contact:

Ben Nolan

**IR@ventureglobalLNG.com**

## Media contact:

Shaylyn Hynes

**press@ventureglobalLNG.com**

Source: Venture Global Inc.