# EXHIBIT 11

VENTURE GLOBAL

NEWS RELEASE

# Venture Global and Mitsui Announce 20-Year LNG Sales and Purchase Agreement

2025-11-11

- Venture Global's third long-term contract with a Japanese company
- 6.75 MTPA of long-term contracts signed by Venture Global to date in 2025

ARLINGTON, Va.--(BUSINESS WIRE)-- Today, Venture Global, Inc. (NYSE: VG) and Mitsui & Co., Ltd. of Japan announced the execution of a new, long-term liquefied natural gas (LNG) Sales and Purchase Agreement (SPA). Under the SPA, Mitsui will purchase 1.0 million tonnes per annum (MTPA) of LNG from Venture Global for 20 years, starting in 2029.

"Venture Global is honored to announce our new partnership with Mitsui, a distinguished leader in the LNG industry, to further increase the flow of U.S. LNG to Japan and the global market," said Mike Sabel, CEO of Venture Global. "This collaboration between our two companies will strengthen energy security, enhance the balance of trade, and deepen the long-standing ties between our nations. This agreement builds upon our existing long-term relationships with Japanese companies, and we are deeply grateful for their continued trust in Venture Global. We look forward to delivering LNG safely and reliably for many years to come."

## About Venture Global

Venture Global is an American producer and exporter of low-cost U.S. liquefied natural gas (LNG) with over 100 MTPA of capacity in production, construction, or development. Venture Global began producing LNG from its first facility in 2022 and is now one of the largest LNG exporters in the United States. The company's vertically integrated business includes assets across the LNG supply chain including LNG production, natural gas transport, shipping and regasification. The company's first three projects, Calcasieu Pass, Plaquemines LNG, and CP2 LNG, are located in Louisiana along the Gulf of America. Venture Global is developing Carbon Capture and Sequestration projects at each of its LNG facilities.

1

## About Mitsui

Mitsui & Co. is a global trading and investment company operating in more than 60 countries and regions, with a diverse business portfolio covering a wide range of industries.

The company identifies, develops, and grows its businesses in partnership with a global network of trusted partners including world leading companies, combining its geographic and cross-industry strengths to create long-term sustainable value for its stakeholders.

Visit **https://www.mitsui.com/jp/en/** for more information.

## Forward-looking Statements

This press release contains forward-looking statements. We intend such forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). All statements, other than statements of historical facts, included herein are "forward-looking statements." In some cases, forward-looking statements can be identified by terminology such as "may," "might," "will," "could," "should," "expect," "plan," "project," "intend," "anticipate," "believe," "estimate," "predict," "potential," "pursue," "target," "continue," the negative of such terms or other comparable terminology.

These forward-looking statements, which are subject to risks, uncertainties and assumptions about us, may include statements about our future performance, our contracts, our anticipated growth strategies and anticipated trends impacting our business. These statements are only predictions based on our current expectations and projections about future events. There are important factors that could cause our actual results, level of activity, performance or achievements to differ materially from the results, level of activity, performance or achievements expressed or implied by the forward-looking statements. Those factors include our need for significant additional capital to construct and complete future projects and related assets, and our potential inability to secure such financing on acceptable terms, or at all; our potential inability to accurately estimate costs for our projects, and the risk that the construction and operations of natural gas pipelines and pipeline connections for our projects suffer cost overruns and delays related to obtaining regulatory approvals, development risks, labor costs, unavailability of skilled workers, operational hazards and other risks; the uncertainty regarding the future of global trade dynamics, international trade agreements and the United States' position on international trade, including the effects of tariffs; our dependence on our EPC and other contractors for the successful completion of our projects, including the potential inability of our contractors to perform their obligations under their contracts; various economic and political factors, including opposition by environmental or other public interest groups, or the lack of local

government and community support required for our projects, which could negatively affect the permitting status, timing or overall development, construction and operation of our projects; and risks related to other factors discussed under "Item 1A.—Risk Factors" of our annual report on Form 10-K for the year ended December 31, 2024 as filed with the Securities and Exchange Commission ("SEC") and any subsequent reports filed with the SEC.

Any forward-looking statements contained herein speak only as of the date of this press release and are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements to reflect subsequent events or circumstances, except as may be required by law.

Investors:

Ben Nolan

**IR@ventureglobalLNG.com**

Media:

Shaylyn Hynes

**press@ventureglobalLNG.com**

Source: Venture Global, Inc.