**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FIRSTFIRE GLOBAL OPPORTUNITIES
FUND LLC, Individually and on Behalf of
All Others Similarly Situated,

                      Plaintiff,

          v.

VENTURE GLOBAL, INC., *et al.*,

                      Defendants.

25-CV-4642 (JSR)

---

**DECLARATION OF BETH C. KHINCHUK IN SUPPORT OF**
**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO**
**DISMISS THE SECOND AMENDED COMPLAINT**

I, Beth C. Khinchuk, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an associate at the law firm of Labaton Keller Sucharow LLP, 140 Broadway, New York, NY 10005, counsel of record for Plaintiffs and the Class in the above-captioned matter. I am admitted to practice in the State of New York and in the Southern District of New York.

2. I submit this declaration in connection with Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint, which is submitted concurrently herewith. I am familiar with all of the facts and circumstances set forth herein.

3. Attached as Exhibit 1 is a true and correct copy of the transcript of a hearing held before Judge Jennifer L. Rochon of this Court on December 17, 2025. ECF No. 114.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2026
        New York, New York

                                        By: Beth C. Khinchuk_____
                                        Beth C. Khinchuk