## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND LLC, *Individually and on Behalf of All Others Similarly Situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>VENTURE GLOBAL, INC., *et al.,*<br><br>*Defendants.* | Case No. 1:25-CV-4642-JSR |

### NOTICE OF WITHDRAWAL OF RACHEL A. BERGER AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that I, Alfred L. Fatale III of the law firm Labaton Keller Sucharow LLP, respectfully move this Court for an Order to withdraw Rachel A. Berger as counsel of record for Lead Plaintiff Illinois Municipal Retirement Fund in the above-captioned action and to be removed from the CM/ECF notification list in the matter. Mrs. Berger is no longer affiliated with Labaton Keller Sucharow LLP.

No substitution of counsel is necessary, and Mrs. Berger's withdrawal will not cause any delay or prejudice in the case, because Lead Plaintiff Illinois Municipal Retirement Fund will continue to be represented by Alfred L. Fatale III, Joseph N. Cotilletta, and Beth C. Khinchuk of Labaton Keller Sucharow LLP. Any future correspondence and papers in this action should be directed to them.

Lead Plaintiff has been notified of Mrs. Berger's departure. Further, Mrs. Berger will not be retaining or charging a lien in the case.

Date: May 6, 2026

Respectfully submitted,

*/s/ Alfred L. Fatale III*
**LABATON KELLER SUCHAROW LLP**
Alfred L. Fatale III

Joseph N. Cotilletta
Beth C. Khinchuk
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com
jcotilletta@labaton.com
bkhinchuk@labaton.com

*Lead Counsel for Lead Plaintiff and the Class*

New York, NY

Dated: May 1, 2026

_____

The Hon. Jed S. Rakoff, U.S.D.J.