UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC<br><br>              Plaintiff,<br><br>     -v-<br><br>VENTURE GLOBAL, INC., et al.,<br><br>              Defendants. | 25-cv-4642 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is defendants' motion to dismiss the complaint. Upon careful consideration of the parties' briefs and the arguments presented by counsel, the Court hereby grants the motion. An Opinion setting forth the reasons for this Order will issue in due course.

SO ORDERED.

New York, NY
June 15, 2026

_____
JED S. RAKOFF, U.S.D.J.

1